FILED
CLERK, U.S. DISTRICT COURT

3/29/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CS _____ DEPUTY

1 | Victoria Tenisha Shanae Dillihunt (Full Name)

2 | dillihuntvictoria@yahoo.com (Email Address)

3 | 12035 S Broadway # K (Address Line 1)    Homeless this is old address

4 | Los Angeles CA, 90061 (Address Line 2)

5 | No Phone (Phone Number)

6 | Plaintiff in Pro Per

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | CV24-2642-FMO(MAR)

11 | Victoria Tenisha Shanae Dillihunt, | **Case No.**: _____
   | (To be supplied by the Clerk)

12 | Plaintiff,

13 | vs.

14 | **Compton Cowboys, Inc** | **Civil Rights Complaint Pursuant to**

15 | **Centennial High School** | **42 U.S.C. § 1983 (non-prisoners)**

16 | **Israel Houghton**

17 | **Jekalyn Carr**

18 | Defendant(s). | **Jury Trial Demanded**: ☒Yes ☐ No

19

20 | *(All paragraphs and pages must be numbered.)*

21 | **I. JURISDICTION**

22 | 1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23 | Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25 | **II. VENUE**

26 | 2. Venue is proper pursuant to 28 U.S.C. § 1391 because ___ The situation took

27 | place in County of plaintiff's residence _____

28 | _____

*Form prepared by Public Counsel. © 2010, 2023 Public Counsel. All rights reserved. Revised: October 2023*

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Congressional Record--Appendix, pp. A34-A35**
**Current Communist Goals**

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

## CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.



21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.



### III. PARTIES

3.    Plaintiff __**Victoria Tenisha Shanae Dillihunt**__ resides at:
*(your full name)*

__**12035 S. Broadway Apt K**__

__**Los Angeles CA, 90061**__.
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant __**Compton Cowboys, Inc**__ works at
*(full name of Defendant)*

__**463 W. Caldwell St, Compton CA, 90220**__.
*(Defendant's place of work)*

Defendant's title or position is __**Co Founder: Randy Savvy**__.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _____

_____

_____

5. Defendant __**Centennial High School**__ works at
*(full name of Defendant)*

__**2606 N. Central Ave, Compton CA 90222**__.
*(Defendant's place of work)*

Defendant's title or position is __**Principal: Dr. Bobby Walker**__.
*(Defendant's title or position at place of work)*
.

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Israel Houghton _____ works at

2    *Insert ¶ #*                          *(full name of Defendant)*

3    Integrity Music, 3rd fl suite Bostel House 37 West Street Brighton, East Sussex BN1 2RE, England
                                    *(Defendant's place of work)*

4

5    Defendant's title or position is Artist @ Integrity Music Label _____.
                                        *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8           ☐ individual capacity          ☑ official capacity

9    This Defendant was acting under color of law because defendant is a part of the

10   charades of witchcraft. ex: _____

11   _____

12   _____

13   _____

14

15

16   ___. Defendant Jekalyn Almonique Carr _____ works at

17   *Insert ¶ #*                          *(full name of Defendant)*

18   40 Wall Street, 10th Floor, New York City
                          *(Defendant's place of work)*

19

20   Defendant's title or position is Artist@ MNRK Music Group _____
                                        *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity          ☑ official capacity

25   This Defendant was acting under color of law because defendant is a part of the

26   charades of witchcraft. ex: This is a secular label however her songs

27   You will WIN is my story, changing my story, etc. The music

28   industry has stolen from me and used both secular & gospel artist

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Lecrae Devaughn Moore_ works at

Insert ¶ # _(full name of Defendant)_

_1050 Hamilton Ave SE, Suite F, Atlanta GA 30312_

_(Defendant's place of work)_

Defendant's title or position is _Artist & Founder @ Reach Records_

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity   ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. ex:

_____

_____

_____

___. Defendant _Tinashe Jorgensen Kachingwe_ works at

Insert ¶ # _(full name of Defendant)_

_540 West 26th Street New York, NY 10001_

_(Defendant's place of work)_

Defendant's title or position is _artist @ Roc Nation_

_(Defendant's title or position at place of work)_

This Defendant is sued in his/her (check one or both):

☐ individual capacity   ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. ex: _Jay-Z artist however another way to fraud me since my middle name is Tenisha so all they had to do is switch the vowels also I met her @ her concert years ago (when she first released "2 on"_

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Leeland Band_____ works at

Insert ¶ #            (full name of Defendant)

2   1557 Pine St Redding CA 96001_____

3                    (Defendant's place of work)

4

5   Defendant's title or position is _Artists @ Bethel Music label_

            (Defendant's title or position at place of work)

6

7   This Defendant is sued in his/her (check one or both):

        ☐ individual capacity        ☒ official capacity

8

9   This Defendant was acting under color of law because defendant is a part of the

10  charades of witchcraft. ex: _Lee lives on Pine in Compton CA & he's not_

11  _a part of this Pharade yet the women keep dying because of other party_

12  _charades_

13

14

15

16  ___. Defendant _Redding City Hall_____ works at

17  Insert ¶ #            (full name of Defendant)

18  177 Cypress Ave. Redding CA 96001

            (Defendant's place of work)

19

20  Defendant's title or position is _Mayor: Tenessa Audette_

            (Defendant's title or position at place of work)

21

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity        ☒ official capacity

25  This Defendant was acting under color of law because defendant is a part of the

26  charades of witchcraft. ex: _My middle name is Ten_

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant Memphis, Tennessee                      works at
   Insert ¶ #              (full name of Defendant)
2  125 N. Main St Room 700 Memphis TN 38103
3                          (Defendant's place of work)
4

5  Defendant's title or position is Mayor: Paul Young
6                                  (Defendant's title or position at place of work)

7  This Defendant is sued in his/her (check one or both):

8       ☐ individual capacity          ■ official capacity

9  This Defendant was acting under color of law because defendant is a part of the
10 charades of witchcraft. ex: Nickname Bluff City, Home of the Blues, Grind
11 City. This was named after Memphis Egypt
12
13
14
15

16 ___. Defendant Memphis Rock n' Soul Museum          works at
17 Insert ¶ #              (full name of Defendant)
18 191 Beale St. Memphis Tennessee 38103
19                          (Defendant's place of work)

20 Defendant's title or position is Executive Director John Doyle
21                                  (Defendant's title or position at place of work)
22

23 This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ■ official capacity

25 This Defendant was acting under color of law because defendant is a part of the
26 charades of witchcraft. ex:
27
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Newman Ministry _____ works at

Insert ¶ #          *(full name of Defendant)*

902 W Main St, Teutopolis, IL 62401

*(Defendant's place of work)*

Defendant's title or position is Co-founder Matt Zerrusen

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. ex:

_____

_____

_____

___. Defendant Arm & Hammer _____ works at

Insert ¶ #          *(full name of Defendant)*

500 Charles Ewing Blvd, Ewing NJ 08628

*(Defendant's place of work)*

Defendant's title or position is CEO: Matthew T. Farrell

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. ex:

_____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _Canada's Wonderland_ _____ works at
2   _Insert ¶ #_              *(full name of Defendant)*
     _I Canada's Wonderland Drive, Vaughan, ON L6A1_ , _Canada_.
3                              *(Defendant's place of work)*
4
5   Defendant's title or position is _Manager : Phill Liggett_
6                                      *(Defendant's title or position at place of work)*
    This Defendant is sued in his/her (check one or both):
7
        ☐ individual capacity                ■ official capacity
8
9
    This Defendant was acting under color of law because  defendant is a part of the
10  charades of witchcraft. ex: _____
11  _____
12  _____
13
14
15
16  ___. Defendant _Kings Island_ _____ works at
17  _Insert ¶ #_              *(full name of Defendant)*
     _6300 Kings Island Drive, Kings Island, OH 45034_ .
18                              *(Defendant's place of work)*
19
20  Defendant's title or position is _Manager - Michael Koontz_
21                                      *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24       ☐ individual capacity                ■ official capacity
25  This Defendant was acting under color of law because  defendant is a part of the
26  charades of witchcraft. ex: _Located in   MASON, OH10_____
27  _____
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___.  Defendant _Kings Dominion_____  works at

*Insert ¶ #*                              *(full name of Defendant)*

2

16000  Theme Parkway, Doswell, VA 23047

*(Defendant's place of work)*

3

4

5

Defendant's title or position is _Manager: Bridgette Bywater_

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity          ■ official capacity

8

9

This Defendant was acting under color of law because  defendant is a part of the

10

charades of witchcraft. ex:

11

12

13

14

15

16

___.  Defendant _Carowinds_____  works at

*Insert ¶ #*                              *(full name of Defendant)*

17

18

14523  Carowinds Blvd Charlotte, NC, 28273

*(Defendant's place of work)*

19

20

Defendant's title or position is _Manager: Manny Gonzalez_

*(Defendant's title or position at place of work)*

21

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity          ■ official capacity

25

This Defendant was acting under color of law because  defendant is a part of the

26

charades of witchcraft. ex:

27

28

---

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Glasvegas band                            works at
2    Insert ¶ #                        (full name of Defendant)
3    9 Paisley Road, Paisley, Renfrewshire, PA1 3QS
                                (Defendant's place of work)
4

5    Defendant's title or position is artist@Go New Records
6                                     (Defendant's title or position at place of work)

7    This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity            ■ official capacity

9
10   This Defendant was acting under color of law because  defendant is a part of the
11   charades of witchcraft. ex: Song: Godspeed

12   _____

13   _____

14

15

16   ___. Defendant ACE Records Ltd.                          works at
17   Insert ¶ #                        (full name of Defendant)
18   Ace Records Building, Such Close Letchworth Garden City, England SG6 1JF
                                (Defendant's place of work)
19

20   Defendant's title or position is Managing Director: Neil Alan Scapleharn
21                                    (Defendant's title or position at place of work)

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity            ■ official capacity

25   This Defendant was acting under color of law because  defendant is a part of the
26   charades of witchcraft. ex:

27   _____

28   _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1
___. Defendant *Decatur, Texas*                                    works at

2
*Insert ¶ #*
*201 E. Walnut Street, Decatur, TX 76234*

3
*(Defendant's place of work)*

4

5
Defendant's title or position is *Mayor: Mike McQuiston*

6
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

7
☐ individual capacity            ■ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of the

10
charades of witchcraft. ex: *Nickname: Little D*

11

12

13

14

15

16
___. Defendant *Tom Bishop Productions*                    works at

17
*Insert ¶ #*
*7214 NW Farnsworth Circle Port St Lucie, FL 34987*

18
*(Defendant's place of work)*

19

20
Defendant's title or position is *Tom Bishop*

21
*(Defendant's title or position at place of work)*

22

This Defendant is sued in his/her (check one or both):

23

24
☐ individual capacity            ■ official capacity

25
This Defendant was acting under color of law because defendant is a part of the
charades of witchcraft. ex:

26

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Fort Worth, Texas                              works at
2   Insert ¶ #                    (full name of Defendant)
3   200 Texas St. Fort Worth, TX 76102
                              (Defendant's place of work)
4
5   Defendant's title or position is Mayor: Mattie Parker
6                                      (Defendant's title or position at place of work)
7   This Defendant is sued in his/her (check one or both):
8              ☐ individual capacity              ■ official capacity
9
10  This Defendant was acting under color of law because  defendant is a part of the
    charades of witchcraft. ex: Nicknames: Cowtown, Panther City, Funkytown, Queen
11  City of the Prairie. Motto: Where the west begins & Crossroads of Cowboys
12  & Culture
13

14

15

16  ___. Defendant Sanctuary Texas
17  Insert ¶ #                    (full name of Defendant)              works at
18  1920 Berkeley Drive P.S. Box 125 Azle Texas 76020
                              (Defendant's place of work)
19
20  Defendant's title or position is Mayor: Mark Sommers
21                                      (Defendant's title or position at place of work)
22
23  This Defendant is sued in his/her (check one or both):
24             ☐ individual capacity              ■ official capacity
25  This Defendant was acting under color of law because  defendant is a part of the
    charades of witchcraft. ex:
26
27
28

                              Page Number
                    Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. Defendant _Kaneohe, Hawaii_ _____ works at
  Insert ¶ #                        (full name of Defendant)
2 _95-259 Waikalua Rd, Kaneohe, Hawaii 96744_
3                        (Defendant's place of work)

4

5 Defendant's title or position is _Executive Secretary_
                                   (Defendant's title or position at place of work)
6
7 This Defendant is sued in his/her (check one or both):
8        ☐ individual capacity            ■ official capacity
9
10 This Defendant was acting under color of law because _defendant is a part of the_
   _charades of witchcraft. ex:_ _____
11 _____
12 _____
13 _____
14
15

16 ___. Defendant _Von Watts_ _____ works at
17  Insert ¶ #                    (full name of Defendant)
18 _902 S. Highland Ave, Los Angeles CA 90036_
19                        (Defendant's place of work)
20 Defendant's title or position is _____Director_____
21                                   (Defendant's title or position at place of work)
22
23 This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity            ■ official capacity
25 This Defendant was acting under color of law because _defendant is a part of the_
   _charades of witchcraft. ex:_ _____
26 _____
27 _____
28 _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  \_\_. Defendant _Temple of Bacchus_ works at
Insert ¶ #                (full name of Defendant)
2  _2643+ FHG, Baalbek, Lebanon_
3                    (Defendant's place of work)

4

5  **Defendant's title or position is** _Overseer_
                              (Defendant's title or position at place of work)

6  **This Defendant is sued in his/her (check one or both):**

7      ☐ **individual capacity**        ■ **official capacity**

8

9  **This Defendant was acting under color of law because** defendant is a part of the

10 charades of witchcraft. ex:

11

12

13

14

15

16 \_\_. Defendant _EK Balam Archaeological Site_ works at
Insert ¶ #                (full name of Defendant)
17
18 _97743 Ekbalam, Yucata, Mexico_
                    (Defendant's place of work)
19

20 **Defendant's title or position is** _Overseer_
21                            (Defendant's title or position at place of work)

22

23 **This Defendant is sued in his/her (check one or both):**

24     ☐ **individual capacity**        ■ **official capacity**

25 **This Defendant was acting under color of law because** defendant is a part of the

26 charades of witchcraft. ex: _EK Balam is Mayan for "Black Jaguar"_

27 _or Sun Jaguar._

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Temple of Venus in Heliopolis                works at
    Insert ¶ #                        (full name of Defendant)
2   2044 + 9GR, Baalbek, Lebanon
3                                   (Defendant's place of work)

4

5   Defendant's title or position is   Overseer
                                       (Defendant's title or position at place of work)
6
    This Defendant is sued in his/her (check one or both):
7
          ☐ individual capacity              ■ official capacity
8

9
    This Defendant was acting under color of law because  defendant is a part of the
10  charades of witchcraft. ex:
11
12
13
14
15
16  ___. Defendant Our Lady of Lebanon Basilica of Our Lady of Lebanon works at
    Insert ¶ #                        (full name of Defendant)
17
18  XMJ2 + MG8, Harissa, Lebanon
19                                  (Defendant's place of work)

20  Defendant's title or position is   Parch Bishop
21                                     (Defendant's title or position at place of work)
22
23  This Defendant is sued in his/her (check one or both):
24        ☐ individual capacity              ■ official capacity
25  This Defendant was acting under color of law because  defendant is a part of the
26  charades of witchcraft. ex:
27
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1     ___. Defendant Sun Temple Modhera-World Heritage Site          works at
      Insert ¶ #                    (full name of Defendant)
2     HMM+5F4, Modhera, Gujarat 384212, India
3                                   (Defendant's place of work)
4
5     Defendant's title or position is _____ Overseer _____
                                              (Defendant's title or position at place of work)
6
      This Defendant is sued in his/her (check one or both):
7
               ☐ individual capacity              ■ official capacity
8
9     This Defendant was acting under color of law because  defendant is a part of the
10    charades of witchcraft. ex: Dr. Sun Yat-Sen is called "Father of the Nation" //
11    the founded Revive China Society (Secret society) currently named Kuomintang
12
13
14
15
16    ___. Defendant Temple of Jupiter                           works at
      Insert ¶ #                    (full name of Defendant)
17
18    2643 + MGG, Baalbek, Lebanon
19                                   (Defendant's place of work)
20
21    Defendant's title or position is _____ overseer _____
                                              (Defendant's title or position at place of work)
22
23    This Defendant is sued in his/her (check one or both):
24             ☐ individual capacity              ■ official capacity
25    This Defendant was acting under color of law because  defendant is a part of the
26    charades of witchcraft. ex: _____
27    _____
28    _____

                        _____
                        Page Number

              Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Purple Mountain Observatory _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

3P8H+9RC, Tianwentai Rd, Xuanwu, Nanjing, Jiangsu, China, 210042

*(Defendant's place of work)*

Defendant's title or position is _____ overseer _____

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. ex:

_____

_____

_____

___. Defendant Kuomintang (Chinese Nationalist Party) works at

*Insert ¶ #*                    *(full name of Defendant)*

No. 232-234, Sec. 2, Bade Rd., Zhongshan District, Taipei City 104, Taiwan.

*(Defendant's place of work)*

Defendant's title or position is Chairman: Eric Chu

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. ex: Originated as ReviveChina Society which was founded by Sun Yat-sen in 1894 (secret society) then merged into Tongmenghui (secret society). Sun Yat-sen is considered Father of the Nation

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant KPOP Nation _____ works at
   *Insert ¶ #*                    *(full name of Defendant)*

2  2808 W 8th St, Los Angeles CA 90005

3                    *(Defendant's place of work)*

4

5  Defendant's title or position is _____ CEO _____
                              *(Defendant's title or position at place of work)*

6

7  This Defendant is sued in his/her (check one or both):

8          ☐ individual capacity          ■ official capacity

9

10 This Defendant was acting under color of law because defendant is a part of the
   charades of witchcraft. ex: _____

11 _____

12 _____

13 _____

14

15

16 ___. Defendant HNBE Co, Ltd _____ works at
17 *Insert ¶ #*                   *(full name of Defendant)*

18 40 Hangang-daero, Yongsan-gu, Seoul 04339 Korea, Repblic of (South)

19                    *(Defendant's place of work)*

20 Defendant's title or position is Ceo; Park Jinon
21                            *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity          ■ official capacity

25 This Defendant was acting under color of law because defendant is a part of the
   charades of witchcraft. ex: _____

26

27 _____

28 _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Lotte Corporation _____ works at
2    *Insert ¶ #*              *(full name of Defendant)*
3    300 Olympic-ro, Songpa-gu Seoul, Seoul 05551 Republic of Korea.
                              *(Defendant's place of work)*
4
5    Defendant's title or position is Ceo: Shin Dong-bin _____
                                        *(Defendant's title or position at place of work)*
6
7    This Defendant is sued in his/her (check one or both):
8         ☐ individual capacity        ■ official capacity
9
10   This Defendant was acting under color of law because defendant is a part of the
     charades of witchcraft. ex:
11   _____
12   _____
13   _____
14
15
16   ___. Defendant Everland _____ works at
17   *Insert ¶ #*              *(full name of Defendant)*
18   199 Everland-ro, Yongin-si, Gyeonggi-do, South Korea
                              *(Defendant's place of work)*
19
20   Defendant's title or position is     Ceo _____
21                                        *(Defendant's title or position at place of work)*
22
23   This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity        ■ official capacity
25   This Defendant was acting under color of law because defendant is a part of the
     charades of witchcraft. ex:
26   _____
27   _____
28   _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant _P Nation_          works at

2

*Insert ¶ #*        *(full name of Defendant)*

_21, Nonhyun-ro 151-gil, Sinsa-dong, Gangnam, Seoul_ .

3

*(Defendant's place of work)*

4

5

Defendant's title or position is _Founder Park Jae-sang (PSY)_

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity         ☑ official capacity

8

9

This Defendant was acting under color of law because _defendant is a part of the_

10

charades of witchcraft. ex:

11

12

13

14

15

16

___. Defendant _Lotte World_        works at

17

*Insert ¶ #*        *(full name of Defendant)*

_240 Olympic-ro, Songpa-gu, Seoul, South Korea_

18

*(Defendant's place of work)*

19

20

Defendant's title or position is _CEO : CHOI HONG-HOON_

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity         ☑ official capacity

25

This Defendant was acting under color of law because _defendant is a part of the_

26

charades of witchcraft. ex:

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant Sun Temple Garden _____ works at

2   *Insert ¶ #*          *(full name of Defendant)*

    H4MM+9QR, Modhera, Gujarat 384212, India

3                    *(Defendant's place of work)*

4

5   Defendant's title or position is  Overseer

6                         *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity              ■ official capacity

8

9   This Defendant was acting under color of law because  defendant is a part of the

10  charades of witchcraft. ex: Dr. Sun Yat-Sen is called "Father of the Nation" &

11  he founded Revive China Society (secret society) currently named Kuomintang

12

13

14

15

16  ___. Defendant Modhera Sun Temple _____ works at

17  *Insert ¶ #*          *(full name of Defendant)*

    H4MM+95W, On Mehsana-Becharaji Rd, Highway, Modhera, Gujarat 384212, India

18                    *(Defendant's place of work)*

19

20  Defendant's title or position is   Overseer

21                         *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ■ official capacity

25  This Defendant was acting under color of law because  defendant is a part of the

26  charades of witchcraft. ex: Dr. Sun Yat-Sen is called "Father of the Nation" &

27  he founded Revive China Society (secret society) currently named Kuomintang

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___. Defendant Baal et Gebal Temple works at
     Insert ¶ #                  *(full name of Defendant)*
2    459W+J8X, Byblos, Lebanon
3                                *(Defendant's place of work)*

4

5    **Defendant's title or position is** overseer
                                          *(Defendant's title or position at place of work)*
6
     **This Defendant is sued in his/her (check one or both):**
7
           ☐ individual capacity          ■ official capacity
8

9    **This Defendant was acting under color of law because** defendant is a part of the
10   charades of witchcraft. ex:

11   _____

12   _____

13   _____

14

15

16   ___. Defendant Temple of Flora works at
     Insert ¶ #                  *(full name of Defendant)*
17
18   Via Salaria,247, 00199 Roma RM, Italy
19                               *(Defendant's place of work)*

20
     **Defendant's title or position is** Overseer
21                                        *(Defendant's title or position at place of work)*

22

23   **This Defendant is sued in his/her (check one or both):**

24         ☐ individual capacity          ■ official capacity

25   **This Defendant was acting under color of law because** defendant is a part of the
     charades of witchcraft. ex:
26

27   _____

28   _____

---

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Temple of Heaven_____ works at

Insert ¶ #

¶ Tiantan E Rd, Dongcheng, China 100061

(full name of Defendant)

(Defendant's place of work)

Defendant's title or position is ___Overseer_____

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ◼ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. ex:_

_____

_____

_____

___. Defendant _Forbidden City (The Palace Museum)_ works at

Insert ¶ #

¶ Jingshan Front St, Dongcheng, Beijing, China, 100009

(full name of Defendant)

(Defendant's place of work)

Defendant's title or position is ___Overseer_____

(Defendant's title or position at place of work)

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ◼ official capacity

This Defendant was acting under color of law because _defendant is a part of the charades of witchcraft. ex:_

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

_____. Defendant The Beijing Shejitan (Altar of Earth and Harvests) works at
<span>Insert ¶ #</span>   *(full name of Defendant)*

W96V+FW8, Dongcheng, Beijing, China, 100034
*(Defendant's place of work)*

Defendant's title or position is   Overseer
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because  defendant is a part of the
charades of witchcraft. ex:

_____

_____

_____


_____. Defendant Temple of Agriculture works at
<span>Insert ¶ #</span>   *(full name of Defendant)*

21 Donging Rd, Xicheng District, Beijing, China, 100052
*(Defendant's place of work)*

Defendant's title or position is   overseer
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because  defendant is a part of the
charades of witchcraft. ex:

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.  Defendant _Garden Grove_
     Insert ¶ #                                                    works at
2                  _(full name of Defendant)_
3    _11222 Acacia Parkway  Garden Grove  CA 92840_
                            _(Defendant's place of work)_
4
5    Defendant's title or position is _Mayor: Steven R. Jones_
                                       _(Defendant's title or position at place of work)_
6
7    This Defendant is sued in his/her (check one or both):
8          ☐ individual capacity          ■ official capacity
9
10   This Defendant was acting under color of law because  defendant is a part of the
     charades of witchcraft. ex: _Twin City is!_
11
12   _____
13   _____
14
15
16   ___.  Defendant _Gardena_
     Insert ¶ #                                                    works at
17                 _(full name of Defendant)_
18   _1651 W 162nd St, Gardena 90247_
                     _(Defendant's place of work)_
19
20   Defendant's title or position is _Mayor: Tasha Cerda_
21                                    _(Defendant's title or position at place of work)_
22
23   This Defendant is sued in his/her (check one or both):
24         ☐ individual capacity          ■ official capacity
25   This Defendant was acting under color of law because  defendant is a part of the
     charades of witchcraft. ex: _Nickname: Freeway City! Motto: The City_
26   _of Opportunity!_
27
28

                              Page Number
                Civil Rights Complaint Pursuant to U.S.C. § 1983

1  \_\_\_. Defendant Elizabethton, Tennessee.                    works at
   Insert ¶ #                              *(full name of Defendant)*
2  136 S. Sycamore St Elizabethton, TN 37643  .
3                              *(Defendant's place of work)*
4
5  Defendant's title or position is Mayor: Curt Alexander & Pro Mayor: William E. Bill Carter
6                              *(Defendant's title or position at place of work)*
   This Defendant is sued in his/her (check one or both):
7
8      ☐ individual capacity              ■ official capacity
9
10 This Defendant was acting under color of law because  defendant is a part of the
   charades of witchcraft. ex: Is a city named after Elizabeth Maclin Carter and
11 is in the county of Carter Tennessee. with the nickname: The City of
12 Power. This is how The Carter has stolen from me while pretending to be Mr Powers
13
14
15
16 \_\_\_. Defendant Andy Power (Taylor Guitars)          works at
17 Insert ¶ #                              *(full name of Defendant)*
   1980 Gillespie Way, El Cajon CA 92020
18                              *(Defendant's place of work)*
19
20 Defendant's title or position is Ceo of : Taylor Guitars
21                              *(Defendant's title or position at place of work)*
22
23 This Defendant is sued in his/her (check one or both):
24     ☐ individual capacity              ■ official capacity
25 This Defendant was acting under color of law because  defendant is a part of the
   charades of witchcraft. ex: He played in the movie "Clown"
26
27 and he owns Taylor Guitars
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. Defendant _SM Entertainment Co, Ltd_____ works at
    Insert ¶ #        *(full name of Defendant)*
2
3   _83-21, Wangsimni-ro, Seongsu-dong, Seongdong-gu Seoul, South Korea Singapore (TBC)_
                              *(Defendant's place of work)*
4
5   Defendant's title or position is _Ceo: Tang Cheol-hyuk_____
                                        *(Defendant's title or position at place of work)*
6
    This Defendant is sued in his/her (check one or both):
7
8            ☐ individual capacity           ☑ official capacity
9
10  This Defendant was acting under color of law because  defendant is a part of the
    charades of witchcraft. ex: _This label_____
11  _____
12  _____
13  _____
14
15
16  ___. Defendant _Im Jin-ah (NaNa)_____ works at
17  Insert ¶ #        *(full name of Defendant)*
18  _42, Hangang-daero, Yongsangu, Seoul, Republic of Korea_
                              *(Defendant's place of work)*
19
20  Defendant's title or position is _Artist@PLEDIS Entertainment_
21                                      *(Defendant's title or position at place of work)*
22
23  This Defendant is sued in his/her (check one or both):
24           ☐ individual capacity           ☑ official capacity
25  This Defendant was acting under color of law because  defendant is a part of the
    charades of witchcraft. ex: _____
26  _____
27  _____
28  _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant Fantagio Corp ___ works at

*Insert ¶ #*                    *(full name of Defendant)*

2/F 648 Samseong-ro, Gangnam-gu Seoul, Seoul, 06084 Republic of Korea

*(Defendant's place of work)*

Defendant's title or position is Ceo: Jong-Jin Park

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. ex: Parkland ← Beyonce's Company

___. Defendant Pledis Entertainment ___ works at

*Insert ¶ #*                    *(full name of Defendant)*

42, Hangang-daero, Yongsangu, Seoul, Republic of Korea

*(Defendant's place of work)*

Defendant's title or position is Founder: Han Sung-soo

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. ex:

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. **Defendant** A & E Television Networks, LLC    works at

2   <small>Insert ¶ #</small>                   *(full name of Defendant)*

    235 E 45th St, New York, NY 10017

3                       *(Defendant's place of work)*

4

5   **Defendant's title or position is** President: Paul Buccieri

6                             *(Defendant's title or position at place of work)*

  **This Defendant is sued in his/her (check one or both):**

7

8       ☐ **individual capacity**          ■ **official capacity**

9

10   **This Defendant was acting under color of law because** defendant is a part of the

  charades of witchcraft. ex:

11

12

13

14

15

16   ___. **Defendant** Amazon Prime Video              works at

17   <small>Insert ¶ #</small>                   *(full name of Defendant)*

18    2021 7th Ave S, Seattle, Washington 98134

19                       *(Defendant's place of work)*

20   **Defendant's title or position is** President: Andy Jassy

21                           *(Defendant's title or position at place of work)*

22

23   **This Defendant is sued in his/her (check one or both):**

24       ☐ **individual capacity**          ■ **official capacity**

25   **This Defendant was acting under color of law because** defendant is a part of the

26   charades of witchcraft. ex:

27

28

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant **Adventures by Disney/Disney CRUISE LINE** works at

*Insert ¶ #*

2

**1375 Buena Vista Drive, P.O. Box 10000, Lake Buena Vista FL 32830**.

3

*(full name of Defendant)*

*(Defendant's place of work)*

4

5

Defendant's title or position is **President: Thomas Mazloum**

6

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity          ■ official capacity

8

9

This Defendant was acting under color of law because **defendant is a part of the**

10

**charades of witchcraft. ex:**

11

12

13

14

15

16

___. Defendant **Walt Disney World Resort (Disney Destinations)** works at

17

*Insert ¶ #*

*(full name of Defendant)*

18

**1375 Buena Vista Drive, P.O. Box 10000, Lake Buena Vista FL 32830.**

19

*(Defendant's place of work)*

20

Defendant's title or position is **President: Jeff Vahle**

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity          ■ official capacity

25

This Defendant was acting under color of law because **defendant is a part of the**

26

**charades of witchcraft. ex:**

27

28

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___ Defendant Union of Utrecht of the Old Catholic Churches ___ works at
     Insert ¶ #                (full name of Defendant)

2    Koningin Wilhelminalaan 5, 3818 HN Amersfoort, The Netherlands.
3                              (Defendant's place of work)

4

5    Defendant's title or position is Archbishop: Bernd Wallet
6                                     (Defendant's title or position at place of work)

7    This Defendant is sued in his/her (check one or both):

        ☐ individual capacity          ■ official capacity
8

9    This Defendant was acting under color of law because  defendant is a part of the
10   charades of witchcraft. ex:

11   _____

12   _____

13   _____

14

15

16   ___ Defendant Polish National Catholic Church/ Union of Scranton works at
17   Insert ¶ #              (full name of Defendant)

18   1006 Pittston Avenue, Scranton, PA 18505
19                          (Defendant's place of work)

20   Defendant's title or position is Prime Bishop: Anthony Mikovsky
21                                    (Defendant's title or position at place of work)

22

23   This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity          ■ official capacity

25   This Defendant was acting under color of law because  defendant is a part of the
26   charades of witchcraft. ex:

27   _____

28   _____

     _____

                              _____
                              Page Number

                Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. **Defendant** <u>Kendrick Lamar Duckworth</u> **works at**
2  *Insert ¶ #*                              *(full name of Defendant)*.
3  <u>2220 Colorado Avenue, 5ᵗʰ Fl, Santa Monica, CA 90404</u>
                              *(Defendant's place of work)*

4

5  **Defendant's title or position is** <u>Artist @Interscope Records</u>
                              *(Defendant's title or position at place of work)*

6  **This Defendant is sued in his/her (check one or both):**
7       ☐ **individual capacity**          ☑ **official capacity**
8

9  **This Defendant was acting under color of law because** <u>defendant is a part of the</u>
10 <u>charades of witchcraft. ex:</u>
11 _____
12 _____
13 _____
14
15
16 ___. **Defendant** <u>Garden Theatre</u>                      **works at**
17 *Insert ¶ #*                              *(full name of Defendant)*
18 <u>160 West Plant Street, Winter Garden, FL 34787</u>
                              *(Defendant's place of work)*
19
20 **Defendant's title or position is** <u>COO: Keith Davenport</u>
21                               *(Defendant's title or position at place of work)*
22
23 **This Defendant is sued in his/her (check one or both):**
24       ☐ **individual capacity**          ☑ **official capacity**
25 **This Defendant was acting under color of law because** <u>defendant is a part of the</u>
26 <u>charades of witchcraft. ex:</u>
27 _____
28 _____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant Titanus Film Company                        works at

2     *Insert ¶ #*                    *(full name of Defendant)*

Via Sommacampagnia, 28 00185 Rome - Italy

3                          *(Defendant's place of work)*

4

5  Defendant's title or position is Ceo: Maria Grazia Saccà

                                    *(Defendant's title or position at place of work)*

6  This Defendant is sued in his/her (check one or both):

7       ☐ individual capacity              ■ official capacity

8

9  This Defendant was acting under color of law because  defendant is a part of the

10  charades of witchcraft. ex: Titanus means Titan

11  _____

12  _____

13  _____

14

15

16

___. Defendant Gaumont Film Company                        works at

17     *Insert ¶ #*                    *(full name of Defendant)*

18  30 Avenue Charles de Gaulk, Neuilly-sur-Seine ILE de France 92200, France

                          *(Defendant's place of work)*

19

20  Defendant's title or position is   Ceo

21                                    *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ■ official capacity

25  This Defendant was acting under color of law because  defendant is a part of the

26  charades of witchcraft. ex: _____

27  _____

28  _____

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. Defendant  AMC Theatres  works at
2  Insert ¶ #                    (full name of Defendant)
   11500 Ash St, Leawood, Kansas 66211
3                    (Defendant's place of work)
4

5  Defendant's title or position is ___ CEO
                              (Defendant's title or position at place of work)
6
7  This Defendant is sued in his/her (check one or both):
      ☐ individual capacity        ■ official capacity
8
9
   This Defendant was acting under color of law because  defendant is a part of the
10  charades of witchcraft. ex:
11
12
13
14
15
16  ___. Defendant  La-La Land Records  works at
17  Insert ¶ #                    (full name of Defendant)
18  150 S. Glenoaks Blvd. #9252  Burbank, CA 91502
                    (Defendant's place of work)
19
20  Defendant's title or position is Founder Michael V. Gerhard / Matt Verboys
21                            (Defendant's title or position at place of work)
22
23  This Defendant is sued in his/her (check one or both):
24      ☐ individual capacity        ■ official capacity
25  This Defendant was acting under color of law because  defendant is a part of the
   charades of witchcraft. ex:
26
27
28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _Sunstar SA_ works at
_Insert ¶ #_   *(full name of Defendant)*

_Rave  Pallatex 15 Etoy, VAUD, 1163 Switzerland_
*(Defendant's place of work)*

Defendant's title or position is _Director : Nicolas Cottier_.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_
_charades of witchcraft. ex:_

_____

_____

_____

___. Defendant _Sam Phillips Recording_ works at
_Insert ¶ #_   *(full name of Defendant)*

_639 Madison Ave, Memphis TN 38103_
*(Defendant's place of work)*

Defendant's title or position is _CEO_
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _defendant is a part of the_
charades of witchcraft. ex: _Artists: Local Saints, The Planet Rockers,_
_etc_

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___ Defendant _Dr. Sun Yat-sen's Mausoleum_____ works at

2    *Insert ¶ #*                    *(full name of Defendant)*

3    No. 7, Shixiang Road, China, Jiangsu, Nanjing, Xuanwu, Postcode: 210014

     *(Defendant's place of work)*

4

5    Defendant's title or position is _Father  of the Nation_____

                              *(Defendant's title or position at place of work)*

6

7    This Defendant is sued in his/her (check one or both):

8         ☐ **individual capacity**              ■ **official capacity**

9

10   This Defendant was acting under color of law because  defendant is a part of the

     charades of witchcraft. ex: _Called "Father of the Nation" and founder_

11   _of Revive China Society (secret society) that's currently named Kuomintang_

12

13   _____

14

15

16   ___ Defendant _Order of Saint Benedict_____ works at

17   *Insert ¶ #*                    *(full name of Defendant)*

18   Piazza dei Cavalieri di Malta 5, 00153 Rome, Italy

                              *(Defendant's place of work)*

19

20   Defendant's title or position is _Abbot Primate: Gregory Polan, OSB_

21                              *(Defendant's title or position at place of work)*

22

23   This Defendant is sued in his/her (check one or both):

24        ☐ **individual capacity**              ■ **official capacity**

25   This Defendant was acting under color of law because  defendant is a part of the

     charades of witchcraft. ex: _Males  are called "Black Monks"_

26   _Saint Benedict was an Italian christian monk. In 19    Pope_

27   _Paul VI declared Benedict a patron saint of Europe. He's over the Anglican Communion_

28   _as well._

                              **Page Number**

                    Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant ___Kentrell DeSean Gaulden (NBA Youngboy)___ works at

*Insert ¶ #*                              *(full name of Defendant)*

___1290 Avenue Of The Americas, New York, NY,___.

*(Defendant's place of work)*

Defendant's title or position is ___Artist @ Atlantic Records___.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
the charades of witchcraft. Ex:_____

_____

_____

___.  Defendant _____Dillingham, Alaska_____ works at

*Insert ¶ #*                              *(full name of Defendant)*

___141 Main St. Dillingham, AK 99576___.

*(Defendant's place of work)*

Defendant's title or position is ___Mayor: Alice Ruby___.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☒ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
the charades of witchcraft. Ex:_____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Black Ticket Films _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

G-39A, G Block, Kailash Hills, East of Kailash, New Delhi, Delhi 110065, India .

*(Defendant's place of work)*

Defendant's title or position is _____ Co-Founder: Rintu Thomas _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: Producing movie: Dilli while under the production of Black Ticket Films. Yet this was being produced by India so this shows that Dilli(hunt) is black, but other people displayed themselves.

___.  Defendant _____ Clark County, Nevada _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

500 S Grand Central Pkwy 6th Floor, Las Vegas, NV 89155 .

*(Defendant's place of work)*

Defendant's title or position is _____ Chair: Tick Segerblom _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ works at

*Insert ¶ #*

### Coldplay
*(full name of Defendant)*

1633 Broadway New York, NY 10019-6708USA_____.

*(Defendant's place of work)*

Defendant's title or position is _____ artist @ atlantic records _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex:_____

_____

_____

___.  Defendant _____ works at

*Insert ¶ #*

### Linkin Park
*(full name of Defendant)*

15260 Ventura Boulevard, Suite 2100, Sherman Oaks, CA 9140:

*(Defendant's place of work)*

Defendant's title or position is ____ artist @ Machine Shop Recordings, LLC.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex:_____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Blink 182 _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

25 Madison Avenue 19th floor. New York, NY 10010 .

*(Defendant's place of work)*

Defendant's title or position is _____ artist @ sony music _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____


___.  Defendant _____ EMI Electrola GmbH & Co. KG _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

Im Media Park 8a50670 Kîn Germany .

*(Defendant's place of work)*

Defendant's title or position is _____ CEO _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Iglesia de Dios ( ISRAELITA ) _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

_____ 1020 Alameda St, Compton, CA 90221 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Pastor _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _____ defendant is a part of _____
the charades of witchcraft. Ex: _____
_____
_____

___. Defendant _____ Heal A Life | A.C.T.S. and R&R _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

_____ 336 E Rosecrans Ave, Compton, CA 90221 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _____ defendant is a part of _____
the charades of witchcraft. Ex: _____
_____
_____

___.  Defendant _____ OnTrac _____ works at

*Insert ¶ #*                                     *(full name of Defendant)*

_____ 375 W Apra St, Compton, CA 90220 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because __defendant is a part of__

__the charades of witchcraft. Ex:__ _____

_____

_____

___.  Defendant _____ Firehouse _____ works at

*Insert ¶ #*                                     *(full name of Defendant)*

_____ 4101 E Compton Blvd, Compton, CA 90221 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because __defendant is a part of__

__the charades of witchcraft. Ex:__ _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ Revelation Church _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

713 Rosecrans Ave, Compton, CA 90222
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Pastor _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☑ official capacity

This Defendant was acting under color of law because _defendant is a part of_
the charades of witchcraft. Ex: _____
_____
_____


___.   Defendant ____ REVELATION CHURCH APOSTOLIC FAITH, IN ____ works at

*Insert ¶ #*                          *(full name of Defendant)*

8229 San Pedro St, Los Angeles, CA 90003
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Pastor _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity           ☑ official capacity

This Defendant was acting under color of law because _defendant is a part of_
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ works at

*Insert ¶ #*   **George Walton Lucas Jr.**

*(full name of Defendant)*

_____.

**5858 Lucas Valley Rd. Nicasio, CA 94946**

*(Defendant's place of work)*

Defendant's title or position is _____.

**producer**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ▣ official capacity

This Defendant was acting under color of law because _____

**defendant is a part of**

the charades of witchcraft. Ex: _____

_____

_____


___.  Defendant _____ works at

*Insert ¶ #*   **Cinecittà World**

*(full name of Defendant)*

_____.

**Via Irina Alberti, 00128 Roma RM, Italy**

*(Defendant's place of work)*

Defendant's title or position is _____.

**owner**

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ▣ official capacity

This Defendant was acting under color of law because _____

**defendant is a part of**

the charades of witchcraft. Ex: _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Fontenot _____ works at

*Insert ¶ #*                         *(full name of Defendant)*

410 N Bowen Ave, Compton, CA 90221

_____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Louisiana Fried Chicken _____ works at

*Insert ¶ #*                         *(full name of Defendant)*

P.O Box 170562 Dallas, TX 75217

_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Michael P. Eng _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ botanical la caridad _____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

_____ 4600 E Compton Blvd, Compton, CA 90221 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ OWNER _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____



___.  Defendant _____ Jesucristo Es El Senor Universal _____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

_____ 4611 E Compton Blvd, Compton, CA 90221 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Pastor _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Aztec babershop _____ works at

*Insert ¶ #*                      *(full name of Defendant)*

4604 E Compton Blvd, Compton, CA 90221 .

*(Defendant's place of work)*

Defendant's title or position is _____ Owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Columbia, Maryland _____ works at

*Insert ¶ #*                      *(full name of Defendant)*

6310 Hillside Court,Suite 100, Columbia, MD 21046 .

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Dennis Mattey _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Motto: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ SUNWEST AVIATION LTD. _____ works at

*Insert ¶ #*                                   *(full name of Defendant)*

_____ 217 Aero Court NECalgary Alberta T2E 7C6 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: RICHARD HOTCHKISS _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___

the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Kaiser Air _____ works at

*Insert ¶ #*                                   *(full name of Defendant)*

_____ 8735 Earhart Rd, Oakland, CA 94621 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Ronald Guerra _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___

the charades of witchcraft. Ex: _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.   Defendant _____ Charles M. Schulz ñSonoma County Airport (STS) _____ works at

*Insert ¶ #*                                       *(full name of Defendant)*

2200 Airport Boulevard, Santa Rosa, CA 95403 .

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____


___.   Defendant _____ Toronto Sun _____ works at

*Insert ¶ #*                                       *(full name of Defendant)*

365 Bloor Street EastToronto, OntarioM4W 3L4 .

*(Defendant's place of work)*

Defendant's title or position is _____ Editor-in-chief Adrienne Batra _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Starship Entertainment _____ works at

Insert ¶ #                                         *(full name of Defendant)*

_____ 4-5 Samseong-ro 146-gil, Gangnam-gu, Seoul (06070) _____.

*(Defendant's place of work)*

Defendant's title or position is _____ CEO Lee Jin-sung _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _____ defendant is a part of _____ the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Kakao Corp _____ works at

Insert ¶ #                                         *(full name of Defendant)*

_____ 242, Cheomdan-ro, Jeju-si, Jeju-do, 63309, Korea _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Founder Brian Kim _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _____ defendant is a part of _____ the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___.  Defendant _____ Holyoke Sun _____ works at

2   *Insert ¶ #*                        *(full name of Defendant)*

    _____ 24 Water St, Palmer, MA 01069 _____.

3                              *(Defendant's place of work)*

4

5   Defendant's title or position is _____ ceo _____.

                                    *(Defendant's title or position at place of work)*

6

7   This Defendant is sued in his/her (check one or both):

8        ☐ individual capacity              ☑ official capacity

9

    This Defendant was acting under color of law because __ defendant is a part of

10  the charades of witchcraft. Ex: _____

11  _____

12  _____

13

14

15

16  ___.  Defendant _____ Madrasa of Alauddin Khalji _____ works at

17  *Insert ¶ #*                        *(full name of Defendant)*

    G5FM+HR3, Seth Sarai, Mehrauli, New Delhi, Delhi 110030, Indi

18                             *(Defendant's place of work)*

19

20  Defendant's title or position is _____ Madras and Tomb _____.

21                                  *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☑ official capacity

25  This Defendant was acting under color of law because __ defendant is a part of

    the charades of witchcraft. Ex: _____

26  _____

27  _____

28  _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Siri Fort Sports Complex _____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

_____ Siri Fort Institutional Area, Siri Fort, New Delhi, Delhi 110049, India _____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ____ defendant is a part of ____

the charades of witchcraft. Ex: _____

_____

_____


___.  Defendant _____ Siri Fort Auditorium _____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

_____ Institutional Area, Siri Fort, New Delhi, Delhi 110049, India _____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ____ defendant is a part of ____

the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ works at

*Insert ¶ #*

Sirius FM

*(full name of Defendant)*

1221 Avenue of the Americas, New York City, NY 10020
_____.

*(Defendant's place of work)*

Defendant's title or position is _____.

Ceo: Jennifer Witz

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _____

defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ works at

*Insert ¶ #*

Indian Naval Symphonic Band

*(full name of Defendant)*

H58J+J45, West Block, Rama Krishna Puram, New Delhi, Delhi 110066, India
_____.

*(Defendant's place of work)*

Defendant's title or position is _____.

Chief of the Naval Staff (CNS) Admiral R. Hari Kumar

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _____

defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___.  Defendant _____ Salt Lake Utah Temple _____ works at

2   *Insert ¶ #*                                    *(full name of Defendant)*
    50 N W Temple St, Salt Lake City, UT 84150

3   _____.

                              *(Defendant's place of work)*

4

5   Defendant's title or position is _____ Pastor _____.

                              *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7            ☐ individual capacity              ☒ official capacity

8

9   This Defendant was acting under color of law because ___ defendant is a part of

10  the charades of witchcraft. Ex: _____

11  _____

12  _____

13  _____

14

15

16  ___.  Defendant _____ Palmdale _____ works at

17  *Insert ¶ #*                                    *(full name of Defendant)*
    38300 Sierra HighwayPalmdale, CA 93550

18  _____.

                              *(Defendant's place of work)*

19

20  Defendant's title or position is _____ Mayor: Austin Bishop _____.

                              *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24            ☐ individual capacity              ☒ official capacity

25  This Defendant was acting under color of law because ___ defendant is a part of

26  the charades of witchcraft. Ex: _____

27  _____

28  _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.   Defendant _____ works at
    *(full name of Defendant)*
2   *Insert ¶ #*
    **Gatorade**

3   **555 W Monroe St Chicago, IL 60661 USA**_____.
    *(Defendant's place of work)*

4

5  Defendant's title or position is _____.
    **Ceo: Ramon Laguarta**
6     *(Defendant's title or position at place of work)*

7  This Defendant is sued in his/her (check one or both):

    ☐ individual capacity        ■ official capacity

8

9  This Defendant was acting under color of law because **defendant is a part of**
10  **the charades of witchcraft. Ex:**_____

11 _____

12 _____

13

14

15

16    ___.   Defendant _____ works at
    **pepsi**
17   *Insert ¶ #*     *(full name of Defendant)*

18  **700 Anderson Hill Road Purchase, NY 10577**_____.
    *(Defendant's place of work)*

19

20  Defendant's title or position is _____.
    **Ceo: Ramon Laguarta**
21     *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24     ☐ individual capacity        ■ official capacity

25  This Defendant was acting under color of law because **defendant is a part of**
  **the charades of witchcraft. Ex:**_____
26 _____

27 _____

28 _____

___.  Defendant _____ **Robert James Ritchie (Kid Rock)** _____ works at

*Insert ¶ #*                     *(full name of Defendant)*

__401 Old Dixie HighwayUnit 3876Jupiter, FL 33469__.

*(Defendant's place of work)*

Defendant's title or position is _____ Lost Highway Touring, Inc Artist _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Broken Bow Records _____ works at

*Insert ¶ #*                     *(full name of Defendant)*

__1 Music Cir S, Nashville, TN 37203__.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Benny Brown _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because __defendant is a part of__ the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ KISS 102.3 _____ works at

*Insert ¶ #*                                      *(full name of Defendant)*

1203 Troy Schenectady Road Latham, NY 12110 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ CEO Garry Polmateer _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Tesla _____ works at

*Insert ¶ #*                                      *(full name of Defendant)*

13101 Harold Green Road, Austin, Texas 78725 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Elon Musk _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Neuralink Corp _____ works at

*Insert ¶ #*                                        *(full name of Defendant)*

7400 Paseo Padre Parkway Fremont, CA 94555 .

*(Defendant's place of work)*

Defendant's title or position is _____ Elon Musk _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

___. Defendant _____ Musk Foundation _____ works at

*Insert ¶ #*                                        *(full name of Defendant)*

Po Box 341886, Austin, TX 78734 .

*(Defendant's place of work)*

Defendant's title or position is _____ Elon Musk _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Guitar Center _____ works at

*Insert ¶ #*            *(full name of Defendant)*

5795 Lindero Canyon Rd, Westlake Village, CA 91362
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Gabe Dalporto _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ NY Yankees _____ works at

*Insert ¶ #*            *(full name of Defendant)*

1 E 161ST St Bronx, NY, 10451
_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Rob Guliani _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity                    ☒ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

___. Defendant _____Dreamworld_____ works at

2

*Insert ¶ #*                              *(full name of Defendant)*

Dreamworld Pkwy, Coomera QLD 4209, Australia_____.

3

*(Defendant's place of work)*

4

5

Defendant's title or position is _____owner_____.

*(Defendant's title or position at place of work)*

6

This Defendant is sued in his/her (check one or both):

7

☐ individual capacity                ■ official capacity

8

9

This Defendant was acting under color of law because defendant is a part of

10

the charades of witchcraft. Ex: _____

11

_____

12

_____

13

14

15

16

___. Defendant _____Armenian_____ works at

17

*Insert ¶ #*                              *(full name of Defendant)*

Republic of Armenia, c. Yerevan, 0010, Republic Square, Government House

18

*(Defendant's place of work)*

19

20

Defendant's title or position is _____• President Vahagn Khachaturyan_____.

21

*(Defendant's title or position at place of work)*

22

23

This Defendant is sued in his/her (check one or both):

24

☐ individual capacity                ■ official capacity

25

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

26

_____

27

_____

28

1    ___.  Defendant _____ King Kong by Starship _____ works at

2    *Insert ¶ #*                              *(full name of Defendant)*
     3F, 4-5 Samseong-ro 146-gil, Cheongdam-dong, Gangnam-gu, Seoul, South Korea

3    _____.
                              *(Defendant's place of work)*

4

5    Defendant's title or position is _____ Founder: Lee Jin-sung _____.
                              *(Defendant's title or position at place of work)*

6    This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity              ■ official capacity

8

9    This Defendant was acting under color of law because ___ defendant is a part of ___

10   the charades of witchcraft. Ex: _____

11   _____

12   _____

13   _____

14

15

16   ___.  Defendant _____ iWill Media _____ works at

17   *Insert ¶ #*                              *(full name of Defendant)*
     11th floor, KBS Media Center, 45 Maebongsan-ro, Seogyo-dong, Mapo District, Seoul, South Korea

18   _____.
                              *(Defendant's place of work)*

19

20   Defendant's title or position is _____ Founder: Kim Jong-shik _____.
                              *(Defendant's title or position at place of work)*

21

22

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ■ official capacity

25   This Defendant was acting under color of law because ___ defendant is a part of ___

26   the charades of witchcraft. Ex: _____

27   _____

28   _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___.  Defendant _____**Studio Dragon Corporation**_____ works at

2   *Insert ¶ #*                                      *(full name of Defendant)*

    Unit 1701, 17th Floor, Dong-A Digital Media Center (DDMC), Maebongsan-ro 75, Sangam-dong, Mapo-gu, Seoul, South Korea .

3                                      *(Defendant's place of work)*

4

5   Defendant's title or position is _____**Ceo: Kim Jae-hyun**_____.

                                      *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7           ☐ individual capacity              ◼ official capacity

8

9   This Defendant was acting under color of law because __defendant is a part of__

10  the charades of witchcraft. Ex:_____

11  _____

12  _____

13  _____

14

15

16  ___.  Defendant _____**IBM**_____ works at

17  *Insert ¶ #*                                      *(full name of Defendant)*

    **1 Orchard Road, Armonk, New York, United States**

18  _____ .

                                      *(Defendant's place of work)*

19

20  Defendant's title or position is _____**Ceo: Arvind Krishna**_____.

                                      *(Defendant's title or position at place of work)*

21

22

23  This Defendant is sued in his/her (check one or both):

24          ☐ individual capacity              ◼ official capacity

25  This Defendant was acting under color of law because __defendant is a part of__

26  the charades of witchcraft. Ex:_____

27  _____

28  _____

1   ___.  Defendant _____ **Nokia Bell Labs** _____ works at
    *Insert ¶ #*                                *(full name of Defendant)*

2   600 Mountain Avenue, Murray Hill, NJ 07974-0636, United States
3                               *(Defendant's place of work)*

4

5   Defendant's title or position is _____ Peter Vetter _____.
                                        *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7       ☐ individual capacity              ☑ official capacity

8

9   This Defendant was acting under color of law because _defendant is a part of_

10  the charades of witchcraft. Ex: _____

11  _____

12  _____

13

14

15

16  ___.  Defendant _____ Nokia Shanghai Bell _____ works at
    *Insert ¶ #*                                *(full name of Defendant)*

17

18  388 NINGQIAO ROAD PUDONG JINQIAO SHANGHAI 201206CHINA
                               *(Defendant's place of work)*

19

20  Defendant's title or position is _____ Ceo: Markus Borcher _____.
21                                      *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24      ☐ individual capacity              ☑ official capacity

25  This Defendant was acting under color of law because _defendant is a part of_

26  the charades of witchcraft. Ex: _____

27  _____

28  _____

1   ___. Defendant _____ **Verizon** _____ works at

2   *Insert ¶ #*                    *(full name of Defendant)*
    1095 Avenue of the Americas, New York City
    _____.

3                                  *(Defendant's place of work)*

4

5   Defendant's title or position is _____ Ceo: Hans Vestberg _____.

                                    *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity              ☑ official capacity

8

9   This Defendant was acting under color of law because defendant is a part of

10  the charades of witchcraft. Ex: Was a part of the Regional Bell Operating

11  Company _____

12  _____

13  _____

14

15

16  ___. Defendant _____ **AT&T** _____ works at

17  *Insert ¶ #*                    *(full name of Defendant)*
    Whitacre Tower, 208 S Akard St, Dallas, TX 75202
    _____.

18                                 *(Defendant's place of work)*

19

20  Defendant's title or position is _____ Ceo: John Stankey _____.

21                                 *(Defendant's title or position at place of work)*

22

23  This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity              ☑ official capacity

25  This Defendant was acting under color of law because defendant is a part of

26  the charades of witchcraft. Ex: Was a part of the Regional Bell Operating

27  Company _____

28  _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant ___Kingdom Hall Of Jehovah's Witnesses___ works at

*Insert ¶ #*                              *(full name of Defendant)*

___12000 Main St, Los Angeles, CA 90061___.

*(Defendant's place of work)*

Defendant's title or position is _____Main Pastor_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
the charades of witchcraft. Ex: _____

_____

_____


___.  Defendant _____Norwalk Masonic Lodge_____ works at

*Insert ¶ #*                              *(full name of Defendant)*

___12345 Rosecrans Ave, Norwalk, CA 90650___.

*(Defendant's place of work)*

Defendant's title or position is _____Grand Mason_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ St Raphael Korean Catholic Center _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_____ 12366 Rosecrans Ave, Norwalk, CA 90650 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ overseer _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Golden Trowel Norwalk Lodge #273 _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

_____ 12345 Rosecrans Ave, Norwalk, CA 90650 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ overseer _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____**Southland Christian Academy**_____ works at
*Insert ¶ #*                          *(full name of Defendant)*
_____**16400 Woodruff Ave, Bellflower, CA 90706**_____.
                          *(Defendant's place of work)*

Defendant's title or position is _____**overseer**_____.
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity        ◼ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:** _____
_____
_____

___. Defendant _____**White House Florist**_____ works at
*Insert ¶ #*                          *(full name of Defendant)*
_____**9855 Flower St, Bellflower, CA 90706**_____.
                          *(Defendant's place of work)*

Defendant's title or position is _____**overseer**_____.
                          *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity        ◼ official capacity

This Defendant was acting under color of law because **defendant is a part of the charades of witchcraft. Ex:** _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ American Dream Meadowlands _____ works at

*Insert ¶ #* *(full name of Defendant)*

_____ 1 American Dream Wy, East Rutherford, NJ 07073 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity         ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of

the charades of witchcraft. Ex: Jaguars _____

_____

_____

___.  Defendant _____ London Drugs _____ works at

*Insert ¶ #* *(full name of Defendant)*

_____ 12251 Horseshoe Way, Richmond, BC V7A 4X5, Canada _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Clint Mahlman _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity         ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of

the charades of witchcraft. Ex: Is located in West Edmonton Mall and the

mall is owned by an artificial identity called The Ghermezian Family. I call

their name artificial bcuz they are Iranian. Germans produced Durgs

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ DreamWorks Water Park _____ works at

*Insert ¶ #*              *(full name of Defendant)*

_____ 1 American Dream Wy, East Rutherford, NJ 07073 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Manager: Marena Thompson _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___
the charades of witchcraft. Ex: Jaguars _____

_____

_____

___.  Defendant _____ Siam Park _____ works at

*Insert ¶ #*              *(full name of Defendant)*

____ Av. Siam, s/n, 38660 Costa Adeje, Santa Cruz de Tenerife, Spain ____.

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

    ☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___ defendant is a part of ___
the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___.  Defendant _____ Siam Amazing Park _____ works at

2  *Insert ¶ #*                              *(full name of Defendant)*

   _____ 203 Suan Sayam Rd, Khan Na Yao, Bangkok 10230, Thailand _____.

3                              *(Defendant's place of work)*

4

5  Defendant's title or position is _____ owner _____.

                                   *(Defendant's title or position at place of work)*

6

   This Defendant is sued in his/her (check one or both):

7        ☐ individual capacity              ☑ official capacity

8

9  This Defendant was acting under color of law because _____ defendant is a part of

10 the charades of witchcraft. Ex: Jaguars _____

11 _____

12 _____

13 _____

14

15

16 ___.  Defendant _____ Dream World _____ works at

17 *Insert ¶ #*                              *(full name of Defendant)*

   62 Village No. 1, Rangsit - Ongkharak Road, Bueng Yitho, Thanyaburi District, Pathum Thani 12130, Thailand

18                              *(Defendant's place of work)*

19

20 Defendant's title or position is _____ owner _____.

21                              *(Defendant's title or position at place of work)*

22

23 This Defendant is sued in his/her (check one or both):

24        ☐ individual capacity              ☑ official capacity

25 This Defendant was acting under color of law because _____ defendant is a part of

26 the charades of witchcraft. Ex: _____

27 _____

28 _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    ___.   Defendant _____ Chocolate Ville _____ works at

2    *Insert ¶ #*                 *(full name of Defendant)*

23 1-16 Prasert-Manukitch Rd, Ram Inthra, Khan Na Yao, Bangkok 10230, Thailand .

3                       *(Defendant's place of work)*

5   Defendant's title or position is _____ owner _____ .

                       *(Defendant's title or position at place of work)*

6   This Defendant is sued in his/her (check one or both):

7       ☐ individual capacity          ■ official capacity

9   This Defendant was acting under color of law because defendant is a part of

10 the charades of witchcraft. Ex: Jaguars _____

11 _____

12 _____

13 _____

16    ___.   Defendant _____ SEA LIFE Bangkok Ocean World _____ works at

17    *Insert ¶ #*                 *(full name of Defendant)*

Floor B1-B2 Siam Paragon 991 Rama I Rd, Pathum Wan, Bangkok 10330, Thailand .

18                      *(Defendant's place of work)*

20   Defendant's title or position is _____ Owner _____ .

                       *(Defendant's title or position at place of work)*

23   This Defendant is sued in his/her (check one or both):

24       ☐ individual capacity          ■ official capacity

25   This Defendant was acting under color of law because defendant is a part of

26 the charades of witchcraft. Ex: _____

27 _____

28 _____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ The Museum of Jurassic Technology _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____ 9341 Venice Blvd., Culver City, CA 90232 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ David Wilson _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ____ defendant is a part of ____ the charades of witchcraft. Ex: _____

_____

_____


___.  Defendant _____ The Getty Museum _____ works at

*Insert ¶ #*                              *(full name of Defendant)*

_____ 1200 Getty Center Dr, Los Angeles, CA 90049 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Katherine E. Fleming _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ____ defendant is a part of ____ the charades of witchcraft. Ex: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Sherman Oaks Castle Park _____ works at

*Insert ¶ #*

4989 Sepulveda Blvd, Sherman Oaks, CA 91403 .

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Warner Center Marriot _____ works at

*Insert ¶ #*

21850 W Oxnard St, Woodland Hills, CA 91367 .

*(full name of Defendant)*

*(Defendant's place of work)*

Defendant's title or position is _____ ceo _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity        ☑ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 | ___.  Defendant _____ Kiaser Permanente _____ works at

2 | *Insert ¶ #*                                    *(full name of Defendant)*
   5601 De Soto Ave, Woodland Hills, CA 91367

3 | _____.
   *(Defendant's place of work)*

4 |

5 | Defendant's title or position is _____ ceo _____.
   *(Defendant's title or position at place of work)*

6 | This Defendant is sued in his/her (check one or both):

7 | ☐ individual capacity          ■ official capacity

8 |

9 | This Defendant was acting under color of law because defendant is a part of

10 | the charades of witchcraft. Ex: _____

11 | _____

12 | _____

13 | _____

14 |

15 |

16 | ___.  Defendant _____ Brand Park _____ works at

17 | *Insert ¶ #*                                    *(full name of Defendant)*
   1601 W Mountain St, Glendale, CA 91201

18 | _____.
   *(Defendant's place of work)*

19 |

20 | Defendant's title or position is _____ overseer _____.
   *(Defendant's title or position at place of work)*

21 |

22 |

23 | This Defendant is sued in his/her (check one or both):

24 | ☐ individual capacity          ■ official capacity

25 | This Defendant was acting under color of law because defendant is a part of

26 | the charades of witchcraft. Ex: _____

27 | _____

28 | _____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Nicholas Richard Denis COMPTON _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

Ground Floor, 90 Victoria Street, Bristol, United Kingdom, BS1 6DP .
_____

*(Defendant's place of work)*

Defendant's title or position is _____ Cricketer _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐■ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
the charades of witchcraft. Ex: Born in South Africa. He's a cricketer with
the batsman role. My name is Victoria I was born in Compton and my
granddad name is Dennis

___. Defendant _____ Long Live Dubz _____ works at

*Insert ¶ #*                                    *(full name of Defendant)*

Elizabeth Lake Rd, Palmdale, CA 93551 .
_____

*(Defendant's place of work)*

Defendant's title or position is _____ Memorial in Palmdale _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐■ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
the charades of witchcraft. Ex:
_____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

___.  Defendant _____ Warner Bros. Movie World _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

_____ Pacific Mwy, Oxenford QLD 4210, Australia _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Jurassic Encounter Adventure Golf _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

_____ World of Golf, Beverley Way, New Malden KT3 4PH, United Kingdom _____ .

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because _____ defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Paultons Park _____ works at

*Insert ¶ #*          *(full name of Defendant)*

Paultons Park, Ower, Romsey, The New Forest, Hampshire, SO51 6AL. .

*(Defendant's place of work)*

Defendant's title or position is _____ owner _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Queen's Bath _____ works at

*Insert ¶ #*          *(full name of Defendant)*

Kapiolani Loop, Princeville, HI 96722 .

*(Defendant's place of work)*

Defendant's title or position is _____ Hawaii government _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____University of California Office of the President_____ works at

*Insert ¶ #*                                           *(full name of Defendant)*

_____1111 Franklin St, Oakland, CA 94607_____.

*(Defendant's place of work)*

Defendant's title or position is _____dean_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of___

the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____Usher Raymond_____ works at

*Insert ¶ #*                                           *(full name of Defendant)*

_____25 Madison Avenue, 23rd Floor, New York, NY 10010_____.

*(Defendant's place of work)*

Defendant's title or position is _____artist @ RCA records_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because ___defendant is a part of___

the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant ___Kentrell DeSean Gaulden (NBA Youngboy)___ works at

*Insert ¶ #* *(full name of Defendant)*

___1290 Avenue Of The Americas, New York, NY,___.

*(Defendant's place of work)*

Defendant's title or position is _____Artist @ Atlantic Records_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
the charades of witchcraft. Ex: _____
_____
_____


___. Defendant _____Dillingham, Alaska_____ works at

*Insert ¶ #* *(full name of Defendant)*

___141 Main St. Dillingham, AK 99576___.

*(Defendant's place of work)*

Defendant's title or position is _____Mayor: Alice Ruby_____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because ___defendant is a part of___
the charades of witchcraft. Ex: _____
_____
_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Black Ticket Films _____ works at

*Insert ¶ #*                           *(full name of Defendant)*

G-39A, G Block, Kailash Hills, East of Kailash, New Delhi, Delhi 110065, India

_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Co-Founder: Rintu Thomas _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Producing movie: Dilli while under the
production of Black Ticket Films. Yet this was being produced by India so
this shows that Dilli(hunt) is black, but other people displayed themselves.

___.  Defendant _____ Clark County, Nevada _____ works at

*Insert ¶ #*                           *(full name of Defendant)*

500 S Grand Central Pkwy 6th Floor, Las Vegas, NV 89155

_____.

*(Defendant's place of work)*

Defendant's title or position is _____ Chair: Tick Segerblom _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex:
_____
_____
_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ works at

Coldplay

*Insert ¶ #*                    *(full name of Defendant)*

1633 Broadway New York, NY 10019-6708USA
_____.

*(Defendant's place of work)*

Defendant's title or position is _____.

artist @ atlantic records

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because _____

defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____


___. Defendant _____ works at

Linkin Park

*Insert ¶ #*                    *(full name of Defendant)*

15260 Ventura Boulevard, Suite 2100, Sherman Oaks, CA 91403
_____.

*(Defendant's place of work)*

Defendant's title or position is _____.

artist @ Machine Shop Recordings, LLC

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ■ official capacity

This Defendant was acting under color of law because _____

defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ Revelation Church _____ works at

*Insert ¶ #*                          *(full name of Defendant)*

713 Rosecrans Ave, Compton, CA 90222 .

*(Defendant's place of work)*

Defendant's title or position is _____ Pastor _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

___. Defendant ___ REVELATION CHURCH APOSTOLIC FAITH, INC. ___ works at

*Insert ¶ #*                          *(full name of Defendant)*

8229 San Pedro St, Los Angeles, CA 90003 .

*(Defendant's place of work)*

Defendant's title or position is _____ Pastor _____ .

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ■ official capacity

This Defendant was acting under color of law because defendant is a part of the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Aztec babershop _____ works at
*Insert ¶ #*                                        *(full name of Defendant)*

4604 E Compton Blvd, Compton, CA 90221 .
*(Defendant's place of work)*

Defendant's title or position is _____ Owner _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: _____

_____

_____

___.  Defendant _____ Columbia, Maryland _____ works at
*Insert ¶ #*                                        *(full name of Defendant)*

6310 Hillside Court,Suite 100, Columbia, MD 21046 .
*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Dennis Mattey _____.
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because defendant is a part of
the charades of witchcraft. Ex: Motto: _____

_____

_____

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

___. Defendant _____ SUNWEST AVIATION LTD. _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____ 217 Aero Court NECalgary Alberta T2E 7C6 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: RICHARD HOTCHKISS _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _____ defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

___. Defendant _____ Kaiser Air _____ works at

*Insert ¶ #*                    *(full name of Defendant)*

_____ 8735 Earhart Rd, Oakland, CA 94621 _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Ceo: Ronald Guerra _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because _____ defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983

___.  Defendant _____ Starship Entertainment _____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

_____ 4-5 Samseong-ro 146-gil, Gangnam-gu, Seoul (06070) _____.

*(Defendant's place of work)*

Defendant's title or position is _____ CEO Lee Jin-sung _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _____ defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____


___.  Defendant _____ Kakao Corp _____ works at

*Insert ¶ #*                                          *(full name of Defendant)*

_____ 242, Cheomdan-ro, Jeju-si, Jeju-do, 63309, Korea _____.

*(Defendant's place of work)*

Defendant's title or position is _____ Founder Brian Kim _____.

*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☒ official capacity

This Defendant was acting under color of law because _____ defendant is a part of

the charades of witchcraft. Ex: _____

_____

_____

Civil Rights Complaint Pursuant to U.S.C. § 1983



*The Fall of Man*   *Fall Began September 23, 2023*

Robbery of Front Door = Temple (Body) and Temple (Residence) (Garden)

Using the Back Door = Perverting Sound, Words, Sex, Senses, etc

Result = Serpent Steals, Kills, and Destroys

## IV. STATEMENT OF FACTS

(Explain what happened to your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. It is easier to number every paragraph.)

1. Genesis 3:1-24 ① Now the serpent who was more subtile

*Insert ¶ #*

than any beast of the field which the LORD God had made

And he said unto the woman, Yea, hath God said, Ye shall

not eat of every tree of the garden? ② And the woman said

unto the serpent, We may eat of the fruit of the trees of the

garden: ③ But of the fruit of the tree which is in the midst

of the garden, God hath said, Ye shall not eat of it, neither

2. shall ye touch it, lest ye die. ④ And the serpent said

*Insert ¶ #*

unto the woman, Ye shall not surely die. ⑤ For God doth

know that the day ye eat thereof, then your eyes shall be

opened, and ye shall be as gods, knowing good and evil.

⑥ And when the woman saw that the tree was good for

food, and that it was pleasant to the eyes, and a tree

to be desired to make one wise, she took of the fruit thereof,

3. and did eat, and gave also unto her husband with

*Insert ¶ #*

her; and he did eat. ⑦ And the eyes of them both were opened,

and they knew that they were naked; and they sewed fig

leaves together, and made themselves aprons. ⑧ And they heard

the voice of the LORD God walking in the garden in the cool

of the day: and Adam and his wife hid themselves from the

presence of the LORD God amongst the trees of the garden.

⑨ And the LORD God called unto Adam, and said unto him, Where

art thou? ⑩ And he said, I heard thy voice in the garden, and

|
Page Number

1    4 . I was afraid, because I was naked; and I hid myself.
2    [Insert ¶ 11] And he said, Who told thee that thou wast naked? Hast thou
3    eaten of the tree, whereof I commanded thee that thou
4    shouldest not eat? [12] And the man said, The woman whom thou
5    gavest to be with me, she gave me of the tree, and I did eat.
6    [13] And the LORD God said unto the woman, What is this that
7    thou hast done? And the woman said, The serpent beguiled
8    me, and I did eat. [14] And the LORD God said unto the serpent,
9

10    5 . Because thou hast done this, thou art cursed above all
11    [Insert ¶ 11] cattle, and above every beast of the field; upon thy belly
12    shalt thou go, and dust shalt thou eat all the days of thy
13    life. [15] And I will put enmity between thee and the woman, and
14    between thy seed and her seed; it shall bruise thy head, and
15    thou shalt bruise his heel. [16] Unto the woman he said, I will
16    greatly multiply thy sorrow and thy conception; in sorrow
17    thou shalt bring forth children, and thy desire shall be
18

19    6 . to thy husband, and he shall rule over thee. [17] And
20    [Insert ¶ 11] unto Adam he said, Because thou hast hearkened unto the
21    voice of thy wife, and hast eaten of the tree, of which I
22    commanded thee, saying, Thou shalt not eat of it: cursed is
23    the ground for thy sake; in sorrow shalt thou eat of it all the
24    days of thy life; [18] Thorns also and thistles shall it bring forth
25    to thee; and thou shalt eat the herb of the field; [19] In the sweat
26    of thy face shalt thou eat bread, till thou return unto the ground;
27    for out of it wast thou taken: for dust thou art, and unto dust shalt t

2

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   7   thou return  (20) And Adam called his wife's name Eve; because
    Insert ¶ #
2   she was the mother of all living. (21) Unto Adam also and to
3   his wife did the LORD God make coats of skins, and clothed
4   them. (22) And the LORD God said, Behold, the man is become
5   as one of us, to know good and evil: and now, lest he
6   put forth his hand, and take also of the tree of life, and
7   eat, and live for ever. (23) Therefore the LORD God sent him forth
8   from the garden of Eden, to till the ground from whence he was taken.
9
10  8   (24) So he drove out the man; and he placed at the east of the
    Insert ¶ #
11  garden of Eden Cherubim, and a flaming sword which turned
12  every way, to keep the way of the tree of Life. Genesis 9:1-26
13  (Cain and Abel) (1) And Adam knew Eve his wife; and she conceived,
14  and bare Cain, and said, I have gotten a man from the LORD.
15  (2) And she again bare his brother Abel. And Abel was a keeper of
16  sheep, but Cain was a tiller of the ground. (3) And in process of
17  time it came to pass, that Cain brought of the fruit of the
18
19  9   ground an offering unto the LORD. (4) And Abel, he also
    Insert ¶ #
20  brought of the firstlings of his flock and of the fat thereof.
21  And the LORD had respect unto Abel and to his offering. (5) But
22  unto Cain and to his offering he had not respect. And Cain
23  was very wroth, and his countenance fell. (6) And the LORD
24  said unto Cain, Why art thou wroth? and why is thy countenance
25  fallen? (7) If thou doest well, shalt thou not be accepted? and
26  if thou doest not well, sin lieth at the door. And unto thee shall
27  be his desire, and thou shalt rule over him. (8) And Cain talked
28

3

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  10 . with Abel his brother: and it came to pass, when they
   *Insert ¶ #*
2  were in the field, that Cain rose up against Abel his brother,
3  and slew him. ⑨ And the LORD said unto Cain, Where is Abel
4  thy brother? And he said, I know not: Am I my brother's
5  keeper? ⑩ And he said What hast thou done? the voice of
6  thy brother's blood crieth unto me from the ground. ⑪ And
7  now art thou cursed from the earth, which hath opened her
8  mouth to receive thy brother's blood from thy hand. ⑫ When
9

10  11 . thou tillest the ground, it shall not henceforth yield unto
    *Insert ¶ #*
11  thee her strength: a fugitive and a vagabond shalt thou be
12  in the earth. ⑬ And Cain said unto the LORD, My punishment
13  is greater than I can bear. ⑭ Behold, thou hast driven me
14  out this day from the face of the earth; and from thy
15  face shall I be hid; and I shall be a fugitive and a
16  vagabond in the earth; and it shall come to pass, that
17  every one that findeth me shall slay me. ⑮ And the
18

19  12 . LORD said unto him, Therefore whosoever slayeth Cain,
    *Insert ¶ #*
20  vengeance shall be taken on him sevenfold. And the LORD
21  set a mark upon Cain, lest any finding him should kill him.
22  ⑯ And Cain went out from the presence of the LORD, and
23  dwelt in the land of Nod, on the east of Eden. ⑰ And
24  Cain knew his wife; and she bare Enoch: and he builded
25  a city, and called the name of the city, after the
26  name of his son, Enoch. ⑱ And unto Enoch was
27  born Irad: and Irad begat Mehujael: and Mehujael
28

4
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  13  . begat Methusael: and Methusael begat Lamech.
   Insert ¶ 11
2  ⑲ And Lamech took unto him two wives: the name.
3  of the one was Adah, and the name of the other
4  Zillah. ⑳ And Adah bare Jabal: He was the father
5  of such as dwell in tents, and such as have cattle.
6  ㉑ And his brother's name was Jubal: he was the father
7  of all such as handle the harp and organ. ㉒ And Zillah,
8  she also bare Tubal-cain, an instructor of every

10  14  . artificer in brass and iron: and the sister of
    Insert ¶ 11
11  Tubal-cain was Naamah. ㉓ And Lamech said unto
12  his wives, Adah and Zillah, hear my voice; ye
13  wives of Lamech, hearken unto my speech: for
14  I have slain a man to my wounding, and a young
15  man to my hurt. ㉔ If Cain shall be avenged seven-
16  fold, truly Lamech seventy and sevenfold. ㉕ And
17  Adam knew his wife again; and she bare a son,

19  15  . and called his name Seth: For God, said she, hath
    Insert ¶ 11
20  appointed me another seed instead of Abel, whom Cain
21  slew. ㉖ And to Seth, to him also there was born a
22  son; and he called his name Enos: then began men
23  to call upon the name of the LORD.
24  *** Now I will break down Genesis 3 and 4 to show
25  you the role play that has been taken place like a movie
26  being directed, organized, and filmed by individuals
27  whose main purposes were to deceive, mislead, and

5
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

16. indoctrinate the minds of humanity while attempting
*Insert ¶ ii*
to steal, kill, and destroy the TRUE REMNANT OF GOD'S
CHOSEN ONES without leaving a trace of evidence
that will point out who is who, who did what, and
what methods were used as weapons of warfare ✱✱✱
Let's start with the story of Adam and Eve being the
Kings and Queens of Royalty in Europe. Then the
serpent being the spirit of perversion starting with

17. Incest in the Royal Bloodlines in order to keep the
*Insert ¶ ii*
kingdom locked down. According to the Wikipedia "List
of Coupled cousins "the" Royalty in Europe" had 215
Kingdoms in Europe that reigned under the Spirit
of Perversion because of Incest ✱ Mind you, Perversion
only truly means a twisted truth ✱ Let's start with
Nero Claudius Drusus born October 7 c. 14 BC. in Rome,
Italy. He also went by the name Drusus Julius Caesar

18. and he married his paternal cousin Claudia Livia
*Insert ¶ ii*
in AD 4 which was the same year her first husband
Gaius Caesar died. To bring my statement concurrent
to modern times, Queen Victoria of the United Kingdom
of Great Britain and Ireland from June 20, 1837 until
her death in 1901 who was also granted the title the
Empress of India in 1876 married her cousin
Prince Albert of Saxe-Coburg and Gotha stemming
from the Royal German Bloodline. Now between both

6
Page Number

19. Drusus Julius Caesar and Queen Victoria of Great
Britain and Ireland there were 213 other kingdoms that
reigned under Perversion which sums up to a total of
215 kingdoms. Out of the perversion seed of incest
Queen Victoria's eldest son Edward VII was the first
Saxe-Coburg-Gotha monarch who ascended to the House of Nothing (German)
throne on Jan 22, 1901. When you look at Prince Albert's incest
with Queen Victoria you can see the serpent of sexual perversion.

20. However, the serpent appears to reflect itself in multiple
fashions in this situation. For instance, Prince Albert and
Queen Victoria are not just cousins but they are husband
and wife; however she has the label Queen and he has
the label Prince right there is two other types of perversion
hidden ① Husband + Wife = King + Queen not Queen + Prince
which equals Mother and Son ② Queen + Prince in this case
equals Wife + Husband which means the Queen is King =

21. Dionysus/Transgender (breath an role) + Prince is Husband
which reveals the Serpent from Adam and Eve's Fall because
when they fell she became King in the serpents Kingdom.
So this proves that the Europeans are the twisted TRUTH (Fallen State)
of my original essence that's why they've caused so much
damage yet dark skinned/brown skinned people have payed
the price. This also explains the movie "The Great Gay
Road" and the blackmail of America & Christianity/Jews.
If you look at Prince Albert and Queen Victoria

7

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



22. as Adam and Eve then their oldest son Edward VII would
Insert ¶ # represent Cain and by him being the first Saxe-Coburg-Gotha
monarch to ascend to the throne on Jan 22, 1901 that
means Saxe-Coburg-Gotha would represent the land of
Nod that Edward VII playing as Cain would build while
on the throne. Mind you that Cain was born of the serpent
seed in Genesis then he killed Abel and God placed
a mark on him so nobody would kill him (paraphrasing GENESIS 4)

23. Edward VII had a son named George V who was King of
Insert ¶ # United Kingdom, British Dominions, and Emperor of India from
1910-1936. George V had a son named Albert Frederick
Arthur George. (Prince Albert of York) then became King George VI
of United Kingdom, Dominions, and of the British Commonwealth
who married Queen Elizabeth The Queen Mother (Queen Elizabeth II mother).
Now watch what happened under King George VI reign and
also what occurred afterwards. In 1939, King George VI,
                                            ⌄of
24. his British Empire, and most Commonwealth countries (except
Insert ¶ # Ireland) declared war on Nazi Germany (for whatever reason
they proclaimed pertaining to Poland) however during WWII
between 1941 and 1945 Nazi Germany while under Hitler's
rule killed around 6 million Jews using genocide (the
Holocaust) as it's tool of weaponry. There were also approximately
5 million prisoners of war murdered as well. However, my
key point is that the Jews were tortured in a war that
wasn't even about them. This is similar to how Cain

8

25. Killed Abel without cause. Now, let me rewind back
Insert ¶ # to Queen Victoria of Britain and Prince Albert of Saxe-
Coburg and Gotha (House of Wettin) which stemmed from
the Royal German Bloodline. Under their reign of perversion
(twisted truth) due to incest is when the German chemist Albert
Niemann in 1851 isolated cocaine from coca leaves and published
his findings in 1860. His thesis dissertation in German is titled
Über eine neue organische Base in de Cocablattern meaning On a

26. New Organic Base in the Coca Leaves. His paper talks about
Insert ¶ # how he isolated cocaine, a crystalline alkaloid (the word crystal
derives from the Ancient Greeks word "Kristallos" meaning both
ice" and "rock crystal". * Right, here shows that in this perverted
role play of Adam and Eve being Prince Albert of Gotha (for short)
and Queen Victoria, then that would make German chemist
Albert Niemann out to be Cain which is their first son
(the serpent seed). Crack cocaine was given to the blacks to

27. sell in the streets which is a form of genocide against themselves &
Insert ¶ # their own kind which is streets so just like the Hebrews
said "Face Street, Face Down". Then coke was given to paisas
which is still genocide against the blacks first since it is a
substance that stems from the word. After, they obtain it and
use or distribute it then they have unknowingly waged spiritual
war against Eve's seed by playing Cain and killing Abel since
Abel was a keeper of sheep (Pastor/Church) however this is
the backdoor of attempting to kill the kingdom of Jesus Christ

9

Page Number

28. of Nazareth by drugs as others profited off of the proceeds of the broken and downtrodden. This is another way they attempted to discredit the Authenticity of Jesus's life while robbing his church in order to build more Cains to kill Abel. I explained drugs as a backdoor tactic because under the Queens reign; Queen Victoria's oldest son represents Cain in the world especially after being the first to ascend to

29. to the throne, as Edward VII the King of Saxe-Coburg and Gotha (House of Wettin) from the Royal German Bloodline. ✳✳ Moving back Forward to her great great grandson Albert Frederick Arthur George (originally Prince Albert of York) who became King George VI of the United Kingdom, Dominions, and British Commonwealth and his wife Queen Elizabeth The Queen Mother. Albert aka King George VI symbolizes Cain under the name Albert

30. because he was named after his great-great Grandfather Prince Albert (Queen Victories Husband) however this is according to kingdom (front door). But when you look at him under the role play of Adam; then even though he waged war on Nazi Germany; Germany would be his son Cain because the Nazis killed the JEWS (Able). Now, After Adolf Hitler completed the Holocaust against the Jews he turned around and committed suicide (just like Judas hung himself after he betrayed Jesus and sold him to the Romans to be Crucified).

31 | Now, another thing I would like to point out is
Insert ¶# | that, it was during Adolf Hitler's youth that he tried to be-
come an artist (drawing) but was rejected by the city's Academy
of Fine Arts. All this occurred after his mother died when he
was 18 years old. Hitler left his hometown Linz (lens, sight, glasses, etc)
and moved to Vienna (Vienna sausages), the glamorous capital
of the Austro-Hungarian Empire. He thought moving to Vienna
would be the ideal place to pursue his dream of being an artist.

32 | He tried to get into the Academy of Fine Arts again yet they
Insert ¶# | rejected him again. He ended up moving from one cheap room
to another, even living in a homeless shelter for a time. Then
he started earning money by selling his paintings to tourist and
frame sellers which earned him enough money to move out the
shelter and to move into a mans home. Being a frustrated young
artist Hitler became interested in politics. In Vienna there was
a Jewish store owner who was one of Hitlers loyal customers

33 | So his time in Vienna shaped Hitlers worldview. Hitler ended
Insert ¶# | up moving to Munich where he found some well off customers who
commissioned works from him but his progress came to an halt
when the Munich police tracked him down for not registering
for the military draft in Linz. He didnt pass the fitness exam at first
however he then voluntarily enlisted that August after the outbreak
of World War 1 ended his stint as a struggling young artist.
It was his time in Vienna and his frustrated art career that
became part of the myth-making by Hitler himself and by his

34 . followers that helped drive his fateful rise to power in
*Insert ¶ #* Germany. Hitler railed against modern art, calling it the
"degenerate" product of Jews and Bolsheviks and a threat
to the German national identity. In 1937, the Nazis rounded
up some 16,000 works of this type from German museums
and put hundreds of them on display in Munich. The exhibition
intended to heap scorn on the artist ended up being attended
by 2 million people. Looking at Hitlers' military time let's talk about

35 . drugs. The use of Methamphetamine, better known as crystal
*Insert ¶ #* meth, was a pill form of the drug called Pervitin and it was
distributed by the millions to the Nazi troops before their successful
invasion of France in 1940. Developed by the Temmler pharmaceutical
company, based in Berlin, Pervitin was introduced in 1938 and
marketed as a magic pill for alertness and an anti-depressant.
A military doctor experimented on 90 college students and
decided based on the results the drug would help Germany win

36 . the war. Other allied soldiers used amphetamines (speed)
*Insert ¶ #* in the form of Benzedrine in order to battle combat and fatigue.
Others used anesthetics, like Goring whose nickname was
actually Morny from morphine. Meth was Pervitin until a
Japanese chemist, Nagai Nagayoshi first synthesized Meth in
1893. In 1919 a younger protégé of Nagai named Akira
Ogata discovered another method of synthesizing the
crystalline form creating a new stimulant called
crystal meth. ** Drugs have been used as weapons

12
Page Number

37 . of warfare, blackmail, human trafficking, etc. in
the USA however Americans have paid the price for
Systematic corruption and sorcery strategically organized
in Europe. *** The next perverted role play of Adam
and Eve resembles Prince Philip (The Duke of Edinburgh)
and Queen Elizabeth II. Their marriage resembles that of
Queen Victoria when it comes to Philip being Prince and
Elizabeth II being Queen. Also, Prince Philip and Queen

38 . Elizabeth were third cousins so they're marriage is
another reflection of incest. Philip was also Prince of
Greece and Denmark which would represent the Greek
religion of the Twelve Olympians starting with Zeus, the
King of gods, who was married to his sister Hera. The
other eleven Olympians were Ares, Poseidon, Athena, Demeter,
Dionysus (born a boy changed into a girl), Apollo, Artemis, Aphrodite,
Hephaestus, Hermes, and Hestia (the goddess of the hearth

39 . and sacred Flame, which was more likely the most
prayed-to of all gods. * Apart from these gods, the Greek pan-
theon was filled with dozens of other gods, demigods, and mortal
and immortal beings which varied by local and over the
evolution of Greek culture. A variety of other mystical
beliefs and nature spirits such as nymphs and other magical
creatures were foundational to the ancient Greek understanding
of the world around them. Now, Elizabeth II was Queen/King
of the United Kingdom and other Commonwealth realms.

Civil Rights Complaint Pursuant to U.S.C. § 1983

40. Their religion is known to be protestant for the United Kingdom and Commonwealth. However protestant is just a breakoff of Roman Catholics because the Roman Catholic church split into 3 categories under christianity which was Catholic, Eastern Orthodox, and Protestant. But they do not represent the same belief patterns as us because they're still governed by the Pope and their sorceries which is why they came up with systems in

41. attempt to block Jesus Christ of Nazareth from rising and establishing His Kingdom. Well, under Queen Elizabeth II reign, another form of genocide occurred. This plague or genocide is called Covid 19. This plague killed many people, isolated many people, and weakened humanity within the realm of spirituality when it came to fellowship in the temple which then turned into social religion (a gathering of multiple religions onto one platform in the

42. digital realm; what this did was attempt to kill off The Body of Christ by placing the True Believers of God in a fallen state because the digital realm is created by man and stems from space symbolizing the 2nd heaven where the prince of darkness is when the Throne of Jehovah Mekadesh (God our Holiness) is the third Heaven). What this also did was attempt to mark the Chosen Ones with the Mark of the Beast so that Roman Catholic could pretend to be the woman

14

43. From Revelation 12 and The Chosen ones would
look like the Red Dragon in Revelation 12 ✱✱✱
Moving Forward to the ROMAN CATHOLIC church
I will give a breakdown of this church from the fallen
story of Adam & Eve. The sacred and perverted truth
behind Roman Catholics. Catholic is Adam and Eastern
Orthodox (still catholic) is Eve - then The Roman Catholic
Archdiocese is Cain (who was Eve's first son and killed

44. Eve's second son Abel (let's say Abel is The Protestant Christians/THE
TRUE PROTESTANTS). Roman Catholics according to Roman
in the Trinity format will sum up to Roman Empires
as Satan acting as The Father, The AntiChrist as
the Son, and the fake prophets as the Spirit. The
Roman Empires are:  Babylon as Satan, Medo-Persia
as the Son, and Greece as the spirit.  Babylon
is Modern Day IRAQ as Satan, Medo-Persia is

45. Modern Day IRAN (Media is a region of North-western
Iran, known for it's political and cultural base of the medes)
Symbolizing The AntiChrist. Greece is a country in Southeast
Europe symbolizing the false prophets (Pagan Gods of Hellenism).
Roman Catholics using IRAQ/IRAN = Southwestern
Asia & Greece which is Southeast Europe is the backdoor
to attempt to keep me out the kingdom by demonizing
everybody using deceptive strategies to deceive the
people, and indirectly marking them with the beast.

Civil Rights Complaint Pursuant to U.S.C. § 1983

※ December 25 = Christmas = Christ Massacre, not Christ birthday.

46. Let's now explain Adam & Eve according to Rome & Germany whiched birthed out The Holy Roman Empire. On December 25 800, Pope Leo III crowned Frankish King Charlemagne as Roman Emperor reviving the title in Western Europe. after the fall of the ancient Western Roman Empire in 476 it fell in 924 then was revived again in 962 until the 12th century as the most powerful monarch in Europe. In 1262 Ottone I Visconti

47. was elected as archbishop of Milan, Italy which earned him one of the Holy Roman Seats in Italy after he conquered Milan from their rival Della Torre family in 1277. The Visconti of Milan are a noble Italian family. Their motto is: "I will not violate the customs of the serpent." The Visconti was called LORD of Milan (from 1277-1395) and the Duke of Milan (from 1395-1447). Their symbol is a picture of a half man

48. in the mouth of a serpent. Visconti = Vice Comes. Vice "Deputy" + Comes "Count". ※ This is the backdoor way of how they marked my partner due to his gang in Chicago named "Vicelords" which is a bloodgang. Then I can break down ViceComes into Victorious Ice (Crystal Meth) LORD and Comes into Nut (Seal) Count representing the 12 tribes of Israel. Ironically, the headquarters of the Nation of Islam (False 12 tribes) is located in Chicago, Illinois as well. So this explains how ₤ for America.



49. they have marked my lover as the red dragon
Insert ¶ # and as the Crystal Meth drug Lord when he doesn't
even sell drugs but now I see why every time I
was with him intimately then I wanted to smoke
after I left. Now, we all know that Meth was
in pill form first called Pervitin during Hitlers
reign in Germany Nazi Military, then a German
chemist synthesized meth, and a japanese

50. chemist crystallized meth into rock form. So
Insert ¶ # this explains a lot about Europe's Kingdom and their demonic
Church(to be continued). Moving forward, In 1356 the
golden bull was created without the pope (Pope Innocent
VI) involvement but he did not oppose it either because
he need the King to aid him with his enemy Visconti.
By not opposing it made this pope just as guilty as
the other side because it symbolized Idolatry. On

51. August 10, 1397 Albert II of Germany also known as Albert
Insert ¶ # the Magnanimous KG was elected King of the Romans as
Albert II. He also was king of the Holy Roman Empire,
and a member of the House of Habsburg (House of Austria).
KG stands for The Most Noble Order of the Garter. It's
an order of chivalry (order of knights typically founded during
the original Catholic military orders of Crusades (c. 1099-1291))
and paired with medieval concepts of ideals of chivalry
(code of conduct in Europe from 1170-1220), The Most Noble Order

17
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  52   Order of the Garter was founded by Edward III
2  Insert ¶ # of England in 1348. It is the most senior order of
3  knighthood in the British honours system except For
4  the Victoria Cross and the George Cross. Back to King
5  Albert II his wifes name was Elizabeth of Luxembourg
6  Who was queen consort of Germany and Bohemia.
7  The Bohemian language of the 19th Century was the language Czech
8  of the Diet (Diet Assembly) is the general assembly of the
9
10  53   Imperial Estates of the Holy Roman Empire. Diet is
11  Insert ¶ # also a designation for modernday legislative bodies of
12  certain countries and states such as the NATIONAL
13  Diet of Japan, or the German Bundestag, the FEDERAL
14  Diet. ✱ It was two different german chemist that
15  did cocaine and amphetamine and it was a
16  japanese chemist who crystalized amphetamine and
17  created Methamphetamine (crystal meth). Also, it was
18
19  54. Elizabeth who taught me how to snort meth @ 13 yrs
20  Insert ¶ # old and Albert who taught me how to smoke meth until @ 14 yrs old
21  old and Albert who taught me how to smoke meth until @ 14 yrs old
22  I ended up pregnant with his daughter ✱ King Albert II
23  of Germany persecuted, had the Jews arrested, took their
24  belongings, etc. Before King Albert II of Germany became King
25  the Jews in the Austrian duchy had been subject to local
26  persecutions during the 13th and 14th century however their
27  position remained relatively safe. The Jewish communities
28  prospered in several towns like Krem or the area around

18

Page Number

1. 55 , the Judenplate at Vienna. It was after the death
*Insert ¶ 8*
2. of Duke Albert IV in 1404 that their situation worsened
3. sharply, culminating in the blaze of the Vienna Synagogue
4. on Nov 5. 1406, followed by riots and lootings. When
5. Albert V came of age in 1411 and interfered in the Hussite
6. Wars, he repeatedly established new taxes imposed on the
7. Jewish community to finance his campaigns. On the
8. other hand, after the Hussites had davestated the duchy,
9.
10. 56 , the Austrian Jews were accused of collaboration and
*Insert ¶ 8*
11. arms trade in favor of the enemies. The accusations
12. of a host desecration at Enns in 1420 gave Albert pretext
13. for the destruction of the Jewish community. According
14. to the 1463 Chronica Austriae by chronicler Thomas Ebendorfer,
15. the duke order on May 23, 1920 the imprisonment and
16. forcible conversion of the Jews. Those who had not converted
17. or escaped was sent off in boats down the Danube River
18.
19. 57 . (just like they did Blacks) while wealthy Jews remained under
*Insert ¶ 8*
20. arrest, several of them tortured and stripped of their property.
21. March 12, 1421 Albert sentenced the remaining Jews to death.
22. Ninety-two men and 120 women were burned at the stake
23. south of the Vienna city walls. The Jews were placed under
24. an eternal ban and their synagogue was demolished.
25. *** As you can see the Jews have constantly been
26. robbed, imprisoned, persecuted, abused, accused, etc when
27. they've done no wrong only so the world empires could

Civil Rights Complaint Pursuant to U.S.C. § 1983

58   seized their prosperity, Which is a form of the devil blackmailing Gods people just to claim what isn't his and so he could put his image and inscription on it while pretending to be God or by using people to act like they are the chosen ones so that he could steal the worship and inheritance that God promised to his people. This is also how he deceived the world and caused everybody to believe in his lies. So what we are

59   seeing again today is the enemies using the same strategies to kill, steal, and destroy. However, they attempt to cover up their evil with false accusations, set ups, influential peddling, obstruction of justice, deceptive policies, laws, international agreements, contracts, systems, etc. Which is why the whole world is in disillusionment behind treason, tyranny, and deep systematic corruption. The serpent and his seeds

60   (kids) are trying to avoid exposure by keeping the spotlight on fake news and by torturing the innocent. This is the same behavior, issues, and circumstances that we are seeing today behind thieves & liars in high positions that don't have the people who they are supposed to lead good will at heart. Their agenda is selfish, they are narcissist, and people want to see a real change in life than. All SELFISH AGENDAS must be destroyed because WE ARE THE PEOPLE and UNITY is better than division.

#SAVE THE CHILDREN
#SAVE THE WORLD
#BE FREE

#YOU CAME TO SET US FREE
#THE Devil has to be STOPPED
#PRIDE & EGO has to CEASE
#MORE PRAYER, MORE POWER LESS PRAYER LESS POWER

Civil Rights Complaint Pursuant to U.S.C. § 1983

61. It was said that the Jewish were prosperous in the town of Krems which is in Austria. There's a wine region called Kremstal that lies on the south-eastern arc of the Waldviertel and the Dunkelsteiner Wald ridge, built up from hard crystalline rock, and opens out into the Alpine foothills towards the east, where unconsolidated rock prevails. The Kremstal vineyards are divided into three distinct areas: Stein district that borders with the Wachau, The Krems Valley, and

62. the small wine villages south of Danube clustered around the imposing Göttweig Abbey. *** Jews symbolize Gods chosen people, wine symbolizes Gods blessing for his people, and three symbolizes Father, Son, and Holy Ghost. Deuteronomy 7:16 For thou art a holy people unto the LORD thy God: the LORD thy God hath chosen thee to be a special people unto himself, above all people that are upon the face of the earth. Deuteronomy 7:12-13 (12) Wherefore

63. it shall come to pass, if ye hearken to the judgements, and keep, and do them, that the LORD thy God shall keep unto thee the covenant and the mercy which he sware unto thy fathers: (13) And he will love thee, and bless thee, and multiply thee: he will also bless the fruit of thy land, thy corn, and thy wine, and thy oil, the increase of thy kine, and the flocks of thy sheep, in the land which he sware unto thy fathers to give thee. Matthew 28:19 Go ye therefore, and teach all nations, baptizing them

1 64. in the name of the Father, and of the Son, and
2 of the Holy Ghost. 1 John 5:7 - For there are three
3 that bear record in heaven, the Father, the Word,
4 and the Holy Ghost: and these three are one.
5 ✱ As you see in Matthew 28:19 and 1 John 5:7
6 Jesus is the fulfillment of the Word of His Father
7 which makes Jesus spirit the Holy Ghost which
8 is the spirit of Prophecy (past, present, and future).
9
10 65 ✱✱✱ Returning to Rome & Germany, I'd like to bring
11 up the Italian Social Republic also known as the Republic
12 of Salò. It was considered a Nazi-German puppet state
13 with little diplomatic recognition until World War II, which
14 existed from the beginning of the German occupation of
15 Italy in September 1943 until the surrender of German
16 troops in Italy in May 1945. The German occupation
17 triggered widespread national resistance against it and
18
19 66. the Italian Republic leading to the Italian Civil War.
20 Most of the 8,000 Italian Jews who died in the Holocaust
21 were killed during the 20 months of the Salò (Italian
22 Social Republic) regime. ✱ It seems as if Italy (whether Rome
23 or Vatican), Britain Kingdom, and Germany (whether Holy Roman
24 Empire of Germany or Nazi) always seem to be socializing or
25 pretending" to be at war when Jews get killed and their stuff
26 gets seized. The common denominator is Roman Catholic
27 and Britain who stands by and watch however he is the
28

22
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

67.  King over the kingdoms. This is organized crime in the most subtle and cunning ways possible just like the serpent and Eve who then gave it to Adam and he ate which caused them to fall. Moving forward to finalize my stance I will add one more component about Germany. On November 1, 1895, Max Skladanowsky and his brother Emil demonstrated their self invented film project, the Bioscop, at the Wintergreen music hall in Berlin. On December 28, 1895 the first paying

68.  public display of the Lumière brothers' Cinematographe was in Paris. In 1910, the first German "artistic" films began to be produced, an example is the film Edgar Allan Poe adaption The Student of Prague (1913) which was co-directed by Paul Wegener and Stellan Rye. In 1917 a process of concentration and partial nationalisation of the German Film industry began with the founding of Universum Film AG (UFA), which was partly a reaction to the very effective use that the Allied Powers had

69.  found for the new medium for purpose of propaganda. An early step towards the foundation of UFA was taken January 13, 1917 with the creation of the Bild und Filmamt (BUFA) by Germany's Supreme Army Command. Formed as a reaction to the perceived advantage of Germany's enemies in the realm of film propaganda, BUFA's task was to use film for psychological warfare. In 1924-1926 UFA had two large scale productions, Nibelungen and Metropolis. Metropolis was the first film thus distinguished on UNESCO's Memory of the World Register and Woman in the Moon

Civil Rights Complaint Pursuant to U.S.C. § 1983

70 . to this day. From 1933 - 1937 UFA experienced a new
*Insert ¶ ll* commercial boom in the Nazi era (Nazification); not least
due to the government's protectionist measures, which freed
UFA from bothersome competition. On top of occupying
almost all of Europe, the Nazi regime provided UFA
new sales markets, as well as placing distribution outlets
in such "neutral" countries as the United States. By 1938,
after taking over foreign film production facilities in France,

71 . Belgium, and other countries, one third of the company's
*Insert ¶ ll* sales came from abroad. UFA's economic boom made it
possible to further expand the so called "star system", which
had already been developed in the silent film era. In an
act of anticipatory obedience to the Nazi regime, UFA
management fired several Jewish employees. In the
summer of 1933, the Nazi regime created the film
Chamber of the Reich, which adopted regulations officially

72 . excluding Jewish filmmakers from all German studios.
*Insert ¶ a* ✱ Even in the film industry the wicked tried to get rid
of the Jews without probable cause however if they were
so dedicated to separating themselves from Gods people
then the people have to give back everything they stole
from Gods people so the separation can TRULY Happen. (End)
✱✱✱ Next topic under Roman Empire and Germany that
equates to Roman Catholics in the form of Adam
& Eve's story being twisted is the German Monk Martin

21
*Page Number*

73. Luther as Germany (Adam) and Catholic Church (as Eve) feud that birthed out the 95 Theses which is the Disputation on the Power of Indulgences (Cain) that cause The Protestant Reformation (Abel) Which they have been indirectly working together to destroy God's people while stealing from the people (Cain's excuse to kill Abel). But not only that, they have intentionally worked to stop the rise of JESUS Kingdom from coming forth while

74. acting like they were for us when they both were plotting on destroying us by sorcery, systems of debt, perversion war, media, etc. Prime example of their deception using words is the word NUN. The definition of NUN is: ① A female who lives in a monastery or convent who chose to devote her life to prayer, service, & charitable work. ② A nun is also a male Monk ③ many religions including Catholicism, Buddhism, and Christianity have nuns. Here's

75. a few things about NUNS: ① A nun cannot marry, use social media, or smartphones. They can't own property or engage in sexual relationships ② Nuns are expected to renounce their inheritance and property rights. ④ Nuns have their own room which is called a CELL. * NOW HERES the deception of definitions 1, 2, & 3 behind the word nun: ⓐ In the form of Adam & Eve's story being perverted is a female nun (Eve) + a male monk (Adam) = Dionysus because he was born a male and changed into a female (transgender). (Cain)

*Monk = Zues + female nun = Semele *
(parents of Dionysus in the Greek religion)
Father + Mother = God
The way some catholics pray saying father & mother God...

(EVE)                                        (plc)  (ADAM)

1   76 ③ A female nun = Roman Catholic + a male monk (nun) =
    Insert ¶ #
2   Holy Roman Empire of Germany  equals  Buddhism (China,
    (=) #                        (CASIN)
3   Russia, Nepal, India, North/South Korea, Japan, Laos,
4   Bhutan, Cambodia, Taiwan, Hong Kong, Vietnam,
5   Singapore, etc! ✱ This is how they tried to play
6   us using words, religion, money, power, etc. This
7   is organized theft because the church is supposed
8   to be representing Jesus not all these other people.
9

10  77 Gods that the Roman Catholic Church and
11  Insert ¶ #
    Britain Empire is not making anybody aware
12  of... Buddhist is a representation of the god of wealth
13  that's another reason why gambling has been being
14  promoted worldwide with online casinos, sports bets,
15  lotto, etc. The name "bet" is derived from the West Semitic
16  word for "house" which means the casinos represent
17  the house of buddha and that means everytime we
18

19  78. gamble then we are worshipping Buddha without
20  Insert ¶ #
    any knowledge of it. So as you can see, people have been
21  living in the world under the deception of the enemy.
22  He has used Religion as his driving force because it was
23  by him twisting Gods word that caused Eve and
24  Adam to fall. Basically, that's what we see happening
25  in today's situation because the religions that are
26  in on this scandal are all twisted words from
27  the original and the twist was done in attempt
28

79. to steal, kill, and destroy. John 10:1-16 (1) Verily,
verily, I say unto you, he that entereth not by the
door into the sheepfold, but climbeth up some
other way, the same is a thief and a robber.
(2) But he that entereth in by the door is the shepherd of
the sheep (3) To him the porter openeth, and the sheep
hear his voice: and he calleth his own sheep by
name, and leadeth them out. (4) And when he putteth

Insert ¶ #

80. forth his own sheep, he goeth before them, and
the sheep follow him: for they know his voice.
(5) And a stranger will they not follow, but will flee
from him: for they know not the voice of strangers.
(6) This parable spake Jesus unto them: but they
understood not what things they were which he
spake unto them. (7) Then said Jesus unto them again,
verily, verily, I say unto you, I am the door of the

Insert ¶ #

81. sheep. (8) All that ever came before me are thieves
and robbers: but the sheep did not hear them. (9) I
am the door: by me if any man enter in, he shall be
saved, and shall go in and out, and find pasture.
(10) The thief cometh not, but for to steal, and to kill,
and to destroy: I am come that they might have life,
and that they might have it more abundantly. (11) I am
the good shepherd: the good shepherd giveth his life for
the sheep. (12) But he that is a hireling, and not the

Insert ¶ #

Civil Rights Complaint Pursuant to U.S.C. § 1983

82. shepherd, whose own the sheep are not, seeth the wolf coming, and leaveth the sheep, and fleeth: and the wolf catcheth them, and scattereth the sheep. 13 The hireling fleeth, because he is a hireling, and careth not for the sheep. 14 I am the good shepherd, and know my sheep, and am known of mine. 15 As the Father knoweth me, even so know I the Father: and I lay down my

83. life for the sheep. 16 And other sheep I have, which are not of this fold: them also I must bring, and they shall hear my voice; and there shall be one fold, and one shepherd. © Catholicism (Eve) + Roman Empire (old Babylon) (Greece being Adam) ¢ Buddhism (Cain) attempting to kill Christianity (Abel) how is this proveable because they had to use witchcraft in the form of music, media, drugs, clothes, religion,

84. etc to war with the King of Kings and Lord of Lords. Then they used Greece/Greek gods to ensnare Seth which was Eves third son so that Enos couldn't be produced so they thought. But on top of that because of their perverse thinking, Enos who brought back the praise of the Lord, has been worded in the form of anus which symbolize the backdoor entrance to the temple (body) and it was through Seth descendants that Noah came. then through

85 : one of Noah's sons' which he had 3 named
Shem, Ham, and Japheth. However, it was
through Shem that Gods Son Jesus Christ of
Nazareth was brought into this world * Now
here's a breakdown explaination of the few things
about Nuns : ① Nuns can't marry, use social media, or
smartphones however the Britain Kingdom and their
serpent seeds created the internet so that America

86 : could be distracted by the Harlots system as
they attempted to paint us as Babylon and as they
attempted to stop the Marriage of the Lamb and
His Bride (the REAL CHURCH). ② They can't own property
or engage in sexual relationships however their system
has Americans worshipping fornication so that
they could lock us down and conquer our inheritance,
property, and families. ③ Nuns are expected to renounce

87 : their inheritance and property rights however
in America they used the system to obtain those rights
from us just like Jacob had Esau hand over his
birth right because Esau was hungry. If Jacob
really cared for his brother then he would have
fed Esau without asking for anything in return.
This is what China was used to do to America.
Also, remember Rebecca had Jacob trick Issac
into putting Esau's blessing on Jacob. Well, that's

29
Page Number

88. what they had China use communism to help
Insert ¶ #
pervert America so that the Roman Catholic church
could steal the blessing from the Black Church
and Britain could keep the Kingdom while
attempting to act like they didn't have anything
to do with the whole situation. However, truth
be told the Church belongs in Jerusalem but
the chosen ones are here in America buried under

89. all this mess. There wouldn't be two marriage
Insert ¶ #
couples in Revelation if America was really Babylon.
All the sorcery came from U.K. so that is
where Babylon is located however they tried
to blackmail us by using Hollywood, Long
Beach, and San Francisco but the truth
is America was birthed from The Mother
of Harlots and that's why America looks

90. like the son who would rule with an Iron
Insert ¶ #
Fist pertaining to the Drug game. IF they were
the truth then I would have left to be there but
I know they're a lie so I'm still here with
you because I refuse to see a half truth. Revelation
18:22-24 - (22) And the voice of harpers and musicians,
and of pipers, and trumpeters, shall be heard
no more at all in thee; and no craftsman, of
whatsoever craft he be, shall be found any more

91 . in thee; and the sand of a millstone shall be
*Insert ¶ #*
heard no more at all in thee, ⑳ And the light
of a candle shall shine no more at all in thee;
and the voice of the bridegroom and of the
bride shall be heard no more at all in thee;
for thy merchants were the great men of the
earth; for by thy sorceries were all nations
deceived. ⑳ And in her was found the blood

92 . of prophets, and of saints, and of all
*Insert ¶ #*
that were slain upon the earth. Revelation 19:6-10
① And I heard as it were, the voice of a great
multitude, and as the voice of many waters,
and as the voice of mighty thunderings, saying,
Alleluia: for the LORD God omnipotent reigneth.
② let us be glad and rejoice, and give honor to
him: for the marriage of the lamb is come, and

93 . his wife hath made herself ready ⑧ And to
*Insert ¶ #*
her was granted that she should be arrayed in
fine linen, clean and white: for the fine linen
is the righteousness of saints. ⑨ And he saith
unto me, Write, Blessed are they which are called
unto the marriage supper of the lamb. And he
saith unto me, These are the true sayings of
God. ⑩ And I fell at his feet to worship him. And
he said unto me, See thou do it not: I am thy

31
Page Number

94. fellow servant, and of thy brethren that have the testimony of Jesus: worship God: for the testimony of Jesus is the spirit of prophecy. **** See, God is more advanced than humanity because He knew in advance that there were going to be people fighting against His return, he knew people were going to pretend to be Him and/or pretend to be His Bride. Jesus Christ of Nazareth knows the hearts of all

95. of humanity before it came down to the enemy attempting to deceive the Elect (chosen ones of God). However, due to there not being anything knew under the sun, all the enemy did was confirm how real the Word of God is and how badly we need our savior Jesus Christ of Nazareth. The story about Babylon speaks about Mystery Babylon and the beast. The Mystery about Babylon has to

96. do with the sorceries that she uses against the people and the beast that carries her which goes back to the Roman Empire. Her sorceries is so great that it causes all the kings and their armies to make war with the Lamb but not only that, the enemy knows that his time is short however he still tries his best to stop the Son of God from returning and even then the enemy already knows he lost the battle along time ago so the enemy is basically just putting on a show.

## "WICKEDNESS OF MANKIND"

1  97. Genesis 6:1-22  Wickedness of Mankind
2  Insert ¶ #
① And it came to pass, when men began to multiply
3  on the face of the earth, and daughters were
4  born unto them ② That the sons of God saw the
5  daughters of men-that they were fair, and they
6  took them wives of all which they chose. ③ And the
7  LORD said, My spirit shall not always strive with
8  man, for that he also is flesh; yet his days shall
9

10  98. be a hundred and twenty years. ④ There were
11  Insert ¶ #
giants in the earth in those days; and also after
12  that, when the sons of God came in unto the daughters
13  of men, and they bare children to them, the same became
14  mighty men which were of old, men of renown.
15  ⑤ And God saw that the wickedness of man was
16  great in the earth, and that every imagination
17  of the thoughts of his heart was only evil
18

19  99. Continually. ⑥ And it repented the LORD that he
20  Insert ¶ #
had made man on the earth, and it grieved him
21
22  at his heart. ⑦ And the LORD said, I will destroy
23  man whom I have created from the face of the
24  earth; both man, and beast, and the creeping
25  thing, and the fowls of the air; for it repenteth
26  me that I have made them. ⑧ But Noah found
27  grace in the eyes of the LORD. ⑨ These are
28  the generations of Noah: Noah was a just man

1  100 . and perfect in his generations, and Noah
2  walked with God. ⑨And Noah begat three
3  sons, Shem, Ham, and Japheth. ⑩The earth
4  also was corrupt before God, and the earth
5  was filled with violence. ⑫And God looked upon
6  the earth, and, behold, it was corrupt; for all
7  flesh had corrupted his way upon the earth.
8  ⑬And God said unto Noah, The end of all flesh
9

10  101 is come before me; for the earth is filled with
11  violence through them; and, behold, I will destroy
12  them with the earth. ⑭Make thee an ark of
13  gopher wood; rooms shalt thou make in the
14  ark, and shalt pitch it within and without
15  with pitch.⑮And this is the fashion which
16  thou shalt make it of. The length of the ark
17  shall be three hundred cubits, and the height
18

19  102 of it thirty cubits. ⑯A window shalt thou
20  make to the ark, and in a cubit shalt thou finish
21  it above; and the door of the ark shalt thou
22  set in the side thereof; with lower, second, and
23  third stories shalt thou make it.⑰And, behold,
24  I, even I, do bring a flood of waters upon the
25  earth, to destroy all flesh, wherein is the breath
26  of life, from under heaven; and every thing that
27  is in the earth shall die.⑱ But with thee will

**"NOAH ENTERS THE ARK (GENESIS 7)"**

1  103. I establish My covenant; and thou shalt come into the
2  ark, thou, and thy sons, and thy wife, and thy sons'
3  wives with thee. (19) And of every living thing of all flesh,
4  two of every sort shalt thou bring into the ark, to
5  keep them alive with thee; they shall be male and
6  female. (20) Of fowls after their kind, and of cattle
7  after their kind, of every creeping thing of the earth
8  after his kind, two of every sort shall come unto thee,
9
10  104. to keep them alive. (21) And take thou unto thee of
11  all food that is eaten, and thou shalt gather it to
12  thee; and it shall be for food for thee, and for them.
13  (22) Thus did Noah; according to all that God commanded
14  him, so did he. Genesis 7:1-24 ° And the LORD said unto
15  Noah, Come thou and all thy house into the ark; for thee
16  have I seen righteous before me in this generation.
17  (2) Of every clean beast thou shalt take to thee by
18
19  105. sevens, the male and his female; and of beasts
20  that are not clean by two, the male and his female.
21  (3) Of fowls also of the air by sevens, the male and female,
22  to keep seed alive upon the face of all the earth. (4) For
23  yet seven days, and I will cause it to rain upon the earth,
24  forty days and forty nights; and every living substance that
25  I have made will I destroy from off the face of the earth.
26  (5) And Noah did according unto all that the LORD commanded
27  him. (6) And Noah was six hundred years old when the flood
28



35
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

106. of waters was upon the earth. ⑦ And Noah went in, and his
sons, and his wife, and his sons wives with him, into the ark,
because of the waters of the flood. ⑧ Of clean beasts, and of beasts
that are not clean, and of fowls, and of every thing that creepeth
upon the earth. ⑨ There went in two and two unto Noah into the
ark, the male and the female, as God had commanded Noah.
⑩ And it came to pass after seven days, that the waters of the
flood were upon the earth. ⑪ In the six hundredth year of Noah's

107. life, in the second month, the seventeenth day of the month, the
same day were all the fountains of the great deep broken up, and
the windows of heaven were opened. ⑫ And the rain was upon the
earth forty days and forty nights ⑬ In the selfsame day entered
Noah, and Shem, and Ham, and Japheth, the sons of Noah, and
Noah's wife, and the three wives of his sons with them, into
the ark: ⑭ They and every beast after his kind, and all the
cattle after their kind, and every creeping thing that creepeth

108. upon the earth after his kind, and every fowl after his kind,
every bird of every sort. ⑮ And they went into unto Noah into the
ark, two and two of all flesh, wherein is the breath of life. ⑯ And
they that went in, went in male and female of all flesh, as God
had commanded him: and the LORD shut him in. ⑰ And the flood
was forty days upon the earth; and the waters increased, and bare
up the ark, and it was lift up above the earth. ⑱ And the waters
prevailed, and were increased greatly upon the earth; and the
ark went upon the face of the waters. ⑲ And the waters prevailed

" THE WATERS RECEDE GENESIS 8"

109. exceedingly upon the earth; and all the high hills, that were under the whole heaven, were covered. [20] Fifteen cubits upward did the waters prevail; and the mountains were covered. [21] All flesh died that moved upon the earth, both of fowl, and of cattle, and of beast, and of every creeping thing that creepeth upon the earth, and every man: [22] All in whose nostrils was the breath of life, of all that was in the dry land, died. [23] And every living substance was

110. destroyed which was upon the face of the ground, both man, and cattle, and the creeping things, and the fowl of the heaven; and they were destroyed from the earth: and Noah only remained alive, and they that were with him in the ark. [24] And the waters prevailed upon the earth a hundred and fifty days. Genesis 8:1-29 [1] And God remembered NOAH, and every living thing, and all the cattle that was with him in the ark: and God made a wind to pass

111. over the earth, and the waters assuaged. [2] The fountains also of the deep and the windows of heaven were stopped, and the rain from heaven was restrained. [3] And the waters returned from off the earth continually: and after the end of the hundred and fifty days the waters were abated. [4] And the ark rested in the seventh month, on the seventeenth day of the month, upon the mountains of Ararat. [5] And the waters decreased continually until the tenth month: in the tenth month, on the first day of the month, were the tops of the mountains

37
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  112 . Seen. ⑫ And it came to pass at the end of forty days,
   *Insert* §*
2  that Noah opened the window of the ark which he had made:
3  ⑦ And he sent forth a raven, which went forth to and fro,
4  until the waters were dried up from off the earth. ⑧ Also
5  he sent forth a dove from him, to see if the waters
6  were abated from off the face of the ground: ⑨ But
7  the dove found no rest for the sole of her foot, and
8  she returned unto him into the ark, for the waters
9
10 113 . were on the face of the whole earth: then he
11    *Insert* §*
      put forth his hand, and took her, and pulled her
12 in unto him into the ark. ⑩ And he stayed yet other
13 seven days; and again he sent forth the dove out
14 of the ark; ⑪ And the dove came in to him in the
15 evening: and, lo, in her mouth was an olive leaf plucked
16 off: so Noah knew that the waters were abated from
17 off the earth. ⑫ And he stayed yet other seven days;
18
19 114 . and sent forth the dove; which returned not again
20    *Insert* §*
21 unto him any more. ⑬ And it came to pass in the
22 six hundredth and first year, in the first month,
23 the first day of the month, the waters were dried
24 up from off the earth: and Noah removed the covering
25 of the ark, and looked, and, behold, the face of
26 the ground was dry. ⑭ And in the second, on the,
27 seven and twentieth day of the month, was the
28 earth dried. ⑮ And God spake unto Noah, saying,

// Genesis 9 God's Covenant w/ Noah verses 8-19 //
Noah's Drunkenness verses 20-24
Curse of Canaan verses 25-29

115 (16) Go forth of the ark, thou, and thy wife, and
Insert ¶ # thy sons, and thy sons' wives with thee. (17) Bring forth
with thee every living thing that is with thee, of all
flesh, both of fowl, and of cattle, and of every creeping
thing that creepeth upon the earth; that they may
breed abundantly in the earth, and be fruitful, and
multiply upon the earth. (18) And Noah went forth, and
his sons, and his wife, and his sons' wives with him:

116 (19) Every beast, every creeping thing, and every fowl, and
Insert ¶ # whatsoever creepeth upon the earth, after their kinds,
went forth out of the ark. (20) And Noah builded an
altar unto the LORD; and took of every clean beast,
and of every clean fowl, and offered burnt offerings
on the altar. (21) And the LORD smelled a sweet savor; and
the LORD said in his heart, I will not again curse the ground
any more for man's sake; for the imagination of man's

117 heart is evil from his youth; neither will I again
Insert ¶ # smite any more every thing living, as I have done. (22) While
the earth remaineth, seedtime and harvest, and cold
and heat, and summer and winter, and day and night
shall not cease. (Genesis 9:1-29) (1) And God blessed Noah
and his sons, and said unto them, Be fruitful and multiply,
and replenish the earth. (2) And the fear of you and the
dread of you shall be upon every beast of the earth, and
upon every fowl of the air; upon all that moveth upon

39
Page Number

1  118. the earth, and upon all the fishes of the sea; into
Insert ¶ #
2  your hand are they delivered. Every moving thing
3  that liveth shall be meat for you; even as the green
4  herb have I given you all things. ⑦ But flesh with the
5  life thereof, which is the blood thereof, shall ye not eat.
6  ⑧ And surely your blood of your lives will I require; at
7  the hand of every beast will I require it, and at the
8  hand of man; at the hand of every man's brother will

10  119. I require the life of man. ⑨ Whoso sheddeth man's
11  Insert ¶ #
12  blood, by man shall his blood be shed: for in the image
13  of God made he man. ⑩ And you, be ye fruitful, and
14  multiply; bring forth abundantly in the earth, and
15  multiply therein. ③ And God spake unto Noah, and to
16  his sons with him, saying, ⑨ And I, behold, I establish
17  my covenant with you, and with your seed after you;
18  ⑬ And with every living creature that is with you, of the

19  120. fowl, of the cattle, and of every beast of the earth
20  Insert ¶ #
21  with you; from all that go out of the ark, to every beast
22  of the earth. ⑪ And I will establish my covenant with you;
23  neither shall all flesh be cut off any more by the waters
24  of a flood; neither shall there any more be a flood
25  to destroy the earth ⑫ And God said, This is the token
26  of the covenant which I make between me and you
27  and every living creature that is with you, for perpetual
28  generations: ⑬ I do set my bow in the cloud, and it

(add L to bow And you get Bowl) with a cloud is the Crystal
meth pipe aka poofey)

40
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



121  .shall be seen in the cloud: ⑮ And I will remember
Insert ¶ #
my covenant, which is between me and you and every
living creature of all flesh; and the waters shall no
more become a flood to destroy all flesh ⑯ And
the bow shall be in the cloud; and I will look
upon it, that I may remember the everlasting
covenant between God and every living creature
of all flesh that is upon the earth. ⑰ And God said

122  .unto Noah, This is the token of the covenant, which
Insert ¶ #
I have established between me and all flesh that is
upon the earth. ⑱ And the sons of Noah, that went
forth of the ark, were Shem, and Ham, and Japheth:
and Ham is the father of Canaan. ⑲ These are the three
sons of Noah, and of them was the whole earth overspread.
⑳ And Noah began to be an husbandman, and he planted
a vineyard. ㉑ And he drank of the wine, and was drunken;

123  .and he was uncovered within his tent. ㉒ And Ham,
Insert ¶ #
the father of Canaan, saw the nakedness of his father,
and told his two brethren without. ㉓ And Shem
and Japheth took a garment, and laid it upon both
their shoulders, and went backward, and covered the
nakedness of their father; nakedness ㉔ And Noah
awoke from his wine, and knew what his younger son
had done unto him. ㉕ And he said, Cursed be Canaan;
a servant of servants shall he be unto his brethren.

Civil Rights Complaint Pursuant to U.S.C. § 1983



1 124. And he said, Blessed be the LORD God of Shem,
*Insert ¶ #* and Canaan shall be this servant. 27 God shall
2 enlarge Japheth, and he shall dwell in the tents
3 of Shem, and Canaan shall be his servant.
4 28 And Noah lived after the flood three hundred
5 and fifty years. 29 And all the days of Noah
6 were nine hundred and fifty years: and he
7 died. Genesis 10:1-32 1 Now these are the generations
8
9
10 125. of the sons of Noah, Shem, Ham, and Japheth:
11 *Insert ¶ #* and unto them were sons born after the flood. 2 The
12 sons of Japheth; Gomer, and Magog, and Madai,
13 and Javan, and Tubal, and Meshech, and Tiras.
14 3 And the sons of Gomer; Ashkenaz, and Riphath,
15 and Togarmah. 4 And the sons of Javan; Elishah,
16 and Tarshish, Kittim, and Dodanim. 5 By these were
17 the isles of the Gentiles divided in their lands; every
18
19 126. one after his tongue, after their families, in their
20 *Insert ¶ #* nations. 6 And the sons of Ham; Cush, and Mizraim,
21 and Phut, and Canaan. 7 And the sons of Cush;
22 Seba, and Havilah, and Sabtah, and Raamah, and
23 Sabtechah: and the sons of Raamah; Sheba, and
24 Dedan. 8 And Cush begat Nimrod: he began to be
25 a mighty one in the earth. 9 He was a mighty
26 hunter before the LORD: wherefore it is said, Even
27 as Nimrod the mighty hunter before the LORD.
28

42
Page Number

127. [10] And the beginning of his kingdom was Babel, and
*Insert ¶ #*
Erech, and Accad, and Calneh, in the land of
Shinar. [11] Out of that land went forth Asshur,
and builded Nineveh, and the city Rehoboth, and
Calah, [12] And Resen between Nineveh and Calah:
the same is a great city. [13] And Mizraim begat Ludim,
and Anamim, and Lehabim, and Naphtuhim, [14] And
Pathrusim, and Casluhim, (out of whom came Philistim,)

128. and Caphtorim. [15] And Canaan begat Sidon his
*Insert ¶ #*
first-born, and Heth, [16] And the Jebusite, and the Amorite,
and the Girgasite, [17] And the Hivite, and the Arkite,
and the Sinite, [18] And the Arvadite, and the Zemarite,
and the Hamathite: and afterward were the families of the
Canaanites spread abroad. [19] And the border of the Canaanites was
from Sidon, as thou comest to Gerar, unto Gaza; as thou goest,
unto Sodom, and Gomorrah, and Admah, and Zeboim,

129. even unto Lasha. [20] These are the sons of Ham, after
*Insert ¶ #*
their families, after their tongues, in their countries, and
in their nations. [21] Unto Shem also, the father of all
the children of Eber, the brother of Japheth the elder,
even to him were children born: [22] The children of
Shem; Elam, and Asshur, and Arphaxad, and Lud, and
Aram. [23] And the children of Aram; Uz, and Hul,
and Gether, and Mash. [24] And Arphaxad begat
Salah; and Salah begat Eber. [25] And unto Eber were

43
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

130 . born two sons: the name of one was Peleg; For
Insert ¶ #
in his days was the earth divided; and his brother's
name was Joktan. ²⁶ And Joktan begat Almodad and
Sheleph, and Hazar-maveth, and Jerah, ²⁷ And
Hadoram, and Uzal, and Diklah, ²⁸ And Obal, and
Abimael, and Sheba, ²⁹ And Ophir, and Havilah, and
Jobab: all these were the sons of Joktan. ³⁰ And their
dwelling was from Mesha, as thou goest unto Sephar,

131 . a mount of the east. ³¹ These are the sons of
Insert ¶ #
Shem, after their families, after their tongues, in their
lands, after their nations. ³² These are the families of
the sons of Noah, after their generations, in their nations:
and by those were the nations divided in the earth after
the flood.

✱✱✱  The Woman, Great Red Dragon, Man Child, Michael, & The Blood of the Lamb ✱✱✱

Revelation 12:1-17 ¹ And there appeared a great wonder in heaven;

132 . a woman clothed with the sun, and the moon under her feet,
Insert ¶ #
and upon her head a crown of twelve stars: ² And she being with
child cried, travailing in birth, and pained to be delivered. ³ And
there appeared another wonder in heaven; and behold a great
red dragon, having seven heads and ten horns, and seven
crowns upon his heads. ⁴ And his tail drew the third part of
the stars of heaven, and did cast them to the earth: and the
dragon stood before the woman which was ready to be delivered,
for to devour her child as soon as it was born. ⁵ And she brought

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  132. forth a man child, who was to rule all nations with
Insert ¶ #
2  a rod of iron: and her child was caught up unto God, and
3  to his throne. ⑤ And the woman fled into the wilderness,
4  where she hath a place prepared of God, that they should
5  feed her there a thousand two hundred and threescore days.
6  ⑦ And there was a war in heaven: Michael and his angels
7  fought against the dragon; and the dragon fought and his
8  angels ⑧ And prevailed not; neither was their place found any

10  134. more in heaven. ⑨ And the great dragon was cast out, that
Insert ¶ #
11  old serpent, called the Devil, and Satan, which deceiveth the
12  whole world: he was cast out into the earth, and his angels
13  were cast out with him. ⑩ And I heard a loud voice saying in
14  heaven, Now is come salvation, and strength, and the kingdom
15  of our God, and the power of his Christ: for the accuser of
16  our brethren is cast down, which accused them before our
17  God day and night. ⑪ And they overcame him by the blood

19  135. of the Lamb, and by the word of their testimony; and
Insert ¶ #
20  they loved not their lives unto death. ⑫ Therefore rejoice, ye
21  heavens, and ye that dwell in them. Woe to the inhabiters of
22  the earth, and of the sea! for the devil is come down unto
23  you, having great wrath, because he knoweth that he hath
24  but a short time. ⑬ And when the dragon saw that he was
25  cast unto the earth, he persecuted the woman which brought
26  forth the man child. ⑭ And to the woman were given two
27  wings of a great eagle, that she might fly into the wilderness,

45

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  136 : into her place, where she is nourished for a time, from
Insert ¶ #
2  the face of the serpent.⑮ And the serpent cast out of his
3  mouth water as a flood after the woman, that he might
4  cause her to be carried away of the flood. ⑯ And the earth
5  helped the woman, and the earth opened her mouth, and
6  swallowed up the flood which the dragon cast out of his
7  mouth.⑰ And the dragon was wroth with the woman, and
8  went to make war with the remnant of her seed, which
9
10  137 keep the commandments of God, and have the testimony
Insert ¶ #
11  of Jesus Christ, *** Revelation 13:1-18 ***
12 ① And I stood upon the sand of the sea, and saw a beast
13  having seven heads and ten horns, and upon his horns ten
14  crowns, and upon his heads the name of blasphemy.
15 ② And the beast which I saw was like unto a leopard, and
16  his feet were as the feet of a bear, and his mouth as
17  the mouth of a lion: and the dragon gave him his power,
18
19  138 and his seat, and great authority. ③ And I saw one of
20  Insert ¶ #
21  his heads as it were wounded to death; and his deadly wound
22  was healed: and all the world wondered after the beast.
23 ④ And they worshiped the dragon which gave power unto
24  the beast: and they worshiped the beast, saying, Who is like
25  unto the beast? who is able to make war with him? ⑤ And there
26  was given unto him a mouth speaking great things and blasphemies;
27  and power was given unto him to continue forty and two
28  months.⑥ And he opened his mouth in blasphemy against

46
Page Number

1  139. God, to blaspheme his name, and his tabernacle,
   *Insert ¶ #*
2  and them that dwell in heaven. ⑦ And it was given unto
3  him to make war with the saints, and to overcome
4  them: and power was given him over all kindreds, and
5  tongues, and nations. ⑧ And all that dwell upon the earth
6  shall worship him, whose names are not written in the book of
7  life of the lamb slain from the foundation of the world.
8  ⑨ If any man have an ear, let him hear. ⑩ He that leadeth
9
10  140. into captivity shall go into captivity: he that killeth with
    *Insert ¶ #*
11  the sword must be killed with the sword. Here is the patience
12  and the faith of the saints. ⑪ And I beheld another beast
13  coming up out of the earth; and he had two horns like a
14  lamb, and he spake as a dragon. ⑫ And he exerciseth all
15  the power of the first beast before him, and causeth the
16  earth and them which dwell therein to worship the first
17  beast, whose deadly wound was healed. ⑬ And he doeth
18
19  141. great wonders, so that he maketh fire come down
    *Insert ¶ #*
20
21  from heaven on the earth in the sight of men. ⑭ And deceiveth
22  them that dwell on the earth by the means of those miracles
23  which he had power to do in the sight of the beast; saying to
24  them that dwell on the earth, that they should make an
25  image to the beast, which had the wound by a sword, and
26  did live. ⑮ And he had power to give life unto the image of
27  the beast, that the image of the beast should both speak,
28  and cause that as many as would not worship the image

1  142. of the beast should be killed. ⑯ And he causeth

2  all, both small and great, rich and poor, free and bond,

3  to receive a mark in their right hand, or in the foreheads:

4  ⑰ And that no man might buy or sell, save he that

5  had the mark, or the name of the beast, or the number

6  of his name. ⑱ Here is wisdom. Let him that hath under-

7  standing count the number of the beast: for it is the

8  number of a man; and his number is six hundred threescore

9

10  143. and six. ✱ Let's break down 666 Biblically ✱

11  ✱ Step 1: Count 6 books of the Bible (old & NEW TESTAMENT)

12  Step 2: Go to the 6ᵀᴴ Chapter of Book (old & NEW TESTAMENT)

13  Step 3: Go to the 6ᵀᴴ verse of Book (old & NEW TESTAMENT)

14  ✱ Step 1 Book Count: Genesis, Exodus, Leviticus, Numbers, Deuteronomy, Joshua

15  Step 2 & 3 Combined: Joshua 6:6 - And Joshua the son of NUN called

16  the priests, and said unto them, Take up the ark of the covenant,

17  and let seven priests bear seven trumpets of rams' horns before the

18

19  144. ark of the LORD. ✱ Step 1 Book Count (New Testament):

20  Matthew, Mark, Luke, John, ACTS, ROMANS ✱ Step 2 & 3 Combined:

21  Romans 6:6 - Knowing this, that our old man is crucified with

22  him, that the body of sin might be destroyed, that henceforth

23  we should not serve sin. (Add verse 7 to see why they tried

24  reincarnating the ROMAN EMPIRE but forgot that Jesus blood was on

25  their hands so instead the summoned dead/ancient demonic spirits)

26  Romans 6:7 - For he that is dead is freed from sin. ✱ Let's give

27  a brief explanation of Joshua ✱ Joshua 1:1-6 ① Now after the death

48

Page Number

Civil Rights Complaint Pursuant to U.S.C. §1983

145 . of Moses the servant of the LORD it came to pass, that the
Insert ¶#
LORD spake unto Joshua the son of NUN, Moses' minister saying,
② Moses my servant is dead; now therefore arise, go over this
Jordan, thou, and all this people, unto the land which I do give
to them, even to the children of Israel. ③ Every place that the
sole of your feet shall tread upon, that have I given unto you,
as I said unto Moses. ④ From the wilderness and this Lebanon even
unto the great river, the river Euphrates, all the land of the Hittites,

146 . and unto the Great Sea toward the going down of the sun,
Insert ¶#
shall be your coast. ⑤ There shall not any man be able to stand before
thee all the days of thy life: as I was with Moses, so I will be with
thee: I will not fail thee, nor forsake thee. ⑥ Be strong and of a good
courage: for unto this people shalt thou divide for an inheritance the
land, which I sware unto their fathers to give them. ✳✳✳ NOW
here's the backend which is the perverted way they used
the word to build the beast empire while "ATTEMPTING"
                    (CAIN)(canaan)

147 . to lock Jesus in their system so that they could blackmail
Insert ¶#
the chosen ones, Jews, children of Israel in order to steal
the substance of the land that was built by other people's
hands because the beast was cursed. Example: In Beauty and
the Beast, the Beast name is Prince Adam. Prince Adam only
means Cain which was Adams first son who killed Abel
the keeper of the sheep (shepherd) who was Adams second
son. Genesis 4:10-15 (page _____ ) (paraphrased) Cain was cursed from
the earth, when he tilled the ground the earth wouldn't yield her strength (produce).

49
Page Number

JOB

148 . and he was a fugitive (escapee or in hiding to avoid being arrested or persecuted) and a vagabond (going back and forth) so his system is a system of sorcery & of slavery. Job 1:1-3 ® There was a man in the land of Uz, whose name was Job; and that man was perfect and upright, and one that feared God, and eschewed evil. ® And there were born unto him seven sons and three daughters. ® His substance also was seven thousand sheep, and three thousand camels, and five hundred yoke of oxen, and five hundred she asses, and a very great household; so that this man was the greatest

insert ¶ #

149 . of all the men of the east. Job 1:7. And the LORD said unto Satan, Whence comest thou? Then Satan answered the LORD, and said, From going to and fro in the earth, and from walking up and down in it. Job 1:8- And the LORD said unto Satan, Hast thou considered my servant JOB, that there is none like him in the earth, a perfect and upright man, one that feareth God and escheweth evil? Job 1:9- Then Satan answered the LORD, and said, Doth Job fear God for naught? Job 1:11- But put forth thine hand now, and touch all that he hath, and he will curse thee to thy face. Job 1:12- And the LORD said unto Satan, Behold, all that he hath

insert ¶ #

(Satan)
150 . is in thy power, only upon himself put not forth thine hand. So Satan went forth from the presence of the LORD. Job 1:15- And the Sabeans fell upon them, and took them away; yea, they have slain the servants with the edge of the sword, and I only am escaped alone to tell thee. Job 1:16- While he was, yet speaking there came also another, and said, The fire of God is fallen from heaven, and hath burned up the sheep, and the servants, and consumed them; and I only am escaped alone to tell thee. Job 1:17- While he was yet speaking, there came also another, and said, The Chaldeans made out three bands and fell upon the camels, and have carried them away, yea, and slain the servants with the edge of the sword; and I only am escaped alone to tell thee.

150
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

✱ Repent $ Exit Money/Beast/Job/Social System! It was a Set Up!!
QUICKLY!

Uz=OZ (wizard)
Job JOB (work)
143:10 Beast 1 of Revelation 13

G.O.A.T
✱ Roman Catholic Basics

Wandering Cain = The Land of Nod

Matthew 6:24 — No man can serve two masters; for either he will hate the one, and love the other, or else he will hold to the one, and despise the other. Ye cannot serve God and mammon!

✱ The World is under Satanic System! Their Job places the mark of the beast on them and their money does too 911 get out of the system NOW!

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

151 . Job 1:18 - While he was yet speaking, there came also another, and said, Thy sons and thy daughters were eating and drinking wine in their eldest brother's house. Job 1:19 - And, behold, there came a great wind from the wilderness, and smote the four corners of the house, and it fell upon the young men, and they are dead; and I only am escaped alone to tell thee. Job 1:20-22 ⑳ Then Job arose, and rent his mantle, and shaved his head, and

152 . fell down upon the ground, and worshiped. ㉑ And said, Naked came I out of my mother's womb, and naked shall I return thither: the LORD gave, and the LORD hath taken away; blessed be the name of the LORD. ㉒ In all this Job sinned not, nor charged God foolishly. Job 2:3 - And the LORD said unto Satan, Hast thou considered my servant Job, that there is none like him in the earth, a perfect and an

153 . upright man, one that feareth God, and escheweth evil? and still he holdeth fast his integrity, although thou movedst me against him, to destroy him without cause. Job 2:4 - And Satan answered the LORD, and said, Skin for skin, yea, all that a man hath will he give for his life. Job 2:5 - But put forth thine hand now, and touch his bone and his flesh, and he will curse thee to thy face. Job 3:1-11 ① After this opened Job his mouth, and cursed his day. ② And Job spake, and said, ③ Let the day perish wherein I was born, and the

1  :154 .night in which it was said, There is a man child conceived.
   Insert ¶ #
2  ④Let that day be darkness; let not God regard it from above,
3  neither let the light shine upon it. ⑤Let darkness and the
4  shadow of death stain it; let a cloud dwell upon it; let the
5  blackness of the day terrify it. ⑥As for that night, let
6  darkness seize upon it; let it not be joined unto the days
7  of the year; let it not be joined unto the days of the year;
8  let it not come into the number of the months. ⑦Lo, let
9

10  :155 that night be solitary; let no joyful voice come therein.
    Insert ¶ #
11  ⑧Let them curse it that curse the day, who are ready to
12  raise up their mourning. ⑨Let the stars of the twilight
13  thereof be dark; let it look for light, but have none; neither
14  let it see the dawning of the day: ⑩Because it shut not up
15  the doors of my mother's womb, nor hid sorrow from mine
16  eyes. ⑪Why died I not from the womb? Why did I not give
17  up the ghost when I came out of the belly? Job 6: 6-9
18

19  :156 ⑥Can that which is unsavory be eaten without salt? Or is
    Insert ¶ #
20
21  there any taste in the white of an egg? ⑦The things that my soul
22  refused to touch are as my sorrowful meat. ⑧Oh that I might
23  have my request; and that God would grant me the thing
24  that I long for! ⑨Even that it would please God to destroy
25  me; that he would let loose his hand, and cut me off!
26  ✸Breakdown of JOB which is the medium of the system (beast) ✸
27  The Word JOB is the name of a man/book in the Bible
28  (old testament) and the word JOB is also defined as: the

62
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  157 . principal activity in your life that you do to earn money,
   Insert ¶ #
2  ⑰ a specific piece of work required to be done as a duty or for
3  a specific fee. ⑰ a state of difficulty that needs to be resolved
4  ⑰ a program application that may consist of several steps but
5  is a single logical unit. ⑰ a crime (especially a robbery). ⑰ profit
6  privately from public office or official business. ✳ This is what
7  is the beginning of their sorcery which is crossing words
8  in order to give it a different meaning. Also using phonics

9
10  158 . in order to confuse a person who doesn't understand
    Insert ¶ #
11  different languages, etc. Prime Example : Caesar's world is
12  all about PROFITS which is money but Christ's world is all
13  about PROPHETS which is the mouthpiece of God being used
14  through a human being to declare and decree. Both words
15  sound the same but mean the total opposite. ✳ Now,
16  the word Medium is defined as ⑰ An intervening substance
17  through which signals can travel as a means for communication

18
19  159 . ⑰ Someone who serves as an intermediary between the
   Insert ¶ #
20  living and the dead ⑰ transmissions that are disseminated
21  widely to the public. ⑰ a substance in which specimens are
22  preserved or displayed. Job 1:1 the land of UZ symbolize the
23  land of OZ from the Wizard of OZ | The definition of Oz is also
24  ounce which (crossword example : Witch) is a unit of weight in
25  the US customary system and imperial system of measurement
26  (an Ancient Roman). Job 1:2-3 the 7 sons + 3 daughters only
27  represent Revelation 13 the First beast which is the Gentile

Paragraph

Case 2:24-cv-02642-FMO-MAR Document 1 Filed 03/29/24 Page 141 of 362 Page ID #:141

1  160. nations (Revelation 13:1- And I stood upon the sand of the sea,
   Insert ¶ #
2  and saw a beast rise up out of the sea, having seven heads
3  and ten horns, and upon his horns ten crowns, and upon his
4  heads the name of blasphemy.) ✳ Blasphemy = blasphemous
5  behavior; the act of depriving something of its sacred character. ✳
6  bb 1:3 - His substance also was seven thousand sheep, and three thousand
7  camels, and five hundred yoke of oxen, and five hundred she asses,
8  and a very great household; so that this man was the greatest of
9
10  161. all the men of the east. ✳ This verse can symbolize sheep
   Insert ¶ #
11  as being cotton for clothing, camels is a form of cigarettes,
12  yoke of oxen can represent a slave system based upon an
13  animalistic system (beast system), she asses symbolizes the
14  females ass especially African Americans because an ass
15  is just a donkey that is a domesticated equine (crossword earth Queen)
16  which is derived from the African wild ass (Equus Africanus) this
17  is only a description of the (harlot system) Revelation 17:5-9
18
19  162 ⑤ And upon her forehead was a name written, MYSTERY, BABYLON
   Insert ¶ #
20  THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE
21  EARTH. ⑥ And I saw the woman drunken with the blood of the
22  saints, and with the blood of the martyrs of JESUS: and when
23  I saw her, I wondered with great admiration. ⑦ And the angel
24  said unto me, Wherefore didst thou marvel? I will tell thee the
25  mystery of the woman, and of the beast that carrieth her,
26  which hath the seven heads and ten horns. ⑧ The beast that
27  thou sawest was, and is not; and shall ascend out of the

64
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 163 : bottomless pit, and go into perdition: and they that
Insert ¶ #
2 dwell on the earth shall wonder whose names were not
3 written in the book of life from the foundation of the world,
4 when they behold the beast that was, and is not, and
5 yet is. And here is the mind which hath wisdom. The seven
6 heads are seven maintains on which the woman sitteth.
7 Greatest of all the men of the east is where they got the
8 acronym G.O.A.T which means Greatest of All Time!
9

10 164 : let me also add that camel is also a representation
Insert ¶ #
11 of Egypt. The word substance is defined as "the subject matter
12 of a text, speech, or work of art, especially as contrasted with
13 the form or style in which it is presented," "wealth and
14 possessions," it also can mean "an intoxicating, stimulating,
15 or narcotic chemical or drug, especially an illegal one."
16 If you break Substance down in two words you get
17 Sub meaning submarine or to act as a substitute for
18

19 165, someone + stance, meaning the way in which someone
Insert ¶ #
20
21 stands, especially when deliberately adopted (as in baseball, golf,
22 and other sports); a person's posture. Fast can represent the
23 Eastern Rite Catholic Church/Oriental Catholic Church.
24 Job 1:7. And the LORD said unto Satan, Whence cometh thou? Then Satan
25 answered the LORD, and said, From going to and fro in the earth, and
26 from walking up and down in it (* going to and fro is a form of
27 wandering which is the definition of a vagabond and is exactly
28 what God called Cain after he killed Abel). Wandering is also

166 . a representation of the Land of Nod which means that
*Insert ¶ #*
LORD in this scenario is the King which makes the King the
real beast and the church (catholic) is the whore that
caused a lot of Kings to fall (Revelation 17: 10 - And there
are seven kings five are fallen, and one is, and the other
is not yet come; and when he cometh, he must continue
a short space.) The King that has a short space is King
Charles III because is reign is not that long due to

167 . his age, the days we're in which is Armageddon,
*Insert ¶ #*
and the truth being Revealed. Job 1: 11 · But put forth thine
hand now, and touch all that he hath, and he will curse thee
to thy face. Job 1: 12 - And the LORD said unto Satan, Behold,
all that he hath is in thy power, only upon himself put not
forth thine hand. Matthew 6:24 No man can serve two masters:
for either he will hate the one, and love the other; or else he will
hold to the one, and despise the other. Ye cannot serve God

168 . and mammon. Romans 4:4-5 Now to him that worketh
*Insert ¶ #*
is the reward not reckoned of grace, but of debt. ⑤ But to
him that worketh not, but believeth on him that justifieth
the ungodly, his faith is counted for righteousness. ✳ THE
SET UP OF THE Beast System ✳ Capitalism was created
by Adam Smith who was born in Kirkcaldy, fife,
Scotland. The first form of bank note was developed
in China during the Tang and Song dynasties, starting
in the 7th century. Its roots were in merchant receipts

56
Page Number

1  169. of deposit during the Tang dynasty (618-907).
2  *Insert ¶ #*
   During the Yuan dynasty (1271-1368), banknotes were
3  adopted by the Mongol Empire. In Europe, the concept
4  of banknotes was first introduced during the 13th century
5  by travelers such as Marco Polo with European banknotes
6  appearing in 1661 in Sweden. True paper money called
7  "jiaozi" were developed as promissory notes by the 11th
8  century, during the Song dynasty. In 1661 the first
9
10 170. banknotes were created in Europe by Johan Palmstruch
11 *Insert ¶ #*
   the founder of Stockholms Banco which was Sweden's
12 first bank. until it was liquidated in 1667. However, it
13 served as the precursor to the central bank of Sweden
14 that was founded in 1668 as Riksens Standers Bank
15 until it was renamed in 1866 as Sveriges Riksbank which
16 is the world's oldest surviving central bank. Also, the
17 banknote of the one hundred daler issued by Stockholms
18                        $100
19 171. Banco and signed by Johan Palmstruch in 1666 (the
20 *Insert ¶ #*
21 mark of the beast in number form). ✱ Communism
22 was created by Karl Marxism who was born in Trier,
23 Rhine Province, Prussia Germany. Marxism was also created
24 by Friedrich Engels who was born in Barmen, Jülich-Cleves Berg
25 Kingdom of Prussia which is now Wuppertal, Germany.
26 Marxism is a method of socioeconomic analysis that
27 uses a materialist interpretation of historical development,
28 better known as historical materialism, to understand class

172. relations and social conflict and a dialectical perspective
*Insert ¶ #* to view social transformation. So basically, to sum up the
beast system it was derived from the book of Job. Job
was tested by Satan to see if he lost everything would he
curse God. Satan had the ability to do whatever he wanted
to Job except kill him. Satan was able to disconnect Job
from every type of human support, progress, or success
that he had just to see if Job would curse God to his

173 face. The social system is a reflection of Communism
*Insert ¶ #* which is when somebody else has control over another persons
possessions, it also goes hand and hand with the social
systems behind human relationships and behaviors, then
it is combined with capitalism which actually consist
of the progress and success of humans. People use their
progress and successes to help build their confidence
which then gives them a sense of pride about themselves.

174 So Jobs' story was the perfect story to make a
*Insert ¶ #* system for humanity when it came to their means of
providing, self confidence, and a sense of power that
can be obtained while they're progressing on their job.
Based upon this brief description of how they crossed
words to deceive the people, you should have a better
understanding on why it's so important for us to be
a free people versus us being a slave because people
enjoy their fun that only is tempory. In Matthew 6:24

53
*Page Number*

175. God made it specific that nobody could serve
*Insert ¶ #* two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other Ye cannot serve God and mammon. Romans 4:4-5 * Now to him that worketh is the reward not reckoned of grace, but of debt * Matthew 6:24 and Romans 4:4-5 both speak about money/reward however in Matthew

176. God has given you a choice than in Romans the
*Insert ¶ #* word tells you that the reward isn't grace however it leads you into debt. Right there reality sinks in letting you know that you lose more than you've gained. *** This right here explains how they set up America and also why America is still in debt while the Americans suffer for something they didn't put themselves in. Right now the

177. People are caught in the shackles of Americas
*Insert ¶ #* debt to China for a debt that the people didn't do but what makes it even more wrong is the fact that China could have just helped America when they bankrupt but instead people of those times strategized a system that would be able to pay back the debt yet the debt isn't paid off. Now, I must also say that the marriage of the Lamb is at hand in this time however, this was what

59
Page Number

178. I call a battle due to the tricks, traps, and schemes
Insert ¶ #
of the enemy. See, the system that is being used
all across the world is an artificial way to force
slavery upon people. While making them believe that
they are free. Right now, people are striving for
the "one world order" however the deception
behind the one world order is that humans are
losing their God giving rights of humanity to

179. their own creation which they don't exercise
Insert ¶ #
full control over especially when there's so much
corruption going on and technology is bypassing
the human brains. People have forgotten what
it means to LIVE, LOVE, and laugh because our lives
have been being controlled by people in high places
who have evil motives. We must stop being so
naive to the traps of the enemy who does not

180. like Humanity whatsoever. In Heaven, Satan
Insert ¶ #
caused some of the angels to be cast out with him,
in the garden of Eden he caused Adam & Eve to
be cast out the garden, and now he's at the
nations causing kings, queens, and others to
fall by keeping division between humanity as
he divides and conquers. We must open our eyes,
put pride aside, forgive one another, and put
Jesus back on the Throne because Truth be told

Civil Rights Complaint Pursuant to U.S.C. § 1983

181. Satan has everybody fighting over who was first, whose religion is real, etc what the people are failing to realize is that the battle isn't about none of the things he's using as cover ups to have you on his team. I say that because it's proveable ⊙ All the Appetites that people have, that are against God comes from Satan not Eve. Adam was given power over Satan that's why

182. he chose to speak to Eve because she was still innocent, naive, and the enemy knew she was the only way he would have another chance to attempt to make his name bigger than Gods. The devil was here before humans so he knew more just like AI because he understood that humans have a limited brain capacity and he also knew that they would be curious about the world around them. He also knew

183. that there are only two Spirits that can influence the people and that's either the Holy Ghost (the prophecy of Jesus) or Satan (the prince of air who let's you do whatever you want and serve whoever you want as long as he has control over you which only leads to destruction). Jesus came so that we can have life in abundance. however the rebellion of humanity has placed us in worldwide dispair, darkness, anger, anxiety, etc. Satan only comes

184. to steal, Kill, and destroy which makes him
Insert ¶ # feel good because He Hates Himself, He Hates All
GODS Creation, & He really Hates Jesus for Being
chosen. So, with All this being said the beast
system is a system of demonic mind control,
turmoil, Envy, HAtred, etc. as if HELL is on earth.
Also, the beast system is forced Satanic worship
due to the weapons he used to cause people

185. to believe a certain way which is only Indoctrination.
Insert ¶ # He has forced the world to live backwards by using
the Heaven and Earth that was created by God for
humans to freely possess, be fruitful, and multiply.
He has done so by Cain building a city (fast forward)
then God flooded the whole earth however he saved
Noah and his family and Noah's sons' wives plus
two cattle of every Kind including fowls. After Noah

186. came out the ark; God told his family to be
Insert ¶ # fruitful and multiply in which they did. Then one
of Noah's sons named Ham saw his dad
naked which caused God to curse Hams' son
Cannon. However through Noah's other son Shem's
bloodline came Jesus. So the world is backwards
because the cursed ones have been stealing and
making money off of Jesus while denouncing
Him at the same time. The cursed ones have

187. been living like they're the chosen ones as they have profitted off the chosen ones and portrayed to the entire world as if the chosen ones were the cursed ones by placing labels of lies on the names of the chosen ones. Prime example JOB is a book in the bible about a wealthy God fearing man. The world took the name of JOB and made it a label for work which is job. Many people have made

188. a very good living off of whatever job or career they have. So here's the serpent's seed Cain who kills Abel and they are hiding behind their jobs. Here are some job titles to prove my point ① Doctors (the first surgery was when God put Adam in a trance, opened his side, took out his rib, and made Eve). ② Police Officers (in Genesis 2:15: And the LORD God took the man, and put him into the garden of Eden to dress and to keep it. * Hebrew Definitions:

189. ① Dress → H5647 → ãbad → to serve ② Keep → H8104 → shâmar → to protect. Law enforcement slogan is To Protect and to Serve ). ③ Teaching (in Genesis 1:2 - And the earth was without form, and void; and darkness was upon the face of the deep. And the Spirit of God moved upon the face of the waters) * Now, let's break this down in Hebrew: Form → H8414 → tôhûw = empty place, without form, adverbially. * Adverbial means a word or group of words playing the grammatical role of an adverb. * Grammar means: the study of the way the sentences

1  190. of a language are constructed, morphology and syntax;

2  _Insert ¶ #_  the elements of any science, art, or subject, a book

3  treating such elements. A Book is to enter an official

4  charge against (an arrested suspect) on police register.

5  VOID → H 4722 → bohuu = an undistinguishable ruin,

6  emptiness. Darkness → H 2822 - 7 chosek → misery, de-

7  struction, wickedness, ignorance, death. ✳︎✳︎✳︎

8  From Genesis 1:2, I defined 3 words which are form,

9

10  191. void, and darkness! I used Genesis 1:2 to describe

11  _Insert ¶ #_  how the serpent seed Cain (the son of Eve who built the city)

12  uses jobs and the system to kill Abel (his brother who he envied

13  because of his favor with God). Teaching is a job that is only

14  a weapon of indoctrination to kill the Godlike character

15  in individuals starting from a child that way they become

16  a program (like computer simulation) that was created to

17  destroy all Godly traits. For Example: The word form

18

19  192. in Hebrew means empty place (a childlike innocence),

20  _Insert ¶ #_  then it breaks down adverbial which describes the grammatical

21  role of the adverb. Finally, the word grammer is described

22  as a study of sentences of a language, the elements of

23  science art, etc in the form of a book (meaning to be

24  arrested (institutionalized in the mind; indoctrinated). Then,

25  the next word is void meaning that the worldly teachings

26  causes emptiness and/or an undistinguishable ruin. Finally, the

27  words form and void sums up to darkness which means misery,

28  destruction, wickedness, ignorance, and death (Spiritually).

1  193. Even though I put Doctor as #1, Police as #2,
   Insert ¶ #
2  and Teacher as #3 the correct order would be Teacher
3  as #1 because God let Adam name the animals
4  before He put Adam to sleep to create Eve. Also, in
5  order to become a doctor, police, or teacher then
6  you have to be educated by a teacher just to
7  qualify according to the worlds system. Under
8  those 3 titles can stem many other categories of
9
10  194. jobs such as under Doctor you can classify a nurse,
    Insert ¶ #
11  psychologist, chemist, dentist, chiropractor, masseur
12  biologist, etc because they all deal with the mind or
13  body whether its evaluations, medicine (chemical substances)
14  or hands on physicals, etc. Under Police you can go back
15  a decade and find slave patchers which were called
16  bounty hunter. In Modern times you have similar jobs
17  such as security, bouncers, investigators, any other
18
19  195. title that pertains to Protecting and Serving (like DCFS),
    Insert ¶ #
20  etc. Finally under Teacher you will find God as the first
21  teacher, then in humanity today there are Apostles, Prophets
22  Evangelist, Pastors, and Teachers. Now, in the world you
23  have many jobs that fall under teaching such as: Substitute
24  teacher, Pre-K, Elementary, Middle, High School, & University
25  Teachers. There's also life coaches (in all types of curriculums/hobbies),
26  Online Teachers, and in digital realm music, movies,
27  social media platforms such as: Tik Tok, FaceBook, YouTube
28

1  196. Pictures, Paintings, Lyrics, etc (that can have influencers
   Insert ¶ #
2  who push hidden agendas while getting paid to do so at
3  the expense of peoples' sanity, lives, or beliefs.) �help Mark 8:34-38
4  (34) And when he had called the people unto him with his disciples
5  also, he said unto them, Whosoever will come after me, let
6  him deny himself, and take up his cross, and follow me (35) For
7  whosoever will save his life shall lose it; but whosoever shall
8  lose his life for my sake and the gospels, the same shall
9
10  197. save it. (36) For what shall it profit a man, if he shall
    Insert ¶ #
11  gain the whole world, and lose his own soul? (37) Or what
12  shall a man give in exchange for his soul? (38) Whosoever
13  therefore shall be ashamed of me and of my words in this
14  adulterous and sinful generation; of him also shall the
15  Son of man be ashamed, when he cometh in the glory of
16  his Father with the holy angels ✱ Mark 8:15 - And he
17  charged them, saying, Take heed, beware of the
18
19  198. leaven of the Pharisees, and of the leaven of Herod
20     Insert ¶ #
21  ✱ Herod the Great was the Roman appointed King of Judaea who
22  built many fortresses, aqueducts, theatres, etc. Herod was born
23  in southern Palestine; his father was Antipater and he was an
24  Edomite (a semitic people that have been identified as Arab,
25  who converted to Judaism in the 2nd Century BCE) Herod was
26  of Arab origin, although he was a practicing Jew. Herod killed
27  the infants of Bethlehem in order to try and kill Jesus while he
28  was still a baby then he died shortly after he had a bungled
    suicide attempt (Just like Judas & HITLER) ✱ The enemy sets
                ___                                    people up to try and kill
                Page Number                           Jesus & then they die
    Civil Rights Complaint Pursuant to U.S.C. § 1983  afterwards ✱
                                                      Set up 2 FAIL!

＊ PRIDE also represents LGBT Community which is PERVERSION and Perversion means "A Twisted Truth"

1 199. Edomites were Semitic people who fall under the
Insert ¶ #
2 category of Ammorites, Canaanites, and the Ara-maeans.
3 The word Edom means "RED" and the Edomites sin
4 was PRIDE. The Edomites were the descendants of
5 Esau and the Edomites worshipped many gods. Esau
6 became a pagan Roman who rebelled against the Torah,
7 a countermodel of the rabbinic Jew. Reading Rome, the
8 universal empire, into the Bible, and turning Romans.
9

10 200. into wayward brothers, the rabbis made Jewish history
11 Insert ¶ #
12 universal. Pagan Rome disregarded them, but Christian
13 Rome made the typology part of European history.
14 The Church Fathers interpreted Jacob and Esau's
15 brotherhood as that of Christians and Jews, claimed
16 Jacob's legacy and decried the Jews as Esau. The
17 Empire's Christianization encumbered Christianity with
18 the Jewish-Roman past and Rome with the Christian

19 201. claim to disinherit Israel, and forged a traumatic
20 Insert ¶ #
21 relationship that still hasn't been undone. ＊Encumbered
22 means - to restrict or burden (someone or something) in such
23 a way that free action or movement is difficult. ＊John 10:1
24 Verily, Verily, I say unto you, He that entereth not by the
25 door into the sheepfold, but climbeth up some other
26 way, the same is a thief and a robber. John 10:10 The
27 thief cometh not, but for to steal, and to kill, and to destroy:
28 I am come that they might have life, and that they might

1  202. have it more abundantly. Matthew 23:1-10 Then spake
   Insert ¶ #
2  Jesus to the multitude, and to his disciples, ② Saying, The
3  Scribes and the Pharisees sit in Moses seat: ③ All therefore
4  whatsoever they bid you observe and do; but do not ye
5  after their works: for they say, and do not. ④ For they
6  bind heavy burdens and grievous to be borne, and lay
7  them on men's shoulders; but they themselves will not
8  move them with one of their fingers. ⑤ But all their
9
10 203. works they do for to be seen of men: they make broad
   Insert ¶ #
11 their phylacteries, and enlarge the borders of their garments,
12 ⑥ And love the uppermost rooms at feasts, and the chief
13 seats in the synagogues, ⑦ And greeting in the markets,
14 and to be called of men, Rabbi, Rabbi. ⑧ But be not ye
15 called Rabbi: for one is you Master, even Christ; and all
16 ye are brethren. ⑨ And call no man your father upon the
17 earth: for one is your Father, which is in heaven. ⑩ Neither
18
19 204. be ye called Masters: for one is your Master, even Christ.
   Insert ¶ #
20 ✳ Descendents of Esau also known as Edom were the People
21 of Seir from ancient Seairh, early Rome, Venice, Germany,
22 Russia, China, Japan, and many other nations. The
23 Edomites were always in conflict with God's people.
24 Esau gave rise to military elites such as the Spartans and
25 warriors like Alexander the Great. ✳ ✳✳ Moving Forward,
26 I will list a few more jobs that will also prove that they
27 perverted the word of God to make merchandise of men

68

Civil Rights Complaint Pursuant to U.S.C. § 1983



1 205. by spiritually raping the people in order to obtain self
Insert ¶ #
2 gain and control which is still a form of slavery but
3 just in the mind, emotions, and spiritually while deceiving
4 the world to believe that they are still free when in
5 all actuality they are being mislead by a wolf in
6 sheep's clothing. ⒜ Astrologers (in Genesis 1:14-16 ⒜ And
7 God said, Let there be lights in the firmament of the
8 heaven to divide the day from the night; and let them
9
10 206. be for signs, and for seasons, and for days, and
Insert ¶ #
11 years: ⒂ And let them be for lights in the firmament
12 of the heaven to give light upon the earth: and it was
13 so. ⒃ And God made two great lights; the greater light
14 to rule the night: he made the stars also. ✱ According
15 to Genesis 1:14-16 Astrology, cosmology, physics, psychics, tarot readers, etc are
People 16 who have gone beyond what they should have, they
17 have perverted the origin of why God created the lights
18
19 207. in the firmament which was to divide the day from
Insert ¶ #
20 night, to be for signs (not horoscope, not for satelite, techno/ oxyote),
21 for the seasons, for the days, and for the years. People
22 have gone beyond their boundaries while acting like
23 they were just studying God's creation but in all actuality
24 they were coming-up with wicked inventions while getting
25 paid to do so. ✱ Isaiah 47:1 - Come down, and sit
26 in the dust, O virgin daughter of Babylon, sit in the
27 dust, O daughter of the Chaldeans: for thou shalt no
28

69
Page Number

1  208. more be called tender and delicate. ⑤ Take the
2  *Insert ¶ #* millstones, and grind meal: uncover thy locks, make
3  bare the leg, uncover the thigh, pass over the rivers.
4  ③ Thy nakedness shall be uncovered, yea, thy shame shall
5  be seen: I will take vengeance, and I will not meet
6  thee as a man. ④ As for our redeemer, the LORD of
7  hosts is his name, the Holy One of Israel. ⑤ Sit thou
8  silent, and get thee into darkness, O daughter of the
9
10  209. Chaldeans: for thou shalt no more be called, The
11  *Insert ¶ #* lady of Kingdoms. ② I was wroth with my people, I
12  have polluted mine inheritance, and given them
13  into thine hand: thou didst shew them no mercy;
14  upon the ancient hast thou very heavily laid thy
15  yoke. ③ And thou saidst, I shall be a lady for ever:
16  so that thou didst not lay these things to thy heart,
17  neither didst remember the latter end of it ④ Therefore,
18
19  210. hear now this, thou that art given to pleasures, that
20  *Insert ¶ #* dwellest carelessly, that sayest in thine heart, I am, and
21  none else beside me; I shall not sit as a widow, neither
22  shall I know the loss of children: ② but these two things shall
23  come to thee in a moment in one day, the loss of children,
24  and widowhood: they shall come upon thee in their perfection
25  for the multitude of thy sorceries, and for the great
26  abundance of thine enchantments. ③ For thou hast trusted
27  in thy wickedness: thou hast said, None seeth me.
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  211. Thy wisdom and thy knowledge, it hath perverted
   *Insert ¶ #*
2  thee; and thou hast said in thine heart, I am, and
3  none else beside me. (11) Therefore shall evil come upon
4  thee, thou shalt not know from whence it riseth: and
5  mischief shall fall upon thee; thou shalt not be
6  able to put it off: and desolation shall come upon
7  thee suddenly, which thou shalt not know. (12) Stand now
8  with thine enchantments and with the multitude of

10 212. thy sorceries, wherein thou hast laboured from thy
   *Insert ¶ #*
11 youth; if so be thou shalt be able to profit, if so be thou
12 mayest prevail. (13) Thou art wearied in the multitude
13 of thy counsels. Let now the astrologers, the stargazers,
14 the monthly prognosticators, stand up, and save thee
15 (14) Behold, they shall be as stubble; the fire shall burn
16 them; they shall not deliver themselves from the power
17 of the flame: there shall not be a coal to warm at, nor
18

19 213. fire to sit before it. (15) Thus shall they be unto thee
   *Insert ¶ #*
20
21 with whom thou hast laboured, even thy merchants, from
22 thy youth: they shall wander every one to his quarter;
23 none shall save thee. ✳ People who work in the astrology,
24 Tarot, physics, etc. have been paid to search the hidden
25 mysteries of heaven and the earth which has also
26 been used for monetary game at the expense of
27 others while intentionally misleading people using
28 the signs. ⑤ Government Jobs (in Isaiah 9:6 ✳ For

71

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

214. unto us a child is born, unto us a son is given; and
the government shall be upon his shoulder: and his
name shall be called Wonderful, Counsellor, The mighty
God, The everlasting Father, The Prince of Peace.
Of the increase of his government and peace there shall
be no end, upon the throne of David, and upon his
kingdom, to order it, and to establish it with judgement
and with JUSTICE from henceforth even forever. The

215. zeal of the LORD of hosts will perform this. ✱ In
this passage of scripture it shows that the government
was upon his shoulders however there would come
a time that he would have to overturn it in order
to bring order to Man made mess, he would have
to establish it so that judgement and justice will
move according to TRUTH instead of just the labels
that humans have placed based on their own perception.

216. See, God knew that people would pervert the
truth even if they knew the truth, so all the deep
state & worldly corruption only Jesus could fix entirely.
✱ To finalize the perverting of Jobs' name and story
from the bible and man treating Jobs(work) while
using Jobs' story to obtain the keys to rob the people,
cause them to curse or be mad at God, which robs them
of Gods restoration(because lack of faith), and enables the
beast system to drive them into debt which is a form

72

Page Number

217. of slavery, and caused America to run up its debt
*Insert ¶ #* because of PRIDE, lack of Biblical Knowledge, but mainly
due to somebody else attempting to rob the people
of their rights so that they could push a one world
order for the beast system since they put their
trust in their work while thinking God hadn't heard
their cries. Basically, Satan has been hiding behind
God while using Gods word to enslave, deceive, and

218. destroy humanity. Let's prove it wasn't God but instead
*Insert ¶ #* it was Satan (satan seed) hiding behind God. People like to blame
God for their misfortunes because they love to reference the
story of Job due to the conversation between the LORD and
Satan over trying Job as if God is just playing a game with
Satan and we are stuck in the middle. But that's not the
case; God isn't playing a game, it is Satan who is playing
the games with humanity because he's still trying to prove

219. that humans are not better than him. God gave Adam and
*Insert ¶ #* Eve dominion over the mind of his adversary (tree of Good/Evil).
Satan (the serpent) played a mind game with Eve by twisting
of Gods word in order to deceive her. Once Adam & Eve fell,
God cursed the serpent then told him that he put enmity
(jealousy) between the serpent seed and the womans seed.
Satan's goal then became his drive to steal the womans'
seed, turn them against God, turn them against themselves,
and cause them to fall which would then make them worship

73
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  220. Satan instead of God. Let's use a few scriptures from Job
2  *Insert ¶ #*  to wrap this up and move on. Job 1:9 - Then Satan answered the
3  LORD, and said, Doth Job fear GOD for nought? (Basically he's asking
4  if Job would still fear God even if he had nothing.) Job 1:11 - But
5  put forth thine hand now, and touch all that he hath, and he
6  will curse thee to thy face. (Satan told God to remove Jobs things
7  and he would curse God to his face). Job 1:12 - And the LORD said
8  unto Satan, Behold, all that he hath is in thy power, only upon
9
10  221. himself put not forth thine hand. So Satan went forth from
11  *Insert ¶ #*  the presence of the LORD. (Right here The LORD gave Satan power
12  over everything of JOBS' except for his life. The LORD Knows the
13  heart of man so he knew Job would not curse him to his
14  face. also that was a way for God to show Satan that
15  money wasn't everything to everybody and that some people
16  truly do love God). Mind you, Satan is only looking for
17  worship because he wanted to be greater than GOD. Mark 14:62
18
19  222. And Jesus said, I am: and ye shall see the Son of man
20  *Insert ¶ #*  sitting on the right hand of power, and coming in the
21  clouds of heaven. Mark 16:19 - So then after the LORD
22  had spoken unto them, he was received up into heaven,
23  and sat on the right hand of God. Revelation 13:13-16
24  And he doeth great wonders, so that he maketh fire come
25  down from heaven on the earth in the sight of men. And
26  deceiveth them that dwell on the earth by the means of those
27  miracles which he had power to do in the sight of the beast,
28



74
*Page Number*

1 223. Saying to them that dwell on the earth, that they
Insert ¶ ii
2 should make an image to the beast, which had the wound
3 by a sword, and did live. (15) And he had power to give life
4 unto the image of the beast, that the image of the beast
5 should both speak, and cause, that as many as would
6 not worship the image of the beast should be killed.
7 (16) And he causeth all, both small and great, rich and
8 poor, free and bond, to receive a mark in their right
9

10 224. hand, or in their foreheads. * Breakdown of the
Insert ¶ ii
11 scriptures pertaining to Job 1:12 - And the LORD said
12 unto Satan, Behold, all that he hath is in thy power,
13 only upon himself put not forth thine hand... Now,
14 I'm going to paraphrase a few scriptures from above to
15 paint the picture of satan pretending to be Jesus but in the
16 shadows. (1) Mark 14:61 Jesus is sitting on the right hand of
17 power. (2) Mark 16:19 - Jesus ascends to heaven to sit on the right hand
18

19 225. of God. (3) Revelation 13:13 (paraphrased) The Beast does great
Insert ¶ ii
20
21 wonders (signs) by making fire come down from heaven. (4) Revelation 13:16
22 The Beast causes all to receive a mark in their right hand,
23 or in their forehead (5) Genesis 1:14 - God created lights in the firmament
24 of heaven to divide day and night, Let them be signs, and for
25 seasons, days, and years. (6) Isaiah 47:11-13 The daughter of Babylon VIRGIN
26 was rebuked by the prophet for her enchantments, sorceries, astrologers,
27 stargazers, and monthly prognosticators (in verse 11) he said her wisdom
28 and knowledge perverted her & she became PRIDEFUL). (7) Mark 14:61 And

226. Jesus said, I am: and ye shall see the Son of man

*Insert ¶ II*

sitting on the right hand of power, and coming in

the clouds of heaven. Matthew 28:18-19 ⁽¹⁸⁾ And Jesus

came and spake unto them, saying, All power is given

unto me in heaven and in earth ⁽¹⁹⁾ Go ye therefore,

and teach all nations, baptizing them in the name of

the Father, and of the Son, and of the Holy Ghost: ⁽²⁰⁾ Teaching

them to observe all things whatsoever I have commanded

227. you: and, lo, I am with you alway; even unto

*Insert ¶ II*

the end of the world. Amen. ※ Now in Job 1:12 God told

Satan that when it came to Job being tried; he had all

access to Jobs' possessions except he couldn't touch

Jobs' life with his hand. In the workforce (JOB) the

Boss has all the power of your money, hours, days,

and assignment just not over the individuals' life in

a personal/physical sense. Mark 14:161 Jesus sits on

223. the right hand of power and comes in the clouds

*Insert ¶ II*

of heaven, Mark 16:19 Jesus sits on the right hand of

God, and Matthew 28:18 Jesus acknowledges All power is

given to him in heaven and in earth ※ So you can see Satan,

taking power while hiding behind Jesus because he knows the

word, knows how to manipulate it, and use it for is own

wickedness. However, Mark 14:161 Jesus comes in the clouds

of heaven; then in Revelation 13:13 the beast (Satan) does

wonders (signs/miracles) by making fire come down from heaven

<u>7U</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

229. Such as Astrology dealing with signs that they named in the
*Insert ¶ #*
Sky & make fire come down symbolizes Technology,
media, electricity, Lightening, and fireworks. All
these methods of making fire come down is Satans attempt
to solidify his worldly Kingdom as he uses space/universe
to attempt to show forth his power as if he's God the
ultimate creator Like what God did in Genesis 1:14 - when
he first created lights in the firmament of heaven to separate

230. day from nightite as signs, seasons, days, and years.
*Insert ¶ #*
So if Satan is a replicator of the original that means
his Church is Babylon according to Isaiah 47:12-13
that talks about the woman and her sorceries, enchantments,
astrologers, stargazers, and prognosticators (which all
those symbolize Witchcraft) because its not the original
reason of why God created the lights in the firmament
and that means the readings are not coming from

(Prophetic)
231. the Holy Ghost but instead they are coming from
*Insert ¶ #*
demonic spirits) So they have the ability to transfer
into humans, possess them, and drive humans to
behave in abnormal ways, cause sicknesses, and/or
attach themselves in different areas dealing with a
persons' life. Speaking on Satan being a replica of God
(Yeshua), his hirelings the witches/sorcerers are only a
replica also known as a False Prophet(ess) because
they use other methods outside of Christ Jesus in order

77
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  232. to give people a false hope, a false sense of
2  Insert ¶ #  direction, etc and even though the false prophet(ess)
3  may be right on their readings the main
4  question is what Spirit are they moving in because
5  that's what determines the purity of the Word
6  That's spoken. See, Prophets are the mouthpieces
7  of God which is a position that cannot be taken
8  lightly because the LORD will hold every one of his
9
10  233. Prophets accountable for every word that has
11  Insert ¶ #  been spoken in the LORDS' name. The office
12  of a Prophet comes with a lot of responsibility,
13  accountability, etc. Prophets are called by God (Yahweh,
14  Jehovah, Yeshua) and not by man. However, God will
15  use another leader to confirm the prophetic gifting on a
16  persons' life then that person will go through life with
17  God Teaching them and Gods shepherds (apostles, evangelist
18
19  234. pastors & teachers) helping the prophet grow in their gift
20  Insert ¶ #  The prophetic gift CANNOT be taught by worldly/secular
21  teachers. Prime example: I was going to school for psychology
22  and the LORD had me drop the class because psychology tries
23  to make sense of everything but God uses people and do things
24  that don't make sense to the human mind all the time. Now,
25  there's two forms of the prophetic which is ① The Office of A
26  Prophet and ② The gift of prophesy. The GIFT OF PROPHECY
27  is a Gift of the Holy Spirit, every believer is encouraged
28

235. to prophecy, prophecy is for edification, exhortation, and
comfort, prophetic utterance is a gift, a person that prophecy
is defind as a saint doing the work of the ministry of Christ
the gift to prophecy if for life. * The OFFICE of a prophet(ess)
is a gift from the Godhead, God chooses the prophet not
humans, the prophetic office is a gift that is used to train,
equip, direct, correct, warn and govern, the prophet is a
gift to the body of Christ; a prophet is a part of the five-fold

236. ministry to equip the saints, and the Office if a Prophet(ess)
is for life * The Characteristics of a False Prophet *
They point people back to themselves instead of to Jesus Christ
of Nazareth, they lack spiritual accountability, they
cause dissension/division within leadership and members
within the church body, they are not seeing or speaking
through the heart and eyes of God, they operate out
of anger, frustration, and hurt, they mislead people

237. intentionally they cause people to rebell against God
as they lead the people to worship false Gods (paganism),
their in it for self gain and not to edify the church as
the Body of Christ is a hospital. 1 Corinthians 14:10-12
There are, it may be, so many kinds of voices in the world,
and none of them is without significance. Therefore if I
know not the meaning of the voice, I shall be unto him that
speaketh a barbarian, and he that speaketh shall be a barbarian
unto me. Even so ye, forasmuch as ye are zealous of spiritual

79
Page Number

238 . gifts, seek that ye may excel to the edifying of the church.
Insert ¶ #
Proverbs 18:21 - Death and life are in the power of the tongue:
and they that love it shall eat the fruit thereof. Matthew 15:18-20
(19) But those things which proceed out of the mouth come
forth from the heart; and they defile the man. (19) For
out of the heart proceed evil thoughts, murders, adulteries,
fornications, thefts, false witness, blasphemies: (20) These are
the things which defile a man: but to eat with unwashen

239 . hands defileth not a man. Psalms 45:1-2 (1) My heart
Insert ¶ #
is inditing a good matter: I speak of the things which I have
made touching the King: my tongue is the pen of a ready writer.
(2) Thou art fairer than the children of men: grace is poured
into thy lips: therefore God hath blessed thee for ever.
※ The mouth has a way of revealing what is in the
heart of man whether tho words are spoken in private
or in public. Now, the false prophet(ess) or witches

240 . Use ritualism, music, tarot cards, horoscope, etc to obtain
Insert ¶ #
results that they desire however it causes more harm than
good because they tap into demonic spirits to obtain
whatever results they desire but they fail to realize
that those demonic entities can overpower them because they
have opened up themselves and others to those spirits.
However, God will use a prophet to stand up against
what's attempting to destroy his people. So a lot of times
the prophet and prophetic ministry is rejected because people

241. are looking for temporary fixes since the root of a
*Insert ¶* problem is too complex, painful, and time consuming
in order to correct the issue. When we are in this place it's
easier to listen to people who tell you what you want to hear
than to have to face the variety of emotions that show
up when you have been deceived, lied on or lied to, pushed
away, indoctrinated, misled, etc. However, the only way
for healing to truly happen is by people being willing to

242. accept the truth so that they can be set free.
*Insert ¶* The Holy Ghost is the spirit of Truth, then there's the
spirit of error because the person didn't know any better
and finally the spirit of falsehood which is when a
person is intentionally deceiving people. Revelation 13:15 -
And he had power to give life to the image of the beast, that
the image of the beast should both speak, and cause that
as many as would not worship the image of the beast

243. should be killed. Romans 1:18-32 [18] For the wrath of
*Insert ¶* God is revealed from heaven against all ungodliness and
unrighteousness of men, who hold the truth in unrighteousness;
[19] Because that which may be known of God is manifest
in them; for God hath shewed it unto them. [20] For the invisible
things of him from the creation of the world are clearly
seen, being understood by the things that are made, even
his eternal power and Godhead; so that they are without
excuse. [21] Because that, when they knew God, they glorified

1  24  him not as God, neither were thankful; but became
Insert ¶ #
2  vain in their imaginations, and their foolish heart was darkened.
3  22 Professing themselves to be wise, they became fools,
4  23 And change the glory of the uncorruptible God into
5  an image made like to corruptible man, and to birds,
6  and four-footed beasts, and creeping things. 24 Wherefore
7  God also gave them up to uncleanness through the lusts
8  of their own hearts, to dishonor their own bodies between

10  245  themselves; 25 Who changed the truth of God into a lie,
Insert ¶ #
11  and worshiped and served the creature more than the
12  Creator, who is blessed for ever. Amen. 26 For this cause
13  God gave them up unto vile affections: for even their women
14  did change the natural use into that which is against nature:
15  27 And likewise also the men, leaving the natural use of the
16  woman, burned in their lust one toward another; men with
17  men working that which is unseemly, and receiving in

19  246  themselves that recompense of their error which was meet.
Insert ¶ #
20
21  28 And even as they did not like to retain God in their knowledge,
22  God gave them over to a reprobate mind, to do those things
23  which are not convenient; 29 Being filled with all unrighteousness,
24  fornication, wickedness, covetousness, maliciousness; full of
25  envy, murder, debate, deceit, malignity, whisperers, 30 Backbiters,
26  haters of God, despiteful, proud, boasters, inventors of evil
27  things, disobedient to parents, 31 Without understanding, covenantbreakers,
28  without natural affection, implacable, unmerciful: 32 Who knowing

82
Page Number



247 . the judgement of God, that they which commit such
*Insert ¶ #* things are worthy of death, not only do the same, but
have pleasure in them that do them. **\*\*\*** False Prophets
according to 2 Thessalonians 2:9-14 [9] Even him whose
coming is after the working of Satan with all power and signs
and lying wonders. [10] And with all deceivableness of unrighteousness
in them that perish; because they received not the love
of the truth, that they might be saved. [11] And for this cause

248 . God shall send them strong delusion, that they should
*Insert ¶ #* believe a lie: [12] That they all might be damned who believed
not the truth, but had pleasure in unrighteousness. [13] But
we are bound to give thanks always to God for you, brethren
beloved of the Lord, because God hath from the beginning
chosen you to salvation through sanctification of the Spirit
and belief of the truth: [14] Whereunto he called you by our
gospel, to the obtaining of the glory of our Lord Jesus Christ.

249 . **\*** The methods of the False Prophets **\*** 1 John 2:15
*Insert ¶ #* [15] Love not the world, neither the things that are in the
world. If any man love the world, the love of the Father
is not in him. [16] For all that is in the world, the lust
of the flesh, and the lust of the eyes, and the pride
of life, is not of the Father, but is of the world.
[17] And the world passeth away, and the lust thereof: but
he that doeth the will of God abideth for ever. [18] Little
children, it is the last time: and as ye have heard that

83

1  250. antichrist shall come, even now are there many
   Insert ¶ #
2  antichrists; whereby we know that it is the last time.
3  (19) They went out from us, but they were not of us; for
4  if they had been of us, they would no doubt have continued
5  with us: but they went out, that they might be made
6  manifest that they were not all of us. ✱ Let me break
7  down the words image, sound, logo after a few
8  scriptures to paint the TRUE PICTURE... Genesis 1:26-27

10  251 (26) And God said Let us make man in our image, after
11     Insert ¶ #
    our likeness: and let them have dominion over the fish of
12  the sea, and over the fowl of the air, and over the cattle,
13  and over all the earth, and over every creeping thing that
14  creepeth upon the earth. (27) So God created man in his own
15  image, in the image of God created he him; male and
16  female created he them. Genesis 2:7-And the LORD God formed
17  man of the dust of the ground, and breathed into his nostrils
18

19  252. the breath of life; and man became a living soul...
20     Insert ¶ #
    Here's the words (A) image (B) sound (C) logos breakdown (A) image
21
22  is imago in Latin meaning LIKENESS, appearance, statue,
23  idea, echo. To me image can also mean: image (I + Mage =
24  eye magic meaning Illusion) (B) sound root word in Greek is
25  phone. Sound is a type of wave motion that originates as the
26  vibration of a medium. In order to speak or sing, you
27  must add sound to letters. So in this breakdown of sound
28  I am going to use the Phoenician Alphabet which is the

253 . Early Linear Script that was used to write the
*Insert ¶*
Early Iron Age Canaanite languages. The 14TH letter
in the Phoenician alphabet is nūn which is the phonemic
representation of N and the numerical value of 50.
Nun is believed to be derived from an Egyptian hieroglyph
of a snake (serpent). In all languages, the "n" represents
the alveolar nasal. The voiced alveolar nasal is a
type of consonantal sound used in numerous spoken

254 . languages. The symbol in the international Phonetic
*Insert ¶*
Alphabet that represents dental, alveolar, and
postalveolar nasals is "n". A dental consonant is
a consonant articulated with the tongue against
the upper teeth. Alveolar consonants are articulated
with the tongue against or close to the superior alveolar
ridge, which is called that because it contains the
alveoli (the sockets) of the upper teeth. Post-alveolar

255 . consonants are consonants articulated with the tongue
*Insert ¶*
near or touching the back of the alveolar ridge. The Phoenician
alphabet was used to write the Early Iron Age Canaanite
languages, subcategorized by historians as Phoenician,
Hebrew, Moabite, Ammonite, Edomite, as well as Old Aramaic.
Logos in Ancient Greek means word, discourse, or reason
that's used in Western philosophy, psychology, and rhetoric; it
connotes an appeal to rational discourse that relies on inductive
and deductive reasoning. In Christianity "Logos" means

256. The Word of God (John 1:1 - In the beginning was
the Word, and the Word was with God, and the Word
was God). See, this is why the deception has been so
much when it comes to spells, cross of words, and
playing with the Bible in the form of manipulating, in-
doctrinating, controlling, labeling, stealing, and
altering. This has occured using Ⓐ Image Ⓑ sound,
Ⓒ Logos because whoever governs the Word of God as

257. a steward is who controls or frees the people
and their inheritance. So in this case we can see their
motive at heart, which is their ability to play God in
order to flee from judgement. Basically, while they're
playing as God (false messiah) with their weapons of sorcery
they are also leading people into Idolatry. They are
also fleeing from judgement by pretending to be somebody
that they are not and that's also how extortion is happening.

258. All this means is that the false prophets (messengers)
represents Revelation 13:11 - And I beheld another beast coming
up out of the earth, and he had two horns like a lamb, and
he spake as a dragon. *That sums up the three words Ⓐ Image =
eye magic (appearance) Ⓑ sound = phone in Greek, and in the
Phoenician Alphabet the letter n (representation) which is the word
nun that resembles a snake (serpent) in Egyptian hieroglyphs. Another
meaning of nun (female) is the word Monk (male) and they are.
found in the religions of Catholicism, Lutheranism, Oriental Orthodoxy

1  259 . Eastern Orthodoxy, Calvinism, Anglicanism, and Methodism.
   Insert ¶ 8
2  They are also found in Indian Religions such as Hinduism,
3  Buddism, and Jainism. ① Logos = word, discourse or
4  reason. Discourse means - written or spoken communication
5  or debate. The word discourse is derived from the Latin
6  prefix "dis" meaning "away" and the root word "currere" meaning
7  "to run" and refers to the way that a conversation flows.
8  To study discourse is to analyze the use of spoken or
9
10 260 . written language in a social context. Logo also represents
    Insert ¶ 8
11 a graphic mark, emblem, or symbol used to aid and
12 promote public identification and recognition (it can also
13 include text of the name it represents as in a wordmark).
14 Logo is another form of trademark or branding (sounds
15 like mark of beast in the forehead because of perception due
16 to the fact that Logos originally stands for The WORD of God and
17 not the words of the World.) 2 Corinthians 4:1-  ① Therefore
18
19 261 . seeing we have this ministry, as we have received mercy,
20    Insert ¶ 8
21 we faint not; ② But have renounced the hidden things of
22 dishonesty, not walking in craftiness, nor handling the
23 word of God deceitfully; but by manifestation of the truth
24 commending ourselves to every man's conscience in the
25 sight of God. ③ But if our gospel be hid, it is hid to them
26 that are lost: ④ In whom the god of this world hath blinded
27 the minds of them which believe not, lest the light of the
28 glorious gospel of Christ, who is the image of God should shine unto them.

262. Another example of false prophets handling the word
of God deceitfully to blind the minds of humanity in order
to keep them in darkness and away from Jesus Christ of
Nazareth being their savior is: Revelation 1:8- I am the
Alpha and Omega, the beginning and the ending, saith
the Lord, which is, and which was, and which is to come,
the Almighty. The word Alpha means: 1st letter of Greek alphabet,
the vowel sound represented by this letter (a) ① Alpha, Astronomy

263. used to designate the brightest star in a constellation. ② Chemistry
(of an animal) having the highest rank in dominance of hierarchy: the
alpha female of an elephant pack. Next, the word alphabet= alpha+above
definitions + bet= second letter in Phoenician alphabet and the letters
name means "House" now put them together and you get Alpha=Astronomy
+ bet= house (Astronomy House= House of witchcraft). then omega=
the 24th letter in the greek alphabet which is the last letter and the
word omega means "great O". Finally before I add it up the

264. last part is the movie Alpha and Omega for kids in which
Alpha is a female wolf and Omega is a male wolf. Now, all
this sum up to ⓐ The movie Alpha and Omega equals Wolf(Beast)=
"IMAGE (eye magic)" ⓑ The Alphabet equals to
"Astronomy House, House of Witchcraft, Babylon" meaning
"Sound-Phone in Greek" ⓒ The word Alpha equals
1st letter of greek alphabet, the vowel sound of the letter (a), Alpha,
Astronomy, Alpha Centauri (triple star system in southern constellation
of Centaurus/south pole) meaning "LOGOS" equals the
mark of Beast in Hand (phone) & Forehead (movies/tv, digital realm)
Technology

* They swapped WHICH
with WITCH because it's mentioned
3 times symbolizing TRINITY (Alpha Centauri)
not the Father, Son, and Holy Ghost... (Revelation 1:8)

**SEASONS** of The False Prophets Deception, Pimping & Harlotry

1  205. False prophets (THEIR END) — The End of thei  Matthew 7:15 ⑮ BEWARE
   Insert ¶ #
2  of false prophets, which come to you in sheep's clothing,
3  but inwardly they are ravening wolves. ✱ Now lets go
4  to Genesis 1:14 — And God said, let there lights in the
5  firmament of the heaven to divide the day from
6  the night; and let them be for signs, and for seasons,
7  and for days, and years... Here are a few seasons
8  and Holidays that have a different meaning or
9
10  206. overlooked meaning. #1 Autumn, also know as Fall
    Insert ¶ #
11  has Halloween in its season, Ironically, by autumn
12  being labeled as fall and Halloween being labeled
13  All Hallow's Eve, this pagan holiday is demonic,
14  satanic, and full of devil worship as it indoctrinates
15  the children since the children are the next generation.
16  Autumn/Fall indirectly glorifies the serpent for
17  causing Eve to fall in the garden. Genesis 3:1 — Now
18
19  207. the serpent was more subtile than any beast of the
20  Insert ¶ #
21  field which the LORD God had made. And he said unto the
22  woman, Yea, hath God said, Ye shall not eat of every tree
23  of the garden ✱ This was the first voice (sound) that
24  Eve heard after being created. This was the first
25  time the serpent twisted the word of God (Logos).
26  Genesis 3:4-5 ④ And the serpent said unto the woman,
27  Ye shall not surely die: ⑤ For God doth know that
28  in the day ye eat thereof, then your eyes shall be

89

Page Number

268. opened, and ye shall be as gods, knowing good
and evil. ① And when the woman saw that the tree
was good for food, and that it was pleasant to the eyes,
and a tree to be desired to make one wise, she took
of the fruit thereof, and did eat, and gave also unto
her husband with her, and he did eat. ✳ This is the second
time she heard his voice (sound) as he twisted the word
of God (logos) just to plant a picture in her head

269. (image). Genesis 3:7-8 ⑦ And the eyes of them were
both opened, and they knew that they were naked; and
they sewed fig leaves together, and made themselves
aprons. ⑧ And they heard the voice of the LORD God
walking in the garden in the cool of the day: and Adam
and his wife hid themselves from the presence of the
LORD God amongst the trees of the garden. ✳ This
is where her eyes opened however they were naked so

270. they made them some clothes to cover up their nakedness
which makes sense on why clothing is a tool people use
to project a certain image in society. This is also how
Figueroa became a hoe street where women walk
around naked to make some money. This is also
a reprentation of the police showing up on prostitution
streets and the men and women hide themselves when
they see or hear the police, like Adam & Eve did to God. Mind
you, this passage also shows that Eve finally heard the

1 &71. Lords voice, however it was after the serpent had already
2 *Insert ¶#* talked to Eve and caused them to fall. So basically, Autumn
3 symbolizes Adam and Fall symbolizes going downward and
4 the Halloween symbolizes Hallow Eve. This is crossing of
5 words also known as twisting words which is exactly what
6 the serpent did to Eve. The crossing of words is where
7 perversion (A twisted truth) and witchcraft (word curses) were
8 birth out in the garden of Eden when Eve believed the

10 &72. serpent then ate of the tree of good and evil. In this
11 *Insert ¶#* season the serpent used the same tactics perversion (a twisted
12 truth) and witchcraft (word curses) however this time the tree
13 of good and evil (knowledge) was "MONEY", the perversion used as weapons
14 in this season is sexuality, identity, education, career, technology,
15 religion, family, faith, Bible, morality, etc. The witchcraft used as weapons
16 are spells, lies, slander campaigns, influential peddling, obstruction
17 of justice, and Biblical scriptures used to manipulate, exploit,
18

19 &73. blackmail, etc. the people. So, what happened here is
20 *Insert ¶#* something we see everywhere in the world right now. It was
21 the enemy intentionally using such tactics against the people
22 so that they'd fall which then helps him profit off of the
23 demise, destruction, downfall, and/or death so that he can
24 advance his kingdom. Another name that goes with
25 Autumn/Fall is the words "Harvest Season" which is considered
26 the gathering of the fruit of ones labor. That means the enemy
27 has used the words Autumn, Fall, Halloween (Hallow Eve), and

274. Harvest Season to indirectly mock Adams fell behind

*Insert ¶ #*

Eve listening to the serpent which caused their disobedience to God to cause them to produce the serpent a harvest. The word "Hallow" means to make holy, sanctify, consecrate, to honor as holy; consider sacred; venerate; to hallow a battlefield. The etymology of the word "Ween" is the slang word for penis. Venerate means to regard with great respect; revere. Eve is defined as: ① the evening or the day before a

275. special day ② Mother of all living (Genesis 3:20). ✱ In

*Insert ¶ #*

the western christian practice, the liturgical (customary public ritual of worship) celebration begins with its first vespers (evening prayer) in Catholic Latin/Eastern rites, Eastern Orthodox, Oriental Orthodox, and Lutheran liturgies) on the evening of 31 October, All Hallows Eve (All Saints Eve) and ends at the compline (night prayer) of 1 November. This is the day before All Souls Day (the commemoration of the poor souls in purgatory and gain them indulgences) on 2 November.

276. Roman Catholics take part in this portion of Allhallowtide (a

*Insert ¶ #*

"Allhallowtide"

3 day religious observation called a triduum). Allhallowtide is a "time" to remember the dead, including martyrs, saints, and faithful christians. Hallowsday (All saints' day) and thus of its vigil (Halloween) was established for Rome perhaps by Pope Gregory III (731-741) and was made of obligation throughout the Frankish Empire by Louis Pious in 835. In the 11th century All Souls Day was popularized, after Abbot Odilo established it as a day for the monks of Cluny and associated monasteries to pray for the dead. ✱ When

92

*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

277. I see "Allhallowtide" being called a triduum to me
Insert ¶ #
it symbolizes a "False Trinity", in fact it doesn't symbolize
anything because It is a "false trinity" when it comes to
Christianity and I have many reasons for renouncing
this as a part of Christianity. The first reason is since
the church was "built" off if Jesus' then the only Trinity is
The Father, The Son, and The Holy Ghost. The second reason is
Luke 20:38 - For he is not a God of the dead, but of the living

278. for all live unto him. Matthew 8:21-22 And another of
Insert ¶ #
his disciples said unto him, Lord, suffer me first to go and
bury my father. (22) But Jesus said unto him, Follow me;
and let the dead bury their dead. Numbers 16:11 - And the priest
shall offer the one for a sin offering, and the other for a
burnt offering, and make an atonement for him, For that
he sinned by the dead, and shall hallow his head that same
day. Numbers No: 48 - 17 nd he stood between the dead and the

279. living, and the plague stayed. Numbers 19:11 - He that toucheth
Insert ¶ #
the dead body of any man shall be unclean seven days.
Numbers 19:16 - And whosoever toucheth one that is slain with
a sword in the open fields, or a dead body, or a bone of a man, or
a grave, shall be unclean seven days. Finally, 3rd reason, is because
God says let the dead bury the dead; so ritualism
and days of religious prayers for the dead are all
done in vain; they go against the words of Christ which
means they symbolize the Anti Christ; To conclude this

93
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

280. topic using a steganography for the words Autumn, Fall
Halloween (HallowEve) and Harvest Season I will decode a
perverted meaning hiding in plain sight. HallowEve= Holy Mother
of all living + Halloween= sanctify the penis + Autumn=
of Adams' + Fall= Falling nature + Harvest Season (put it all together)
Holy mother of all living sanctify the penis of Adam's Falling
nature, Holy mother of all living sanctify the evening of November
2nd as All souls day in remembrance of the harvest season

291. of the dead (this is just what I got from looking at the
words. But when I was researching Thanksgiving because its the
next holiday, which is still considered to some as being Autumn
also known as fall, I found under Black Friday MY 2 aunts and
one of their husbands plus I found the word SACS. The
word SAC. means Southern Association of Colleges and Schools. It's
headquarters are in North Druid Hills, Georgia near Decatur in
the Atlanta Metropolitan area and Decatur Georgia is where my

292. partner was born. So this confirms my halloween assumption
about Adam and Eve.) Let me also breakdown "Allhallowtide"
which is called a triduum according to Catholicism. As I said
before triduum is a false trinity because its for the dead and
God is a living God. "Allhallowtide" means "Hallow= consecrate" +
"tide= Flood" (put it all together) Total consecrated flood and since
its pertaining to the dead it will be a "totally consecrated flood
of the dead (from October 31- Nov2)". I cast out any spirit of
infirmity that came into people's lives through pride, rejection,

94

Civil Rights Complaint Pursuant to U.S.C. § 1983

233. trauma, accidents, witchcraft in the name of Jesus Christ
of Nazareth. Lord, I command all spirits of lust, perversion,
adultery, fornication, uncleanness, and immorality to come
out of our sexual character in the name of Jesus Christ of
Nazareth. I command all spirits of witchcraft, sorcery, divination,
and occultism to come out in the name of Jesus Christ of Nazareth.
I speak to all generational and hereditary spirits operating in
our lives through curses to be bound and cast out in the

234. name of Jesus Christ of Nazareth. I command all
spirits operating in my back, spine, sexual organs, skeletal
system, stomach, navel, abdomen, mind, heart, spleen, kidneys,
liver, pancreas to come out in the name of Jesus Christ of
Nazareth. Amen. ✳ Autumn, also known as Fall
has Thanksgiving in its season. The story of Thanksgiving
is stated to had been first celebrated on September 8, 1565
in St. Augustine, Florida. It was the Native Americans and

235. Spanish settlers that held a feast as the Holy Mass was
offered. A second Thanksgiving celebration occurred on American
soil on April 30, 1598 in Texas when Don Juan de Oñate declared
a day of Thanksgiving to be commerated by the Holy Sacrifice of the
Mass. The Catholics considered Squanto, the Native American man
to be the beloved hero of Thanksgiving. Squanto mediated
between the Puritan Pilgrims and the Native Americans. He
had been enslaved by the English but was freed by Spanish Franciscans.
Squanto was a baptized Catholic Native American who

95

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  236. orchestrated what became known as Thanksgiving. ✱. The
   *Insert ¶ #*
2  Franciscans are a group of related mendicant (Roman
3  Catholic religious orders that have adopted for their male members
4  a lifestyle of poverty, traveling, and living in urban areas for
5  purposes of preaching, evangelizing, and ministry to the poor.)
6  Other mendicant orders are: Order of the Most Holy Trinity and
7  of the Captives (The Trinitarians) the founding-intention for the order
8  was the ransom of Christians held captives. In addition to ransoming
9
10 237. Christian captives their ministry included hospitality, care of the
   *Insert ¶ #*
11 sick and poor, churches, education, etc. The ransom is for the Christians
12 that are held captive by Muslims. ⊙ The Order of Preachers also known
13 as the Dominican Order was founded to preach the gospel and to
14 oppose heresy. The order is famed for its intellectual tradition by
15 having produced many leading theologians and philosophers. This
16 order was also into Mysticism which refers to the conviction that
17 all believers have the capacity to experience God's love and that their
18
19 238. love may manifest itself through brief ecstatic (religious ecstasy)
20 *Insert ¶ #*
21 (ecstasy - is also a drug pill people use to get high and enjoy sexual pleasures)
22 experiences, such that one may be engulfed by God and gain immediate
23 knowledge of him, which is unknowable through the intellect alone. (No
24 wonder ecstasy was so big in the Black communities.) The Patron
25 Saints under this order is Saint Dominic (Dominic de Guzman; born in
26 present day Castile-Leon, Spain) He is the patron saint of astronomers
27 and natural scientists. Saint Mary Magdalene the one who witnessed
28 the crucifixion & burial of Jesus plus she was the first person to see

1  289 . him after the Resurrection. **Saint** Mary Magdalene is the patron
   *Insert ¶ #*
2  saint of Apothecaries (pharmacist and chemist), Arahal, Spain (a place
3  in the path where stopping to rest) in Arahal, Spain there are a few
4  monuments like Nta. Sra. de la Victoria Church, Vera-Cruz church
5  (founded by Knights Templar which is a Military order of the Catholic Church),
6  Nta. Sra. del Rosario convent (of the Rosary convent), San Roque Church
7  (patron against diseases and healer of contagion of all kinds), Santa Maria
8  Magdalena parish-church, and finally San Antonio Hermitage (retreat).

10  290 . Atrani, Italy (sound like a tranny. aka transexual), Casamicciola
    *Insert ¶ #*
11  Terme (Main Sights: Church of Saint Antonio el Martito dedicated to Saint
12  Anthony of Padua born in Lisbon Portugal, was given the title Doctor
13  of the Church. Anthony's attributes consisted of the: Franciscan
14  habit, lily (purity, innocence, and rebirth), book (a medium for recording information)
15  tonsure (practice of cutting or shaving hair as a sign of religious humility or devotion
16  in Catholicism. * I believe this is hypocrisy because Sampson was an Israelite warrior
17  and judge who was know for his prodigious strength that came from his hair until
18

19  291 . Delilah found out where his strength came from then she cut his hair to
20  *Insert ¶ #*
21  weaken him), Holding the Infant Jesus, mule (a hybrid between a female horse
22  and a male donkey meaning Jackass. Anthony of Padua is the patron
23  saint of Custody of the Holy Land (the mission of the Custody of the
24  Holy Land is to guard "the grace of the Holy Places" of the Holy
25  Land and the rest of the Middle East, "sanctified by the presence
26  of Jesus" as well as pilgrims visiting them, on behalf of the Catholic
27  Church. Activities owned by the Franciscan order are : Terra Santa
28  College in Nicosia, Cyprus, and Magnificat Institute in Jerusalem. The

Civil Rights Complaint Pursuant to U.S.C. § 1983



292. Custody has a communication department in charge
of the official media in the Holy Land, which is based at
the Terra Sancta College in Jerusalem that has a multimedia
centre broadcasting news programmes in different languages,
an editorial office of the Christian Media Center and the
Terre Sainte Magazine in French.). Anthony of Padua is patron
saint of Miracles (my daughter who is in foster custody name), travelers, finding
one's spouse (sounds like cupid), pregnancy (I haven't been able to conceive with my

293. partner Antonio), harvests (all my resources have been held/dried up for 6 years)
animals, lost souls (there's many of those like never before), lost people (people been
disappearing), poverty (USA is in a famine), sterility (my partner), the sick (USA was hit
with Covid 19 killing thousands of people), the disabled (USA is full of disabled people),
the oppressed (All over the world), the hungry (All over the world), the elderly (All over the
world), faith in the Blessed Sacrament, sailors, fisher men (need more soul winners for Jesus)
watermen (paganism: Poseidon, Oceanus, Amphitrite, etc); swineherds, mail carriers (my
mail and other people mail has been tempered with), counter-revolutionaries, indigenous

294. peoples of the Americas, etc.) * Now back to Mary Magdalene (where
I found Anthony of Padua) She is the patron saint over the rest of
these. Ischia (Italian Island in the Tyrrhenian Sea), contemplative
life (lifelong journey to God in prayer and worship), converts (religious
conversion), glovers (maker of gloves), hairdressers, Kawit (a province
of Cavite, Philippines whose sister city is Sakaguwa, Japan), Amadeo, Cavite
(in Philippines), Magdalena (Laguna Philippines), Santa Magdalena (in
Philippines), perfumeries, people ridiculed for their piety (piety = virtue),
pharmacists, Pililla (in Philippines), penitent sinners, tanning (is

98
Page Number



1  295. the process of treating skins and hides of animals to produce leather),

2  *Insert ¶ #* Sexual temptation, and women. Saint Catherine Siena attributes are:

3  ring, lily, cherubim (a winged angel according to bible), crown of thorns (was

4  placed on Jesus head for his crucifix), stigmata (body wounds that appear in

5  areas corresponding to the wounds of Jesus Christ), crucifix, book, heart,

6  skull, dove, rose, miniature church, miniature ship bearing Papal

7  coat of arms (mark of beast in my eyes). St Catherine Siena is the patron

8  saint of: against fire, bodily ills, people ridiculed for their piety, nurses,

10  296. Sick people, miscarriages, Europe, Italy, Diocese of Allentown,

11  *Insert ¶ #* Pennsylvania, US; Bambang Nueva Vizcaya (in Philippines), and Samal

12  Bataan (Philippines). You have just read the 3 saints, their

13  attributes, and patronage (what/who the "protect or pray for); The 3

14  saints under the Dominican Order that you just learned about was

15  St Dominic, St Mary Magdaline, and St Catherine. * Before I go back

16  to St Francis, I will name a few more saints over certain

17  topics. ① St Cecilia attributes: flute, organ, roses, violin, harp, Baritone,

19  297. harpsichord, songbird, singing. St Cecilia patron of: Hyms, great

20  *Insert ¶ #* musicians, luthiers, poets, Albi, France, Archdiocese of Omaha, Mar del

21  Plata, Argentina (Pope Francis is from Argentina) Pipe Organs ② Saint

22  Jesus Malverde born in Sinaloa Mexico. Jesus Malverde

23  is patron of Mexican drug cartels, drug trafficking, outlaws,

24  bandits, robbers, thieves, smugglers, people in poverty (he

25  became a saint in Sinaloa, Folk Catholicism) ③ St Maximilian

26  attributes: Franciscan habit, Rycerz Niepokalanej (a Polish Roman

27  Catholic monthly magazine), Nazi concentration prison uniform,

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  298. Nazi concentration camp badge, crucifix, rosary. He is
   Insert ¶ #
2  the patron of: families, recovery from drug addiction, prisoners,
3  amateur radio operators, journalists, political prisoners, pro-
4  life movement, esperantists, Militia immaculate (army of the immaculate
5  one) His face was also commemorated on a West Germany stamp in
6  1973. ④ St Genesius of Rome is the patron saint of: Actors, playwrights,
7  clowns, comedians, comics, converts, dancers, musicians, printers,
8  stenographers, epileptics, thieves & torture victims. ⑤ Saint  Columba

10 299. of Spain they celebrate her on September 17 annually (* this
   Insert ¶ #
11 is my partners birthdate). St Columba of Spain is the patron of
12 magic, witches, magicians, wizards, hags, andorra, chevilly &
13 galicia. Her shrine is at Old Castile, priory of St Columba and the
14 royal Abbey of Our Lady at Najera. ⑥ Saint John Bosco is the
15 patron of christian apprentices, editors, publishers, students, young
16 children, magicians, juvenile delinquents, Piura Peru, Brasília
17 Brazil ⑦ St Albertus Magnus aka Albert the Great/Albert

19 300. of Cologne he is the patron of those who cultivate the
   Insert ¶ #
20
21 natural sciences, medical technicians, philosophers, and scientists.
22 His scientific career fields were: natural science, alchemy, jurisprudence,
23 diplomacy, theology, and Natural philosophy. His main interests:
24 philosophy, physiology, mineralogy, astrology, geography, astronomy,
25 music theory, natural science, alchemy, jurisprudence, diplomacy,
26 theology, and natural philosophy. * * * * Returning to The
27 franciscans (explanation) they are a group of related mendicant
28 Christian religious orders within the Catholic Church. It



$$\frac{100}{\text{Page Number}}$$

301. was founded in 1209 by the Italian saint Francis

*Insert ¶#* of Assisi, the Order of Friars Minor was for men. Their Motto is: Peace and the good and their ministry consisted of preaching, missionary, educational, parochial, & charitable works. the Order of Saint Clare which is the Franciscan's second branch was founded by Clare of Assisi and Francis of Assisi on Palm Sunday, this order is for nuns. St. Francis had a third order which was for people

302. of both sexes that were married but couldn't leave

*Insert ¶#* the world or abandon their avocations, but still were part of the Franciscan movement. He also had a Secular Franciscan order that let men and women make a spiritual commitment to their own Rule. however the Secular Franciscan fraternities can not exist without the assistance of the first and second Franciscan Order. Since Clare of Assisi is one of the founders for the Order of Saint Clare (2nd branch of the

303. Franciscan Order) I will describe her attributes: Monstrance,

*Insert ¶#* pyx (boxwood receptacle), lamp, habit of the Poor Clares. Saint Clare is the patron of: eye disease, goldsmiths, laundry, television, bicycle messengers, good weather, needleworkers, remote viewing, extrasensory perception, Santa Clara, California; Santa Clara Pueblo, New Mexico, Obando, Bulacan, Philippines. Saint Francis attributes were: Franciscan habit, birds, animals, stigmata, crucifix, book, and a skull. Saint Francis of Assisi was patron of: Franciscan Order, poor people, ecology,

101

Page Number

304. animals, stowaways, merchants, Aguada (town in Puerto
Rico); Naga, Cebu (in Philippines); Balamban, Cebu (in Philippines),
Dumanjug, Cebu (in Philippines); General Trias (in Philippines),
and Italy (THE END OF THE FRANCISCANS under Saint Francis of Assisi)
Finally, here are a few names of people and places with the
word "Franc" in the beginning ① In year 1539, France was the
1st country to establish a nationwide population register
using the Catholic parish register. ② Francis Solanus born

35. March 10, 1549 - July 14, 1610 was a Spanish Friar and
Missionary in South America, belonging to the Order
of Friars Minors (the Franciscans) and is honored as a
saint in the Roman Catholic Church. He is the patron saint
of ARGENTINA, BOLIVIA, CHILE, PARAGUAY, PERU,
also against earthquakes. He was born in Montilla, Spain
and he died in Lima, Peru! ③ Francis Albert Lai born
in Nice, Alps-Maritimes, France. He was a Film score

306. composer who did music for film. ④ Francis Patrick
Mary Brown was a distinguished Irish Jesuit and
a prolific photographer (did the photos of RMS Titanic). He
also was a military chaplain during First World War.
He was born in Cork, Ireland and died in Dublin
Ireland. ⑤ Francis Brown Wai was born in Honolulu,
Hawaii and he died in Leyte Philippines. He was a
US Army Captain who was killed in action the
liberation of Philippines Island from Japan (End of Topic
for Thanksgiving which led me to the Franciscans). Some people call
thanksgiving "FRANKSGIVING" Page Number because of Franklin D. Roosevelt.

Civil Rights Complaint Pursuant to U.S.C. § 1983

102



1   357 . Black Friday is not an official holiday in the U.S.
2   but California and some other states observe "The Day After
3   Thanksgiving" as a holiday for state government employees.
4   The SouthPark neighborhood of Charlotte, North Carolina is
5   the most trafficed area of the US on Black Friday. The neighborhood
6   was once a part of a 3,000 acre (1,200 ha) farm owned by former
7   North Carolina Governor Cameron Morrison. The front
8   entrance to the mall is on Sharon Road. ✳ Right here,
9
10  358 . under the Black Friday topic based on SouthPark I see
11  my aunt Charlottes name in whom she is married to
12  Morris' her husband and then I see my Sharon's
13  name as well and she's my other aunt (they both worked
14  with kids) plus she's Charlottes older sister as well.) Then,
15  when you scroll down and click on Transportation infrastructure
16  (wikipedia search SouthPark, Charlotte) you will see bus #'s for their
17  transit system (C.A.T.S.= Charlotte Area Transit System); #29 (UNC Charlotte/
18
19  359. Crosstown) click on UNC Charlotte and it will redirect you
20  to University of North Carolina at Charlotte then you will see the
21  school information. When you see accreditation is shows SAC and
22  and a little further down you see the word Chancellor with the
23  name Sharon Gaber (mind you Sharon is the name of my aunt
24  who worked at a childcare, Sharon is also the mom of my cousin
25  Dometria (who messed with me when I was around 7 (incest/homosexuality)
26  and Sharon has a son named Steven who messed with me til I was
27  almost 11 years old (incest) all behind another parties witchcraft,
28

                        103
                    _____
                    Page Number

            Civil Rights Complaint Pursuant to U.S.C. § 1983

1   310. pervasion, narcissism, Scandal, etc. that was coming
   Insert ¶ #
2   from people misusing their position of power that was supposed
3   to lead people to Jesus Christ of Nazareth in Italy. Messed my
4   head up to actually come to the reality of the depth of my pain
5   that was stemming from a part of the world that I've never
6   seen. But to make things worst in order to confirm my statement
7   then return to the rest of my story let me show you Italy's (Babylon/Rome)
8   scandal that reaches "ALL OVER THE WORLD". Catholicism
9

10   311. is a Christian church that "VENERATE" (to honour or very
   Insert ¶ #
11   much respect a person or thing) basically to venerate means
12   to "reverance, worship". Catholicism venerates people & things
13   who they feel are worthy of being given respect for their
14   attributes or past accomplishments. Now there's nothing wrong
15   with wanting to respect the accomplishments of others from
16   the past because that's how generations learn from each other.
17   (Disclaimer: what I am about to say will open your mind to another
18

19   312. level of thinking that comes from the wicked, depraved, and
   Insert ¶ #
20
21   perverse mind of the enemy but it will also confirm why God
22   gave certain commandments to protect His people. Now, the way that
23   Catholicism venerates people or things is in a form of Idolizing
24   the dead while attempting to control the present so that they
25   can ensnare the future generations." Let me pin their moves so that
26   I can paint their picture and I'm going to paint their
27   picture so that "You" may be able to pin their moves (quote by
28   Victoria Dillhunt LOL) ① They put a seal on you at birth (footprint,

1  313 . birth certificate, social security number ③ They have their
2  [Insert ¶ #] professionals monitor your whole life (pediatrician, dentist, etc)
3  ← Please remember this Beast is a system with Billions of peoples identity
4  inside that it controls & NOBODY is EXCEMPT WHETHER YOU ARE RICH, POOR, FREE,
5  or BOND & race doesn't MATTER PERIOD!!!) Now, I understand there were
6  systems before this time however those were destroyed but the one that
7  has been put in place today came from Catholicism and France was
8  the first country to use their registry in 1539 (the Catholic Parish Registry).
9
10  314  See, people fail to realize that while Europeans were playing
11  [Insert ¶ #] the game "Scatter Africa" the mother land that they were learning
12  other peoples way of living, culture trends, inventions (like Asia,
13  Egypt, Babylon, etc) so that they could build, divide to conquer,
14  steal & replicate to rename as their own. They wrote things
15  down in their own words (better yet in their own languages) because
16  playing with sound and words is a subtle way to manipulate
17  a person who lacks the knowledge of the truth which brings me
18
19  315. to my next point) ③ As a child (modern days) you are expected
20  [Insert ¶ #] to go to school in order to learn what is necessary to be
21  accepted in their system (professional field) because they
22  know you gotta make money to live in their world (but what
23  people fail to realize is in their world they make money off of
24  you being in their system as soon as your born and they use
25  you to make money as soon as you die. Ex: funeral, debt, fraud, etc).
26  ④ In the professional field they make money off of you,
27  they also tax you (which is more money), then you have to
28

*105*
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

316. pay them to live (bills, entertainment, food, travel, child care, etc)

Insert ¶ #

now when I say them I talking about the chain of command that consists of countries debt, international trade, governments (federal & state), corporations, & even streets (depending on the person). ⑤ Now to bring it full circle and back to European & Catholicism, Europe Kings & Queens rule different countries under different titles. The Roman Catholics have their churches planted in different countries under different titles (ex: ArchDiocese of Atlanta

317. Catholic Church, East Orthodox Catholic Church, Roman Catholic

Insert ¶ #

Church, etc) also different positions of hierarchy such as Pope, priest, nun, etc and they have sub catagories that range from Education, Hospitals, Finances, military orders, etc. So with all this being said, here's two kingdoms that worked together on conquering everybody else until the other kingdom got out of hand and moved with betrayal. ⑥ However, the betrayal came into full affect after

318. the legalization of same sex marriages in 2015 because

Insert ¶ #

same sex marriage (under Barack Presidency) is when the spirit of Perversion was activated which only means a twisted truth. So, what that did was Awaken the dead, the demons, witches, etc. that was already put into place by the idolatry of both Kingdoms which consisted of them coveting, stealing, & entertaining the paganism of other peoples religions now don't mistake that I am saying that it didn't exist already because that's not what I am saying instead I am saying the mixing of the religions caused strange fire. So the confusion at hand _____ is because of the truth and the lie colliding.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

106



1   319. **Christmas December 25**
2   Insert ¶ #.
3   Christmas is an annual festival commemorating
4   the birth of Jesus Christ, observed primarily on
5   December 25 as a religious and cultural celebration
6   among billions of people around the world. The
7   history behind Christmas is vague, so I will break
8   down Santa Claus also known as Father Christmas,
9   Saint Nicholas, etc. Since Saint Nicholas is venerated

10  320. by the Catholic church I will talk about him. He was
11  Insert ¶ #
12  born March 15, 270 (Roman Empire) and he died December
13  6, 343 (Roman Empire, Diocese of Asia). Little was known about
14  the historical Saint Nicholas however one of his most famous
15  incidents from his life is that it was said that he rescued three
16  girls from being forced into prostitution by dropping a sack
17  of gold coins through the window of their house each night
18  for three nights so their father could pay a dowry for each

19  321. of them. Saint Nicholas is the patron saint over these
20  Insert ¶ #
21  categories: children, coopers, travelers, sailors, fishermen,
22  merchants, broadcasters, the falsely accused, repentant
23  thieves, brewers, pharmacists, archers, pawnbrokers, unmarried
24  people, prostitutes, Prilep, Aberdeen, Galway, Russia, Greece,
25  Hellenic Navy, Liverpool, Bari, Sigaievi, Moscow, Amsterdam,
26  Lorraine, Royal School of Music and Duchy of Lorraine, students
27  in various cities and countries, around Europe & Russian Navy.
28  Another thing about Saint Nicholas is that he was a monk

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  322. and he was born in Patara, Turkey. * After Saint Nicholas
2  Insert ¶ #
   the prominence of Christmas Day increased gradually after
3  Charlemagne, also known as Charles the Great who was
4  King of the Franks (a Germanic speaking people whose land was
5  divided into different kingdoms like ② West Francia became the
6  Kingdom of France, East Francia became the kingdom of Germany,
7  and Middle Francia became the kingdom of Lotharingia in the
8  north, kingdom of Italy in the south, and the kingdom of
9
10 323. Provence in the west.) Charles the Great was King of
   Insert ¶ #
11 the Franks from 768 when he was crowned as the Emperors
12 of the Romans by Pope Leo III on December 25, 800. Pope
13 Leo III was the bishop of Rome (the pope which was head of the
14 worldwide Catholic Church and he was ruler of the papal states
15 which were the major states of Italy.) * So basically, if Christmas
16 is supposedly the day to worship the birth of Jesus then what
17 Jesus are people worshipping? because Saint Nicholas who
18
19 324. is supposedly, the pagan representation of Jesus Birth
   Insert ¶ #
20 because Saint Nicholas allegedly lived in a crypt near Bethlehem
21 where the Nativity of Jesus is believed to have taken place and thats
22 where the Church of Saint Nicholas in Beit Jala, a Christian town
23 of which Nicholas is the patron saint. Then you have Charles
24 the Great who was crowned Emperor of Rome on December 25, 800
25 and then you also have Jesus Malverde who is a drug
26 lord and they made him a saint in the catholic church
27 located in Sinaloa, Mexico? So what Jesus is really being

1  25 . represented by the church and the pagan holidays.
   *Insert ¶ #*
2  Also, one of Santa's sayings is: Ho Ho Ho Merry Christmas
3  and what I see when I hear that is Horace Marriage
4  Christ's Massacre. which is exactly what they tried
5  to do; thinking that they were cheating me out of
6  my inheritance (that's where we are now). Horace also stands
7  for Ho Race. which would symbolize Babylon's Mystery
8  The Mother of Harlots and the abominations of the

10  26. Earth (Revelation 17) which is the first Bridegroom and
    *Insert ¶ #*
11  Bride. then after Babylon falls comes the Marriage of
12  the lamb. However, under this guise of treachery we
13  see that Hamas has hit Israel which lets us know
14  that all those individuals (Muslims) are the seeds of the
15  serpent because if they weren't then they would have
16  never touched "The Holy Land". Also, they go by the name
17  Hamas which people will say is from Ham who is one of

19  27. Noah's son and that would further prove that they
    *Insert ¶ #*
20  are all Canaanites and Europe Kingdoms are Cain (same
21  thing because Cain was cursed and Ham's son Canaan
22  was cursed). Now, what people may have not known
23  is "Yeshua Hamashiach" means "Jesus the Messiah" so
24  why is Hamas proclaiming Allah and denouncing the
25  very God that their name stems from? Do you know
26  that Christmas (Santa Claus) is how they indirectly planted
27  the seed of pimping and hoeing to our children because

1  328 . the story of Saint Nicholas talks about him rescuing
2  *Insert ¶ #*
2  three girls from being ~~forced into prostitution~~ by dropping
3  a sack of coins through the window of their house each
4  night for three nights so their father could pay a dowry (the
5  money, goods, or estate that a woman brings to her husband
6  or his family in marriage) but that's not scripture! In
7  Genesis 24: 21-23, 29-40 (21) And the man wondering at her
8  held his peace, to wit whether the LORD had made his

9
10  329 . journey prosperous or not. (22) And it came to pass, as
11  *Insert ¶ #*
11  the camels had done drinking, that the man took a
12  golden earring of half a shekel weight, and two bracelets
13  for her hands of ten shekels weight of gold. (23) And said,
14  Whose daughter art thou? tell me, I pray thee : is there room
15  in thy father's house for us to lodge in? (24) And the damsel ran,
16  and told them of her mother's house these things. (25) And
17  Rebekah had a brother, and his name was Laban: and
18
19
20  330 . Laban ran out unto the man, unto the well. (29) And
20  *Insert ¶ #*
21  it came to pass, when he saw the earring and bracelets upon
22  his sister's hands, and when he heard the words of Rebekah
23  his sister saying, Thus spake the man unto me; that he came
24  unto the man; and behold, he stood by the camels at the
25  well. (31) And he said, Come in, thou blessed of the LORD; wherefore
26  standest thou without? for I have prepared the house, and
27  room for the camels. (32) And the man came into the house:
28  and he ungirded his camels, and gave straw and provender

1  ³³¹ . for the camels, and water to wash his feet, and the
2  Insert ¶ #  men's feet that were with him. ³⁴ And there was set meat
3  before him to eat: but he said, I will not eat, until I have
4  told mine errand. And he said, Speak on: ³⁴ And he said,
5  I am Abraham's servant. ³⁵ And the LORD, hath blessed
6  my master greatly; and he is become great: and he hath
7  given him flocks, and herds, and silver, and gold, and
8  menservants, and maidservants, and camels, and asses.
9
10  ³³² ³⁶ And Sarah my master's wife bare a son to my master
11  Insert ¶ #  when she was old: and unto him hath he given all that
12  he hath. ³⁷ And my master made me swear, saying, Thou
13  shalt not take a wife to my son of the daughters of
14  the Canaanites, in whose land I dwell: ³⁸ But thou
15  shalt go unto my father's house, and to my kindred,
16  and take a wife unto my son. ³⁹ And I said unto
17  my master, Peradventure the woman will not follow
18
19  ³³³ . me. ⁴⁰ And he said unto me, The LORD, before whom
20  Insert ¶ #  I walk, will send his angel with thee, and prosper thy way;
21  and thou shalt take a wife for my son of my kindred, and
22  of my father's house: Genesis 24. 50-53 ⁵⁰ Then Laban and
23  Bethuel answered and said, The thing proceedeth from the LORD:
24  we cannot speak unto thee bad or good. ⁵¹ Behold, Rebekah is
25  before thee, take her, and go, and let her be thy master's son's
26  wife, as the LORD hath spoken. ⁵² And it came to pass, that,
27  when Abraham's servant heard their words, he worshiped
28

/// 
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  334. the LORD, bowing himself to the earth. (53) And the

Insert ¶ #

2  servant brought forth jewels of silver, and jewels of

3  gold, and raiment, and gave them to Rebekah: he gave

4  also to her brother and to her mother precious things.

5  *** Now that you know what the scriptures

6  say, you see with your own eyes that the story

7  of Saint Nicholas story is a perverted (twisted

8  truth) of God's word. However, Dowries have long

9                                        stealing from >

10  335. histories in Europe, South Asia, Africa, and other

Insert ¶ #

11  parts of the world but not in United States. Middle

12  East still practices the Dowry system however

13  in India, dowry is called Dahez in Hindu, and Jahez

14  in Arabic among the Islamic Community. In other

15  parts of India (eastern) the dowry is called Aauunpot.

16  Dowry is a payment from the bride's family to the

17  bridegroom's family upon marriage. In Pakistan,

18

19  336. the dowry is called Jahez in Arabic. Pakistan's Muslims

Insert ¶ #

20

21  make dowry an obligation in Islamic practice. In

22  95 percent of all marriages in Pakistan involves transfer

23  of a dowry from the bride's family to the groom's

24  family. In Afghanistan the dowry is called Jehez

25  It is transferred from the bride's family to the groom's

26  family. *** This is called PIMPING not a marriage,

27  A woman isn't supposed to pay a man to be married

28  and this is what Jesus Christ died on the cross of

337. Calvary for, his death was for the remission
*Insert ¶ #* of humanities sin so how can you put a price on a
person (male or female) when Christ gave his life for
ALL HUMANITY. Then to make matters worst they used
Christmas, as a way to plant the seed of Harlotry/atheism.
Ho, Ho, Ho Merry Christmas seem so innocent to the
naive however then you have the question of have
you been naughty or nice? Even in some places

338. they have a person dressed up as Santa and
*Insert ¶ #* the child goes to sit on a strangers lap just to take
a picture while their parents are talking about how
cute the child looks. What that parent doesn't know
is that subconsciously, that gets programmed into a
child's mind. So, as they're growing up they remember
those moments which then confuses them when their
parents say stay away from strangers or don't accept

339. nothing from strangers. Instead of the child asking
*Insert ¶ #* their parent why? they leave with a sense of confusion
because Santa Claus is a ①stranger he gives good
②gifts, we celebrate the ③birth of the savior during
that time, and they were allowed to ④sit on a strangers
lap to take a picture that the ⑤parent said was cute.
It's something so simple as a holiday, movie, music
video, video game, etc. that plant and water seeds of
twisted truths (lies & perversion). #1,2,4,&5 all look innocent
as 1&2 hides in front of Christ (purity, sacrificial love, etc) the
3&4 hides behind Christ's **Page Number** Pureness of character but
1,2,3&4 are    Civil Rights Complaint Pursuant to U.S.C. § 1983
training tactics to be prostituted whether it be on the streets,
on stage, on T.V., at a job, to get a degree, or government assistance, etc.



1  340. Now during Christmas season which is Winter
2  *Insert ¶ #,* there's a such thing as Christmastide. Its different days
3  of celebrations during Christmas time and here's the list:
4  Dec 25 - Christmas, Dec 26 - St. Stephen's Day Dec 28 -
5  Childermas, Dec 31 - New Years Eve, Jan 1 - the Feast of
6  the circumcision of Christ or the Solemnity of Mary, Mother
7  of God, and The Feast of the Holy Family (date varies).
8  * Saint Stephen's Day is to celebrate him as the first christian
9
10  341. martyr. Saint Stephen's Day is celebrated on Dec 25 in Armenia
11  *Insert ¶ #* and Dec 26 other Christianity. His attributes are: red martyr,
12  stones, dalmatic, censer, miniature church, Gospel Book,
13  martyr's palm, orarion. He's the patron saint of:
14  altar servers, native american Pueblo, bricklayers; casket
15  makers, Cetona, Italy, deacons, headaches, horses, Kessel
16  Belgium; Masons, etc. The next holiday is Dec 28 called
17  Childermas (Massacre of the Innocents) this day is pertaining
18
19  342. to children. *** Valentines Day is the feast of
20  *Insert ¶ #* Saint Valentine was known as a Bishop in the Roman empire
21  who ministered to persecuted christians. He was martyred and
22  his body buried on the Via Flaminia on February 14, which has
23  been observed as the Feast of Saint Valentine also known
24  as St. Valentine's Day since the eighth century. He is also a
25  patron saint of Terni, Italy; epilepsy, affianced couples,
26  against fainting, beekeepers, happy marriages, love,
27  mentally ill people, plagues, Lesvos (For Catholics) Lesvos
28

114
*Page Number*

Civil Rights Complaint Pursuant to U.S.C. § 1983

343. is also called Lesbos which is a Greek Island
Insert ¶ #
located in the northern Aegean Sea. The region includes
the island of Lesbos, Chios, Ikaria, Lemnos, and Samos.
A third of Lesbians live in the capital, while the remainder
are in small towns & villages. The larges are Plomari (the
southernmost on Lesbos Island & not too far from Plomari is
the church of Agios Pantekimonas with the Saint Pantaleon
who is a saint over physicians, apothecaries, midwives, livestock,

344. lottery, lottery winners and victories, lottery tickets; invoked
Insert ¶ #
against headaches, constipation, locusts, witchcraft, accidents
and loneliness; helpers for crying children). Kalloni is
after Plomari then Gera Villages (Gera lesbos is named after
a lesbian city called Hiera (sounds like hierarchy) that may have been
Portus Hieraeus). After Gera there's Agiassos, Eresos, and
Molyvos (the ancient Mythimna) all this falls under
Saint Valentine (Valentines Day). ✴ ✳✴ Now, let's talk

345. About names and death because this will prove a point
Insert ¶ #
I will make later on in the packet. The Catholic Encyclopedia
and other hagiographical (is a biography of a saint or an
ecclesiastical leader, as well as, by extension, an adulatory
and idealized biography of a preacher, priest, founder, saint,
monk, nun or icon in any world's religions (NOT the REAL
thing because this is IDOLATRY & WORSHIP OF THE DEAD).
Christian hagiographies ascribed to men and women are
canonized (declaration of a deceased person as an officially recognized

1  346. saint) by the Roman Catholic, Eastern Orthodox,
2  Insert ¶ # Oriental Orthodox Churches, and the Church of the
3  East (is also called East Syriac Church, Church of Seleucia-
4  Ctesiphon, the Persian Church, the Assyrian Church, the
5  Babylonian Church, or the Nestorian Church) was the
6  Eastern Christian Church of the East Syriac Rite based
7  in Mesopotamia. It was one of three major branches of Eastern
8  Christianity that arose from the Christological controversies of

10  347. the 5th & 6th centuries, alongside the Oriental Orthodox Churches
11  Insert ¶ # and the Chalcedonian Churches (whose Eastern branch became
12  Eastern Orthodox Church.) Since the latter half of the 20th
13  century, three churches in IRAQ claim the heritage of
14  the Church of the East. Meanwhile, the East Syriac churches
15  in India claim the heritage of the Church of the East
16  in India.) The East Syriac Churches or East Syrian
17  Rite also called the Edessan Rite, Assyrian Rite, Persian

19  348. Rite, Chaldean Rite, Nestorian Rite, Babylonian Rite
20  Insert ¶ # or Syro-Oriental Rite is an Eastern Christian liturgical rite.
21  It originated in Edessa Mesopotamia however it is now
22  the Church of the East and established themselves in
23  modern-day Kerala. The Church of the East and Catholic
24  Church split in 431 AD through the Council of Ephesus, in
25  1994 the Assyrian Church Patriarch Mar Dinkha IV
26  and Pope John II signed a common declaration in Vatican.
27  The Common Christological Declaration (1994) document
28

116

Page Number

349. asserted that the split that occurred due to the Council
*Insert ¶ #* of Ephesus in 431 was "due in large part of misunderstandings"
affirmed for both that "CHRIST IS TRUE GOD and
TRUE MAN," then recognized "each other as sister
churches," and vowed to resolve remaining differences.
✱ Now returning to my explanation of hagiographies it is
when men & women are canonized as saints. The Roman Catholic,
Eastern Orthodox, Oriental Orthodox, and Church of the East

350. that canonize deceased human names as saints in the
*Insert ¶ #* Christian Church (this IS IDOLATRY & WITCHRAFT) Now, the
other religions that also create and maintain hagiographical
text concerning saints, gurus and other individuals believed
to be imbued with sacred power is Buddhism, Hinduism,
Taoism, Islam, Jainism, and Sikhism (such as Sikh
Janamsakhis (biography of Guru Nanak the founder of Sikhism
who travelled as a missionary) and went to mythical places

351. such as Mavi+Meru (sacred mountain of Hindu, Jain, and
*Insert ¶ #* Buddhist cosmology which is the center of their spiritual universe)
The last part presents him as settled in Kartarpur with his
followers. Sikh writers were competing with mythological
stories about Muhammad created by Sufi Muslim in
Medieval Punjab region of South Asia). Hagiographic works,
especially those of the Middle Ages (in the history of Europe
the middle ages lasted from the 5ᵗʰ to the late 15ᵗʰ century
while aligning with the post-classical period of global history.)

<u>117</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  32. The Middle Ages can incorporate a record of institutional
2  *Insert ¶ #* and local history, and evidence of popular cults, customs,
3  and traditions. However, when referring to modern, non-
4  ecclesiastical works, the term hagiography is often used
5  today as a pejorative reference to biographies and
6  histories whose authors are perceived to be uncritical
7  or excessively reverential toward their subject. **
8  * So as you can see, every saint that has been
9
10  33. canonized in these churches, religions, and other
11  *Insert ¶ #* forms of spirituality such as occultism, paganism,
12  and any form of mysticalism that may fall under
13  the above ritualism that occurs in these churches
14  all are very symbolic in the everyday life of humanity.
15  Let me explain myself to help you further understand
16  what I mean. In 1994, The Common Christological Declaration
17  was signed that affirmed that "CHRIST IS TRUE GOD and
18
19  34. TRUE MAN" due to a misunderstanding from the past.
20  *Insert ¶ #* But when I see, a title such as: The Common Christological
21  Declaration after seeing what's all connected to the foundation
22  of the parties involved I see the perversion of a sick person's
23  mind hidden in plain sight. I see: "The cummin Crysto(Crystal)
24  logical D clair" (Clair is a civil parish in Madawaska County,
25  New Brunswick, Canada. The parish has bodies of water at least
26  partly in the parish: Saint John River and Thompson Lake. Saint
27  John River (Bay of Fundy is a bay between Canadian provinces of

355. of New Brunswick and Nova Scotia, with a small portion
*Insert ¶ 11*
touching the U.S. State of Maine. It is an arm of the
Gulf of Maine. The River Sources are ① Dennys Salmon River,
The Magaguadavic River is known as the River of Eels once you translate
the words "Maliseet Passamaquoddy. Passamaquoddy had an oral
history supported with visual imagery. This indian tribe has been
forced off their original lands from the 1800s. They have lived on
off reservation trust lands in Five Maine counties such as Somerset

356. County, ② Franklin County (the county seat of farmington old territory of
*Insert ¶ 11*
the Canibas tribe of Abenaki Indians a group from Topsham. The
town border the towns of Industry, New Sharon, Chesterville,
Wilton, Temple, Strong, and New Vineyard. Franklin County
Sites of Interest is Gianacre and Hiram Ramsdell House (called
the octagon house located on High and Perham Street. The house was
built in 1850 by mason Cyrus Ramsdell). Franklin county was
named after Benjamin Franklin. The county high point is Sugarloaf

357. Mountain which is the 3rd mountain with the highest peak after
*Insert ¶ 11*
Katahdin's Baxter and Hamlin Peaks. Sugarloaf is south by Spaulding
Mountain & Sugarloaf mountain is in Carrabassett Valley
where Crocker mountain is as well (The Appalachian Trail
crosses the western side of the town, climbing the slopes
of Sugarloaf Mountain and the summit of Crocker
Mountain). ③ Hancock County was named after John
Hancock. In Hancock County they have Cadillac Mountain
which is located on Desert Island. ④ Penobscot County

119
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

358. and ⑤ Charlotte County which was named after Queen Charlotte.
*Insert ¶ 8*
These were the Five counties that the Passamaquoddy Indians
lived in Maine. Returning to the Magaguadavic River in
York County here's what I find in York County: Saint John
River and the Southwest Miramichi River (this river has it's
origin in Carleton County. Under Miramichi you'll find the
Tributaries in which you will see Cains River which then Flows
through Crown land that is territorial area belonging to the monarch

359. of who has the Crown. Crown land provides the country
*Insert ¶ 8*
and the provinces with the majority of their profits from
natural resources. In province Alberta, Crown land, also
called public land is territory registered in the name of "His
Majesty the King in right of Alberta (Charles III). Alberta,
Canada has the Rocky Mountains which was the home to
the indigenous people such as Indian tribes. Rocky Mountains
have lake of the Woods. Lots of Woods also have Islands

360. and I will name a few: Copeland Island aka Camp
*Insert ¶ 8*
Stephens, Brush Island, Chapel Island, Magnusons
Island site of the restored Fort Sr. Charles, Massacre
Island, Ontario which is marked by a large wooden cross
in the middle of the Island. In Australia, The
Crown land is Victoria which is governed by Charles III.
✱ Now, returning back to Saint John River (Bay of Fundy)
is a part of the border between New Brunswick and
Maine. New Brunswick Settlements are ① Edmundston

361. which is a city in Madawaska County, New Brunswick, Canada. In 1851 it was named Edmundston after Sir Edmund Walker Head who was Lieutenant Governor of New Brunswick, under the monarch of Victoria. In 1857 he was Privy Councillor and 1860 he was Knight Commander of the Order of the Bath. ② Saint John is a seaport city located on the Bay of Fundy in the province of New Brunswick, Canada. It is Canada's

362. oldest incorporated city, established by royal charter on May 18, 1785 during the reign of George III. The Reversing Falls are a series of rapids on the Saint John River located in Saint John, New Brunswick, Canada. This city is named after Saint John the Baptist who was canonized by the Dicastery for the Causes of Saints.) *** Returning to The Common Christological Declaration so I can get to my point about ritualism, occultism, paganism,

363. and mysticalism. The Common Christological Declaration or, my view of their hidden perversion The Common [rysto (crystal) + Logical + D + Clair + ation = The seeming crystal mind deceived clear action, The coming Christ mind did clear action, or The coming Christ mind deception (devils agenda to keep Kingdom). All this was to show how the Church has raised up all these false gods to use in the form of witchcraft in order to attempt to deceive the people about Christ Jesus being the true messiah. The worship

121

Civil Rights Complaint Pursuant to U.S.C. § 1983

304. of the dead being witchcraft and the names of the
Insert ¶ #
individual who is canonized as a Saint comes with certain
attributes and are the saints over certain categories, so
whoever is born under that name is controlled by the
church (Roman Catholic) in their attempt to keep the Kingdom.
The witchcraft is systematic (digital because the universe
is the abode of Satan and his demons) Ephesians 2:2-5
Wherein in time past ye walked according to the course of this

305. world, according to the prince of the power of the air,
Insert ¶ #
the spirit that now worketh in the children of disobedience
③ Among whom also we all had our conversation in times
past in the lusts of our flesh, fulfilling the desires of
the flesh and of the mind; and were by nature
the children of wrath, even as others ④ But God
who is rich in mercy, for his great love wherewith
he loved us, ⑤ Even when we were dead in sins,

306. hath quickened us together with Christ, (by
Insert ¶ #
grace ye are saved); ✱ The prince of the air is
a spirit that is contrary to the Holy Spirit. The
Holy Spirit is a teacher, comforter, friend, is gentle, etc
but that other spirit is controlling, misleading,
deceptive, subtle, manipulative, etc. The Holy Spirit
does not have to use technology, science, astrology,
tarot cards, etc. to direct humanity and the Holy
Spirit is a revealer of ALL truths. However, the

182

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1. 367. prince of the air is using the same trick that
2. *Insert ¶ #* the serpent used in the garden. #1 Sound, #2 Twisting the
3. Word #3 driving people into enslavement to his lies while
4. driving people away from the presence of God. Let me
5. show you what I mean with four words that will
6. #1 sound similar but not the same #2 twist the words
7. #3 one pair will be on a higher level because God is in
8. it and the other pair will be on a lower frequency level

10. 368. even though you can use both words in unlimited ways.
11. *Insert ¶ #* Here's the 1st pair of words: Vows and Covenant
12. Here's the 2nd pair of words: Vowels and Consonant
13. Pair #1 moves on a higher frequency because God is the
14. WORD) John 1:1- In the beginning Was the Word, and the
15. Word was with God, and the Word was God. John 1:14
16. And the Word was made flesh, and dwelt among us,
17. (and we beheld his glory, the glory as of the only begotten

19. 369. of the Father,) full of grace and truth,) since God
20. *Insert ¶ #* is the Word that means that Vows represent 2 people
21. promise to each other to become 1 in their Covenant
22. with God (2 becoming 1) which is Unity. Pair #2
23. moves on a lower frequency because SPELLING is the
24. WORD). Vowels is the pronunciation that is the sound
25. of the letter and Consonant is the agreement between
26. the letters in order to define the word. However you
27. must spell the words correctly in order to get an understanding.

Ex: NUN = a female
    NUN = a male monk
    none = Nothing
    Si = yes
    see = look
    Sea = water

*Page Number*  123

**Civil Rights Complaint Pursuant to U.S.C. § 1983**

* Do you see how easy it was
  to change vows and consonants
  to get different words & results ↓↓↓

* God's Word stays the same with power
  unless man use Gods word to manipulate
  the hearts of humanity

370. Finally, to wrap up Valentines Day because it's paganism; I like to say Loving somebody isn't 1 time a year. LOVE takes work because in order to Love, you have to spend time with God. LOVE cannot be bought (not real love)! However, LOVE can be sacrificial not destructive. John 3:16 - For God so LOVED the world that he gave His only begotten son that whosoever believeth in Him should not perish but have everlasting life. 1 Peter 4:8 -And above all

371. things have fervent charity among yourselves: for charity shall cover the multitude of sins. 1 Peter 4:9 - Use hospitality one to another without grudging. Romans 5:5 And hope maketh not ashamed; because the love of God is shed abroad in our hearts by the Holy Ghost which is given unto us. Proverbs 13:12 - Hope deferred maketh the heart sick: but when the desire cometh, it is a tree of life. 1 Corinthians 11:3 -

372. But I would have you know, that the head of every man is CHRIST, and the head of the woman is the man; and the head of Christ is God. ** Basically, Valentines Day is a day of idol worship even though we celebrate our loved ones. But in all reality on Valentines Day we are actually celebrating St Valentine and what he(they) stood for which was epilepsy, Lesvos (lesbians), mentally ill people, plagues, and everything else I placed under this category. In fact, this goes for every holiday, church, and religion that has saints (idols). Romans 1:25- who changed the truth of God into a lie, and worshipped and served the creature more than the ____ Creator, who is blessed for ever. Amen.

**※ Is Easter about Jesus or Ishtar?**

1   373. ※**Easter** "The Celebration of the Resurrection of Jesus Christ"
2   *Insert ¶ #* Easter, also called Pascha or Resurrection Sunday, is
3   a Christian Festival and cultural holiday commemorating
4   the resurrection of Jesus from the dead, described
5   in the New Testament as having occurred on the third
6   day of his burial following his crucifixion by the Romans
7   at Calvary c. 30 AD. It is the culmination of the Passion
8   of Jesus Christ, preceded by Lent (or Great Lent), a 40-d
9
10   374. period of fasting, pray, and penance. Celebrations consist
11   *Insert ¶ #* of church services, festive family meals, Egg decoration/egg
12   hunt, and gift-giving. Easter is related to Passover (Jewish
13   holiday that celebrates the Biblical story of the Israelites escape
14   from slavery in Egypt.), Septuagesima, Sexagesima, Quinquagesima,
15   Shrove Tuesday, Ash Wednesday, Clean Monday, Lent, Great
16   Lent, Palm Sunday, Holy Week, Maundy Thursday, Good
17   Friday, and Holy Saturday which leads up to Easter and
18
19   375. Divine Mercy Sunday, Ascension, Pentecost, Trinity Sunday,
20   *Insert ¶ #* Corpus Christi (day of the Most Holy Body and Blood of
21   Christ), and finally Feast of the Sacred Heart which
22   follow it. The Easter Bunny was First mentioned in Georg Franck
23   von Franckenau's De ovis paschalibus (About Easter eggs)
24   in 1682 referring to a German tradition of an Easter
25   hair bringing eggs for the children. In ancient times, people
26   believed the hair was a hermaphrodite (both sexes)(Easter Bunny),
27   Easter eggs symbolize the empty tomb of Jesus, from which
28

/25
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  376. Jesus was resurrected because people saw eggs as a
   Insert ¶ #
2  traditional symbol of fertility and rebirth. The christian
3  church officially adopted the custom, regarding the eggs as
4  a symbol of the resurrection of Jesus, with the Roman Ritual,
5  the first edition of which was published in 1610 but which
6  has texts of much older date, containing among the Easter
7  Blessings of food, one for eggs, along with those for lamb,
8  bread, and new produce. In 1874 German philologist
9  377
10 377. Adolf Holtzmann stated "The Easter Hare (Bunny) is
   Insert ¶ #
11 vnintelligle to me, but probably the hare was the sacred
12 animal of Ostara the goddess. In 1941 Christina Hole
13 wrote, "The hare was the sacred beast of Eostre (or Eostre), a
14 Saxon goddess of Spring and of the dawn. Ostara and
15 Eostre are the same, and theories tried connecting Eostre
16 with re   of Germanic Easter customs, including hares
17 and eggs however Eostre/Ostara are venerated in some.
18
19 378. forms of Germanic neopaganism. ✱✱✱ Ishtar?
   Insert ¶ #
20 Ishtar Terra is the second largest of the three continental
21 terrae regions on the planet Venus, the others being
22 Aphrodite Terra and Lada Terra. Ishtar is a highland
23 region named after the Akkadian goddess Ishtar (the
24 Akkadian Empire was the first ancient empire of
25 Mesopotamia, succeeding the long-lived civilization of
26 Sumer (earliest known civilization of Mesopotamia (now sixth-central
27 Iraq). Ishtar also known as Inanna is the Mesopotamia goddess

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  379 - of love, war, and fertility. She is also associated with
Insert ¶ #
2  beauty, sex, divine law, and political power. Her title was
3  "The Queen of Heaven. Her planet is Venus, a few of her
4  cult centers are Uruk, Agade, & Niner, her abode is
5  heaven, and her symbols are hook-shaped knot of reeds,
6  eight-pointed star, lion, rosette, dove. Individuals who went
7  against the traditional gender binary (male/female) were heavily
8  involved in the cult of Ishtar (Inanna). During Sumerian
9
10  380 - times, a set of priests known as gala worked in Inanna's
Insert ¶ #
11
12  temples, where they performed elegies and lamentations.
13  Men who became gala sometimes adopted female names.
14  Some Sumerian proverbs seem to suggest that gala had
15  a reputation for engaging in anal sex with men. During
16  the Akkadian Period servants of Ishtar dressed in female
17  clothing and performed war dances in Ishtar's temple's.
18  Several of the Akkadian proverbs suggests that
19
20  381 - they may have also had homosexual proclivities.
Insert ¶ #
21  In another Akkadian hymn, Ishtar is described as
22  transforming man to women. With all this being
23  said, Easter/Inanna is another false religion
24  with pagan Gods that hid behind Jesus Christ
25  so they could still the glory. Plus, all their different
26  Seasons/holidays are false prophets who represent
27  witchcraft but haven't came out and told the truth about
28  themselves in order to validate their insecurity now to finally

Civil Rights Complaint Pursuant to U.S.C. § 1983

332. finalize this topic on Easter paganism and
Ishtar by saying "The cult of Ishtar was long
thought to have involved "sacred prostitution", "temple
prostitution", "cult prostitution", and "religious prostitution"
which are purported rites consisting of paid intercourse
performed in the context of religious worship. In Ancient
East these ceremonies were a part of the regions of
Sumer for the goddess Ishtar, Babylonia for the

333. goddess Aphrodite. The terms associated with
"Temple Prostitution" is: Abbess, Priestess, NUN, Hierodule
Priestess, Cult Prostitute, A Class of Women, and Prostitute.
The Hittites practiced sacred prostitution as a part of a
cult of ____, including the worship of a mated pair
of deities, a bull god (My opinion Baphomet) and a lion
goddess, the mother goddess became prominent, representing
fertility, and (in Phoenicia) the goddess who presided over

334. human birth. Venus was a temple of temple prostitution
in Rome during the 4th century when Emperor Constantine
closed down her temples. In India (Devadasis) are temple
priestess/prostitutes. In Japan "Miko" is a young priestess
also known as a shrine maiden (prostitute). In Maya (southern
Mexico, Guatemala, and Northern Belize) they had several phallic (
relating to a penis) religious cult possibly including homosexual
temple prostitution. In Aztec (now central & southern Mexico)
they had prostitutes (pleasure girls). In Inca civilization

128
Page Number

1  385. which is South America countries (Peru, Bolivia, Ecuador,
   Insert ¶ #
2  Colombia, and Argentina) they dedicated young boys as temple
3  prostitutes. The boys were dressed in girl clothing (transexual/Dionysus
4  behavior). The chiefs and head men would have ritual sexual
5  intercourse with them during religious ceremonies and on
6  holy days. Some people even use sex magic which is sexual
7  activity used for witchcraft purposes (gotta be careful because
8  you don't know people true motives) ✱ In South Asia, Hijra

10  386. are eunuchs, intersex people, or transgender people who live
    Insert ¶ #
11 in communities that follow a kinship system called guru-chela
12 system (this is the Indian subcontinent). In Pakistan, they are
13 known as Khawaja sira. In the Islamic spirituality they respect
14 the term Khawaja sira for transgender. India, Pakistan, and
15 Bangladesh have a limited protection for such individuals.
16 ✱✱✱ Wow, do you see the Harlotry of the System that's
17 been governing humanity? These holidays, systems, and religions

19 387. are ridiculous for prostituting the church for their own
   Insert ¶ #
21 Lustful desires and self gain. JESUS CHRIST OF NAZARETH
22 is the ONE & ONLY TRUE LIVING GOD. It's
23 time these people stop pretending to be GOD'S (HOSEN
24 because humanity is broken and in need of some
25 healing but WHO & WHAT BROKE US CANNOT HEAL US
26 and it's time they stop pretending like they can as they
27 make money on our down falls that they caused.
28 #REAL TALK! YOU'RE FORGIVEN But NOW YOU
   MUST STOP PLAYING GOD! 129
   Page Number

   Civil Rights Complaint Pursuant to U.S.C. § 1983

**Saint Patrick's Day!!**

388. Saint Patrick was a fifth-century Romano-British
Insert ¶ #
Christian missionary and bishop in Ireland. Known as
the "Apostle of Ireland", he is the primary patron saint
of Ireland, the other patron saints being Brigid of
Kildare and Columba. Patrick wasn't canonized however
he is venerated as a saint in the Catholic Church, the
Lutheran Church, the Church of Ireland (part of the
Anglican Communion), and in the Eastern Orthodox

389. Church, where he is regarded as equal to the apostles
Insert ¶ #
and Enlightener of Ireland. ✗✗✗ Saint Patrick was
born in Roman or sub-Roman Britain then he died in Ireland.
His attributes are : crozier, mitre, holding a shamrock, carrying
a cross, repelling serpents, harp. St Patrick is the patronage
saint of Ireland, Nigeria, Montserrat (it is nicknamed The
Emerald Isle of the Caribbean" both for its resemblance to
coastal Ireland and for the Irish ancestry of many of

390. its inhabitants.) Montserrat's Anthem is "God save the
Insert ¶ #
King" and their national song is "Motherland" The capital
of Montserrat is Plymouth which is a ghost town. Plymouth
motto is: "God save the Queen" Due to Plymouth being the capital
and a ghost town; there's a new capital under construction
at Little Bay, with nearby Brades serving as the capital for
the time being. After the establishment of the first European
colony on the island in 1632, St Anthony's Church was established
in Plymouth in 1636 (this St Anthony's isn't Catholic) however

391. Anthony Brisket was an Irish man who went to England
Insert ¶ #
to get money to build an Anglican church. The church was built
several times due to earthquakes and hurricanes and as
of 2021, the church is buried deep in the ash. ✳ Little Bay
is a port town under construction to be the future capital
of the Island of Montserrat. ✳ Brades has been the
capital on Montserrat since 1998 with an approximate population
of 1,000 people and the majority are Black ✳ The Witchery

392. About Montserrat is that it's Motto is "God Save the King"
Insert ¶ #
as an anthem and the national song is "Motherland" but when
you go to Plymouth (the original capital) it is a ghost-town with
the Motto "God save the Queen" and its nickname is "The
Emerald Isle of the Caribbean". Now in Plymouth, the
ghost-town is also where St Anthony's the Anglican
church is buried under ash. On September 17, 1989
hurricane Hugo struck Montserrat destroyed a 130-foot

393. Stone jetty in Plymouth's harbour and destroyed many
Insert ¶ #
other buildings. After the hurricane in 1989, Montserrat
was hit by volcanic eruptions in 1995 which caused ash
to fall across a wide area of Plymouth ✳ Now, let me break
this down, Montserrat is governed by the United Kingdom
however its in the caribbean sea near Venezuela, Puerto Rico, (U.S)
Dominican Republic, Haiti, Jamaica & Cuba before reaching
the United States. So, on August 26, 1988 I was born in
Compton CA (mind you there is a Compton Surrey England).
Also, I was born at Dominguez Hospital in Compton CA.

131
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

394. On September 17, 1989 (the year of my birth) my partner
*Insert ¶ #*
who has Dominion in his bloodline turned 9 years old, this
is also the same day that Plymouth the capital of Montserrat
got hit by hurricane hugo. Montserrat Motto is "God Save
the King", the national anthem is "Motherland", and Plymouth's
motto is "God save the Queen" and its nickname is "Emerald
Isle of the Caribbean." Basically, the U.K. governs Monserrat
however their anthem is Motherland when we all know that

395. Africa is the "REAL MOTHER LAND" so this sounds like
*Insert ¶ #*
somebody is trying to pretend to be who they are not. This
is broated in the Caribbean sea meaning CA·RIB+BEAN
which means the false Mother has displaced the title
matter from its true foundation and placed it upon herself; this
also reflects the church being in ROME instead of in Israel.
Also, this shows the world being turned in the wrong direction
because its backwords, the backwardsness seemed beneficial

396. for many such as White, Hispanic, Indian, & Chinese, etc.
*Insert ¶ #*
however in reality, even though it was designed to affect,
confuse, & misdirect the blacks, all it did was change the whole
world from the foundation of truths into a perverted lie (that's
why everybody else was able to cheat in attempt to steal
the inheritance because they knew more about the Blacks
history than the blacks did, due to alot of deception). In fact,
to prove this claim from this topic, I'd like to add that
after Plymouth got hit by hurricane (Hurry cane) Hugo

<u>132</u>
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

397. its 180-foot stone jetty fell into Plymouth's harbour

Insert ¶ #
and destroyed other buildings and became a ghost town.
This kind resemble how God destroyed the tower of Babel, changed
their languages (which you see 3 languages), and scattered them
throughout the earth. *Now, remember that St Anthony's
Church (none catholicism) was planted in Plymouth in 1636
by an Irish man named Anthony Brisket. However, right before
1636, in the year 1619 the term "computer" was used to define a

398. person who knew how to calculate or keep books.

Insert ¶ #
Then, fasting forward to 1636, add 140 years that will
then lead us to the year 1776 which is when they broke
away from King George III. So, basically what I got from
this knowledge is that it was premeditated prior to the Blacks
arrival in America in 1776 (now that's just my assumption).
The calculations do add up pertaining to my assumption due
to the fact that in the 1500's there was a line of separation

399. drawn in the Catholic church due to claims of the misuse

Insert ¶ #
of power while leading the members to believe that they can
pay to receive a lesser penalty. This is what brought upon
the church dividing and the Protestants going their
own way especially because they don't believe in the pope
playing the middle man. as if the Pope is God. The only
issue with this whole situation is that this goes to show
that the Catholic Church DID NOT accept the church people
wanting to separate because He had his own evil

133

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

400. agenda in mind. Technically, the Roman Catholic's agenda
was to overtake humanity, conquer the lands, place his
and other people in positions that surround who he
considers as outsiders. So, the only way to get away
from here is to face the process of the journey that
fulfills Biblical prophecy. This, is why the end time battle
comes to play because, the sorcery of the Roman Catholics.
In fact, right now we see, the truth unfolding before

401. our eyes every day. What we see right now is the
end time battle, the antichrist deceiving the entire
world, and a fight to overcome the deception at hand.
Even, when you go to Revelation 12:1-6 it says: And there
appeared a great wonder in heaven; a woman clothed with
the sun, and the moon under her feet, and upon her head
a crown of twelve stars: And she being with child cried,
travailing in birth, and pained to be delivered. And there

402. appeared another wonder in heaven; and behold a
great red dragon, having seven heads and ten horns, and
seven crowns upon his heads. And his tail drew the
third part of the stars of heaven, and did cast them to the
earth: and the dragon stood before the woman which was ready
to be delivered, for to devour her child as soon as it was born.
And she brought forth a man child, who was to rule all
nations with a rod of iron: and her child was caught up
unto God, and to his throne. And the woman fled into

134

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

403. the wilderness, where she hath a place, prepared of God,

*Insert ¶ #*

that they should feed her there a thousand two hundred and threescore days. **¥¥** As you can see, they attempted to create a false version of Revelation by placing people in positions that would adhere to their agenda, cause the world to believe that other women were that great wonder in heaven (stealing worship again by falsifying identities) and that the true person was the red dragon. To break

404. it down using religion is you had people who were working

*Insert ¶ #*

for the red dragon (systematically) that worked to get rid of the black protestant church, to steal the inheritance, and to attack Israel. Roman Catholics used sorcery, the bible, etc. in order to attempt to be that woman however the results (fruit) that come from such evil has only been lack, perversion, drugs, violence, & pride. The reason this is so is because you know a tree by its

405. Fruit. The fruit that came forth has been demonic,

*Insert ¶ #*

mind controlling & deceptive, etc. With all this being said, open your eyes and see the truth so that we know it was only by God that turned this whole situation around. Also, must I add that while they were pretending to be me, they were destroying the land as well while blackmailing me

## The Living WORD vs. Hypnosis Twisted Truth

1  406. Genesis 2:18-25 (18) And the LORD God said, It is not good
*Insert ¶ #*
2  that the man should be alone, I will make him an help
3  meet for him. (19) And out of the ground the LORD God
4  formed every beast of the field, and every fowl of the
5  air; and brought them unto Adam to see what he would
6  call them: and whatsoever Adam called every living
7  creature, that was the name thereof. (20) And Adam gave
8  names to all cattle, and to the fowl of the air, and
9

10  407. to every beast of the field; but for Adam there
*Insert ¶ #*
11  was not found an help meet for him (21) And the LORD
12  God caused a deep sleep to fall upon Adam, and he
13  slept: and he took one of his ribs, and closed up
14  the flesh instead thereof: (22) and the rib, which the
15  LORD God had taken from man, made he a woman,
16  and brought her unto the man. (23) And Adam said,
17  This is now bone of my bones, and flesh of my flesh:
18

19  408. She shall be called Woman, because she was taken out
*Insert ¶ #*
20  of Man. (24) Therefore shall a man leave his father and
21  his mother, and shall cleave unto his wife: and they
22  shall be one flesh. (25) And they were both naked, the
23  man and his wife, and were not ashamed.
24  **✱ EXPLANATION**
25
26  Genesis 2:18 The LORD said it wasn't good for the man to be alone,
27  so he decided to make him a partner (Amos 3:3 Can two walk together
28  except they be agreed?) Then God formed animal out of the ground

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  409. (just like he did when he took the dust of the ground to create
   *Insert ¶ #*
2  Adam but there was one thing God didn't do to the animals like he
3  did to Adam and that was to breathe the breath of life within
4  them; so that is why he had Adam name the animals which
5  made the animals subject to Adam's authority) Once Adam was
6  done naming the animals the LORD still acknowledged that
7  there was not a help meet (partner) for Adam which means
8  that the animals are not his help meet because they are
9

10  410. on a lower level than the stance of Adam's authority.
    *Insert ¶ #*
11  That's when the LORD caused a deep sleep to fall upon Adam,
12  and he slept; and he took one of his ribs, and closed up the
13  flesh instead thereof (Genesis 2:21) * Now let me break down
14  this verse real quick; the LORD caused a deep sleep to fall upon
15  Adam.... this saying is speaking on a physical form of sleep
16  which can be manifested in subconscious ways like as a trance.
17  Trances manifest in the form of mysticism which entails a direct
18

19  411. Connection, communication and communion with the divine;
    *Insert ¶ #*
20
21  yoga, Sufism, Shaman, umbanda, crazy horse, etc are different
22  groups that use mysticism which alters the subconscious mind.
23  In the military there's a such thing as "battle trance" that's a
24  mental state when combatants do not feel fear and pain,
25  they lose their identity and acquire a collective identity.
26  You also have hypnotherapy which is a type of mind-body
27  intervention. Hypnosis is used to create a state of focused attention
28  and increased suggestibility in the treatment of a medical or

1 **412**. psychological disorder or concern. Next, the word Trance
Insert ¶ #
2 in American Christianity relates to power or presence, or the
3 indwelling of God, or Christ, or the spirits. In the 18th
4 century the Anglo-American Protestant awakening brought about
5 the psychology of religion, which consists of the application of
6 psychological methods and interpretive frameworks to the diverse
7 contents of religious traditions as well as to both religious and
8 irreligious individuals. Some of these experiences consist of

10 **413**. uncontrolled bodily movements (fits, convulsions, catalepsy);
Insert ¶ #
11 spontaneous vocalizations (crying out, shouting, speaking in tongues);
12 unusual sensory experiences (trances, visions, voices, clairvoyance,
13 out-of-body experiences); and alterations of consciousness
14 and/or memory (dreams, mesmeric trance, mediumistic trance,
15 hypnosis, possession, alternating personality. Trance like
16 states are often interpreted as religious ecstacy or visions.
17 Some of the techniques vary from prayer, religious rituals,

19 **414**. meditation, breathwork, physical exercise, sexual intercourse
Insert ¶ #
20 MUSIC, DANCING, sweating, fasting, thirsting, and the
21 consumption of psychotropic drugs such as cannabis.
22 Sensory modality is the channel or conduit for the induction
23 of the trance. Benevolent, neutral, and malevolent
24 trances may be induced by different methods: (A) Auditory:
25 driving through the sense of hearing by chanting, auditory
26 story telling, overtone singing, drumming, music, etc.
27 B) Disciplines: Meditation, Yoga, etc. (C) Gustatory:
28



138
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  415. driving through the sense of taste, and indigestion;
   *insert ¶ #*
2  including starvation, herbs, hallucinogens, and drugs.
3  D) Kinesthetic: driving through the sense of feeling
4  and movement. (E) Miscellaneously: traumatic accident,
5  sleep deprivation, nitrogen narcosis (deep diving), fever,
6  by the use of a sensory deprivation tank or mind-control
7  techniques, hypnosis, meditation, prayer, etc. (F) Naturally
8  occurring: dreams, lucid dreams, euphoria, ecstasy, psychosis
9
10 416. as well as purported premonitions, out-of-body experiences,
   *insert ¶ #*
11 and channeling. (G) Olfactory: driving via scent through the
12 sense of smell by perfume, pheromones, incense, flowers,
13 pollen, indeed any scent for which we have an association or
14 memory, etc; (H) Photic or Visual: driving through the sense of
15 sight by yantra, visual story telling, mandala, cinema, theater,
16 art, architecture, beauty, strobe lights, form constants, symmetry.
17 (I) AUDITORY Driving and AUDITORY art: Charles Tart
18
19 417. provides the definition of auditory driving as being the
   *insert ¶ #*
20 induction of trance through the sense of hearing. this process
21
22 is known as ENTRAINMENT (Brainwave entrainment refers to the
23 observation that brainwaves will naturally synchronize to the
24 rhythm of periodic external stimuli, such as flickering lights,
25 speech, music, or tactile stimuli. As different conscious states
26 can be associated with different dominate brainwave frequencies
27 it is hypothesized that brainwave entrainment might induce a desired state.)
28 Back to auditory driving and auditory art; it says the usage

139
Page Number

1  416. of repetitive rhythms to induce trance states is an ancient
2  phenomenon. Throughout the world, shamanistic practitioners (the
3  word shamanism derives from the Russian word šamán, which
4  itself comes from the word samān from a Tungusic language that is
5  spoken by Tungusic people who are native to Siberia, China, and Mongolia.
6  The Tungusic people are categorized under Southern Tungusic
7  and Northern Tungusic; both of these categories have sub-categories.
8  When you look up southeastern Tungusic there's a group called

10  417. Nanaic Group. Nanai also means "NaNa" (Nana is the
11  nickname my mother called me). In the southeastern
12  Tungusic peoples they also have under the Nanai (Gold, Goldi (which
13  are one of the ethnic groups within the people's republic of China and
14  the Russian federation) & Hezhen) after this group comes (Akani meaning
15  brother, Birar which is a village in India, & finally the last word
16  is Samagir). The last group in southeastern Tungusic is the Amur
17  group which divides into Upper Amur, Central Amur, and

19  420. Lower Amur. Ⓐ Upper Amur has the right-bank Amur (a
20  river), Sungari meaning SUGARI (a river), and Bikin (Usuri
21  in which Bikin (Usuri) means the ceremony (Usuri) (a river)
22  Next group is Ⓑ Central Amur which has Sakachi-Alyan (also called
23  Sikachi-Alyan & is a small Nanai village in Russia), Naykhin (he is
24  of standard Nanai but not identical) Naykhin is a city in Russia, and
25  Dzhven (a city in Russia), Finally we have Lower Amur has
26  Bolon (a lake), Ekon, and Gorin (a river in Russia). The
27  Amur River is the tenth largest river in the world and its

421. nickname is Black Dragon River. This Amur River also
Insert ¶ #
was a political body called the "Amur River Society" or the "Black
Dragon Society." This society was founded in Japan in 1901.
During the Russo-Japanese War, annexation of Korea, and Siberian Intervention,
the Imperial Japanese Army made use of Black Dragon Society for
espionage, sabotage, and assassination. The Black Dragons waged
a very successful psychological warfare campaign in conjunction
with the Japanese military, spreading disinformation and propaganda

422. throught the region (Seems as if this is another repeat when
Insert ¶ #
it comes to China and the industries propaganda and disinformation that's
being spewed out through mainstream media). Methods of psychological
warfare consists of: Demoralization, Propaganda radio stations,
Renaming cities and other places when captured such as the
renaming of Saigon to Ho Chi Minh City after Communist
victory in the Vietnam War (* This is how people have taken other
peoples land and labeled it their own), false flag events (This is

423. an act committed with the intent of disguising the actual source
Insert ¶ #
of responsibility and pinning blame on another party), terrorism
the threat of chemical weapons (this would be chem trails,
drugs, etc in today's time), Information Warfare (fake news,
social media informatron, reality shows, television, etc is promoting
a lot of false Information). According to Daniel Lerner who was
in the Office of Strategic Services; most of these techniques were
developed during World World II or earlier, and have been used
to some degree in every conflict since. Lerner also divided the

141
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983



424. psychological warfare operations into three categories, which are:

Insert ¶ #

White propaganda (omissions and emphasis): Truthful and not strongly biased, where the source of information is acknowledged. Gray propaganda (omissions, emphasis, and mia/ethical/religious bias): Largely truthful, containing no information that can be proven wrong; the source is not identified. Black propaganda (commissions of falsification): Inherently deceitful, information given in the product is attributed to a source that was not

425. responsible for its creation. ¶ Now that we understand

Insert ¶ #

psychological warfare let me explain Black Dragon's influence after being disbanded in 1946. The Black Dragon Society was reconstituted in 1961 by Omari Soyen as the Black Dragon Club. Their influence in United States came through the Ethiopian Pacific Movement and the Peace Movement of Ethiopia (both African-American black nationalist organizations) claimed they were affiliated with the Black Dragon Society. As a part of their effort to support

426. such organizations, the Black Dragon Society sent an agent,

Insert ¶ #

Satokata Takahashi (sounds similar to Tekashi 69 who was labeled a snitch for telling and getting out of jail), to promote pan-Asianism and claim that Japan would treat them as racial equals. Satokata Takahashi became a patron of Noble Drew Ali and the Moorish Science Temple of America, Elijah Muhammed and the Nation of Islam, as well as the Pacific Movement of the Eastern World.

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

427. Genesis 1:1- In the beginning God created the heaven and the earth. John 1:1- In the beginning was the Word, and the Word was with God, and the Word was God. Genesis 1:3- And God said, Let there be light: and there was light. Genesis 1:6- And God said, Let there be a firmament in the midst of the waters, and let it divide the waters from the waters. Genesis 1:9- And God said, Let the waters under the heaven be gathered

428. together unto one place, and let the dry land appear: and it was so. Genesis 1:14- And God said, let there be lights in the firmament of the heaven to divide the day from the night; and let them be for signs, and for seasons, and for days, and years: Genesis 1:20- And God said, Let the waters bring forth abundantly the moving creature that hath life, and fowl that may fly above the earth in

429. the open firmament of heaven. Genesis 1:22- And God blessed them, saying, Be fruitful, and multiply, and fill the waters in the seas, and let fowl multiply in the earth. Genesis 1:26- And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. Genesis 1:27- So God created man in his own image, in the image of God created

143

1  430 . he him; male and female created he them. Genesis
   Insert ¶ ii
2  1:28 - And God blessed them, and God said unto them, Be
3  fruitful, and multiply, and replenish the earth, and subdue
4  it: and have dominion over the fish of the sea, and over
5  the fowl of the air, and over every living thing that moveth
6  upon the earth. Genesis 2:16 - And the Lord God commanded
7  the man, saying, Of every tree of the garden thou mayest
8  freely eat. Genesis 2:17 - But of the tree of the knowledge
9
10  431 . of good and evil, thou shalt not eat of it: for in the
    Insert ¶ ii
11  day that thou eatest thereof thou shalt surely die.
12  *** Lets explain what I take from these scriptures ***
13  Starting with Genesis 1:1 and John 1:1, these two scriptures
14  to me are the foundation of perversion when it comes to
15  the worlds system. See in Genesis 1:1 it says In the beginning
16  God created the heaven and the earth then in John 1:1 it says
17  In the beginning was the Word and the Word was with God,
18
19  432 . And the Word was God. The perversion snuck in because
    Insert ¶ ii
20  in the worlds system they twisted up the origin, purity, and
21  likeness of Gods Word in order to redefine the heaven and
22  earth. The backwardness comes in because the world puts
23  the heaven and earth before they put the Word which
24  is God. However, at the beginning of the Book it states in
25  Genesis 1:1 that God created the heaven and the earth. Then,
26  it goes to Genesis 1:3 and begins by saying God said... Now,
27  when you go to John 1:1 it says "In the beginning was the
28  Word, and the Word was with God, and the Word was God.

Civil Rights Complaint Pursuant to U.S.C. § 1983

433. So if in Genesis 1:1 it says God created the heaven and
Insert ¶ #
the earth; that is basically explaining that God visualized
what He was going to create. Genesis 1:3 And God said, Let there
be light: and there was light. This scripture is God teaching
us the power of words (God said, Let there be: and there was).
That's an example of the supernatural being manifested
into the natural realm. In other words, let's basically
say that is sound and movement ✳ This is why music,

433. movies, dances, etc. can easily go from something
Insert ¶ #
that started off innocent and then become something
perverted. It's all about the vision (perception) of the
individual that is creating the art. Whatever, visual the
artist or creator had in mind while creating will be trans-
ferred to their content and whoever sees or hears that
artist's work will then either grow from it or become
destructive because of it. For example: The doctor tells

434. his/her patient that they have a sickness (remember the
Insert ¶ #
power of words) that's when the patient goes through a
mental shock at the doctors office and the first thing
the patient does is speaks aloud what the doctor has
just said because they're questioning the doctor. However
what the patient doesn't know is by repeating the doctors
diagnosis aloud that they have just made a verbal contract
with the sickness and their body so the body begans
to manifest signs of the sickness because of their own
declaration, perception, and verbal agreement to their body for
the sickness. Proverbs 18:21 (145) Page Number Death and Life are in the
power of the tongue : Rights Complaint Pursuant to U.S.C. § 1983 and he that loveth
eat the fruit thereof. So it's the Spirit Realm b4 the Natural Realm (to be taught later)...

The serpent stole Her Seed, Made them
His Own through Sorcery, Education, Jobs, etc

# IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

____: Insert ¶ # Romans 8:28 And we know that all things work together for good to them that love God, to them who are the called according to his purpose. Matthew 11:25 At that time Jesus answered, and said, I thank thee, O Father, Lord of heaven and earth, because thou hast hid these things from the wise and prudent, and hast revealed them unto babes * Matthew 11:25 is why the Elite has always went after the children. ① Looking for the lamb and bride in order

____: Insert ¶ # to pervert (twisted truth) their identity, image, and beliefs so that the Elite could rob them of their destiny. ② To steal from the youth their innocence (perversion as a weapon), creative ability from a pure form, and to rob and/or kill and God given insight, visions, or dreams (if they robbed them it was for capitalization and if they killed their gift it is to make sure nobody could see their true motive, expose their tactics, and overturn their position that was built from stolen

____: Insert ¶ # power). Matthew 12:24-27 ② But when the Pharisees heard it, they said, This fellow doth not cast out devils, but by Beelzebub the prince of devils. ③ And Jesus knew their thoughts, and said unto them, Every kingdom divided against itself is brought to desolation, and every city or house divided against itself shall not stand: ④ And if Satan cast out Satan, he is divided against himself; how shall then his kingdom stand? ② And if I by Beelzebub cast out devils, by whom do your children cast them out? therefore they shall be your judges. * Matthew 12:24-27 = This passage of scripture is

1    Insert ¶ #   . a revealer of multiple truths. There are a few: ① Beelzebub

2    in Greek (G9564) is beelzeboul meaning dung-god, beetzebul, a

3    name of Satan, Baal of (the) Fly, and in Hebrew (H1168) it would

4    be Baal, a Phoenician diety. (H1167) it is a master, owner (like slavery)

5    confederate (with H1235), adversary and according to (H1616) Baal means

6    to have dominion (over) wife (like pimping, and hoeing). ② Beelzebub

7    ③ (Beelzebul & Ba'al) are the princes of Satan (devils/demons). Job 41:34

8    He beholdeth all high things: he is a King over all the

9

10   Insert ¶ #   . children of pride. Job 41:34 is referring to Leviathan

11   as being the King over the children of pride. John 8:42-45 says

12   ② Jesus said unto them, If God were your Father, ye would

13   love me: for I proceeded forth and came from God; neither

14   came I of myself, but he sent me. ㊸ Why do ye not understand

15   my speech? even because ye cannot hear my word. ㊹ Ye

16   are of your father the devil, and the lusts of your father

17   ye will do. He was a murderer from the beginning, and

18

19

20   Insert ¶ #   . abode not in the truth, because there is no truth

21   in him. When he speaketh a lie, he speaketh of his

22   own: for he is a liar, and the father of it. ㊺ And

23   because I tell you the truth, ye believe me not.

24   Genesis 3:14-16 ㊙ And the LORD God said unto the serpent, Because

25   thou hast done this, thou art cursed above all cattle, and above

26   every beast of the field; upon thy belly shalt thou go, and

27   dust shalt thou eat all the days of thy life. ㊙ And I

28   will put enmity between thee and the woman, and

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. between thy seed and her seed; it shall bruise thy
*Insert ¶ #*
2  head, and thou shalt bruise his head ⑮ Unto the woman he
3  said, I will greatly multiply thy sorrow and thy conception;
4  in sorrow thou shalt bring forth children, and thy desire
5  shall be to thy husband, and he shall rule over thee.
6  Summary: Matthew 12:24 (paraphrased) Beelzebub the prince of devils aka Ba'al
7  Job 41:34 (paraphrased) King over the children of pride, John 8:44 (paraphrased)
8  Ye are of your father the devil, Genesis 3:14 (paraphrased) And the LORD
9  

10  ___. God said unto the serpent, because thou hast done this, thou
*Insert ¶ #*
11  art cursed above all cattle, and above every beast of the field—.
12  All these passages of scripture define different identities of
13  the enemy of God (King of kings and LORD of lords) while using different
14  names but speaking about the same spirit (ex: Beelzebub, King, Father
15  the devil, and serpent). When speaking about his seed they are
16  devils & children of pride, drug dealers (pharmaceuticals and big
17  companies, etc) and to verify this passage is talking about
18  

19  ___. people in positions to lead by example the sheep that they are
*Insert ¶ #*                    the
20  supposed to be watching or governing is because in Genesis 3:14 (paraphrased)
21  God told the serpent that because of what he did (which was to
22  use manipulation, deception, and perversion) (a twisted truth based off of envy,
23  wrong motives, twisting words that mislead people from GOD's Real
24  Truth in order to gain control of their lives, and misrepresenting
25  the TRUE God all in the while replicating God so that the
26  people will serve the creature more than the creator)
27  that the serpent would be cursed above all the cattle

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  : and every beast of the field. Right here in Genesis 3:14-
Insert ¶ #
2  Satan has become cursed because of his cunning ways that
3  deceived Eve into leading Adam to rebel against God. After
4  being rebuked by God in Genesis 3:15, The LORD says to the
5  serpent that he would put enmity between him and the woman
6  and between his seed and the womans seed. - When God
7  was speaking about the serpent seed and the woman's seed
8  there's a distinction between the two that I will like.

10  : to clarify for the sake of Gods undeniable TRUTH.
Insert ¶ #
11 (A) First of all, MAN came before Woman when it comes to
12 the order of how God created humanity. (B) Secondly, MAN
13 carry the seed of life, women carry the eggs that becomes
14 impregnated by the mans seed, and then she carries
15 the seed of life until the time is right to give Birth (that
16 sounds like birthright). (C) Thirdly, the woman gives birth to her
17 child however in this case She gave birth to the serpents

19
20  : seed first (due to her disobeying the divine instructions given to
Insert ¶ #
21 her husband) that's why many Say she slept with the serpent
22 but the truth behind Eve's fall is that she was deceived. So,
23 before we talk about her seed let me explain her proclamation
24 of being deceived (beguiled). First off, Eve was NOT created
25 when GOD spoke to Adam and told him not to eat of the tree of
26 knowledge,. Also Adam had dominion over Gods enemy
27 because he was given responsibility to dress (H5647=To serve), keep (H8104=To protect)
28 and he was given authority over the animals (wasn't

1  _____. it a serpent which is an animal who knew the Word but
2  *Insert ¶ #*  twisted it in order to deceive Eve?). Due to the fact that Eve
3  came from Adams rib that made her spiritually aware
4  of what God told Adam. However, the serpent understood
5  the Power of Gods Word that's why he did not go
6  straight to Adam because Adam had the spirit
7  of God (God blew the breath of life into Adam when He created Him)
8  so Adam would discern the deception and also
9

10  _____. Adam had dominion over the animals. But Eve had
11  *Insert ¶ #*  not the spirit of God, had not heard God speak to her
12  yet, and did not understand the Power of the Word of
13  God being God Himself. ① Eve was questioned by the serpent
14  about what God said pertaining to the trees in
15  the garden (Genesis 3:1- Now the serpent was more subtil
16  than any beast of the field which the LORD God had made.
17  And he said unto the woman, Yea, hath God said, Ye shall
18
19  _____. not eat of every tree of the garden?) Let's break down Genesis 3:1
20  *Insert ¶ #*
21  in Hebrew : Serpent (H5175 - nâchâsh) meaning a snake from its hiss
22  or according to H5172 - nâchash meaning to hiss, whisper a (magic) spell;
23  prognosticate (predict, foretell, indicate by signs, omen, (augur according to
24  ancient Rome is a religious official who interpreted omens to guide public
25  policy. Augurs are in the regions of Rome, Roma, Eternal City, Italian capital,
26  capital of Italy) because they indicate by signs and these signs bring
27  bad news), ② divine, ③ enchanter, ④ use enchantment, ⑤ learn by experience,
28  ⑥ (idiom) indeed, ④ diligently observe (* in my opinion just like an observatory).

1  ___. was(H1961 = hâyâh) meaning to exist, be or become, come (A)(B)(C)
2  Insert ¶ #  to pass, beacon (a fire usually on a hill or tower) that can be seen from a (D)
3  distance, a radio station that broadcasts a directional signal for (D)
4  navigational purposes, a tower with a light that gives warning of (D)
5  shoals to passing ships. came, has been, were happened. (D)(E)(F)
6  subtil(H6175 = ârûwm) meaning cunning (shrewdness as demonstrated
7  by being skilled in deception), crafty, prudent. beast(H2416 = chay)
8  meaning appetite, (wild) beast, company, congregation, maintenance,
9
10  ___. (phrase) merry, multitude. field(H7704 = sâdeh) meaning to
11  Insert ¶ #  spread out country, ground, land, soil. LORD(H3068 = Yᵉhôvâh)
12  meaning (the) self-Existent or Eternal; Jehovah or according to H3050 =
13  Yahh meaning the same, Jah, the sacred name, Jah, the Lord, most
14  vehement. God(H430 = 'ĕlôhîym) meaning gods in ordinary sense
15  but specifically used of the supreme God or according to H433 = 'ĕlôwahh
16  meaning a deity.) Now, that I have broken down some of
17  the words from Genesis 3:1 in Hebrew we can finally see
18
19  ___. why Eve felt like she was deceived (beguiled) by the
20  Insert ¶ #  serpent. The serpent manipulated (twisted) The Word of God which
21  caused Eve to be bewitched by the serpents spell or
22  enchantment. The way the serpent was able to bewitch
23  Eve started with a question based upon him observing & (spying)
24  and studying The Word of God (John 1:1 - In the beginning
25  was The Word, and the Word was with God, and the Word
26  was God. John 1:2 The same was in the beginning with
27  God). The serpent was once with God so he studied God

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  . who is The Word and that is how he was able to
2  bewitch Eve with the word because she hadn't had a
3  chance to get to know God before the serpent (sorcerer,
4  magician, wizard, necromancer (one who practices divination by
5  conjuring up the devil) conjuring means calling up a spirit (spirit is
6  defined as ① the vital principle or animating force within living things,② the
7  general atmosphere of a place or situation and the effect it has on people,
8  ③ a fundamental emotional and activating principle determining one's
9
10  . character ④ any incorporeal supernatural being that can become
11  visible (or audible) to human beings, ⑤ the state of a person's emotions
12  (especially with regard to pleasure or dejection) ⑥ animation and energy
13  in action or expression, ⑦ the intended meaning of a communication). Conjuring
14  means calling up a spirit or devil (devil is defined as ① an evil supernatural
15  being, ② a word used in exclamation of confusion, ③ a rowdy or mischievous
16  person, ④ a cruel wicked and inhumane person Ephesians 6:12 for
17  we wrestle not against flesh and blood, but against principalities,
18
19  . against powers, against the rulers of darkness of this
20  world, against spiritual wickedness in high places.) Eve
21  was under the enchantment of the serpents word curse
22  Genesis 3:4 And the serpent said unto the woman, Ye
23  shall not surely die. Genesis 3:5 For God doth know that
24  in the day ye eat thereof, then your eyes shall be opened,
25  and ye shall be as gods, knowing good and evil. Genesis 3:6
26  And when the woman saw that the tree was good for food, and that
27  it was pleasant to the eyes, and a tree to be desired to make

Insert ¶ #

Insert ¶ #    Phones, TV, movies, etc.

Insert ¶ #

G

1  ___. one wise, she took of the fruit thereof, and did eat, and
   *Insert ¶ #*
2  gave also unto her husband with her; and he did eat.
3  Genesis 3:7 And the eyes of them both were opened, and
4  they knew that they were naked, and they sewed fig
5  leaves together, and made themselves aprons. Genesis 3:8
6  And they heard the voice of the LORD God walking in the
7  garden in the cool of the day: and Adam and his wife
8  hid themselves from the presence of the LORD God
9
10  ___. amongst the trees of the garden. * In Genesis 3:4
    *Insert ¶ #*
11  The serpent gives Eve a false promise & reassurance that
12  she will not really die (he was speaking about the flesh
13  of Eve but GOD was speaking about the spiritual connection
14  between Him and humanity). In Genesis 3:5-7 The serpent
15  verbally painted Eve a mental picture that gave her a different
16  perspective about herself while she was barely beginning
17  to find out why she was created. So basically she didn't even
18
19  ___. have an idea yet of who she was and why she was created.
    *Insert ¶ #*
20  So when the serpent verbally painted her a mental picture of
21  her eyes being opened and her having the ability to be as gods
22  that enticed her to eat due to her own lack of knowledge
23  of God, herself, her husband, and their unity as a covenant.
24  She gave it to Adam thinking that he wanted to know who
25  he was as well due to the fact that she came from his rib
26  but what Eve did not know was that Adam was the one
27  that would give her the answers to who she was and he would

H

1 ___. be the one to name her. However, due to Eve being Adams
*Insert ¶ #*
2 rib and them being joined together by way of the spirit it
3 caused Adam to eat as well because they were still one
4 even though God made two (because she came from him). However,
5 due to Eve listening to the serpent she became King in the serpents
6 Kingdom (feminist agenda) and her demonic authority drove her
7 which still conflicted with Adams authority and that caused strange
8 fire which is still a form of sorcery. Thats how they realized that
9

10 ___. they were naked, they had the knowledge to get fig leaves
*Insert ¶ #*
11 and so them together to cover their nakedness and they named
12 them aprons. In Genesis 3:8 Adam and his wife Hid themselves
13 from the presence of the LORD God amongst the trees of the
14 garden. This is how you know that they were deceived because they
15 really believed that they could hide from God. As if He wouldn't know that
16 they were walking in a false light (sorcery) when it may have appeared
17 to look like GOD but it didn't have the characteristics of God due
18

19 ___. to eating from the tree of knowledge. See, they had the image
*Insert ¶ #*
20 of God but not the HEART (motive behind why they did/do the things that
21 they did/do) of the LORD. That was their fall because they got
22 caught in the Intellectual side of life while forgetting to
23 live by way of the spirit of the LORD. *** ⑤ Moving past
24 this topic because it's a lot I can breakdown, lets now get to
25 her seed. Genesis 4:1-2 says ①And Adam knew Eve his wife; and
26 she conceived, and bare Cain, and said, I have gotten a man
27 from the LORD. ② And she again bare his brother Abel. And

Civil Rights Complaint Pursuant to U.S.C. § 1983

1. Abel was a keeper of sheep, but Cain was a tiller of the
2. ground. Genesis 4: 7-8 says: If thou doest well, shalt thou
3. not be accepted? and if thou doest not well, sin lieth
4. the door. And unto thee shall be his desire, and thou shalt
5. rule over him. ⑧ And Cain talked with Abel his brother:
6. and it came to pass, when they were in the field, that
7. Cain rose up against Abel his brother, and slew him.
8. ✱ Both sons came out of Eve however the difference

10. between the two was the intent of their hearts Cain
11. (serpent seed) had jealousy/envy towards Abel so he killed Abel
12. for nothing that Abel did wrong to him. Abel (chosen seed) was
13. only doing what the LORD put on his heart to do. Now Genesis 4:7
14. (paraphrased) is the LORD basically telling Cain why his offering
15. wasn't pleasant in Gods eyes. What God was saying was that
16. The MOTIVE of WHY you do, create, or speak something
17. will determine in Gods eyes whether He is pleased. If your motive

20. is good he will see that but if your motive is bad then the
21. enemy will play off of that. The serpent seeds are ill-willed
22. towards others, they devise evil things, they are haters of God, etc.
23. Her seed LOVE GOD with their heart, they're not perfect, they have
24. issues, however they are not out for self at the expense of somebody
25. else, they don't intentionally devise plans, plots, systems, groups,
26. etc to hurt others. They are Genuine, Broken, Rejected, Persecuted,
27. different, etc. The matter (motive) of their heart is to improve
28. the lives of others. Last but not least THEY LOVE JESUS CHRIST of
NAZARETH!

Civil Rights Complaint Pursuant to U.S.C. § 1983

Year [?] + [?] lets you see the TRUTH

1  ____. In year 1441 B.C. There was a king named Ashurbanipal
2  Insert ¶#
3  who ruled the Assyrian Empire. They labeled him the
4  Genocidal King. He constructed the Library of Ashurbanipal
5  which was located in Nineveh, a city located in modern-day Iraq.
6  In year [???] in the Middle East the death of Ramla bint Abi
7  Sufyan, a wife of Muhammad died. In year 1666 The French
8  Academy of Sciences was founded by Louis XIV. In 1666,
9  Isaac Newton discovered the spectrum of light, worked out

10 ____. his system of Fluxions the precursor of modern calculus, and
11 Insert ¶#
12 then started considering gravity. **I put all this together to let
13 you understand the serpents seed from another aspect now all
14 these highlighted areas are learned history so let me show you how
15 I broke down the drug field that explains the perversion that has
16 affected America but started on the other side of the world that is
17 governed by Britain (U.K.), Italy (Vatican), etc. 1) Adam & Eve's first son
18 is Cain who killed his brother Abel. Cain = Cocaine (Paisas) or

19 ____. Crack Cocaine (Blacks) that's Genesis 4:8 where Cain killed Abel.
20 Insert ¶#
21 Genesis 4:11 is where God curses Cain for killing his brother HOWEVER
22 this verse has been twisted (perverted too). Genesis 4:11- And now art thou
23 cursed from the earth, which hath opened her mouth to receive thy
24 brother's blood from thy hand;. *In this verse of scripture, Cain
25 who is the builder of the city (Genesis 4:17- And Cain knew his wife; and
26 she conceived, and bare Enoch: and he builded a city, and called
27 the name of the city, after the name of his son, Enoch) has transfered
28 his curse through the arts and artist in order to get back

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ____. at God because of him killing his brother out of jealousy.
Insert ¶ #
2 Basically, the creative arts are weapons of sorcery against
3 humanity in order mock God. Prime example of the twist
4 in the Bible we call Gods Word Scriptures however in the
5 industry of film when you're reading a piece for a part they
6 call that a script. When we read the Bible we say chapter
7 3 verse 7 of whatever book we're reading. When people talk
8 about music you may hear somebody say his verses were hot!
9
10 ____. You may also hear them say his bars are fire. (bars
Insert ¶ #
11 really symbolize a mental prison). The World has been stealing
12 Gods Word then creating a twisted version of the Word as
13 they steal from God to make money for Satan. Now, Back
14 to drugs. In Genesis 9:20-25 Noah is drunk from wine
15 and passes out after being in the Ark for 40 days that it was
16 flooding; Noah had 3 sons Shem, Japheth, and Ham. Ham
17 walked in on Noah passed out and naked so he goes and tells
18
19 ____. his brothers. His brothers walk  in the room backwards
Insert ¶ #
20 and covers up their dad. When Noah wakes up he says,
21 Cursed be Cana cur (for the perversion). The enemy twists up this
22 story for drugs because Ham had a son named Cush (that's
23 marijuana) and out of jealousy of Shem being blessed by God
24 he turned Shem into Sherm (water because it was a flood) and he
25 also turns Shem which is the bloodline Jesus is to come from (during these times)
26 into a He/She. Revelation 6:8 (Pale Horse) symbolizes fentonyl
27 Revelations 6:5 (Black Horse) symbolizes Heroin  Revelation 4:1e (see crystal clear as glass)
28 symbolizes Meth (Crystal)        Why they build a drug empire to
try to destroy my faith?

Science (U.S.C 606)
ONLY CHEMIST created drugs

## Step 1a. Understanding Cestui Que Vie Act 1666

## Existence of Life

**Cestui Que Vie**

London 1666, during the black plague and great fires of London, Parliament enacted an act behind closed doors, called Cestui Que Vie Act 1666.

The act being debated was to subrogate the rights of men and women, meaning all men and women were declared dead, lost at sea/beyond the sea. (back then operating in Admiralty law, the law of the sea, so lost at sea).

The state (London) took custody of everybody and their property into a trust. The state became the trustee/husband holding all titles to the people and property, until a living man comes back to reclaim those titles, he can also claim damages.

When CAPITAL letters are used anywhere in a name this always refers to a legal entity/fiction, Company or Corporation no exceptions. e.g. John DOE or Doe: JANE

1)  CEST TUI QUE TRUST: (pronounced setakay) common term in New Zealand and Australia
2)  STRAWMAN: common term in United States of America or Canada

These are the legal entity/fiction created and owned by the Government whom created it. It is like owning a share in the Stock Market, you may own a share… but it is still a share of the Stock.

Legally, we are considered to be a fiction, a concept or idea expressed as a name, a symbol. That legal person has no consciousness; it is a juristic person, ENS LEGIS, a name/word written on a piece of paper. This traces back to 1666, London is an IndependentCityState, just like Vatican is an IndependentCityState, just like WashingtonDC is an Independent City State.

The Crown is an unincorporated association. Why unincorporated? It's private. The temple bar is in London, every lawyer called to the "bar" swears allegiance to the temple bar. You can't get called without swearing this allegiance.

Our only way out is to reclaim your dead entity (strawman) that the Crown created, become the executor and then collapse the called Cestui Que Vie trust and forgive yourself of your debts and then remove yourself from the admiralty law that holds you in custody.

When London burned, the subrogation of men's and women's rights occurred. The responsible act passed… CQV act 1666 meant all men and women of UK were declared dead and lost beyond the seas. The state took everybody and everybody's property into trust. The state takes control until a living man or woman comes back and claims their titles by proving they are alive and claims for damages can be made.

This is why you always need representation when involved in legal matters, because you're dead.

The legal fiction is a construct on paper, an estate in trust. When you get a bill or summons from court it is always in capital letters, similar to tomb stones in grave yards. Capital letters signify death. They are writing to the dead legal fiction. A legal fiction was created when someone informed the government that there was a new vessel in town, based upon your birth.

Birth Certificates are issued to us by the Doc. just as ships are given berth Certificates at the Dock. It's about commerce. We come from our mothers waters. Your mother has a birth canal just like a ship. The ship moves by the sea current just as we are able to move by the currency.

All this information relates to how the general public are still legally tied through Maritime Admiralty Law. Through this ancient legal construct we can be easily controlled and duped. Learning about your legal fiction helps you to unlock yourself. Otherwise you are just an empty vessel floating on the sea of commerce. Parents are tricked into registering the birth of their babies.

In about 1837 the Births, Deaths and Marriages act was formed in UK and the post of registrar general was established. His job was to collect all the data from the churches which held the records of birth.

Regis – from Queen or Crown. All people are seen to be in custody of," The Crown". This allows people to function in commerce and to accept the benefits provided by state. We have to understand who we are as men and women and how we can relate in the system. The City of London is a centre for markets,

2

where merchants work. Then there is Mercantile Law. It comes from Admiralty Law. Look at the symbols in your City Courts that relate to Admiralty.

So where you have commerce and money, you also have "justice" and "injury". You need to understand the bankruptcy before you can understand the judiciary. We have accepted the claim to accept the summons, yet ONLY the dead can be summoned. There is an obligation to accept any liability which has been created.

We are operating in Admiralty. A not guilty plea, or ANY plea admits jurisdiction. The strawman, aka legal fiction is always guilty. Barristers and solicitors make a living out of creating controversy. By creating a controversy you become liable for the case.

Honour and dishonour. To remain in honour you have to accept a claim and settle (discharge) it. Then you add conditions, ie. *"I accept on proof of claim and proof of loss"*. This gives the liability back to them. The legal fiction is always guilty. Only in the High Court, can the real man or woman appear. Games are played on courts, hence the name 'court'. It is a game with actors (acting on acts). It has to be treated as a game and just business. Court room dramas are misinformation.

In the public, we are operating in bankruptcy and you receive benefits. It takes a lot of time, effort and study to understand and use these tools. You have to be prepared to go fully through the process, get the right tool out of your toolbox at the right time.

People need to learn how to act as a creation of God rather than a creation of Man.

Evidence of Life Evidence of Person Entitled to payment Form 206

# Rights Suspension and Corruption
# Cestui Que Vie Trust

Canon 2036 (link)
A Cestui Que VieTrust, also known later as a "Fide Commissary Trust" and later again as a "Foreign Situs trust" and also known as a form of "Secret Trust"is a fictional concept being a Temporary Testamentary Trust, first created during the

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

reign of Henry VIII of England through the Cestui Que Vie Act of 1540 and updated by Charles II through the Cestui Que Vie Act of 1666 wherein an Estate may be effected for the Benefit of one or more Persons presumed lost or abandoned at "sea" and therefore assumed/presumed "dead" after seven (7) years. Additional presumptions by which such a Trust may be formed were added in later statutes to include bankrupts, minors, incompetents, mortgages and private companies.

Canon 2037 (link)

The original purpose and function of a Cestui Que (Vie) Trust was to form a temporary Estate for the benefit of another because some event, state of affairs or condition prevented them from claiming their status as living, competent and present before a competent authority. Therefore, any claims, history, statutes or arguments that deviate in terms of the origin and function of a Cestui Que (Vie) Trust as pronounced by these canons is false and automatically null and void. A Cestui Que (Vie) Trust may only exist for seventy (70) years being the traditional accepted "life" expectancy of the estate.

Canon 2039 (link)

As all Cestui Que (Vie) Trusts are created on one or more presumptions based on its original purpose and function, such a Trust cannot be created if none of these presumptions can be proven to exist.

Canon 2042 (link)

In 1534, prior to the 1st Cestui Que Vie Act (1540), Henry VIII declared the first Cestui Que Vie type estate with the Act of Supremecy which created the Crown Estate. In 1604, seventy (70) years later, James I of England modified the estate as the Crown Union (Union of Crowns). By the 18th Century, the Crown was viewed as a company. However by the start of the 19th Century around 1814 onwards upon the bankruptcy of the company (1814/15) , it became the fully private Crown Corporation controlled by European private banker families.

Canon 2043 (link)

Since 1581, there has been a second series of Cestui Que Vie Estates concerning the property of "persons" and rights which migrated to the United States for administration including:

PO Box 9144
Harris Park NSW Australia
turikatukuii@gmail.com

(i)     In 1651 the Act for the Settlement of Ireland 1651-52 which introduced the concept of "settlements", enemies of the state and restrictions of movement in states of "emeregency"; and

(ii)    In 1861 the Emergency Powers Act 1861; and

(iii)   In 1931 the Emergency Relief and Construction Act 1931-32; and

(iv)    in 2001 the Patriot Act 2001.


Canon 2044 (link)

Since 1591, there has been a third series of Cestui Que Vie Estates concerning the property of "soul" and ecclesiastical rights which migrated to the United States for administration including:

(i) In 1661 the Act of Settlement 1661-62; and

(ii) In 1871 the District of Columbia Act 1871; and

(iii) In 1941 the Lend Lease Act 1941.


Canon 2045 (link)

By 1815 and the bankruptcy of the Crown and Bank of England by the Rothschilds, for the 1st time, the Cestui Que Vie Trusts of the United Kingdom became assets placed in private banks effectively becoming "private trusts" or "Fide Commissary Trusts" administered by commissioners (guardians). From 1835 and the Wills Act, these private trusts have been also considered "Secret Trusts" whose existence does not need to be divulged.


Canon 2046 (link)

From 1917/18 with the enactment of the Sedition Act and the Trading with the Enemy Act in the United States and through the United Kingdom, the citizens of the Commonwealth and the United States became effectively "enemies of the state" and "aliens" which in turn converted the "Fide Commissary" private secret trusts to "Foreign Situs" (Private International) Trusts.


Canon 2047 (link)

In 1931, the Roman Cult, also known as the Vatican created the Bank for International Settlements for the control of claimed property of associated private central banks around the world. Upon the deliberate bankruptcy of most countries, private central banks were installed as administrators and the global Cestui Que Vie/Foreign Situs Trust system was implemented from 1933 onwards.


Canon 2048 (link)

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

Since 1933, when a child is borne in a State(Estate) under inferior Roman law, three (3) Cestui Que (Vie) Trusts are created upon certain presumptions, specifically designed to deny the child forever any rights of Real Property, any Rights as a Free Person and any Rights to be known as man and woman rather than a creature or animal, by claiming and possessing their Soul or Spirit.

Canon 2050 (link)
Since 1933, when a child is borne, the Executors or Administrators of the higher Estate knowingly and willinglyclaim the baby as chattel to the Estate. The slave baby contract is then created by honoring the ancient tradition of either having the ink impression of the feet of the baby onto the live birth record, or a drop of its blood as well as tricking the parents to signing the baby away through the deceitful legal meanings on the live birth record. This live birth record as a promissory note is converted into a slave bond sold to the private reserve bank of the estate and then conveyed into a 2nd and separate Cestui Que (Vie) Trust per child owned by the bank. Upon the promissory note reaching maturity and the bank being unable to "seize" the slave child, a maritime lien is lawfully issued to "salvage" the lost property and itself monetized as currency issued in series against the Cestui Que (Vie) Trust.

Canon 2052 (link)
The Three (3) Cestui Que Vie Trusts are the specific denial of rights of Real Property, Personal Property and Ecclesiastical Property for most men and women, corresponds exactly to the three forms of law available to the Galla of the Bar Association Courts. The first form of law is corporate commercial law is effective because of the 1st Cestui Que Vie Trust. The second form of law is maritime and trust law is effective because of the 2nd Cestui Que Vie Trust. The 3rd form of law is Talmudic and Roman Cult law is effective because of the 3rd Cestui Que Vie Trustof Baptism.

Canon 2053 (link)
The Birth Certificate issued under Roman Law represents the modern equivalent to the Settlement Certificates of the 17th century and signifies the holder as a pauper and effectively a Roman Slave. The Birth Certificate has no direct relationship to the private secret trusts controlled by the private banking network, nor can it be used to force the administration of a state or nation to divulge the existence of these secret trusts.

Canon 2054 (link)

PO Box 9144
Harris Park NSW Australia
turikatukuiii@gmail.com

As the Cestui Que Vie Trusts are created as private secret trusts on multiple presumptions including the ongoing bankruptcy of certain national estates, they remain the claimed private property of the Roman Cult banks and therefore cannot be directly claimed or used.

Canon 2055 (link)
While the private secret trusts of the private central banks cannot be directly addressed, they are still formed on certain presumptions of law including claimed ownership of the name, the body, the mind and soul of infants, men and women. Each and every man and woman has the absolute right to rebuke and reject such false presumptions as a holder of their own title.

Canon 2056 (link)
Given the private secret trusts of the private central banks are created on false presumptions, when a man or woman makes clear their Live Borne Record and claim over their own name, body, mind and soul, any such trust based on such false presumptions ceases to have any property.

Canon 2057 (link)
Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment.

7



*Dragon Eggs*



## *3-in-1 Pandemics*

1. Drugs aka Chasing the Dragon
2. Perverted Music aka Mind Control
3. Corona Virus aka Exposing The ENEMY and his systems

- **Pandemic Problem 1: Drugs aka Chasing the Dragon**
According to: **Revelations 4:6- "and in front of the throne there was something like a sea or large expanse of glass, like [the clearest] crystal...**
**WhatGodRevealed to me:**



Perversion

only stands for a twisted truth. So, here we find that Satan has taken his knowledge of God's throne and conjured up drugs which is used to alter the mind aka get you high. But in this specific case that's where METH aka Crystal or Ice was created as a replicated way to enter the spirit realm and that's why you see so many people hallucinating or becoming paranoid. While some users are under the influence they tap into a demonic realm dealing with familiar spirits that are only sent to torment, oppress, or possess.

- **<u>Pandemic 2: Perverted Music aka Mind Control</u>**

According to: **Revelations 4:9,10,11- "Whenever the living creatures give glory and honor and thanksgiving to Him who sits on the throne, to Him who lives forever and ever, the twenty-four elders fall down before Him who sits on the throne, and they worship Him who lives forever and ever; and they throw down their crowns before the throne, saying, "Worthy are You, our Lord and God, to receive the glory and the honor and the power; for You created all things, and because of Your will they exist, and were created and brought into being.""**



## <u>What God Revealed to me:</u>

Perversion only stands for a twisted truth. So, here we find that Satan has taken his knowledge of God's throne and conjured up PERVERTED MUSIC, created IDOLS (promoting idolatry of money, sex, being self made aka self worship, murder, drugs, etc) to RECRUIT the masses through mind control by playing on humans lack of identity (which can ONLY be Given by having a Relationship with YAHWEH through TRUE WORSHIP of HIS son JESUS CHRIST as instructed by YHWY), humans desire to

reverence which is why YAHWEH created humans so that they can make fellowship with Him through Worship(song, dance, etc), prayer, and reading The Word of God; yet Satans main agenda is to put himself in the place of The Father of all Creation while raising up a demonic army of followers who are either 1)deceived to following the ways of Satan through the Worlds Systems including Religion while rebelling against the Word of God due to systematic manipulation that religion has caused or 2) willing to serve darkness in exchange for whatever desires they have placed as a bargain of their souls salvation.

- **<u>Pandemic #3: Corona Virus aka Exposing Agent</u>**

According to: **Revelations 12(paraphrasing): it talks about a woman, a male child, the dragon, then all of her seed. Well according to experts the woman is Mary the virgin, the male child is Jesus Christ the son of God, the dragon is Satan, and her all her seed is everybody else who is born. In this chapter you see Satan gets cast out of heaven which he takes a third of the angels with him. Then, he DECEIVES the earth so (fasting forward) God sends his son JESUS CHRIST to be born in the womb of Mary. When Mary gives birth Satan the DRAGON (who is chasing**

**Mary) is operating in the form of PHARAOH who slays all the first born in order to try and kill Jesus before He can grow up to walk in His GOD GIVEN IDENTITY which was SAVIOR OF THE WORLD and GOD's SON born in the flesh. JESUS WHOLE MISSION is TO SEEK AND SAVE THOSE THAT ARE LOST (Luke 19:10) from the tricks and traps of the enemy.**

## What God Revealed to me:

Perversion only stands for a twisted truth. So, here we find that



Satan has taken his knowledge of God's agenda and conjured up a Modern Day Propaganda which is controlled governmental politics, government controlled religion, controlled lifestyle through mainstream and media brainwashing which all goes back to 1 John 2:16 -16 For all that is in the world, the lust of the flesh, and the lust of the eyes, and the pride of life, is not of the Father, but is of the world.

- ## ***LET'S DECODE THE SYSTEM:***

## According to Above Scriptures

1. Dragon + Drugs = CHASING the DRAGON
2. Dragon + Music = INFLUENCE
3. Woman + Seed = CHILDREN

**+**

## According to Government

1. DRAGON + DRAGON WORSHIP = origin in CHINA
2. DRAGON + DRUGS = origin in CHINA
3. DRAGON + US GOODS/ SERVICES = origin in CHINA
4. DRAGON + Corona Virus = origin in CHINA

**=**

## Main Corrupted Systems

1. IDOLATRY of DRAGON
2. PHARMACEUTICAL COMPANIES and STREET DRUGS
3. MUSIC AND MEDIA INDUSTRY
4. DCFS and FAMILY REUNIFICATION
5. TRADE



## **SOLUTION**:

<u>2 Chronicles 7:14(paraphrased)-
HUMBLE YOURSELF enough to
Pray, meditate, read the
word(aloud), take God at His Word
for yourself to see Him manifest
Himself to you personally, praise
and worship, THEN, REPENT by
turning away from wickedness....</u>
Next, learn how to overcome the
weaknesses of your flesh as you
learn to Walk with GOD in fallen
world with so many diverse
temptations. Also, you're not
always going to get it right and
that is why God has given us
grace and mercy as He perfect our
lives in His timing not in mans
timing. He's more concerned
about the motives of your heart
and inward man than the
perfection of the outward

appearance that He will line up once your inner man is cleaned up.

To be continued as God reveals...

"But God hath revealed them unto us by his Spirit: for the Spirit searcheth all things, yea, the deep things of God."

1 Corinthians 2:10 KJV

Written by: VICTORIA DILLIHUNT 5/20/2020







REPENT NOW

Isaiah 14:1-32

1  Isaiah 14:1 For the LORD will have mercy on Jacob,
2  and will yet choose Israel, and set them in their own
3  land: and the strangers shall be joined with them, and
4  they shall cleave to the house of Jacob. And the people
5  shall take them, and bring them to their place; and the
6  house of Israel shall possess them in the land of the LORD
7  for servants and handmaids: and they shall take them captives,
8  whose captives they were, and they shall rule over their oppressors.
9
10  And it shall come to pass in the day that the LORD shall
11  give thee rest from thy sorrow, and from thy fear, and
12  from the hard bondage wherein thou wast made to serve,
13  That thou shalt take up this proverb against the king
14  of Babylon, and say, How hath the oppressor ceased! the golden
15  city ceased! The LORD hath broken the staff of the
16  wicked, and the sceptre of the rulers. He who smote the
17  people in wrath with a continual stroke, he that ruleth the
18
19  nations in anger, is persecuted, and none hindereth. The whole
20  earth is at rest, and is quiet: they break forth into singing. Yea,
21  the fir trees rejoice at thee, and the cedars of Lebanon, saying,
22  Since thou art laid down, no feller is come up against us. Hell
23  from beneath is moved for thee, to meet thee at thy coming: it
24  stirreth up the dead for thee, even all the chief ones of the
25  earth; it hath raised up from their thrones all the kings of the nations.
26  All they shall speak and say unto thee, Art thou also become
27  we as we? art thou become like unto us? Thy pomp is brought

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___: down to the grave, and the noise of thy viols: the worm is
2  Insert ¶ 11  spread under thee, and the worms cover thee. (12) How art thou
3  fallen from heaven, O Lucifer, son of the morning! how art
4  thou cut down to the ground, which didst weaken the nations!
5  (13) For thou hast said in thine heart, I will ascend into heaven, I
6  will exalt my throne above the stars of God: I will sit also upon
7  the mount of the congregation, in the sides of the north: (14) I
8  will ascend above the heights of the clouds, I will be like the
9
10 ___: most High. (15) Yet thou shalt be brought down to hell, to
11 Insert ¶ 11  the sides of the pit. (16) They that see thee shall narrowly
12 look upon thee, saying, Is this the man that made the
13 earth to tremble, that did shake kingdoms; (17) That made
14 the world as a wilderness, and destroyed the cities thereof;
15 that opened not the house of his prisoners? (18) All the kings of
16 the nations, even all of them, lie in glory, every one in
17 his own house. (19) But thou art cast out of thy grave like
18
19 ___: an abominable branch, and as the raiment of those
20 Insert ¶ 11  that are slain, thrust through with a sword, that go down
21 to the stones of the pit; as a carcase trodden under feet.
22 (20) Thou shalt not be joined with them in burial, because thou
23 hast destroyed thy land, and slain thy people: the seed of
24 evildoers shall never be renowned. (21) Prepare slaughter for
25 his children for the iniquity of their fathers; that they do not
26 rise, nor possess the land, nor fill the face of the world
27 with cities. (22) For I will rise up against them, saith
28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  _____ . the LORD of hosts, and cut off from Babylon the
*Insert ¶ #*
2  name, and remnant, and son, and nephew, saith the
3  LORD. (23) I will also make it a possession for the bittern,
4  and pools of water: and I will sweep it with the besom
5  of destruction, saith the LORD of hosts. (24) The LORD of hosts
6  hath sworn, saying, Surely as I have thought, so shall it
7  come to pass; and as I have purposed, so shall it stand:
8  (25) That I will break the Assyrian in my land, and upon my
9
10 _____ . mountains tread him under foot: then shall his yoke
*Insert ¶ #*
11 depart from off them, and his burden depart from off
12 their shoulders. (26) This is the purpose that is purposed upon
13 the whole earth: and this is the hand that is stretched out
14 upon all the nations. (27) For the LORD of hosts hath purposed,
15 and who shall disannul it? and his hand is stretched out,
16 and who shall turn it back? (28) In the year that king Ahaz
17 died was this burden. (29) Rejoice not thou, whole Palestina,
18
19 _____ . because the rod of him that smote thee is broken:
*Insert ¶ #*
20 for out of the serpent's root shall come forth a cockatrice,
21 and his fruit shall be a fiery flying serpent. (30) And the
22 first-born of the poor shall feed, and the needy shall
23 lie down in safety: and I will kill thy root with famine, and
24 he shall slay thy remnant. (31) Howl, O gate; cry, O city;
25 thou, whole Palestina, art dissolved: for there shall come
26 from the north a smoke, and none shall be alone in his
27 appointed times. (32) What shall one then answer the messengers

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___. of the nation? That the LORD hath founded Zion, and
2 the poor of his people shall trust in it.
3 Isaiah 9:6-7 says: [6] For unto us a child is born, unto
4 us a son is given: and the government shall be upon
5 his shoulder: and his name shall be called Wonderful,
6 Counselor, The mighty God, The everlasting Father, The
7 Prince of Peace. [7] Of the increase of his government
8 and peace there shall be no end, upon the throne of
9
10 ___. David, and upon his kingdom, to order it, and to
11 establish it with judgement and with justice from henceforth
12 even for ever. The zeal of the LORD of hosts will perform this.
13 Matthew 22:15-22 says: [15] Then went the Pharisees, and took
14 counsel how they might entangle him in his talk. [16] And they
15 sent out unto him their disciples with the Herodians, saying,
16 Master, we know that thou art true, and teachest the way
17 of God in truth, neither carest thou for any man: for
18
19 ___. thou regardest not the person of men. [17] Tell us therefore,
20 What thinkest thou? Is it lawful to give tribute unto Caesar,
21 or not? [18] But Jesus perceived their wickedness, and said,
22 Why tempt ye me, ye hypocrites? [19] Shew me the tribute
23 money. And they brought unto him a penny. [20] And he saith
24 unto them, Whose is this image and superscription? [21] They
25 say unto him Caesar's. Then saith he unto them, Render
26 therefore unto Caesar the things which are Caesar's; and unto
27 God the things that are God's. [22] When they had heard these words, they
28 marvelled, and left him, and went their way.

1    *Now let me breakdown Matthew 22:15-22 so you

2    *Insert ¶ #* can get a better understanding. In verse 15 the word

3    Pharisee in Greek is (G5330= Pharisaíos) meaning a

4    separatist, i.e. exclusively religious; a Pharisean, i.e. Jewish

5    sectary: Separatist means a person who supports the separation

6    of a particular group of people from a larger body on the basis

7    of ethnicity, religion, or gender. ⓑ counsel in Greek is (G4824=

8    symboúlion) meaning advisement, specially, a deliberative

9

10    *Insert ¶ #* body, i.e. the provincial assessors or lay-court. Advisement

11    means careful consideration. ⓒ Entangle in Greek is (G3802=

12    pagideúō) meaning to ensnare. Ensnare means to catch

13    in a snare, to get control of something or someone by dishonest

14    or underhand means, to bound, to enslave, to confine,

15    to kidnap, to arrest, to indenture. ⓓ Talk in Greek is (G3056=

16    lógos) meaning something said, by implication, a topic, also

17    reasoning (the mental faculty) or motive, a computation,

18

19    *Insert ¶ #* preaching, doctrine, Word(Christ). Implication means

20    the conclusion that can be drawn from something although it is

21    not explicitly stated. Topic means (of a subject) of immediate

22    relevance, interest, or importance owing to its relation to current events.

23    Reasoning means the action of thinking about something

24    in a logical, sensible way. Motive means the psychological

25    feature that arouses an organism to action toward a desired goal.

26    Computation means any type of arithmetic or nonarithmetic

27    calculation that is well defined. Human Computation is the

1   ___ practice of using humans to solve issues or carry out
2   tasks that are challenging for computers to perform. Another
3   way human computation is used today is through data mining
4   and machine learning. This involves using algorithms to
5   learn from large data sets in order to find patterns and make
6   predictions. (The first definition for computer was in 1613 and
7   it was referring to a person who performed complex calculations,
8   such as bookkeepers and mathematicians. *** Both those
9

10  ___ areas are the things you learn from kindergarten on up
11  so basically, that's saying they were indoctrinating us since
12  Elementary School. Then, after programming humanity as
13  artificial intelligence since 1613 (computers) in 1951 the UNIVAC 1
14  mainframe computer became known for predicting (predicting means
15  to say or estimate that (a specific thing) will happen in the future
16  or will be a consequence of something) the outcome of the
17  U.S. presidential election the following year. this incident
18
19
20  ___ is noteworthy because the computer correctly predicted
21  an Eisenhower landslide over Adlai Stevenson, whereas the
22  final Gallup poll had Eisenhower winning the popular vote
23  51-49 in a close contest. So this here, also shows that they
24  have bewitched the people, they have the essence of humanity
25  locked in the digital realm, their playing with spiritual
26  warfare while releasing demons from the Universal realm,
27  they are altering the elections, digitally controlling humanity,
28  and they are blaming everybody else for them intentionally

1   ___. programming humanity in the satanic realm (universal)
2   which has caused humanity to walk in the steps of rebellion,
3   falsehood, sorcery, and witchcraft. To prove this statement
4   I am going to refer back to Genesis 3:1 - Now the serpent was
5   more subtil than any beast of the field which the LORD God had
6   made. And he said unto the woman, Yea, hath God said, Ye
7   shall not eat of every tree of the garden? * In this verse
8   the serpent said unto the woman. After, the spirit spoke
9
10  ___. through the snake it caused the fall of Humanity because
11  she was beguiled. Beguiled also means bewitched. So if
12  the UNIVAC 1 predicted Eisenhower winning the US.
13  Presidential election that means a spirit is talking through
14  the computer just like a spirit spoke through the serpent
15  and look at the results of the world today. Why playing around
16  with technology it's in a fallen state because it's being governed
17  by sorcery (wrong gods because there's only 1 true living God
18
19  ___. if any of these other Gods were really the true God then they
20  wouldn't be hiding behind Gods Word, infiltrating his children,
21  rewriting the story using other methods in order to take ownership,
22  working together as a collective of religions to eradicate
23  one religion, moving in greed, using man made sources in
24  order to pretend they have the answer to the problems when
25  they are the problem because they're not in their rightful
26  place, they wouldn't have people confused over identities,
27  beliefs, etc. All this contention wouldn't be here because only
28

1  . Satan is the author of confusion. They also wouldn't
Insert ¶ #
2  be stealing, killing, lying, etc to obtain what God gave
3  another person. Nor would they be charging you for what
4  God gave you freely. John 10:7-14 ① Then saith Jesus unto
5  them again, Verily, verily, I say unto you, I am the door
6  of the sheep. ③ All that ever came before me are thieves
7  and robbers: but the sheep did not hear them. ④ I am the
8  door: by me if any man enter in, he shall be saved, and
9

10  . shall go in and out, and find pasture. ⑩ The thief cometh
Insert ¶ #
11  not, but for to steal, and to kill, and to destroy: I am come
12  that they might have life, and that they might have it
13  more abundantly. ⑪ I am the good shepherd: the good
14  shepherd giveth his life for the sheep. ⑫ But he that is an
15  hireling, and not the shepherd, whose own the sheep are
16  not, seeth the wolf coming, and leaveth the sheep and
17  fleeth: and the wolf catcheth them, and scattereth the
18

19  . sheep ⑬ The hireling fleeth, because he is a hireling
Insert ¶ #
20  and careth not for the sheep. ⑭ I am the good shepherd,
21  and know my sheep, and am known of mine. ✖✖✖ Now,
22  that I have just broke down Matthew 22:15 which led
23  me to more depth of understanding, I will wrap this topic
24  on Matthew 22:15-22 By saying clearly as we can see
25  from breaking down verse 15 that the Pharisees are
26  replicas, false teachers/leaders, false prophets, false religions
27  that tried to entangle the TRUE word of God with

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   _____: conversation (different methods of talking such as logos, topics,
2   *Insert ¶#* implications, reasoning, motives, preaching, doctrines, computation, etc.)
3   However, their primary focus was on money, that's why they questioned
4   Him about money in order to see if He would lie which then
5   shows Motive (was He for humanity or for himself). That's why
6   it says Jesus perceived their wickedness and said why tempt
7   ye me, ye hypocrites? (Jesus could see their wicked motives
8   because He IS the truth and their hearts were focused on
9
10   _____: trying to set Him up with Caeser over money, power, and
11   *Insert ¶#* prestige but because Jesus was the truth He spoke the truth
12   without being afraid to lose the acceptance of others & materialistic
13   things. Jesus knew that those things did not make Him nor
14   could it hold any power over Him because He is POWER
15   ALL BY HIMSELF. His mission was to sacrifice His life
16   to break the chains off of humanity from the fallen nature.
17   He understood that the system was only entrapment
18
19   _____: to man and/or man made creation but Adam once
20   *Insert ¶#* upon a time had authority over creation however after
21   the fall in the garden of Eden, Cain the cursed son of
22   Adam built the city in order to hide from God, enslave
23   others to do the work, and to pretend like he was the
24   chosen seed. The only way Cain could hide from God was
25   to build up people and give them his man made identity
26   while stripping them of their God given power and forcing
27   them to worship the creation instead of worshipping

Civil Rights Complaint Pursuant to U.S.C. § 1983

1 _____. God. Also, Jesus told the Pharisees that they

2 _Insert ¶ #_ were hypocrites because He knew that they would

3 deceive many with the answer He gave them. He

4 knew that they would attempt to rob Him and His

5 chosen ones by falsely taking claim of things that

6 weren't theirs. Matthew 22:19-21 (19) show me the

7 tribute money. And they brought unto him a penny.

8 (20) And he saith unto them, Whose is this image and

9 

10 _____. superscription? (21) They say unto him Caesar's. Then

11 _Insert ¶ #_ saith he unto them, Render therefore unto Caesar the things

12 which are Caesar's and unto God the things that are

13 God's. * All people been doing is creating things

14 and putting their picture and names on them and

15 then claiming it's theirs but in all actuality all

16 they have been doing is stealing from God and that's

17 why people are trying to escape Judgement by attempting

18 

19 _____. to blackmail the oppressed when it's really the

20 _Insert ¶ #_ leaders and oppressor who are in trouble for robbing

21 Gods people, beating them, enslaving them, killing

22 them, setting them up, framing them, etc all in the

23 name of MONEY! Repent NOW for the

24 time is Near & this is the FINAL

25 WARNING! MAY GODS WILL BE DONE

26 ON EARTH AS it is in HEAVEN! TURN from

27 YOUR WICKEDNESS!!!

28 _Page Number_

_Insert ¶ #_ . Genesis 1:1 In the beginning God created the heaven and the earth. (Hebrew Definitions) Beginning = H1225 = re'shiyth means the first, in place, time, order or rank, chief (-est); compare H1218 = rô'sh means the head, band, captain, highest (priest), principal God = H430 = ĕlohiym means God, judge, goddess; compare H410 = el means Almighty, power, Immanuel, idol; compare H352 = 'ayil means strength, a ram (from his strength), post (s), trees. Heaven = H8064 = shamayim means the sky, air, astrologers. Earth = H776 = 'erets

_Insert ¶ #_ . means land, ground, world, nations

* This is a breakdown of the enemy using the Word of God to assert his jurisdiction over God's people. Ex: the word beginning in Hebrew can be compared between re'shiyth & rô'sh which gives different breakdowns and it also shows you how the priest (high) has been a middle man between Humans & God (priest = popes, bishops, etc).

_Insert ¶ #_ . You can prove that with the word God because there you have a judge in-between GOD & GODDESS symbolizing a third party which sums up Marriage then compare elohiym to 'el & you find the word idol hidden after Immanuel which proves that Humans have been forced into Idolatry by having the pope, judge, etc in the midst of their Marriage which excludes God since both religion state pope, priests, judges, etc are playing (God) while excommunicating GOD. Finally, thats why they are astrologers, science, etc because they lack a true connection with GOD since they're too busy playing GOD which has _Page Number_ placed curses over all of Humanity, Civil Rights Complaint Pursuant to U.S.C. § 1983 behind their self-righteous Idolatry.

On Your Mark, Get Set, GO equates

RACE! The Chemistry of Supremacy CAIN'S

The TRUTH behind Racism starts in Genesis 4:10-15!

(10) And he said, What hast thou done? the voice of thy brothers blood crieth unto me from the ground. (Hebrew Definitions) (1) said = H559 = âmar meaning to say, answer, appoint, avouch (admit openly & bluntly, make no bones (about), bid, certify, challenge, charge, command, tell, term, report, etc. (2) What = H4100 = mâh meaning interrogate what (including how?, why?, when?) (3) Done = H6213 = âsâh meaning accomplish, advance, apt (at risk of or subject to experiencing something usually unpleasant,

_____ . abbreviation of Apartment, mentally quick and resourceful), bear, bestow, bruise, exercise, fashion, fulfill, go about, govern, grant, be industrious, keep, labour, maintain, observe, serve, set, sin, vex, etc. (4) voice = H6963 = qôwl meaning to call aloud, fame, lightness, proclamation, sing, sound, etc. (5) brothers = H251 = âch meaning brethren, kindred, or like. (6) Blood = H1818 = dâm meaning blood (ie that which when shed causes death) of man or an animal; by analogy, the juice of the grape, compare H119 = âdam meaning to show blood (in the face), flush or turn rosy, be (dyed, made) red, ruddy. (7) Crieth = H6817 = tsâ 'aq meaning to shriek, to proclaim (an assembly);

_____ . call together, gather. (8) Ground = H127 = âdâmâh meaning soil (from its general redness), country, earth, grand, husband (man) (ry), land.

Next Verse: "Genesis 4:11) And now art thou cursed from the earth, which hath opened her mouth to receive thy brothers blood from thy hand; (Hebrew Definitions: (1) cursed = H779 = ârar meaning a primitive root; to execrate (finding repugnant, curse or declare to be evil or anathema (a formal ecclesiastical curse accompanied by excommunication) or threaten with divine punishment.); bitterly curse, (2) earth = H127 = âdâmâh meaning (from its general redness; country, earth, ground, husband (man) (ry), land

Civil Rights Complaint Pursuant to U.S.C. § 1983

① opened = H6475 = pâtsâh meaning a primitive root, to rend, open
Insert ¶ #
(especially the mouth) deliver, gape, open, rid, utter. ④ mouth = H6310 = peh meaning
the mouth (as the means of blowing), whether literal or figurative (particularly speech),
assert (agreement with a statement or proposal to do something), collar (a band that
fits around the neck and is usually folded over), (zoology) an encircling band or marking
around the neck of any animal, anything worn or placed about the neck, the
act of apprehending.), word, hole, wish, spoken, sound, file, etc.
⑤ receive = H3947 = laqach meaning to take, accept, bring, buy, reserve,
seize, send for, use, win. ⑥ brother's = H251 = 'âch meaning brethren,
Insert ¶ #
kindred or like. ⑦ blood = H1818 = dâm meaning blood (as that which
when shed causes death) of man or an animal; by analogy the juice of the grape,
compare H119 = 'âdam meaning to show blood (in the face), flush or
turn rosy, be (dyed, made) red, ruddy. ⑧ hand = H3027 = yâd meaning the
closed one, the hollow (a cavity or space in something) hand or palm, figuratively
power, branch, spoon. Next Verse "Genesis 4:12) When thou
tillest the ground, it shall not henceforth yield unto thee her
strength, a fugitive and a vagabond shalt thou be in the earth.
Insert ¶ #
Hebrew Definition ① When = H3588 = kîy meaning surely, certainly, doubtless
② tillest = H5647 = 'âbad meaning to work, to serve, (causatively)
enslave, etc.; keep in bondage, be bondmen, bond-service, compel (force
somebody to do something), execute (kill as a means of socially (by or with respect
to society) sanctioned punishment. ③ murder in a planned fashion, ④ put in effect,
carry out the legalities of, ⑤ carry out a process or program, as on a
computer or a machine, ⑥ sign in the presence of witnesses.), keep,
(cause to, make to) serve, transgress (act in disregard of laws, rules

---

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. contracts, or promises) (From margin (the boundary line or the area), in finance the

2  margin is the net sales minus the cost of goods and services sold; the amount of collateral

3  a customer deposits with a broker when borrowing from the broker to buy securities,

4  a permissible difference, allowing some freedom to move within limits), be wrought

5  (shaped to fit by or as if by altering the contours of a pliable (susceptible

6  to being led or directed) mass (a musical setting for a Mass) the property of a body

7  that causes it to have weight in a gravitational field. ③ henceforth =

8  H3254 = yâçaph meaning to add or augment (often adverbial, to continue

9

10  ___. to do a thing), ④ yield = H5414 = nâthan meaning add, apply,

11  appoint, assign, cast, commit, direct, distribute, grant, trade, etc.

12  ⑤ strength = H3581 = kôach meaning to be firm, vigor (forceful exertion),

13  literally (force, in a good or bad sense) or figuratively (capacity, means, produce);

14  also (from its hardiness) a large lizard, ability, chameleon, fruits, might,

15  power, substance, wealth. ⑥ fugitive = H5128 = nûwa meaning to

16  waver, be promoted, reel (a photographic film, music composed for dancing

17  a reel, a Scottish Highlanders dance, American country dance, etc.) ⑦ vagabond =

18

19  ___. H5110 = nûwd meaning to nod, flee, disappear, to console (a scientific

20  instrument consisting of displays and an input device that an operator

21  can use to monitor and control a system (especially a computer system),

22  housing for electronic instruments, as radio or television. Next

23  VERSE : " Genesis 4:13) And Cain said unto the LORD,

24  My punishment is greater than I can bear. (Hebrew

25  Definitions : Punishment = H5771 = avon meaning literally

26  Committing iniquity, perverted, trouble, wicked, iniquity, sin.

27  bear = H5375 = nâsâ meaning accept, contain, receiving.

**Next Verse:** Genesis 4:14 - Behold, thou hast driven
me out this day from the face of the earth; and from thy
face shall I be hid; and I shall be a fugitive and a vagabond
in the earth; and it shall come to pass, that every one that
findeth me shall slay me. (Hebrew Definitions: ① out = H1644 =
gârash meaning to drive out from a possession; especially to
expatriate (expel from a country) or divorce; thrust out. ② face = H6440 =
pânîym meaning presence, because, countenance, sight. ③ earth =

H127 = ădâmâh meaning soil (from its general redness); country,
ground, husband(-man); compare H119 = 'âdam meaning to show blood (in the
face); i.e; flush or turn rosy; be (dyed, made) red (ruddy). ④ from = H5921 = 'al
meaning because of, (as) against, by (reason of); compare H5920 = 'al
meaning the highest (i.e. GOD), to Jehovah, most high; & compare H5927 = 'âlâh
meaning to ascend, cut off, depart, fall, lift (self) up, (make) up,
set (up), etc. ⑤ face = H6440 = pânîym meaning presence, because,
countenance ⑥ hid = H5641 = çâthar meaning to hide (by covering)

. (keep) secret, conceal, hide (self). ⑦ fugitive = H5128 = nûwa
meaning to waver, be promoted, reel (a photographic film, music
composed for dancing a reel, a Scottish highlanders dance, American
country dance, etc). ⑧ vagabond = H5110 = nûwd meaning to
nod, flee, disappear, to console (a scientific instrument consisting
of displays and an input device that an operator can use to monitor
and control a system (especially a computer system), housing for
electronic instruments, as radio or television.) ⑨ findeth = H4672 =
mâtsâ meaning to attain (me.) i.e. find or acquire, catch.

1 ② Slay = H2026 = hârag meaning to smite with deadly

*Insert ¶ #*

2 intent: destroy, kill, murder, make (slaughter), slayer).

3 Next Verse: Genesis 4:15 And the LORD said unto

4 him, Therefore whosoever slayeth Cain, vengeance shall

5 be taken on him sevenfold. And the LORD set a mark

6 upon Cain, lest any find him should kill him. Hebrew Definitions

7 ① LORD = H3068 = Yᵉhôvâh meaning, (the) self-Existent or Eternal;

8 Jehovah; Compare. H3050 = Yâhh meaning Jah, the sacred

9

10 name; Jah, the LORD, most vehement. ② Kill = H5221 = nâkâh

*Insert ¶ #*

11 meaning to strike (lightly or severly); beat, cast forth, murder,

12 punish (give stripes). Next Verse: Genesis 4:16 And

13 Cain went out from the presence of the LORD, and dwelt

14 in the land of Nod, on the east of Eden. Next Verse:

15 Genesis 4:17 And Cain knew his wife, and she conceived,

16 and bare Enoch: and he builded a city, and called the

17 name of the city, after the name of his son, Enoch.

18

19

20 *Insert ¶ #*

21

22

23

24

25

26

27

28

Civil Rights Complaint Pursuant to U.S.C. § 1983

1    . ACTS 16⁸16⁹ (THE FORTUNE TELLING SLAVE)

2    *Insert ¶ #*
⑯ And it came to pass, as we went to prayer, a certain damsel

3    possessed with a spirit of divination met us, which brought her

4    Masters much gain by soothsaying. ⑰ The same followed Paul and

5    us, and cried saying, These men are the servants of the

6    most high God, which show unto us the way of salvation.

7    ⑱ And this did she many days. But Paul, being grieved,

8    turned and said to the spirit, I command thee in the name

9

10   . of Jesus Christ to come out of her. And he came out

11   *Insert ¶ #*
the same hour. ⑲ And when her masters saw that the hope

12   of their gains was gone, they caught Paul and Silas, and

13   drew them into the market place into the rulers (verse 20-24 they go before judges then jailed)

14   JUDGES 16:1-3 (The GAZA Harlot)

15   ① Then went Samson to Gaza, and saw there a harlot, and went

16   in unto her. ② And it was told the Gazites, saying, Samson is

17   come hither. And they compassed him in, and laid wait for

18

19   . him all night in the gate of the city, and were quiet

20   *Insert ¶ #*
all the night, saying, In the morning, when it is day, we

21   shall kill him. ③ And Samson lay till midnight, and

22   arose at midnight, and took the doors of the gate of the

23   city, and the two posts, and went away with them, bar

24   and all, and put them upon his shoulders, and carried them

25   up to the top of a hill that is before Hebron.

26

27

28

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# WARTIME SEXUAL VIOLENCE

Insert ¶ #

Is rape and/or other forms of sexual violence committed by combatants during an armed conflict, war, or military occupation often as spoils of war, but sometimes, particularly in ethnic conflict, the phenomenon has broader sociological motives. Wartime sexual violence may also include gang rape and rape with objects (Spiritual Rape falls into the characteristics of rape with objects because an individual has to make a conscience decision to use The WORD of GOD in a way that it alters the believers sensitivity that enables them to Hear from GOD through discernment, reading The WORD, Visions, etc. - Victoria Dillihunt)

Insert ¶ #

During wartime rape is frequently used as a means of psychological warfare, in order to humiliate and terrorize the enemy. Wartime sexual violence may occur in a variety of situations, including INSTITUTIONAL SLAVERY in the form of Sex, drugs, policies, education, politics, religion, etc. Rape can also be recognized as Genocide when it is committed with the intent to destroy,

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___ in whole or in part, a targeted group.
2  *Insert ¶ #* FOR Instance, in January 2009, Barack Obama
3  became the 1st Black looking president. Many African
4  Americans were happy about this change.
5  Barack Obama has walked in the occupations
6  of President, Politician, Lawyer (civil), and Author.
7  During his 2012 inauguration, Beyonce sang for him.
8  Then, after he was sworn into office on Jan 20, 2013

10  ___ he implemented the Affordable Care Act (medical) &
11  *Insert ¶ #* he promoted inclusion for LGBT Americans & the supreme
12  court struck down same-sex marriage bans as un-
13  constitutional. ✱ Point in case is with Obama
14  being the 1st Black president, he did what NO
15  other president would do and that was to
16  legalize same sex marriages (this is a slap to
17  Gods' face & to the black community because,

19  ___ perversion only means "a twisted truth" So,
20  *Insert ¶ #* Obamas' rationalist behavior knocked Black
21  Americans down some as his policies only
22  helped white Americans save, invest, & flip.
23  But after he did all his dirt Nobody said
24  Anything & now that Trump took office in
25  January 2017, all of a sudden America had a
26  problem, got him removed from office, and allowed
27  Biden to get in position & make a bigger
28  mess of America when it comes to African Americans.
   Also, this is called LANDSHOPPING and political Rape.
   DCFS is one big weapon of sexual perversion used as
   Warfare.

Page Number
Civil Rights Complaint Pursuant to U.S.C. § 1983

1 ___ During this journey to find the pieces to me
2 *Insert ¶ #* I was able to realize that my greatness was beyond
3 what I knew about myself. I guess ya can say that
4 I never fitted into the crowds, I was always rejected
5 regardless of what I did. But what trips me at
6 about this whole situation is the fact that while I
7 was searching for my identity there were many
8 people pretending to be me.
9
10 ___ Basically, I was attacked every time I unlocked a
11 *Insert ¶ #* new perception of myself that was obsolete to the
12 rhythm of the cultural trends around me. It was
13 a catch 22 because I was ostracized whether
14 I did or didn't follow the crowd. Now, I must say
15 that I never understood the world's view of life but
16 I did understand the spiritual realm. However, to put
17 them together to bring balance was a struggle
18
19 ___ to me. Due to this being the fact behind my lack of the
20 *Insert ¶ #* worlds knowledge, it seemed as if my head's ~~was~~ always in
21 the clouds. I lived like that majority of my life; that
22 was my safe haven in spite of the hell and turmoil
23 I faced in such a cruel world.
24 What I couldn't understand is why were so many people
25 in the black community so called believers in Jesus Christ
26 of Nazareth however they deemed to be powerless when
27 it came to dealing with the enemy and his crafty ways.

1. However, it makes sense why the black communities
2. *Insert ¶ #* stayed looking impoverished, run down, or as if
3. nobody cared for their communities. This was all a
4. game to discredit, break down, & blame the Blacks
5. As other people pretended to be us. So the things
6. that were intended to be a blessing = became Karma
7. do to other people's behaviors. One thing about me
8. is that regardless of All I try to keep a clean conscious
9.
10. at all times. Moving Forward, I'd like to share
11. *Insert ¶ #* some of the enemies tactics and methods used in this
12. fight. 1) Technology is spiritual warfare against humanity
13. while attempting to replace God. How? simple, It's a
14. dead system which means something else is coming
15. through those airways & not the Holy Spirit. Technology
16. puts humanity into a trance state which hinders the
17. way a person processes information. It hinders people from
18.
19. using their motor skills through hands on experience. It
20. *Insert ¶ #* makes the mind lazy. Also, mind you this is spiritual
21. war so the other side of technology is its ability to
22. mess with a persons identity. How? because we are in a
23. system according to birthcertificates. Systematic Slavery
24. is what this is called because of how dangerous this is
25. dealing with humans.
26.
27.
28.

Civil Rights Complaint Pursuant to U.S.C. § 1983

# THE GREATEST OF ALL TIMES (GOAT)

## TEST ASKING

### Luke 4:1-15   Who Do You Serve?

**#1 LACK**

1
2  ① And Jesus being full of the Holy Ghost returned from Jordan,
3  and was led by the Spirit into the wilderness, ② Being forty
4  days tempted of the devil. And in those days he did eat
5  nothing: and when they were ended, he afterward hungered.
6  ③ And the devil said unto him, If thou be the Son of God,
7  command this stone. that it be made bread. ④ And Jesus
8  answered him, saying, It is written, that man shall NOT
9

**#2 COMPROMISING**

10  ___ live by Bread alone, but by every WORD of GOD.
11  ⑤ And the devil, taking him up into a high mountain, showed
12  unto him all the kingdoms of the world in a moment of
13  time. ⑥ And the devil said unto him, All this power will
14  I give thee, and the glory of them: for that is delivered
15  unto me; and to whomsoever I will I give it. ⑦ IF
16  thou therefore wilt worship me, all shall be thine.
17  ⑧ And Jesus answered and said unto him, Get thee behind
18
19
20  ___ me, Satan: for it is written, Thou shalt Worship the LORD THY
21  GOD, and HIM ONLY SHALT THOU SERVE. ⑨ And he brought him
22  to Jerusalem, and set him on a pinnacle of the temple,
23  and said unto him, IF thou be the Son of God, cast thyself
24  down from hence: ⑩ For it is written, He shall give HIS
25  ANGELS CHARGE OVER THEE, TO KEEP THEE: ⑪ And in their
26  HANDS THEY SHALL BEAR THEE UP, LEST AT ANY TIME THOU
27  DASH THY FOOT AGAINST A STONE. ⑫ And JESUS answering
28  said unto him, It is said, THOU SHALT NOT TEMPT THE LORD

**#3 USING**

TO Obtain Power & Position thru Idolatry (paganism)

MANIPULATE GOD!

## Religion to try and

1   **THY GOD.** (13) And when the devil had ended all the

*Insert ¶ #*

2   temptation, he departed from him for a season. (14) And Jesus

3   returned in the power of the Spirit into Galilee: and there

4   went out a fame of him through all the region round

5   about. (15) And he taught in their synagogues, being glorified

6   of all. **Let Me Breakdown**

7

8   LACK, COMPROMISING, & Religious Manipulation

9

10   #1 **LACK** means the STATE of being without

*Insert ¶ #*

11   or not having enough of something. Luke 4:3 Jesus lacked food

12   so Satan said command this stone that it be made bread (paraphrased).

13   I Samuel 17:45 - (45) Then said DAVID to the Philistine, Thou comest

14   to me with a sword, and with a spear, and with a shield: but

15   I come to thee in the name of the LORD of hosts, the GOD

16   of the armies of Israel, whom thou hast defied. (46) This day will

17   the LORD deliver thee into my hand; and I will smite thee, and take

18

19   thine head from thee; and I will give the carcases of the host

20   *Insert ¶ #*

21   of the Philistines this day unto the fowls of the air, and to the wild

22   beasts of the earth; that all the earth may know that there is

23   a God in Israel. (47) And all this assembly shall know that the LORD

24   saveth not with sword and spear: for the battle is the LORD'S, and

25   he will give you into our hands. (48) And it came to pass, when the

26   Philistine arose, and came and drew nigh to meet David, that

27   David hasted, and ran toward the army to meet the Philistine.

28   (49) And David put his hand in his bag, and took thence a

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   stone, and slang it, and smote the Philistine in his
2   forehead, that the stone sunk into his forehead; and he fell
3   upon his face to the earth.⁵⁰ So David prevailed over the Philistine
4   with a sling and with a stone, and smote the Philistine, and
5   slew him; but there was no sword in the hand of David.
6   ✱✱ What was David's LACK while going against Goliath
7   the Philistine? David lacked an army & the weapons
8   created by man for war. David also had a (positive lack)

9
10   __ and that positive lack was fear. Since the enemy knew
11   this he tried to test Jesus's lack of food by saying command
12   this stone, ... Now, remember it was a stone that David used
13   to destroy Goliath by having Faith in the GOD of Israel &
14   understanding that the battle was the LORD's. No wonder,
15   Satan said command this stone, that it be made bread. Satan,
16   was trying to get Jesus to trust the power of the stone, because,
17   David did kill Goliath with a stone & if Jesus would have listened
18
19   to his hunger (lack of food) then he would have went against
20   David & himself at the same time which would have made Satan
21   seem like GOD when in all actuality it would have been Jesus
22   playing with sorcery to cheat his journey of going to the cross
23   as a blameless sacrifice for man. I said, he would have
24   gone against David; as you can see. David's stone killed
25   their enemy. Also, Jesus would have gone against himself
26   as well because John 6:48 Jesus says : I AM THE BREAD of
27   LIFE. This means that Satan tried to cheat him out of
28   His position & discredit His GOD given authority. Jesus was

Insert ¶ #
Insert ¶ #
Insert ¶ #

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ___. confident in His Father's Word and that's how he defeated

*Insert ¶ #*

2   Satans' weapon of using lack in order to get Him (Jesus)

3   to compromise His True Power and Position. If Jesus wasn't

4   confident in His Father's Word then Satans' weapon of lack would

5   have cause Jesus to compromise His True Power & Position as

6   he would have settled for Satanic power & positions which would

7   have been idolatry (paganism). But the other issue that

8   would have caused would have been Jesus stepping on David's

9

10   ___. toes & completed work just to fulfill His selfish appetite.

*Insert ¶ #*

11   Finally, if He would have done that then that would have

12   been Jesus symbolically using religion (the Word) to try and

13   manipulate God as satan ran around prideful because of

14   him deceiving the SON of GOD (THANK GOD), JESUS didn't fall for the

15   scheme of Satan like Adam did; in fact between Adam/Eve

16   in the garden of Eden to Jesus fasting 40 days, you can

17   see, that the devil plays on abundance and lack to lure

18

19   ___. people away from Christ Jesus. Next Topic: COMPROMISE

*Insert ¶ #*

20

21   2 Kings 12: 9-13, 16   But Jehoiada the priest took a chest, and

22   bored a hole in the lid of it, and set it beside the altar, on

23   the right side, as one cometh into the house of the LORD: and

24   the priests that kept the door put therein all the money that

25   was brought into the house of the LORD. And it was so, when they

26   saw that there was much money in the chest, that the King's

27   scribe and the high priest came up, and they put up in bags,

28   and told the money that was found in the house of the LORD.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   Verse
    (14) And they gave the money, being told, into the hands of
    Insert ¶ #

2   them that did the work, that had the oversight of the house

3   of the LORD: and they laid it out to the carpenters and

4   builders, that wrought upon the house of the LORD, (15) And

5   to **Masons** (definition: (1) a builder and worker in stone, (2) a freemason), and

6   hewers (definition: a person who cuts wood, stone, or other materials)

7   of stone, and to buy timber and hewed stone to repair

8   the breaches of the house of the LORD, and for all that was

9

10  ___. laid out for the house to repair it. (15) Verse Howbeit there were

11  Insert ¶ #
    not made for the house of the LORD bowls of silver, snuffers

12  (definition: a cone-shaped implement for extinguishing candles. * Hebrew

13  definition: Snuffers = H4212 = mᵉzammᵉrah means: a tweezer, or H2168 = zāmar

14  means to trim (a vine); prune; compare H2168 = zāmar means: to touch the

15  strings or parts of a musical instrument; play upon it; to make music,

16  accompanied by the voice; hence to celebrate in song and music; give

17  praise, sing forth praises, psalms. Compare H5568 = cāmar meaning:

18

19

20  ___. to be erect (definition of erect is: to set up or establish, as an institution, to
    Insert ¶ #

21  raise something to a vertical position); i.e. bristle as hair; stand up, tremble;

22  and compare H6785 = tsemer meaning: to be shaggy; wool; wool(-len);

23  basins/basins (definition: (1) Anglican Church (2) a large or deep bowl that

24  you use for holding liquids, (3) a bay or harbor, (4) any partially enclosed

25  or sheltered area where vessels may be moored (definition: to cause to be

26  held in place; secure. (5) A member of a Muslim people of mixed Arab and

27  Berber descent living in NW Africa & a member of a group from this people

28  that invaded and occupied Spain in the 8th century A.D., that established a
    civilization in North Africa and Spain between the 8th & 15th century. A.d.).

pt.2:

Basons/Basins (Hebrew Definition: Basins=H4219= Mizrāq meaning a bowl (as if for sprinkling); basons; compare, H2236 = zâraq meaning to sprinkle; be here and there, scatter, strew), trumpets=H2689= châtsôtserâh meaning a trumpet (from its sundered or quavering note); compare H2690=châtsar meaning to surround with a stockade (definition: ① An enclosure or pen made with posts and stakes, ② an enclosure in which prisoners are kept), and thus seperate from the open country; or (2 Chronicles 5:12-

⑫. Also the Levites which were the singers, all of them of Asaph, of Heman, of Jeduthun, with their sons and their brethren, being arrayed in white linen, having cymbals and psalteries and harps, stood at the east end of the altar, and with them a hundred and twenty priests sounding with trumpets;), vessels=H3627 means armour bearer, artillery, psaltery, furniture, instrument, and Jewel (vessels= Keliy= H3627), of gold, or vessels of silver, of the money that was brought into the house of the LORD)(* The scripture in its entirety w/out definitions read as:

. 2 Kings 12:13 - Howbeit there were not made for the house of the LORD bowls of silver, snuffers, basins, trumpets, any vessels of gold, or vessels of silver, of the money that was brought into the house of the LORD). 2 Kings 12:16  The trespass money and sin money was not brought into the house of the LORD; it was the priests'

## #2 Compromising

What is the compromise when it comes to 2 Kings 12:9-13,16

1   Compared to Luke 4:1-15? which is When Satan
2   tested Jesus? The compromise is power versus obedience.
3   Lets start with ⒶSatan tempting Jesus with a stone (Roc), then
4   you've entered into a test of compromising Gods will for satan's
5   will. 2 Kings 12:9-13,16 is talking about The LORDS house, the
6   work it needs, and finances for the motion to build. So, verse ⒷB
7   12 acknowledges the MASONS (which is a builder in stone (Roc) and/or
8   a freemason). Right here, is where the compromise comes in

10   pertaining to this passage of scripture. The goal of the Masons in 2 Kings 12:12
11   is to rebuild the breaches in the LORDS House. But instead, humans
12   have stepped into the role of a Mason's title in order to breach
13   The LORD'S HOUSE instead of being a mason who is repairing
14   the breaches. The money that goes into the LORD's house
15   is to do the LORD's work but instead of ACTUALLY BUILDING
16   THE LORD'S HOUSE; it has been prostituted by those who misuse
17   the Word in order to obtain self gain while watching
18

19   everybody else struggle. Mason's built the image of a leader
20                                                                                  (Black)
21   serving the LORD, while denying the TRUE IMAGE of the
22   LORD, while misappropriating the funds that came in
23   from people who love the LORD; just to buy a false
24   illusion of what it looks like to be blessed by GOD.
25   However, they don't show the FULL TRUTH of their
26   walk with GOD on a TRANSPARENCY scale which reveals
27   THE GOOD, THE BAD, & THE INDIFFERENCE. MASON'S
28   have become GOD in their own mind, societies, etc

2 Timothy 3:1-5

*Insert ¶ #*

②This know also, that in the last days perilous times shall come.③For men shall be lovers of their own selves, covetous, boasters, proud, blasphemers, disobedient to parents, unthankful, unholy, ③Without natural affection, trucebreakers, false accusers, incontinent, fierce, despisers of those that are good ④Traitors, heady, highminded, lovers of pleasures more

than lovers of GOD; ⑤Having A FORM of

*Insert ¶ #*

Godliness, but denying the power thereof: from such turn away.

## Using Religion to Manipulate

## Example List

① • 1 Corinthians 15:53- For this corruptible must put on incorruption,

*Insert ¶ #*

and this mortal must put on immortality. • Romans 2:7- To them who by patient continuance in well doing seek for glory and honour and immorality, eternal life: (Manipulation is: reincarnation, canonize saints, etc)

② Isaiah 43:17- Which bringeth forth the chariot and horse, the army and the power; they shall lie down together, they shall not rise: they are extinct, they are quenched as tow ( Manipulation is: TOW TRUCKS, CARS, Etc.)

③ 1 Corinthians 15:21 - For since by man came death, by man came also the resurrection of death. • LUKE 9:60- Jesus said unto him, LET the DEAD bury their Dead: but go thou and preach the Kingdom of GOD (Manipulation: Roman Catholic Church has led the people to worshipping the dead Virgin Mary, the saints, Money, etc)

Civil Rights Complaint Pursuant to U.S.C. § 1983



④ 1 .2 Peter 2:3 "And through covetousness shall they with
*Insert ¶ #*
2 feigned words make merchandise of you: whose judgement
3 now of a long time lingereth not, and their damnation
4 slumbereth not. (Manipulation: Capitalism, Commerce, etc)
⑤ 5 Jeremiah 51:26 And they shall not take of thee a
6 stone for a corner, nor a stone for foundations; but
7 thou shalt be desolate forever, saith the LORD (Manipulation:
8 this was spoken to Babylon so the Roman Catholic Church
9
10 ___ .used others to create drugs and had people in America selling
*Insert ¶ #*
11 on corners as they kept manipulating other scriptures to blackmail
12 us into looking like Babylon for the last fight.)
⑥ 13 Joshua 8:16 - And all the people that were in AI
14 were called together to pursue after them: and they
15 pursued after Joshua, and were drawn away from the city
16 (Manipulation: AI is used to abbreviate Artificial Intelligence)
17 Genesis 4:10 And he said, What hast thou done? the voice
18
19 .of thy brother's blood crieth unto me from the ground
*Insert ¶ #*
20
21 Manipulation: Assigned killings to collect the energies, property,
22 inheritance, etc of the dead & gain at the expense of the
23 dead)
24
25
26
27
28

# R.I.C.O.

Racketeer Influenced and Corrupt Organizations

*Insert ¶ #*
Title 18-Crimes and Criminal Procedures
Part 1-Crimes  Chapter 96 - R.I.C.O

(A) It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt in which such person has participated as a principal within the meaning of section 2, title 18 USC, to use or invest, directly or

*Insert ¶ #* indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce. A purchase of securities on the open market for purposes of investment, and without the intention of controlling or participating in the control of the issuer, or of assisting another to do so, shall not be unlawful under this subsection if the

*Insert ¶ #* securities of the issuer held by the purchaser, the members of his immediate family, and his or their accomplices in any pattern or racketeering activity or the collection of an unlawful debt after such purchase do not amount, the aggregate to one percent of the outstanding securities of any one class, and do not confer, either in law or in fact, the power to elect one or more directors of the issuer.

(B) It shall be unlawful for any person through a pattern of racketeering activity or through collection of an unlawful

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   ____. debt to acquire or maintain, directly or indirectly,
*Insert ¶ #*
2   any interest in or control of any enterprise, which is
3   engaged in, or the activities of which affect, interstate,
4   or foreign commerce.
5   (C) It shall be unlawful for any person employed by
6   or associated with any enterprise engaged in, or the
7   activities of which affect, interstate or foreign commerce,
8   to conduct or participate, directly or indirectly, in the
9
10  ____. conduct of such enterprise's affairs through a pattern
*Insert ¶ #*
11  of racketeering activity or collection of unlawful debt.
12  (D) It shall be unlawful for any person to conspire to
13  violate any of the provisions of subsection (a), (b), or (c)
14  of this section.
15
16  **Welfare is R·I·C·O.**
17
18
19  Genesis 43:27 - And he asked them of their
*Insert ¶ #*
20
21  welfare', and said, Is your father well, the old man
22  of whom ye spake? Is he yet alive?
23  1 Chronicles 18:10 - He sent Hadoram his son to
24  King David, to inquire of his welfare, and to
25  congratulate him, because he had fought against
26  Hadarezer, and smitten him, (for Hadarezer had
27  war with Tou;) and with him all manner of vessels of
28  gold and silver and brass.

1   Nehemiah 2:10 - When Sanballat the Horonite,
2   Insert ¶#  and Tobiah the servant, the Ammonite, heard of
3   it, it grieved them exceedingly that there, was
4   come a man to seek the welfare of the children
5   of Israel.
6   Job 30:15 - Terrors are turned upon me: they
7   pursue my soul as the wind: and my welfare
8   passeth away as a cloud.
9
10   Psalm 69:22 - Let their table become a snare
11   Insert ¶#  before them: and that which should have
12   been for their welfare, let it become a trap.
13   Jeremiah 38:4 - Therefore the princes
14   unto the king, We beseech thee, let this man
15   be put to death: for thus he weakeneth the
16   hands of the men of War that remain in this
17   city, and the hands of all the people, in speaking
18
19   such words unto them: for this man seeketh not
20   Insert ¶#  the welfare of this people, but the hurt.
21
22   Welfare is Rico because
23
24
25   they perverted it's true origin.
26
27   "Welfare means Prosperity"
28   and people have systematically
    stolen it.

Civil Rights Complaint Pursuant to U.S.C. § 1983

LEAP YEAR 2024

Revelation 16:13-16 (13) And I saw three unclean
_Insert ¶ #_ spirits like frogs come out of the mouth of the dragon,
and out of the mouth of the beast, and out of the mouth
of the false prophet. (14) For they are the spirits of devils,
working miracles, which go forth unto the kings of the
earth and of the whole world, to gather them to
the battle of that great day of God Almighty.
(15) Behold, I come as a thief. Blessed is he that watcheth,

___ . and keepeth his garments, lest he walk naked, and
_Insert ¶ #_ they see his shame. (16) And he gathered them together
into a place called in the Hebrew tongue Armageddon.

HOMELESS

Matthew 8:18-22 (18) Now when Jesus saw great multitudes
_Insert ¶ #_ about him, he gave commandment to depart unto the
other side. (19) And a certain scribe came and said unto
him, Master, I will follow thee whithersoever thou goest.
(20) And Jesus saith unto him, The foxes have holes; and
the birds of the air have nest; but the Son of Man
hath not where to lay his head. (21) And another
of his disciples saith unto him, Lord, suffer me first to
go and bury my father. (22) But Jesus said unto him,
Follow me, and let the dead bury their dead.

Page Number

**The government is upon His Shoulders**

**Claim #(   )**

*(insert Claim#)*

1
2

3      Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

4

5      *(List any other legal claim you have that is related to your civil rights claim.)*

. All rights have been violated according to the US Constitution for
6      humanity. It was said to be founded on the WORD of GOD by the forefathers of
7      America as it's supposed to align with the Declaration of Independence. All
8      the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with
9      the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD
10     the people, etc have been violated and downplayed

*Insert ¶ #*

11     . Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

12

13     All Defendants have played a part in the charades
14     of witchcraft. Some partook willingly and others unwillingly
15     partook behind another parties policies, influence, etc.

16     *(You may list facts supporting your claim. Be specific about how each Defendant
       violated the rights giving rise to this claim.)*

17     . Isaiah 9:6-7 ⑦ For unto us a child is born, unto us a son is
*Insert ¶ #*
18     given; and the government shall be upon His shoulder and his name shall be
19     called Wonderful, Counselor, The mighty GOD, the everlasting father, the Prince of
20     Peace. ⑦ Of the increase of his government and peace there shall be no end,
21     upon the Throne of David and upon his Kingdom, to order it, and to
22     establish it with judgement and with justice from henceforth even for ever.
23     The Zeal of the LORD of hosts will perform this.

24     . As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:
25

26     The government decided to go against God, work with the enemy,
27     place barriers in front of Gods chosen, attempt to block the Lamb
28     and his brides marriage by trying to swap us out with the goats because it
       keeps them in power as they pretend to be GOD while using the laws of
       man that has excommunicated Page Number me from my own & everybody
       else's support.   Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Hirelings

**Claim #(   )**

*(insert Claim#)*

___.     Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* ___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed

___.     Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* ___. John 10:7 Then saith Jesus unto them again, Verily, verily, I say unto, I am the door of the sheep. John 10:8 All that ever came before me are thieves and robbers: but the sheep did not hear them. John 10:9 I am the door: by me if any man enter in, he shall be saved, and shall go in and out, and find pasture. John 10:12 But he that is an hireling, and not the shepherd, whose own the sheep are not, seeth the wolf coming, and leaveth the sheep and fleeth: and the wolf catcheth them, and scattereth the sheep. John 10:13 The hireling fleeth because he is a hireling, and careth not for the sheep

___.     As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The defendants consume much time, energy, and resources all for self gain without caring for who has helped them get to where their at; they have made me and other people work to prove ourselves only to realize we wouldn't measure up then they label us while we get caught in a system that is strategically designed to gain off of us while destroying us. They are hired to play their part at the expense of the people. In fact, they are hired to set up the people, pretend to help the people but instead they tried sacrificing us. Then, they flee by hiding behind the policies, & the power of the pen.

# The Shadow Hand

# Part 1

__Claim #(   )__

*(insert Claim#)*

___.  Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

*(List any other legal claim you have that is related to your civil rights claim.)*

Insert ¶ #   All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and down played.

___.  Plaintiff alleges the above claim against the following Defendant(s):

Insert ¶ #   All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Insert ¶ #   . Matthew 22:15,17-21 (15) Then went the pharisees, and took counsel how they might entangle him in his talk. (17) Tell us therefore, What thinkest thou, Is it lawful to give tribute unto Caesar or not. (18) But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites? (19) Shew me the tribute money. And they brought unto him a penny. (20) And he saith unto them, Whose is this image and superscription? (21) They say unto him Caesar's. Then saith he unto them, Render therefore unto Caesar the things which are Caesar's; and unto God the things that are God's.

___.  As a result of the Defendant's violation of the rights giving rise to this

Insert ¶ #  claim, Plaintiff was harmed in the following way:

Jesus said, Why tempt ye me, ye hypocrites? He knew what they would do before he gave them their answer. Due to him asking whose image and superscription it was let them know who to pay that's why he said render to Caesar what's his & to God what is God's. So using this same concept is how the world has scattered Africa, enslaved the blacks, stolen the Church especially after locking up Paul ___Page Number___ in Rome the Word was stolen which is the essence of   Civil Rights Complaint Pursuant to U.S.C. § 1983   the blacks.

To be continued...

Next Page

# The Shadow Hand
## Part 2          Matthew 22:15-22

*Insert ¶ #*
Matthew 22:18 - But Jesus perceived their wickedness, and said, Why tempt ye me, ye hypocrites?

The pharisees tested Jesus character however Jesus was walking in his truth. They used a power move by asking who do they pay tribute to? So Jesus asked for their coin, then he asked whose image & superscription

*Insert ¶ #*
___ was on it? They said Caesar's so Jesus said give Caesar what is rightfully his & Give God what is Gods. Right there, is where the hypocrisy showed its snake eyes. Jesus knew who He is so He don't compete or compare but the pharisees did because they didn't know their true identity. Their identity was defined by man made illusions/images. So, this is how they have pretended to be Jesus

*Insert ¶ #*
___ however they didn't have the likeness of God so when they locked up Paul during his fourth crusade to Rome, that's where they received the answer key which is the word of God and they imitated the Word in front of the world as they plotted to become that Christ. They understood that whoever governs the Word of God governs the people of the world. So, they took the WORD, twisted it in a manner where they would

---

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Shadow Hand Part 2 continued

1  ___. look like Angels of light especially because
*Insert ¶ #*
2  they got the keys before everybody had access
3  to it. Then, they went to work on building
4  their replication of the church using different
5  languages because it then gives different
6  people different views of the truth (that's called
7  CONVOLUTION - a tortuous irregularity or elevation caused
8  by the infolding of a structure upon itself). In order

9

10  ___. to turn someone against themselves they
*Insert ¶ #*
11  had to altar the mental state of the individuals
12  (by befriending or by aggression), then the afflict pain on
13  individuals (using others), that's when they play super hero
14  (subtle way to change beliefs). They used divide and conquer within
15  different tribes and languages. For the blacks they used
16  Allah to compete with Jesus however if
17  you read the Bible in English w/ strongs concordance

18

19  ___. you will find both Jesus & Allah; Genesis 4:14
*Insert ¶ #*
20
21  'âlâh = H5927 Shadowing is the word from (in english). Basically
22  Allah is a hebrew word not a name. Alah (H5927) shadows
23  the word from and has multiple meanings like: ascend,
24  cut off, depart, fall, lift (self) up (which is Idolatry) (make) up
25  set (up), etc. Just like they say Jesus is Joshua in Hebrew
26  well this is what Alah means in english from the hebrew
27  language. That's basically CONVOLUTION right here.
28  Tried turning Jesus against himself with dividing
    the language versus His nature.

---
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# The Shadow Hand
## Part 3  Matthew 22:15-22

1

*Insert ¶ #*

2 Matthew 22:18 - But Jesus perceived their wickedness,
3 and said, Why tempt ye me, ye hypocrites?
4 The hypocrisy of those pharisees was the
5 motive of why they asked Jesus the question.
6 But because Jesus knew their heart that's
7 why he called them hypocrites. Their whole
8 foundation was built on a lie, so many decided
9

10 ___. to not face their truth. Let's prove the hypocrisy
*Insert ¶ #*
11 is real. Jesus asked whose image and superscription
12 was on the coin and they said Caesars' so
13 instead of Jesus becoming insecure, he gave them
14 the answer Rend to Caesar what is Caesars and
15 give to God what is GODS. Psalm 24:1 - The earth is
16 the LORDS, and the fullness thereof; the world, and
17 they that dwell therein. So the robbery has been
18

19 ___. done using basic strategy which is using
20 the image and the print to allow you to see my
*Insert ¶ #*
21 ideas, watch me but don't help as people
22 perceive me, other then who I am. This strategy
23 lets a person brainstorm, build, but your not
24 free and they can come to take your stuff
25 by easily put their seal on it as you can se
26 Example: Dr Martin Luther King is now a Hospital
27 Rosa Parks is now a train stop for everybody
28 else to make it today at the expense of what
Rosa Parks did yesterday!

Civil Rights Complaint Pursuant to U.S.C. § 1983

A COMPLEX Litigation
of a mocker.

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite any legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

Insert ¶ # Vagabond — A person who wanders from place to place. Without a home or job. Fugitive — A person who has escaped from a place or is in hiding, especially to avoid arrest or persecution. ✗✗✗ Luke 9:56-58 (56) For the Son of man is not come to destroy men's lives, but to save them. And they went to another village. (57) And it came to pass, that, as they went in the way, a certain man said

Insert ¶ # . unto him, Lord, I will follow thee whithersoever thou thou goest. (58) And Jesus said unto him, Foxes have holes, and birds of the air have nests; but the Son of man hath not where to lay his head. ✗✗✗ Genesis 4:11-13,17 (11) And now art thou cursed from the earth, which hath opened her mouth to receive thy brother's blood from thy hand; (12) When thou tillest the ground, it shall not henceforth yield

Insert ¶ # . unto thee her strength; a fugitive And a vagabond shalt thou be in the earth. (13) And Cain said unto the LORD, My punishment is greater than I can bear. (17) And Cain knew his wife; and she conceived, and bare Enoch: and he builded a city, and called the name of the city, after the name of his son, Enoch. ✗✗✗ John 15:18-19 (18) If the world hate you, ye know that it hated me before it hated you." (19) If ye were of the world, the world would love his own: but

Civil Rights Complaint Pursuant to U.S.C. § 1983

. because ye are not of the world, but I have
chosen you out of the world, therefore the
world hateth you." ✗✗✗ Ephesians 6:12- For we
wrestle not against flesh and blood, but against
principalities, against powers, against the rulers of
the darkness of this world, against spiritual wickedness
in high places. LET'S GET REAL ABOUT
THE OPPRESSOR causing homelessness

*Insert ¶ #* versus THE VAGABOND who is a FUGITIVE
being homeless because they're hiding.
A HOME is my life's journey as I lay down
a solid foundation. Since I was a child, I
have moved from place to place and didn't
understand why stability was hard to
obtain in my life. Only to realize that I

*Insert ¶ #* . was being conditioned to grow up and
display a vagabond to the outside world. Now,
I realize it was the oppressor utilizing
their resources to make sure that I stayed
unstable. They used ALL types of white collar,
influential peddling, etc. to make sure that I
would be so tired of wandering to the point
that I would compromise my beliefs on FAITH
in order to receive help from them. That's

1  ___ . manipulation in a subtle fashion because
2  *Insert ¶ #*  the person doesn't know that this was a
3  premeditated scheme. When I was younger my
4  grandmother bought houses but then lost them
5  so it didn't make any sense to me and I wanted
6  to know what really happened that caused her to
7  lose every house. That's when I knew I wanted
8  to sell houses (do real estate). Unfortunately, pursuing
9
10  ___ . real estate didn't happen until I got older (age 28)
11  *Insert ¶ #*  however, I had been wandering the streets since 13 years
12  old. Now, in between age 13 and 28 I looked for
13  stability but there was always a problem that either
14  blocked my progress, sabotaged my progress, and/or short
15  stopped my progress; so I found myself constantly leaning
16  on other people and the government as if I wasn't
17  capable of standing on my own two feet (because of drugs
18
19  ___ . which is their favorite excuse for covering up their scandals).
20  *Insert ¶ #*
21  See, I was constantly ostracized about getting my life
22  together, when the whole time they were tearing down
23  any and everything I was establishing. It took
24  this last attack for me to put the pieces together especially
25  because I was in school for real estate with
26  A's & B's and I was almost finished with my
27  classes so I could take the test in order to
28  get my license. Well, before I could get there.

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  . I got smacked at my 1ST own apartment
Insert ¶ #
2  in 2018. But what makes everything so strange, about
3  the situation is multiple scenarios that just didn't make
4  any logical sense, whatsoever. Lets say I moved to LA
5  where I never lived before, an LAPD makes a sexual comment
6  towards my daughter in front of me leaving us feeling
7  uneasy about the new neighborhood however we had just
8  come from a shelter so I was grateful and left the

9

10  . cop situation alone to keep my peace. But it wasn't
Insert ¶ #
11  enough because I was set up a few months later and
12  my kids were snatched from my care (on Halloween)
13  which was two days before I was to open my R.A.M.
14  (Rising Above Measure) classes. Now, mind you that Cain
15  had a son named Enoch and then he named the city
16  he built after his son. Right, here lets me know that
17  humans can produce a human birth and a materialistic

18

19  . birth as well. Which means that our seeds of
Insert ¶ #
20  production manifest beyond what the natural mind
21  of mankind can come to grasp. So, when they set
22  me up they went after my name by using people
23  to slander, lie, etc. that was all a part of the
24  game of how they were going to attempt to
25  swap destiny's with me. First children, then
26  that hindered my ability to open the company
27  so that I could teach the people I had enrolled
28  in my company R.A.M. Also I didn't know I was in GOAT
territory nor did I know Page Number that my know how made
me an enemy. Civil Rights Complaint Pursuant to U.S.C. § 1983

4

1  ____. Mind you when this first occurred in 2018; I didn't
Insert ¶ #
2  know what was really going on, what I did wrong,
3  nor who was behind this Madness (besides Satan). I
4  was lost with no direction nor guidance other than
5  what children services told me to do & that still didn't
6  make sense nor add up. However, I was complying with
7  them behind lies; then on top of that the employees
8  kept trying to paint a bad picture of me to the public
9

10  ____. eye while also having Child Abuse on my record
Insert ¶ #
11  without me being convicted. What does that have to
12  do with housing? A lot because it was housing
13  that they offered me in the beginning that put me
14  on the radar which gave them the ability to track
15  Me & My family. So, first I lived on Ocean & Redondo
16  where we walked out to the beach in 2017 as I worked
17  for American Cancer Society on Ocean & Magnolia.
18

19  ____. Out of nowhere I get fired when my lease
Insert ¶ #
20  was up which pushed to be homeless w/ my daughters.
21  Finally, 2018 I thought I made it to stability
22  for once in my lifetime, only to be dragged through
23  the system as everybody profitted off of me.
24  Now, let me add vehicles to this situation as
25  well because I dealt both issues at the same
26  times. 2017 was a hell of a year for me, because
27  I was teaching my company at Leuders Park in
28

1 ___ Compton, had just released two singles as I was
2 how to do music, I had published my 1ˢᵗ book
3 J.E.S.U.S (Joining Every Soul Unto Salvation) bought
4 a BMW, and in 2017 my BMW was hit coming
5 out my aunts house. That accident knocked out
6 my arm so I couldn't do my classes. Then about
7 1½ month ___ partner gets me Camry to go
8 back and forth to work in and three blays
9
10 ___ before Christmas I'm driving to where I was
11 residing and a car hits me, in the same spot
12 that the BMW was hit which knocked out
13 my legs so I couldn't help with my dance classes.
14 So, basically, in 2017 is when they used cars
15 to stop my progression in my business. Moving
16 backwood, 2018 they used housing to attack
17 me, my children, my education, my ministry, my
18
19 ___ books), my music, my relationship, etc.
20 All because I wanted to teach people how
21 to properly use their gifts for Gods purposes.
22 Never did I imagine that by doing so I
23 would literally have to face many Goliaths
24 in order for me to do the will of God. But
25 whats so cold about the overall picture is
26 how the whole world ganged up on me, tried
27 to make me seem crazy, and got a thrill
28

Insert ¶ #
Insert ¶ #
Insert ¶ #

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1  ___. out of watching me suffer. Then, top that off
   Insert ¶ #                                    Imma

2  by saying that 2018 really crushed me, 2019

3  almost paralyzed me; when they had their

4  people target my house, & there was a situation

5  that left me open so I got ran into my

6  garage, which messed up my legs (again) as

7  I got put into jail for defending myself

8  and the criminals got to write a statement

9

10  ___. and leave. That's when my partner bailed
    Insert ¶ #

11  me out, took me to get my belongings, and

12  I fled into the streets, especially since I

13  didn't have anybody about that lifestyle to

14  help nor anybody to help me that were

15  in power positions! Well, due to me having to

16  go through strangers in order to gain little tokens

17  of knowledge, I was forced to study all around

18

19  ___. the board which caused me to be able to go back
    Insert ¶ #

20  in time in order to realize what was really going on.

21  

22  So, now that I have gotten stronger in my understanding

23  it allowed me to grasp the bigger picture of why the

24  enemy targeted every area of my life. For instance,

25  vehicles symbolizes Pharaoh & chariot; housing symbolizes Satan

trapping 26  the Bride (church); music symbolizes God taking back the essence

of  27  his worship; dance symbolizes the Body of Christ realigning with

28  their purpose, the children symbolizes the innocence of Adam &

Eve before eating the tree then as they grew up we seen the

cause & effect of Adam and  Page Number  Eves fall. However, Now we are at

a point where  Civil Rights Complaint Pursuant to U.S.C. § 1983  God is fulfilling His word

to Eve from thousands of years ago, destroying the works of the enemy,

and presenting A Healing like never before (that is needed Now).

**Claim #(  )**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

(List any other legal claim you have that is related to your civil rights claim.)
*Insert ¶ #*

All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and down played

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)
*Insert ¶ #*

2 Kings 12:9-13, 16

(See "Handout on Topic Compromise")

2 Kings 12:13 - Howbeit there were not made for the house of the LORD bowls of silver, snuffers, basins, trumpets, any vessels of gold, or vessels of silver, of the money that was brought into the house of the LORD. 2 Kings 12:16 - The trespass money and sin money was not brought into the house of the LORD: it was the priests.

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

They intentionally used what they said not to use for the LORDE house, in order to rob the inheritance by perverting the music & using artificial instruments inside the temple instead of our worship being authentic. since we claim to be the children of God. They harloted the people because the sinful money **Page Number** goes to the priest so they used me & put sin in me to blackmail me while they're getting rich off of me.

## Claim #(   )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* ___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real God, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* ___. Luke 4:6-8 And the devil said unto him, All this power will I give thee, and the glory of them: for that is delivered unto me; and to whomsoever I will I give it. ⑦ If thou therefore wilt worship me, all shall be thine. ⑧ And Jesus answered and said unto him, Get thee behind me, satan: for it is written, Thou shalt Worship the LORD thy GOD, and HIM only shalt thou serve.

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

These individuals bought the enemies lies which left me terrorized, abused, fighting for my life while being innocent so that others could ___ do me any kind of way because they were compromising and tried to force me to be who I wasn't

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1

## Claim #(   )

2

*(insert Claim#)*

3    ___.  Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

4

*(List any other legal claim you have that is related to your civil rights claim.)*

5

___.  All rights have been violated according to the US Constitution for

6    *Insert ¶ #*

humanity. It was said to be founded on the WORD OF GOD by the forefathers of

7    America as it's supposed to align with the Declaration of Independence. All

8    the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with

9    the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD

10    the people, etc. have been violated and downplayed

11    ___.  Plaintiff alleges the above claim against the following Defendant(s):

12    *Insert ¶ #*

All Defendants have played a part in the charades

13    of witchcraft. Some partook willingly and others unwillingly

14    partook behind another parties policies, influence, etc.

15

16    *(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

17    ___.  Luke 4:9 And he brought him to Jerusalem, and set him on a

18    *Insert ¶ #*

pinnacle of the temple, and said unto him If thou be the Son of

19    God, cast thyself down from hence.

20    Luke 4:12 - And Jesus answering said unto him, It is said,

21    THOU SHALT NOT TEMPT THE LORD thy GOD

22

23

24    ___.  As a result of the Defendant's violation of the rights giving rise to this

25    *Insert ¶ #*  claim, Plaintiff was harmed in the following way:

26    Everybody has played on the warfare of the Lamb &

27    His BRIDE by using his word to rebrand their own identity

28    while not giving God his glory & using sorcery to try

and keep the chosen ones divided amongst each other

while having the world blaspheme Jesus Christ

of Nazareth.

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Claim #(   )**

*(insert Claim#)*

____.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed

*Insert ¶ #*

____.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

____. Luke 4:3-4 ③ And the devil said unto him, If thou be the Son of God, command this stone that it be made bread. ④ And Jesus answered him, saying, It is written, that man shall not live by Bread alone, but by every WORD of GOD.

*Insert ¶ #*

____.   As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ # claim*

Defendants built empires off of this word which has perverted the essence of my beliefs & Identity that's being spiritually prostituted by the elite as they manipulate the Word to build themselves up.
Example: The word stone= roc + The word Bread= money or The word Mason= secret society + the Word Bread(meaning Jesus)= money

Selling Drugs    The Masons using Jesus identity to steal the inheritance

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(____)

*(insert Claim#)*

____.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

____.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

_____. Leviticus 16:22 And the goat shall bear upon him all their iniquities

*Insert ¶ #*

unto a land not inhabited: he shall let go the goat in the wilderness.

Leviticus 16:26 And he that let go of the goat for the scapegoat shall

was his clothes, and bathe his flesh in water, and afterward come into the

camp. Leviticus 16:27 And the bullock for the sin offering, and the goat

the sin offering, whose blood was brought in to make atonement in the

holy place, shall one carry forth without the camp........( to be continued)

____.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Jesus died as the ultimate sacrifice however the wicked are still using

these kind of sacrifices to try and cleanse their sin. Also, they're using the

humans for the sacrifices instead of the goats bcuz their the serpent seed

_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(   )

*(insert Claim#)*

____.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

____.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

_____. Leviticus 19:28 Ye shall not make any cuttings in your flesh for the

*Insert ¶ #*

dead, nor print any marks upon you: I am the Lord. Leviticus 19:29 Do not

prostitute thy daughter, cause her to be a whore; lest the land fall to whore

-dom, and the land become full of wickedness .

_____

_____

_____

____.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

All things that is instructed for us not to do the wicked have used as a

way 2 cause us to sin against God. Not having the right GOD in His Right

PLACE is the world PROSTITUTING ME SPIRITUALLY & SYSTEMATICALLY

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. Leviticus 18:3 After the doings of the land of Egypt, wherein ye

*Insert ¶ #*

dwelt, shall ye not do: and after the doings of the land of Canaan, whither

I bring you, shall ye not do: neither shall ye walk in their ordinances.

Leviticus 18:22 Thou shalt not lie with mankind, as with womankind: it is

abomination. Leviticus 19:4 Turn ye not unto idols, nor make to your-

selves molten gods: I am the LORD your God. Leviticus 19:11 Ye shall not

steal, neither deal falsely, neither lie one to another.

___.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The Roman Catholic Church has led the people into following the doings

of Canaan by rebuilding the Roman Empire as they goverened the Church.

Their seeds have stolen, infiltrated, and replicated us while killing us too.

## Claim #(___)

*(insert Claim#)*

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant*
*violated the rights giving rise to this claim.)*

_____. Leviticus 19:10 And thou shalt not glean thy vineyard, neither shalt

*Insert ¶ #*

thou gather every grape of thy vineyard; thou shalt leave them for the

poor and stranger: I am the LORD your God. Leviticus 19:13 Thou shalt not

defraud thy neighbor, neither rob him: the wages of him that is hired shall

not abide with thee all night until the morning. Leviticus 19:16 Thou

shalt not go up and down as a talebearer among thy people: neither shalt

thou stand against the blood of thy neighbor: I am the LORD.

___.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I have had to get help from the government, hustle in the streets, work &

wait to get paid just so I could take care of my basic needs however that

is slavery and a violation to my BIRTHRIGHTS given to me by The Creator.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(___)

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. All rights have been violated according to the Constitution of man

*Insert ¶ #*

that was said to be founded on the WORD OF GOD by the forefathers of

America as it's supposed to align with the Declaration of Independence.

ALL RIGHTS THAT WERE GIVEN BY GOD to the BLACKS which were: To

FELLOWSHIP WITH THE REAL GOD, Till and Keep the land, be fruitful and

multiply, and to LEAD the people, etc have been violated & downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charades of witchcraft

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

_____. Acts 5:33 When they heard that, they were cut to the heart, and

*Insert ¶ #*

took counsel to slay them. Acts 5:34 Then stood there up one in the

council, a Pharisee, named Gamaliel, a doctor of the law, had in reputation

among all the people, and commanded to put the apostles forth a little

space; Acts 5:35 And said unto them, Ye men of Israel, take heed to

yourselves what ye intend to do as touching these men

_____

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

**The meaning of Doctor isn't what the medical profession claims it to be as we here**

**the true meaning of doctor belongs to the Man or Woman of God that's healing the**

**people and its right here that the World stole and Perverted GOD'S ESSENCE**

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Claim #(___)**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*  ___. All rights have been violated according to the US Constitution. It was said to be founded on the Word of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were: To Fellowship with the REAL GOD, Till and keep the land, be fruitful and multiply, and to lead the people, etc. have been violated & downplayed.

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*  All defendants have played a part in the charades of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*  Judges 16:1 Then went Samson to Gaza, and saw there a harlot, and went in unto her. Judges 16:4 And it came to pass afterward, that he loved a woman in the valley of Sorek, whose name was Delilah. Judges 16:5 And the lords of the Philistines came up unto her, and said unto her, Entice him, and see wherein his great strength lieth, and by what means we may prevail against him, that we may bind him to afflict him: and we will give thee every one of us eleven hundred pieces of silver. Judges 16:15 And she said unto him, How canst thou say, I love thee, when thine heart is not with me? thou hast mocked me these three times, and hast not told me wherein thy great strength lieth.

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #*  claim, Plaintiff was harmed in the following way:  (Ethel Waters)

I have been ostracized because I won't allow them to use He as a weapon of seduction to obtain whatever it is they want. Also they have used these type of women to bear false witness against me, steal from me the inheritance, force me to pay their penalty of losing all, humiliate me, etc. So that they can strip the black men of their (GOD) ~~Page Number~~ given right to overtake the kingdom by keeping them ~~Civil Rights Complaint Pursuant to U.S.C. § 1983~~ complacent with the image but still under somebody else's control (illusion) I AM not A HIRELING & IT'S TIME I GET JUSTICE & PEOPLE STOP PRETENDING TO BF ME!

* King

**Claim #(   )**

*(insert Claim#)*

Insert ¶ #

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

Insert ¶ #

___. All rights have been violated according to the US Constitution for humanity. It is said to be Founded on the WORD of GOD by the forefathers of America as its suppose to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated & downplayed

Insert ¶ #

___. Plaintiff alleges the above claim against the following Defendant(s):

All defendants have played a part in the charade of witchcraft.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Insert ¶ #

___. 1 Samuel 28:6-8 And when Saul enquired of the LORD, the LORD answered him not, neither by dreams, nor by Urim, nor by the prophets. Then said Saul unto his servants, Seek me a woman that hath a familiar spirit, that I may go to her, and enquire of her. And his servants said to him, Behold, there is a woman that hath a familiar spirit at Endor. And Saul disguised himself, and put on other raiment, and he went and two men with him, and they came to the woman by night and he said, I pray thee, divine unto me by the familiar spirit, and bring him up, whom I shall name unto thee. 1 Samuel 28:10- And Saul sware to her by the LORD, saying, As the LORD liveth, there shall no punishment happen to thee for this thing (Endor was a Canaanite City) The Church being in Rome is sorcery)

Insert ¶ #

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

Due to the fact that people felt like GOD wasn't moving fast enough, they sought out the witches to help them see or that they could know how to Navigate. However, Jezebel has led them into a man hunt against GOD and his chosen. That has cost the entire world to go astray and then because I am prophetic (mouth of God) they try to make it seem like I am living a lie and the witches, Sorcerers, and the Elite, are have been working hard to re-verse the roles. Also, even though they know its witchcraft involved they still been fighting to keep from me receiving the True justice that is owed to me. I'm not into sorcery & I will like it you'd stop putting my

**Claim #(___)**

*(insert Claim#)*

____.  Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*

All rights have been violated according to the US Constitution for humanity. It is said to be founded on the WORD of GOD by the forefathers of America as its supposed to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated & downplayed

____.  Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have played a part in the charade of witchcraft.

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*

____  Proverbs 5:19.   For the goodman is not at home, he is gone on long journey. (19) He hath taken a bag of money with him, and will come home at the day appointed. (20) With her much fair speech she caused him to yield, with the flattering of her lips she forced him. (21) He goeth after her straightway, as an ox goeth to the slaughter, or as a fool to the correction of the stocks; (22) Till a dart strike through his liver; as a bird hasteth to the snare, and knoweth not that it is for his life. (23) Hearken unto me now therefore, O ye children, and attend to the words of my mouth. (24) Let not thine heart decline to her ways, go not astray in her paths. (25) For she hath cast down many wounded: yea, many strong men have been slain by her. (26) Her house is the way to hell, going down to the chambers of death.

____.  As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Defendants have hurt me by worshipping the mother of the dead, then pretending like I am her by keeping me in the streets, stopping All my money (trying 2 make me Thirsty use for money), & then because that isn't working they keep my money dry which keeps me from buying food, which then kicks up the addiction of Meth to supress hunger, and then they claim I just want to be in the streets and smoke dope. They do that also to try to force me to go get help from the system so they can keep trafficking me. SEE, My whole situation is another parties projected illusion placed upon me because they cut all MY ACCESS to Everything

## Claim #(      )

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim )*

____. All rights have been violated according to the US Constitution
*Insert ¶ #*
for humanity. It is said to be founded on the WORD of GOD by the forefathers of
America as its supposed to align with the Declaration of Independence.
All the Rights that were given by GOD to the Blacks which were: To fellowship
with the REAL GOD, Till and KEEP the Land, be fruitful and multiply, and
to LEAD the people, etc. have been violated & downplayed

____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants have played a part in the charade of witchcraft

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim )*

____. Proverbs 6:16-19 (16) These six things doth the LORD hate: yea, seven
*Insert ¶ #*
are an abomination unto him: (17) A proud look, a lying tongue, and hands that
shed innocent blood, (18) An heart that deviseth wicked imaginations,
feet that be swift in running to mischief, (19) A false witness
that speaketh lies, and he that soweth discord among brethren.

_____

____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The root of the system is built off of these Six things which only breed people
to be as such however due to their ability to hide behind their title or their
positions they don't pay for their War crimes against humanity.
Whether it be physically, audibly or using documentation. Every day,
they shed innocent blood, look down on people with their pride, encourage
false witnesses, form slander campaigns, and sow
discord among people. All 7 of these things they personally did,
partook in the plot against or had others do to me.

1                              **Claim #( )**

2                              *(insert Claim#)*

3   \_\_\_ .  Plaintiff realleges and incorporates by reference all of the paragraphs above.

4   *Insert ¶ #*

5              *(List any other legal claim you have that is related to your civil rights claim.)*

6   \_\_\_ . All rights have been violated according to the US Constitution for
*Insert ¶ #*
humanity. It is said to be founded on the WORD of GOD by the forefathers of

7   America as its supposed to align with the Declaration of Independence.

8   All the Rights that were given by GOD to the Blacks which were: To

9   FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and

10  multiply, and to LEAD the people, etc. have been violated & downplayed

11  \_\_\_ .  Plaintiff alleges the above claim against the following Defendant(s):

12  *Insert ¶ #*

13  All defendants have played a part in the charade of witchcraft.

14

15

16           *(You may list facts supporting your claim. Be specific about how each Defendant*
                     *violated the rights giving rise to this claim.)*

17  Judges 19: 22 Now as they were making their heart merry, behold, the men of the city,
*Insert ¶ #*

18

19  certain sons of Belial, beset the house round about, and beat at the door, and spoke to the

20  master of the house, the old man, saying, Bring forth the man that came into thine house,

21  that we may know him. And the man, the master of the house, went out unto them, and said unto them, Nay,

22  my brethren, nay I pray you, do not so wickedly; seeing that this man is come into mine house, do not this folly.

23  Behold, here is my daughter and concubine; them I will bring out now, and humble ye them, and do with them

24  what seemeth good unto you: but unto this man do no such vile thing. (verse 25 paraphrased: the sons of Belial rape

25  the concubine all night until the morning, let her go, and she died).

    \_\_\_ .  As a result of the Defendant's violation of the rights giving rise to this

26  *Insert ¶ #* claim, Plaintiff was harmed in the following way:

27  They have harmed me by preventing my essence, using the system (especially children foster service)

28  as an organization that prostitutes the people as sacrifices in order to cover their own asses

    for the debts that they have racked up. So these corrupt Elites used me than tried to sacrifice

    me while obtaining my daughters, covering up rape & sexual assault that happened to

    them since they been in the System because the whole entire system is perversion &

    its a system that is governed by the SONS OF BELIAL. Sons of Belial are scoundrels that

    commit various acts of wickedness such as: drunkenness Sam 1:14, hostility Sam 25:25, ABUSE OF POWER-1 Sam

    idolatry=Deut 13:13, Rebellion 1 Sam 10:27, 2 Sam 16:7, lying & perverse speech=Prov 6:12, 19:28

    and sexual perversion. You have authorized murderers, pedophiles, thieves to govern & be the

## Claim #(    )

*(insert Claim#)*

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*
*Insert ¶ #*

All rights have been violated according to the US Constitution for humanity. It is said to be Founded on the WORD of GOD by the forefathers of America as its supposed to align with the Declaration of Independence. All the Rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the REAL GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated & downplayed

_____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants have played a part in the charade of witchcraft.

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____. Revelation 17:5 And upon her forehead was a name written, MYSTERY, BABYLON THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH. Revelation 17:13 These have one mind, and shall give their power and strength unto the beast. Revelation 17:14 These shall make war with the LAMB, and the LAMB shall overcome them: for he is Lord of lords and King of kings: and they that are with him are called, and chosen, and faithful. Revelation 17:15 And he saith unto me, The waters which thou sawest, where the Whore sitteth, are peoples, and multitudes, and nations, and tongues.

_____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

BABYLON is infiltrating the Bride of Christ (ME) to confuse humanity (running from judgement) (v13) Their one mind is: Gangstalking, Stealing, blackmail, blasphemy, murder, etc (the 1 mind with beast is TECHNOLOGY, A.I, BARBIE, CRYPTO, MONEY, COMMUNISM, CRUCIFY CHRIST the LAMB, RELIGION, BUDD HINDU, MUSLIM, SATANISM etc. because it all sums up to (v14) These shall make war with the Lamb.. Babylon is NOT in USA they built America to reflect BABYLON to run from judgement ROME (ITALY) LATIN AMERICA is sitting on the waters of people, etc with her sorcery as she infiltrates to be me they even have Little Jerusalem in Italy STOP IT PLEASE NOT M...

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

____.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

____. All legal claims that fall under the Con-
*Insert ¶ #*
stitution, International laws, and the laws that
are governed under other nations for their people
were violated in my life.

____.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have partaking in the charades of
Witchcraft in one way or another.

*(You may list facts supporting your claim. Be specific about how each Defendant
violated the rights giving rise to this claim.)*

____. •Defendants were manipulated to do things based
*Insert ¶ #*
upon influential peddling based upon their jobs/careers.
•Defendants were manipulated by the Elites to mob, harass,
stalk, torment, spy, lie, etc to cover up the TRUTH.
I King 21:1-29 Tells the story about King Ahab & Queen Jezebel! Ahab wanted
Naboth's inheritance so his wife had Naboth set up, falsely accused, and killed!
Jezebel used the elders, nobles, and wicked to accomplish her task (See print out on next page for story)

____.   As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I have been living under the umbrella of lies, spies, poverty, homelessness,
sabotage, etc so that other people could cover up the fact that they've been
stealing and being successful at my expense & they used people in every position
from Judges, Churches, Industry, Streets, other professionals to make it hard on
me to access anything from bathrooms, food, money, clothes, showers, etc
to attempt to break my confidence so I would give up. This is RICO

1   **Claim #(___)**

2   *(insert Claim#)*

3   ___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.
     *Insert ¶ #*

4

5   *(List any other legal claim you have that is related to your civil rights claim.)*

    .All rights have been violated according to the US Constitution for
6   *Insert ¶ #*
    humanity. It was said to be founded on the WORD of God, by the forefathers of
7   America as it's supposed to align with the Declaration of Independence.
8   All the RIGHTS that were given by GOD to the BLACKS which were: TO
9   FELLOWSHIP with the REAL GOD, TILL and keep the land, be fruitful and
10  multiply, and to LEAD the people, etc have been violated & downplayed.

11  ___.   Plaintiff alleges the above claim against the following Defendant(s):
     *Insert ¶ #*

12

13  All defendants have played a part in the charades of witchcraft.

14  _____

15  _____

16  *(You may list facts supporting your claim. Be specific about how each Defendant
     violated the rights giving rise to this claim.)*

17  ___.Acts 16:16 And it came to pass, as we went to prayer, a certain
     *Insert ¶ #*
18  damsel possessed with a spirit of divination met us, which brought her
19  masters much gain by soothsaying: Acts 16:17 The same followed Paul
20  and us, and cried, saying, These men are servants of the most high God, which show
21  unto us the way to salvation. Acts 16:18 And this she did many days. But Paul, being grieved, turned
22  and said to the spirit, I command thee in the name of Jesus Christ to come out of her. And he came
23  out the same hour. Acts 16:19 And when her masters saw that the hope of their gain was gone, they caught
24  Paul and Silas, and drew them into the marketplace, unto the rulers,
     As a result of the Defendant's violation of the rights giving rise to this
     *Insert ¶ #* claim, Plaintiff was harmed in the following way:
25
26  All the kings and their men rose up against the lamb because they'd rather have witchcraft
27  that binds people instead of having the true living God that delivers people, & all this stems
28  from a place of jealousy, uncertainty, etc. That's why it was easier for them to join forces
    to attempt to stop the TRUE LIVING GOD (which is insane)

Page Number

## Claim #( )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___. Partus sequitur ventrem (that which is born follows the
*Insert ¶ #*
womb) was a legal document passed in colonial Virginia in 1662 and other English
Crown colonies in the Americas which defined the legal status of children
born there, the doctrine mandated that children of slave mothers would inherit the legal
status of their mothers. The legal doctrine of partus sequitur ventrem was
derived from Roman civil law, especially concerning slavery & personal property.

___. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

All defendants have partaken in this by oppressing
others in order to keep control in the hands of the Elite thieves
only because it kept their money adding up.

*(You may list facts supporting your claim. Be specific about how each Defendant*
*violated the rights giving rise to this claim.)*

___. I been in the system since birth, then foster system since around 3
*Insert ¶ #*
then juvenile hall, then placement, jail, rehabs, jobs, hud housing,
community college, gr, calfresh, calworks, etc. That's called
HUMAN TRAFFICKING while everybody in job positions
get paid to keep me entangled. Now I am 34 years old
and I'm still in the situation but this time the system
has my kids, business, etc. They even used Child Soldiers against me.

___. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

I have been blocked from the digital realm, hindered from normal
life, me & my daughter sexually assaulted while the system
hid the truth. I've been enslaved so others can benefit

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Claim #( )**

*(insert Claim#)*

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*

- Canonizing dead people as saints
- Idolizing paganism at Churches, Businesses, Film, music, etc
- Stealing from GOD and Claiming it's theirs
- Perverting the essence of Gods people for self gain
- Charging for what God gave to us freely

Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants have been entangled in the Charades of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*

- Using sorcery to hide behind God & the chosen ones as you steal their stuff and keep them impoverished, struggling so you can say they are the criminals for doing what they do just to survive, feed their families, eat, etc

____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Stop oppressing us, blackmailing us, trafficking us, starving us, etc. so you can live lavishly off what you stole from me.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* All rights across all laws in the world were violated

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* ___. The Stasi's function in East Germany resembled that of the KGB in the Soviet Union. Vladimir Putin was a KGB officer who worked in Dresden, from 1985-1989 as a liason officer to the Stasi from the KGB. Stasi was known to be the secret police. They conducted espionage, infiltration, psychological harassment, and used (DEW) directed-energy weapons. These are still tactics that mobs, gangstalkers, Elites, etc pay people to do when they want somebody out the way.

*Insert ¶ #* ___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

I was mobbed (still being stalked), harassed, spied on, etc and it was people in positions who partook in this charade while employing street mobs, gangs, etc to partake in their crime to hinder, hurt, etc me.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# V. CLAIMS

## Claim #1

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #* federal constitutional or statutory civil right:

Violation of all my GOD given rights & my civil rights

The above civil right was violated by the following Defendants:

*Insert ¶ #* All defendants have played a part in the charades of witchcraft whether that be willingly or un-willingly.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

*Insert ¶ #* 1.) Defendants caused emotional, mental, spiritual, financial, physical, etc. anguish, embarrassment, humiliation, & persecution. 2.) Defendants used bullying, mind games, obstruction of justice, sorcery, witchcraft, voodoo, santaria, etc. to attempt to wear me out. 3.) Defendants attempted to mark me as the Beast & Whore as well as my partner. 4.) Defendants had no reason to attack, obstruct, or bully me except for their own covetousness, envy, jealousy, insecurity, etc.

As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #* was harmed in the following way:

Emotional, physical, spiritual torture! Just like genocide, assassination, etc without killing my body.

1        **Claim #( )**

2                    *(insert Claim#)*

3        Plaintiff realleges and incorporates by reference all of the paragraphs above.

4   *Insert ¶ #*

5        *(List any other legal claim you have that is related to your civil rights claim.)*
         . Violation of ALL MY GOD GIVEN & Legal Rights

6   *Insert ¶ #*

7   _____

8   _____

9   _____

10  _____

11       .   Plaintiff alleges the above claim against the following Defendant(s):

12  *Insert ¶ #*

13  All Defendants can and will find themselves partaking in

14  the 45 points of Communism (below I named a few however please

15  refer to pages 4&5 to see ALL points)

16           *(You may list facts supporting your claim. Be specific about how each Defendant*
                    *violated the rights giving rise to this claim.)*

17  _____ . According to Communist goals (pg 4&5) #12 says resist any attempt to

18  *Insert ¶ #* outlaw the Communist Party. #15 Capture one or both of the political parties in the U.S.

19  #20 Infiltrate the Press. #21 Gain control of Key positions in media. #25 Break down cultural

20  standards of morality. #26 INFILTRATE THE CHURCHES & REPLACE REVEALED RELIGION

21  w/ Social Religion. DISCREDIT THE BIBLE & EMPHASIZE the need for INTELLECTUAL

22  MATURITY without RELIGIOUS CRUTCH. #36 Infiltrate and gain control of more unions.

23  #37 INFILTRATE and gain control of big businesses. #41 Discredit the family as an In-

24  stitution. Encourage PROMISCUITY & EASY DIVORCE, etc
            . As a result of the Defendant's violation of the rights giving rise to this

25  *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26  I have been isolated, slandered, set up, family taken, etc in my fight against

27  the communist agenda (#12,15,20,21). MY IDENTITY has been stolen, MY INHERITANCE

28  HAS BEEN HIJACKED leaving me without finances, Other people have been pretending to be me when
    it comes to the CHURCH as I've been left in the streets to war against witchcraft,
    stalkers, drugs, perversion etc so _____ that #25,26 are accomplished. Due to the U.S
    violating my rights it has caused me to be blacklisted due to communist controlling
    our government using #15, 20,21,25, 36, and 37. The weight of injustice has attempted
    to affect my relationship #41 in order to try to make me conform but I
    refuse.

## V. CLAIMS

### Claim #1

1
2
3      Plaintiff realleges and incorporates by reference all of the paragraphs above.
_Insert ¶ #_
4      ____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
5
_Insert ¶ #_     federal constitutional or statutory civil right:
6      Amendment 1 & Violation of ALL my GOD given &
7      legal rights
8
9
10
11      ____ The above civil right was violated by the following Defendants:
_Insert ¶ #_
12      All defendants are included in this charade of witchcraft
13      whether willingly or unwillingly.
14
15      _(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)_
16      ____ 1) Defendants used names as a way to bewitch others
_Insert ¶ #_
17      into their scheme of witchery and in a way to try and lock
18      out Jesus Christ of Nazareth. 2) Defendants used power of
19      position to attempt to build a demonic army in which
20      they had full control due to sorcery. 3) Defendants tangled
21      me up in a web of lies while exploiting me in an attempt
22      to leave me without anything, destroy my credibility,
23      and destroy my life too. Defendants are thieves, liars, and murderers.
24      ____ As a result of the Defendant's violation of the above civil right, Plaintiff
25      _Insert ¶ #_  was harmed in the following way:
26      Plaintiff life was put in jeopardy, family was separated without
27      proper cause, money was embezzled, stolen, and identity
28      has been stolen, infiltrated, and misappropriated numerous times

## Claim #( )

1

2                                    *(insert Claim#)*

3    ___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

4    *Insert ¶ #*

                    *(List any other legal claim you have that is related to your civil rights claim.)*

5    ___.  All my rights given by God & the law

6    *Insert ¶ #*

    have been violated.

7    _____

8    _____

9    _____

10   _____

11   ___.    Plaintiff alleges the above claim against the following Defendant(s):

12   *Insert ¶ #*

13     All defendants are included in this charades of

14   witchcraft whether willingly or unwillingly

15

16            *(You may list facts supporting your claim. Be specific about how each Defendant*
                     *violated the rights giving rise to this claim.)*

17   ___. • Compton CA my birthplace , • Compton, England

18   *Insert ¶ #*

     • Republic of Tunisia is ran by Arabs ; Royal Tunbridge of Wells is

19   where the great gay road was filmed (no wonder I was perverted,

20   people accused me of things I knew nothing about, & I've been

21   going through Hell behind people portraying to be me like Beyonce because

22   Bey-ottoman was in Tunisia but then removed in the 1900's • Argentina,

23   Hong Kong, Canada, etc all riding of me as I'm in poverty & struggling

24   ___.    As a result of the Defendant's violation of the rights giving rise to this

25   *Insert ¶ #*  claim, Plaintiff was harmed in the following way:

26    The witchcraft of the Roman Catholic Church, Hinduism,

27   Shamanism, Buddhism, etc has been violating me & I

28   feel it in my body plus have wrestled with sexual abuse, drug abuse,

     social abuse (gangstalked by strangers), and political abuse

                          _____
                              Page Number

                    Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(insert Claim#)*

___   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

___   According to communist goals in our congressional records

*Insert ¶ #*

dated January 10, 1963 #17 says Get control of schools; #37 Infiltrate

big businesses

___   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___   =In year 6666, King Ashurbanipal who ruled Assyria constructed a library

*Insert ¶ #*

In year 1666 the French Academy of Science was founded by Louis XIV.

In year 1666 Isaac Newton discovered the spectrum of light, worked at his

system of fluxions the precursor of modern calculus, & started considering gravity.

1613 the definition of "Computer" was a job title for somebody who

was a book keeper (libraries) and somebody who did computation

(mathmaticians, astrologers, scientist, data entry programs

___   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Mislead intentionally about my history and about life. People

have used sorcery against me to attempt to make me pay their debts.

Strangers from all walks have used their positions to make life hard for me

then act like if I am the problem. Had me go to school and forced me to

learn math & spelling while _____ knowing it was sorcery because it

*Page Number*

wasn't according to the laws of God but it was designed to turn me

*Civil Rights Complaint Pursuant to U.S.C. § 1983*

away from who God called me to be as I strived for man's validation

## Claim #(___)

*(insert Claim#)*

___.   Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____. § 86205(a)(b)(c)(d)(e)(f)

*Insert ¶ #*

§ 81001(a)(b)

___.   Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All defendants due to the charade of witchcraft

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____.   In 2014, The Carters went to Havana,Cuba for their anniversary and

*Insert ¶ #*

It was approved by the Treasury Department. In, 2020 Beyonce did a

vusual album for Black is King where she rocked OSHUN(an Africa deity)

that is also linked to Cuba. Then, in 2022 Beyonce did a concert in the

city of Compton. All her moves are ritualistic in the realms of sorcery.

She is also Catholic and her moves are just like the Scatter Africa era to

keep the world under the realm of manipulation, witchcraft, idolatry, etc

___.   As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The CARTERS have been pretending to be ME and My Partner while using

the power of influence, witchcraft, and money to try and cover their steps

while blackmailing me for no apparent reason other than Jealousy.

1

2

**Claim #(   )**

*(insert Claim#)*

3 _____ Plaintiff realleges and incorporates by reference all of the paragraphs above.

4 *Insert ¶ #*

5 *(List any other legal claim you have that is related to your civil rights claim.)*

6 *Insert ¶ #* All rights have been violated according to the US Constitution for

7 humanity. It was said to be founded on the WORD OF GOD by the forefathers of

8 America as it's supposed to align with the Declaration of Independence. All

9 the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with

10 the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD

11 the people, etc have been violated and downplayed

12 Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

13 All Defendants have played a Part in the charades

14 of witchcraft. Some partook willingly and others unwillingly

15 partook behind another parties policies, influence, etc.

16 *(You may list facts supporting your claim. Be specific about how each Defendant*
*violated the rights giving rise to this claim.)*

17 *Insert ¶ #* Acts 22:25- And as they bound him with thongs, Paul said unto the

18 centurion that stood by, Is it lawful for you to scourge a man that is a

19 Roman, and uncondemned? (26) When the centurion heard that, he went and told the

20 chief captain, saying, Take heed what thou doest: for this man is a Roman.

21 (27) Then the chief captain came, and said unto him, Tell me, art thou a Roman?

22 He said Yea. (28) And the chief captain answered, With a great sum obtained I

23 this freedom. And Paul said, But I was free born

24 _____ As a result of the Defendant's violation of the rights giving rise to this

25 *Insert ¶ #* claim, Plaintiff was harmed in the following way:

26 Because here shows that the Apostle Paul was a Roman

27 and he once killed Christians before he preached the Word.

28 With this being said it has the ability to be taken out of context and
used against me. Especially because my baby daddy's name is
Paul so they used him as a [Page Number] weapon to get me pregnant
and then he was [Civil Rights Complaint Pursuant to U.S.C. § 1983] converted to being
saved at church. In fact, they even tried to have him killed
and he was in a coma for 3 weeks. Both my baby daddy's
were used against me. This church is SORCERY

## Claim #(   )

*(Insert Claim#)*

*Insert ¶ #* Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed.

*Insert ¶ #* Plaintiff alleges the above claim against the following Defendant(s):

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* 2 Corinthians 4:4 In whom the god of this world hath blinded the minds of them which believe not, lest the light of the glorious gospel of Christ, who is the image of God, should shine unto them.

*Insert ¶ #* As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

The enemy turned the Word inside out while using it as a weapon to deceive the people with and he was able to do such by the transliteration of some of the Greek and Hebrews in order to twist up the word so people will think its a book written by the White man so instead of helping they try to make things worst.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Claim #(___)**

*(insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #*

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed.

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #*

· Genesis 2:8 - And the LORD God planted a garden eastward in Eden; and there he put the man whom he had formed. ✳✳ The Septuagint has paradeisos, meaning "parkland", hence paradises. What we call garden, the Septuagint, calls parkland.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

*Insert ¶ #*

This is why Beyonces company Parkwood Ent. is like another way to indirectly control the parks using witchcraft. This is also why I have been stagnant of using my stuff (visions) God has given me to lead these next

Page Numb___

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(  )

*(insert Claim#)*

3. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* . All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as its supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* All Defendants have played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* . Revelation 22:14 Blessed... are those who wash their Robes, so that they may have the right to the tree of life and may enter by the gates into the city

24. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Due to this being a scripture different people have tuned out to US Cleaning companies as they try to paint their own reality by altering Gods Word. Paintin case is Carter Family Cleaning Services kinda explains all the stuff that has been used in their spellwork.

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

**Claim #(   )**

*(insert Claim#)*

___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* ___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed

___.    Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

(#1)

*Insert ¶ #* . Acts 14:1 - And it came to pass in Iconium, that they went both together into the Synagogue of the Jews, and so spake, that a great multitude both of the Jews and also of the Greeks believed. * The name Iconium means "City of the Image." Iconium is present day Konya (which is a city in Turkey)

#2 Acts 14:12 - And they called Barnabas, Jupiter; and Paul, Mercurius, because he was the chief speaker.

___.    As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

The Romans regarded Jupiter as the equivalent of Zeus the Greek God and in Roman Mythology Mercurius means Mercury (god of speed & commerce), in astronomy Mercury is a planet. However, Mercurius represented Hermes back in the days.

**Page Number**

**Civil Rights Complaint Pursuant to U.S.C. § 1983**

## Claim #(   )

*(Insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: To FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc. have been violated and downplayed.

___. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* All Defendants have "played a part in the charades of Witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

Scripture → *Insert ¶ #* Ephesians 2:2 Wherein in time past ye walked according to the course of this world, according to the prince of the power of our the spirit that now worketh in the children of disobedience

GREEK Breakdown → Wherein=G3739=HOS= He/She/It, in time past ye walked=G4043=peripatéō=(to live) lived or deported oneself (trampled). According=G2596=Kata= concerning the course=G165=aión=age(specially Jewish) A messiah period world=G2889=Kosmos=orderly arrangement/adorn(ment) concerning the prince=Archon=Ruler/Ruling Power=G1849=exousi =(Subjective force) air=G109=Aér= to breathe unconsciously/to blow spirit=G4151=pneuma= mental disposition that now worketh=G1754=energeo=(to be active) is Active children=G5207=huiós=son of man of disobedience=G543= Apatheia = disbelief (of Hebrew Origin)

___. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Conclusion → Ephesians 2:2 He/She/It in time past, lived concerning the age of (Kósmos) orderly arrangement and adornment concerning the ruler subjective force to breathe unconsciously or to blow the mental disposition that now is Active in the sons of man of disbelief. oo

Due to the dependence of A.I. It causes humanity to reject you as an individual verges just knowing your celebrity person Man, must keep going to the other Side and not surrender until the Breakthrough Occurs.

Civil Rights Complaint Pursuant to U.S.C. § 1983

*Rights stolen @ Birth*

*Close to Esau and Jacob!*

# V. CLAIMS

## Claim #1

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

Insert ¶ #

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

Insert ¶ #   federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

___. The above civil right was violated by the following Defendants:

Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___. Genesis 3:15- And I will put enmity between thee and the women, and between

Insert ¶ #   thy seed and her seed; it shall bruise thy head, and thou shalt bruise his heel. Revelation 12:1- And there appeared a great wonder in heaven; a woman clothed with the sun, and the moon under her feet, and upon her head a crown of twelve stars. I Timothy 5:22-Lay hands suddenly on no man, neither be partaker of other men's sins: keep thyself pure. Joshua 1:3 Every place that the sole of your foot shall tread upon, that have I given unto you, as I said unto Moses.

___. As a result of the Defendant's violation of the above civil right, Plaintiff

Insert ¶ #   was harmed in the following way:

When we give birth and the baby head is coming out its called "CROWNING". However, the doctor has to touch the head to pull baby out so a transference of spirits occur (lay hands suddenly on no man), Joshua 1:3 Every place that the sole of your foot) They put our footprint on a paper w/ a seal and then we are cast into the digital realm of beast system. As we are marketed as collateral for the wicked without giving a chance at life. We are marketed, charged to live, and charged to die by the serpent seed (which are people in positions)

I Timothy 5:22

*What Mary have they been Praying too? It was Mary the Mother of John aka Mark in fellowship prayer*

**Claim #(** *(insert Claim#)* **)**

Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

*Insert ¶ #* All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD OF GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed.

Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #* All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

*Insert ¶ #* Acts 12:11 And when Peter was come to himself, he said, Now I know of a surety, that the LORD hath sent his angel, and hath delivered me out of the hand, of Herod, and from all the expectations of the people of the Jews. Acts 12:12 And when he had considered the thing, he came to the house of Mary the mother of John, whose surname was Mark; where many were gathered together praying. Matthew 21:13 And said unto them, It is written, My House SHALL be called the HOUSE OF PRAYER; but ye have made it a DEN of THIEVES. John 2:16- And said unto them that sold doves, Take these things hence; make Not My Father's house, a house of merchandise.

As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

In Matthew 21:13. Jesus rebuked the scribes and priest about his house (temple); He told them that this house shall be called the House of Prayer & then He tells them that they have made his house (temple & church) into a den of thieves (Greek Definitions: Den = G4693=

---

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

1   . spélaion meaning (a grotto) a cavern; a hiding-place or resort.

2   _Insert ¶ #_ . Thieves= G3027= léistés meaning to plunder (steal goods (from people

3   or places) using force. and in a time of war or civil disobedience), the

4   violent and dishonest acquisition of property. a brigand

5   (a subdivision of an army, typically consisting of a small number of

6   infantry battalions and/or other units and forming part of a division.)

7   When you break down the word den in greek it's a cavern this

8   is symbolic for a secret society such as Masonry, Occultism, Politics,

9

10  ___. Gangs, etc (which would be the body of the movement.

11  _Insert ¶ #_ . Then when you break down the word thieves in greek it means

12  to plunder (to steal from people or places) using force. Now,

13  put them in the order of the words of Christ Jesus. He said

14  a den of thieves. Right here is the basic breakdown for

15  how humans use Jesus Christ of Nazareth's words in a

16  twisted fashion that evidently proves how the enemy

17  has been manipulating us with all these scriptures

18

19  ___. from inside the Bible. However he played in between

20  _Insert ¶ #_ . the words, languages, and transliteration of the Hebrew

21  and Greek so that's how come we can see his

22  shadow work thats manipulating Humanity to turn from

23  God. Prime example, this breakdown that I just explained

24  right here is what they've done to blacks, what I am walking

25  out of myself at this moment and how they turn blacks against

26  the Bible while embracing Moslim religion. However, if they've taken

27  everything from blacks, then they would have take Allah too but instead

28  they accept Allah while holding back on handling Jesus over

    and that makes no sense to me. Jesus is the essence of

    the black man that is in somebody elses.

    hands. This claim also shows how Mary got a house of prayer but

    it wasn't Jesus mother Mary it was johns Mother Mary.

1
2

## Claim #(____)

*(insert Claim#)*

3  ____. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

4
5  *(List any other legal claim you have that is related to your civil rights claim.)*

____. All Rights Violated RICO! 100%

*Insert ¶ #*

6  Held Captive while others Infiltrated Me
7  Forcefully Impoverished, Stole My Homes to paint bad ideas to
8  Targeted because I stood up for MYSELF                    others b
9  Left to beg or starve
10 Stalked ALL DAY, EVERYDAY

11 ____. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

12
13 United States of America

14
15

16  *(You may list facts supporting your claim. Be specific about how each Defendant*
    *violated the rights giving rise to this claim.)*

17 ____. You used The Carters & Witchcraft to mirror/

*Insert ¶ #*

18 project The Carters demise on me & you kept my
19 partner away from me. My kids were held
20 in DCFS after you kidnapped them 2X!
21 Corruption led you into desperate measures
22 to violate all laws of life in this nation &
23 oversees. YOU ARE A HYPOCRITE & SATANIC

24 ____. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

25
26 MY WHOLE LIFE WAS INTENTIONALLY DESTROYED
27 Until 2022 when I started filing civil lawsuits
28 then they paid other people, allowed people to steal my work
so they could benefit, & they paid out a lot of money so that
people would harm me with the hopes that I would
give up. I WANT JUSTICE NOW! 666

# V. CLAIMS

## Claim #1

_____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

_____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ #   federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

_____. The above civil right was violated by the following Defendants:
Insert ¶ #

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

Insert ¶ #   Proverbs 1:20-22 Wisdom crieth without: she uttereth her voice in the streets: She crieth in the chief place of concourse, in the openings of the gates: in the city she uttereth her words, saying, How long ye simple ones, will ye love simplicity? and the scorners delight in their scorning, and fools hate knowledge? Revelation 12:5-6 And she brought forth a man child, who was to rule all nations with a rod of iron: and her child was caught up unto God, and to his throne. And the woman fled into the wilderness, where she hath a place prepared of God, that they should feed her there a thousand two hundred and threescore days.

_____. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ #   was harmed in the following way:

People have been pretending they are me but have NOT endured the pain I've endured, did the work I did (even though they still get paid), fought this fight while being in the streets which would represent the wilderness. But instead, they have infiltrated my story & my life so that they could attempt to keep the power that they are supposed to relinquish, destroy the truth to cover their tracks, raise the antichrist to fake like he is the true Christ while deceiving humanity into worshipping satan. In fact, they are so cunning because they had 10 kingdoms to help them with this scheme. However, here I AM still in the streets (Rev 12) while giving wisdom

## V. CLAIMS

### Claim #1

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
*Insert ¶ #* federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh, before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

____. The above civil right was violated by the following Defendants:
*Insert ¶ #*

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwittingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

*Insert ¶ #* John 10:1. -16 (14) I am the good shepherd, and know my sheep, and am known of mine. (15) As the Father knoweth me, even so know I the Father: and I lay down my life for the sheep. (16) And other sheep I have, which are not of this fold: them also I must bring, and they shall hear my voice; and there shall be one fold, and one shepherd.

____. As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #* was harmed in the following way:

All the division in the churches & in the world has broken my family and many others for selfish reasons because God says "He has sheep" that are not of the fold (meaning their different from the typical sheep & He lets us have a chance to get **Page Number** to know Him outside of the religious System **Civil Rights Complaint Pursuant to U.S.C. § 1983** that has enslaved humanity. It's time that people move out the way so I can do Gods Will & bring People to Christ Jesus of Nazareth!

# V. CLAIMS

## Claim #1

3    ___.    Plaintiff realleges and incorporates by reference all of the paragraphs above.
4    *Insert ¶ #*

5    ___.    Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
6    *Insert ¶ #*    federal constitutional or statutory civil right:

All GOD given birth rights that were established by Jehovah Jireh before there was any man made system, has been violated by the laws of men that portray themselves to be GOD.

___.    The above civil right was violated by the following Defendants:
*Insert ¶ #*

All defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___.    John 3:16 - For God so loved the World that
*Insert ¶ #*
He gave his only begotten so that Whosoever believes in him should not perish but have an everlasting life.

___.    As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #*    was harmed in the following way:

The Religious people & Worldly people have been blocking us from doing Gods will which means they have been waging war against our beliefs while enforcing their own will on Humanity.

**Page Number**

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #( )

*(Insert Claim#)*

___. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*(List any other legal claim you have that is related to your civil rights claim.)*

___. All rights have been violated according to the US Constitution for humanity. It was said to be founded on the WORD of GOD by the forefathers of America as it's supposed to align with the Declaration of Independence. All the rights that were given by GOD to the Blacks which were: to FELLOWSHIP with the Real GOD, Till and keep the land, be fruitful and multiply, and to LEAD the people, etc have been violated and downplayed.

___. Plaintiff alleges the above claim against the following Defendant(s):

All Defendants have played a part in the charades of witchcraft. Some partook willingly and others unwillingly partook behind another parties policies, influence, etc.

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

___. 2 Timothy 3:1-5 ① This know also, that in the last days perilous times shall come. ② For men shall be lovers of their own selves, covetous, boasters, proud, blasphemers, disobedient to parents, unthankful, unholy, ③ without natural affection, trucebreakers, false accusers, incontinent, fierce, despisers of those that are good, ④ traitors, heady, highminded, lovers of pleasures more than lovers of God, ⑤ Having a form of godliness, but denying the power thereof: from such turn away.

___. As a result of the Defendant's violation of the rights giving rise to this claim, Plaintiff was harmed in the following way:

The wicked at heart accuse, abuse, & misuse me because of my faith, status quo, and/or struggles however my heart is my pure when it comes to God regardless of the things that were intentionally placed in my life to discredit me. The Elite give us nothing but destructive things then blame us because we have an appetite for the poison they left for us to self sabotage. Hypocrites!

Page Number ____

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

____. That we the people get out of our feelings of what we think a person should look, talk, act, etc. like. While acknowledging that we have chosen wrong too many times and now its time we start correcting those errors or intentional mishaps.

____. That ALL people in LEADERSHIP positions get out of blame shifting due to fear of judgement. Then shake off denial by admitting that the body cannot be sick unless the Head is sick first.

____. Every day we the people will make an effort to reconnect with humanity without using the technology. Every day we the people will go out our way to encourage, help, feed, clothes, etc. the less fortunate, using what we have

____. That we the people stop looking at people like a dollar sign and find ways to sow into the people that was stolen from as a stepping stone to restore TRUST, INTEGRITY, HUMILITY, SELFLESSNESS, etc into the culture.

Dated: 3/29/2024

Sign: _____

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_____ . It would be nice If you can restore Honor to me & my partners names, I'd like my life restored so I can get off the streets living like a pauper, being harassed, stalked, etc

*Insert ¶ #*

_____ . I don't know what to ask for because too much has been done to me, that's beyond what my mind can fanthom.

*Insert ¶ #*

_____ . People need to pay for their sorcery starting with that Church. Technology has to go because its Demonic. Stop getting Rich off of me as I starve & be Humiliated

*Insert ¶ #*

_____ . Let me & my family go free and stop lying on my name, hiding behind my gifts as you do your dirt, release my stuff I created, stop trying to keep me a prisoner (Its been like this ALL MY LIFE) NO MORE!

*Insert ¶ #*

Dated: **3/29/2024**

Sign: _Victoria_

Print Name: Victoria Dillihunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

That I am restored

Infiltrators destroyed from their positions

Babylon Must go

The Inheritance must be released to proper person

All officials that obstructed justice must be reprimanded

Whatever else you must do to make things right in God's eyes.
I need housing with PRIVACY since it's been violated my whole life. I want PEACE.

I want my company back, I want what is do to me because other people have made a lot of money off of my life & many other peoples lives & we deserve whats been stolen to be restored to who it belongs too.

Dated: **3/29/2024**

Sign: Victoria

Print Name: Victoria Dillhunt

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Insert ¶ # That I am able to take a shower, buy some clothes, do my hair, etc which are basic needs that I have been deprived of.

Insert ¶ # I would like to cook, clean, dance, sing in my own house without my privacy being violated. I will like to get off the streets. I'd like some food that hasn't had witchcraft done to it.

Insert ¶ # I'd TRULY LOVE FOR PEOPLE to STOP comparing my GOD given gifts with the witches & sorcerers. I'd like for people to stop speaking on behalf of Christ Jesus when you serve other gods.

Insert ¶ # I would love for this toxic relationship to be fully cut off. I would love to have my family restored. Clear me & my partners names. Stop using Film & Songs to attack me with your mockery.

Dated: **3/29/2024**

Sign: _[signature]_

Print Name: Victoria Talilewit

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_____. Big Tech, Movie producers, actors, artist, churches, colleges, government business, etc to re-evaluate your policies, guidelines to see if what you are doing is in right standing, or is

_____. it stealing, slavery, hypocrisy, etc towards the most high. Get rid of these stalkers, evil people miss using their authority, companies, etc.

_____. I need help to rebuild the company of Music for God that is a healing & safe place for people to be set free, restored, and delivered. NO MORE SYSTEMATIC SLAVERY

_____. It's time to put away the lies, deceit, jealousy, and heal a broken world, & that takes submission to the real God.

Dated: _____ **3/29/2024**

Sign: _____

Print Name: Victoria Dillahunt

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*All Real Estate Companies need to hand over their backlogs to be checked for fraud. All companies need to relinquish their control over cost

*All individuals who had homes taken can submit a civil claim

*All CAR dealers must hand over their backlogs to be checked for fraud *All individuals who have had cars towed or repossessed can file a claim to check for fraud.

*Judges need to be reprimanded for corruption (need Be basis)

*Lawyers, DA's, county clerks all need to be checked for fraud, embezzlement, influential peddling, law shopping, forgery, RICO, etc. It's time for another standard to be raised.

* THE WHITE HOUSE needs to be CLEARED OUT because it's too much deep state corruption, racism, confederacy, witchcraft, bribery, etc. The WHITE HOUSE ALLOWED this mess to carry on without helping me. The Hispanics have stalked, harassed, sabotage etc. yet your letting more in while holding me in poverty to win votes. So TREASON

Dated: **3/29/2024**

Sign: _____

Print Name: _____

WE THE PEOPLE HAVE the RIGHT TO OVER TURN this TREASON!

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶ #* . That ALL ACTORS be held accountable for intentionally sending out illusions after becoming aware of their wrong doings. (Definition of Actors is: ANYBODY in ANY WALK of

*Insert ¶ #* . Life that intentionally partook in this game of Catch Me if you can your the sacrificial lamb). Jesus Christ of Nazareth already sacrificed his life & this is not a Repeat this is the finished work and judgement

*Insert ¶ #* . That All these false teachers, leaders, motivational speakers, influencers, etc be open to dismissing what they thought they knew and become teachable to what's NEW/TRUE

*Insert ¶ #* . Isaiah 43:15 I am the LORD, your Holy ONE, the creator of ISRAEL, your King. Isaiah 43:18 - 19 ⑱ Remember ye not the former things, neither consider the things of old. ⑲ Behold, I will do a new thing; now it shall spring forth; shall ye not know it? I will even make a way in the wilderness

Dated: **3/29/2024**

Sign: _[signature]_

Print Name: Victoria Dillihunt

Page Number

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

1  
2  
3  
4 .That All confederate, symbolism/objects  
5 be destroyed. All grounds of witchcraft must  
6 be shut down, removed, etc  
7  
8  
9 ✱.All occults of witchcraft including  
10 churches must be shut down  
11  
12 ✱All businesses that misused their power  
13 of position for selfish gain while using  
14  
15 .slavery methods Must have their finances  
16 calculated and must disperse equal amounts  
17 amongst their employees for human trafficking.  
18 ✱All victims of medical malpractice, medical  
19  
20 .experiments, medical deaths (oxygen, organ failure, prescription overdose)  
21 have an opportunity to file a civil claim against Hospitals, Dentists,  
22 Clinics, etc. Without interferences  
23  
24 ✱All people with addiction can file against medical profession as well  
25 regardless of what their current state of mind is when filing because  
26 EVERYBODY would  
27 a process before  
28 money (its called  
   Healing)  

have to go thru  
receiving their

Dated: **3/29/2024**

Sign: _____

Print Name: Kravia Hilliwent

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

① United States of America I request that you release EVERYthing that's rightfully mind due to the FACT that this Nation intentionally placed blockages in MY life, had others infiltrate me,

as they got rich & I suffered, and ignored my cry for help as you deny all my petitions to keep me from seeing that this nation tried to sacrifice ME as a ritual to the devil. ② I REQUEST that you TAKE ACCOUNTABILITY

for your corruption, that you clear my name, that you take down that couple (The Carters) who you strategically had come against the HAND of GOD on my life. ③ I Need MY partner, MY Kids

that were kidnapped & sexually assaulted under your jurisdiction. ④ Release me from the Hostage position you have me in that keeps me in the streets. ⑤ Stop lying on me & covering up for your tyranny, despotism, etc. The Whole world is in trouble & you can't save them so I need to be restored in order for stuff to move forward.

⑥ You worked

Date: **3/29/2024**

Sign: _Vic._____

Print Name: Victoria Dillihunt

with South America & the Haters of Jesus Christ of Nazareth to blackmail the chosen so I need to be Released from this NATION w/ ALL that was stolen & with MY PEOPLE WHO LOVE MY GOD !!

Civil Rights Complaint Pursuant to U.S.C. § 1983

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: **3/29/2024**

Sign: _____

Print Name: Victoria T. Dillihunt

Civil Rights Complaint Pursuant to U.S.C. § 1983